IN THE UNITED STATES DISTRICT COURT FOR THE ~~RECEIVED~~
MIDDLE DISTRICT OF ALABAMA
_Northern_ _____ DIVISION

2007 AUG -7 A 9: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Donald L Jenes
P O Box 92
Brantley, Alabama 36009 )
_____Plaintiff(s),_____ )
)                              CIVIL ACTION NO.
         A. Lasseigne )
v. )                              2:07CV713-MEF
POSTMASTER DEBORAH )
17 Monroe Street )
Brantley, Alabama 36009 )
_____Defendant(s)._____

## COMPLAINT

1.   Plaintiff(s)' address and telephone number: P O. BOX 92
BRANTLEY, ALABAMA 36009
1-334-827-3035

2.   Name and address of defendant(s): POSTMASTER DEBORAH A. LASSEIGNE
17 MONROE STREET
BRANTLEY, ALABAMA 36009

3.   Place of alleged violation of civil rights: Ft. Benning, Georgia

4.   Date of alleged violation of civil rights: 13 December 2006 I THINK

5.   State the facts on which you base your allegation that your constitutional rights have been violated:
BREACH OF INSURANCE CLAIM
BREACH OF my 1ST, 1ST, 6TH, 16TH, 8TH, 14TH
AND EQUAL JUSTICE CLAUSE R16 TRIAL PERJURY
ABUSE OF POWER, CONFLICT OF LAW, UNETHICAL
CONDUCT, NEGLIGENT, GROSS NEGLIGENT, OTHER

1

6.     Relief requested: RETURN OF 8284 00 PLUS
$100.00 A DAY. SINCE 13 December, 2006, Plus
Attorney Fees. Sherman Fees plus etc,
Remove From Jail.

_____

_____

_____

_____

_____

Date: 6 August 2007          Donald S. Jones
      7 April 2007           I-EXCED PRO SE
                             Donald S. Jones

2

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

## OFFICE OF THE CLERK

## JURISDICTION IN THIS CASE

RECEIVED

2007 AUG -7  A 9: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THE JURISDICTION IN THIS CASE  AGAINST THE UNITED STATES POST OFFICE IS THE UNITED STES DISTRICT COURT IN MONTG-OMERY, ALABAMA  BECAUSE I HAVE  A $284.00 CLAIM AGAINST THE U.S. POST OFFICE, BUT I AM ALLEGING  BREACH OF MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH IS US CONSTUTION PREJURY AS LIARS, AND SWORN LIA-RS,  ABUSE OF POWER, CONFLICT OF INTEREST,  AND UNETHIC-AL CONDUCT  WHICH ARE CRIMINAL VIOLATIONS WHICH TERM-INATES THESE POSTAL EMPLOYEES FROM FEDERAL SERVICES THAT IS RETROACTIVE BACK THEIR FIRST DAY OF 1ST SERVICE WITH NO JUDICAL  IMMUNIDITY FROM EITHER. I AM ALSO ALLE-GING GROSS NELIGENT BY  POSTAL EMPLOYEES AND THIS IS WHY I AM ASKING FOR THE $284.00, PLUS  $100.00 A DAY  SINCE THE CLAIMS DEPARTMENT BREACH MY INSURED CLAIM AND  ARE ALLEGED DEMON CONTROLLED ARE POSSESSED BY THE AUTHORITY  OF THE HOLY BIBLE AND MY OPINION UNDER THE 1ST AMENDMENT OF  FREEDOM OF RELIGIONS AND SPEECH AND THE WHOLE CLAIMS SYSTEM  IS DESIGNED UNCONSTUTIONAL. I ALLEGE IN MY OPINION IT LOOKS AS THE CLAIMS DEPARTME-NT WILL NOT GO BY THEIR OWN POSTAL LAW AND THEY ALL SHOULD BE FIRED, REMOVED, IMPEACHED  FOREVER  BECAUSE THEY BREACHED MY  $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS WHICH THEY SWORE TO UPHOLD AND DEFEND!

MY DAD DIED BEFORE I WAS BORN AND  MY MOTHER COULD NOT READ OR WRITE, BUT A CHRISTIAN SCHOOLTEACHER WAS THE REASON  I WAS SAVED OR I WOULD PROBABLY BE ALREA-DY BURNING IN HELL NOW. I WAS ATTACKED EVERYWHERE I WENT  EVEN OVER SEAS AND I WONDERED WHY?

1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

## OFFICE OF THE CLERK

## JURISDICTION IN THIS CASE

AFTER READING AND STUDYING THE HOLY BIBLE FOR MANY
YEARS AND PRAYING REGULAR GOD WHO CREATED ME TOLD
ME IT WAS BECAUSE I WAS A CHRISTIAN AND SAVED AND SAT-
AN AND HIS DEMONS HAD THEIR PEOPLE TO ATTACK ME BE-
CAUSE I WAS A CHRISTIAN AND THEY ARE CONTROLLED OR
POSSESSED BY HIM. I AM ALLEGING 100% DEMON CONTROLLED
OR POSSESSED BY THE CLAIMS DEPARTMENT PEOPLE. SATAN IS
BEHIND THE CLAIMS DEPARTMENT GROSS NELIGENT AND OF
THEM BREACHING MY INSURANCE CONTRACT AND US CONSTU-
TION VIOLATION I ALLEGE. **THIS IS NOT JUST NORMAL HATE
AGAINST ME BY THE CLAIMS DEPARTMENT, BUT ABNORMAL
HATE I ALLEGE BY PEOPLE WHO OBEY SATAN AND NOT GOD
NOT THE US CONSTUTION, AND NOT THE INSURANCE CONT-
RACT. THIS IS WHY I AM CLAIMING 100 TIMES OF $284.00, PL-
US ATTORNEY FEES, PLUS MAILING AND SUMMONS, REMOV-
AL OF THEM FROM FEDERAL SERVICE RETROACTIVE BACK
TO THEIR 1ST DAY OF FEDERAL SERVICE AND PROSECUTE
THEM AND PUT THEM IN PRISON FOR US CONSTUTIONAL
VIOLATIONS, CONSTUTIONAL PREJURY AS SWORN LIARS, AB-
USE OF POWER, CONFLICT OF INTEREST AND UNETHICAL
CONDUCT WHICH ARE CRIMINAL ACTS. SATAN IS GOING
TO REWARD THEM FOR SERVING HIM BY HAVING GOD BU-
RN THEIR SOULS IN HELL FOREVER IF THEY DO NOT GET
SAVED. I STILL WANT ALL POST OFFICE ALLEGED CONSPIC-
ATORS SAVED SO GOD WILL NOT BURN THEIR SOULS IN HELL
AT JUDGEMENT DAY. I AM ONLY A SINNER SAVED BY GRACE!
JUDAS BETRAYED JESUS CHRIST FOR 30 PIECES OF SILVER
AND THE BIBLE SAYS THAT JUDAS IS BURNING IN HELL NOW.
THE JURISDICTION IN MY CASE IS US DISTRICT COURT. THE
POSTAL SERVICE BREACHED MY US CONSTUTIONAL RIGHTS
THEREFORE THAT HAVE NO AUTHORITY TO HAVE AN (NP)**

2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

JURISDICTION IN THIS CASE

AN ATTORNEY IN MY CASE AGAINST THE POST OFFICE. MY AU-
THORITY IS MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE
CLAUSE RIGHTS WHICH IS THE HIGHEST, CONTROLLING, GREAT-
ER, SUPREME, SOLE AND THE _____FINAL AUTHORITY_____
OVER ALL DISTRICT COURT LAW, CONGRESSIONAL LAW,   AND
ALL LAW IN AMERICA. THEY BREACHED THEIR SWORN CONTR-
ACTS  OF NOT UPHOLDING AND DEFENDING THE US CONSTUTI-
ON WHICH TERMINATES THEM FROM FEDERAL SERVICE.  THE
US GOVERNMENT EMPLOYEES ARE THE BIGGEST IOLATORS OF
THIS!

THE JURISDICTION IN THIS CASE IS THE  US DISTRICT COURT, US
CIRCUIT COURT, AND THE US SUPREME COURT. I AM ASKING
FOR 100% THE AMOUNT OF THE $284.00 BECAUSE THE US POST
OFFICE BREACHED MY INSURE CLAIM, MY 1ST,1ST, 6TH,6TH, 7TH, 8TH,
14TH,  AND EQUAL JUSTICE RIGHTS AND ARE ALLEGED DEMON
CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY
BIBLE AND MY OPINION IN THE 1ST, AND 1ST AMENDMENT OF
THE  US  CONSTUTION. I AM NOT JUDGING, THREATHENING, OR
SLANDERING ANYONE EITHER. THIS IS MY OPINION UNDER THE
1ST AMENDMENT OF THE US CONSTUTION.

MOTION THAT HONORABLE CHIEF JUDGE  MARK FULLER HEARS
MY CASE AGAINST THE US POST OFFICE AND I BE GIVEN HIS ___
TELEPHONE NUMBER AS FORCED PRO SE AND MY AUTHORITY
IS MY GUANTEED US CONSTUTIONAL RIGHTS.

_____          _____
NAME                                        DATE

3

UNITED STATES DISTRICT COURT

MONTGOMERY, ALABAMA

HONORABLE CHIEF JUDGE: MARK FULLER

6 AUGUST 2007

RECEIVED

2007 AUG -7 A 9:06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## SWORN STATEMENT BY DONALD L. JONES

I DONALD L. JONES SWEAR THAT THE THINGS I SAID IN MY BRIEF AGAINST THE UNITED STATES POST OFFICE EMPLOYEES BREACHING MY INSURANCE CONTRACT AND GUANTEED UNITED STATES 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLASE ARE TRUE AND THAT THEY STOLE $284.00, OVERCHARGE CHARGED CARMEN MERTEN ON POSTAGE, LIED WHICH _____ **TERMINATES THEM FROM FEDERAL WITH NO JUDICAL IMMUNIDITY FROM _____ BY THE AUTHORITY OF THE US CONSTUTION!**

_____
NAME

7 August 2007
6 August 2007
_____
DATE

NOTARY PUBLIC

_____
Nancy L. Smith
NAME

8-6-2007
_____
DATE

MY COMMISION EXPIRES _____ 9-11-2011 _____

MOTION THAT HONORABLE CHIEF JUDGE MARK FULLER HEARS **MY CASE AGAINST THE US POST OFFICE WHICH IS THE HIGHEST, CONTROLLING, GREATER, SUPREME, SOLE, AND FINAL AUTHORITY IN THIS CASE OVER ALL CONGRESSIONAL, PUBLIC, STATE, AND ALL LAW IN THIS CASE.**

1

## UNITED STATES DISTRICT COURT

RECEIVED

DONALD L. JONES,PLAINTIFF
FORCED PRO SE
POST OFFICE BOX 92
BRANTLEY, ALABAMA  36009
**(334-527-3035  TELEPHONE NUMBER)**

2007 AUG -7  A 9: 06

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS

2:07CV713-MEF

UNITED STATES POSTAL SERVICES
CLAIMS DIVISON
POSTMASTER DEBORAH A. LASSEIGNE
DEFENDANTS
17 MONROE STREET
BRANTLEY, ALABAMA  36009

## POST BRIEF MOTIONS

MOTION THAT DONALD L. JONES  BE ALLOWED  TO REP-
ESENT  HIMSELF AS FORCED PRO SE  IN THIS CASE  AGA-
INST THE US POST OFFICE AND MY CASE BE ACCEPTED
AS  FILED! MY AUTHORITY IS MY  IS MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH},$
$7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS WHICH IS THE
FINAL AUTHORITY **OVER ALL DISTRICT , CIRCUIT, US
SUPREME COURT LAW AND PROCEDURE  LAW,     AND
ALL  LAW IN AMERICA!**

**MOTION TO SUE AND CLAIM DAMAGES  AGAINST THE
POST OFFICE FOR $284.00 PLUS $100,00 A DAY UNTIL I
AM PAID SINCE 13 DECEMBER 2006 UNTIL I AM PAID
PLUS FILING FEE, COURT COURT, AND CRIMINAL ACT-
IONS.**

1

# UNITED STATES DISTRICT COURT
## MONTGOMERY, ALABAMA

MOTION THAT ONLY A UNITED STATES DISTRICT, CIRCUIT, AND SUPREME COURT JUDGE HERE MY CASES AGAINST THE POST OFFICE AND NO ONE ELSE. ALSO IF MY CASE GOES TO TRIAL THAT I HAVE A JURY TRIAL AND THAT I SELECT THE JURY MY SELF ORAL AND IN PERSON AND THAT I WILL HAVE AN ORAL HEARING IN PERSON IN THIS CASE. MY AUTHORITY IS MY GU-ANTUEED $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CL-AUSE RIGHT WHICH IS THE _____FINAL AUTHORITY_____OVER ALL COURT PROCEDURE LAW AND ALL LAW IN AMERICA. MOT-ION THAT IF I PICK A JURY THAT IT WILL BE FROM CHRISTIANS AND NOT PAGEN AND HEATHENS. JUDGES, LAWYERS, AND OTH-ERS GROUPS HAVE JUDGES AND LAWYERS HEARS THEIR CASES AND UNDER THE US CONSTUTION I SHOULD ONLY HAVE ONLY CHRISTIANS TO HEAR MY CASE BY THE AUTHORITY UNDER THE US CONSTUTION.

MOTION THAT THE US POSTAL SERVICES NOT BE ALLOWED TO HAVE AN ATTORNEY IN MY CASE BECAUSE THEY WOULD BE IN BREACK OF MY US CONSTUTIONAL RIGHTS WHICH WOULD ____ TERMINATE ____THEM FROM FEDERAL SERVICE.

MOTION TO RECEIVE $100.00 A DAY UP TO $1000.00 SINCE 15 DECEMBER 2006 FOR STEALING MY $284.00, LIEING, STEALING MY MONEY OF $284.00, BREACHING MY US CONSTUTIONAL RI-HTS , ALLEGED DEGRADING THEMSELVES BELOW THE LEVEL OF A NORMAL HUMAN. NORMAL DOG TO A AN ALLEGED DEVIL IN A HUMAN BODY BY THE AUTHORITY OF THE HOLY BIBLE AND MY OPINION IN THE 1ST AMENDMENT OF THE US CONSTUTION AS THE RICK MAN IN HELL IN LUKE 19:16-31, THE PEOPLE THAT GOD DESTROYED IN GENESIS CHAPTERS 6-9 WITH WATER FOR THEIR SINS, AND JUDE 1;7 WHEN GOD DESTROYED SODUM AND GORRMAH WITH FIRE AND BRIMESTONE FOR FORNICATI-ON AND FOR GOING AFTER STANGE FLESH WHICH THE POSTAL SERVICE HAS ABUSED THEIR POWER, COMMITTED US CONSTU-TION PREJURY, CONFLICT OF INTEREST, AND UNETHICAL CON-FLICT.                              2

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

MAIN BRIEF OF PLAINTIFF DONALD L. JONES WHO IS  PRO SE

AND FORCED PRO SE AGAINST THE    US POSTAL SERVICE

DONALD L. JONES BROUGHT SOME JEWERLY FROM   CARMAN MERTEN IN FT. BENNING, GEORGIA  WHICH HE RETURN TO HER 13 DECEMBER 2006 C.O.D.  WHERE HE PAID  $7.90 COD AND $9.49 POSTAGE FEE  13 DECEMBER 2006. DONALD L. JONES HAS NEVER SEEN CARMAN MERTEN! (SEE EXHIBIT ONE)

CARMAN MERTEN  SENT THE $284.00 BACK TO DONALD L. JONES IN CHECK 1040.  (THIS MAY HAVE BEEN A PERSONAL CHECK FROM FROM HER), BUT THE POST OFFICE LOST THIS CHECK    TO DONALD L. JONES AND WILL NOT PAY HIM AND BREACHED HIS INSURANCED CONTRACT AND BREACHED HIS ALLEGED $1^{ST}, 1^{ST}$ $6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE RIGHTS MANY TIMES WHICH TERMINATES ALL THESE EMPLOYEES FROM US FEDERAL SERVICE BY BREACH OF THEIR CONTRACT WITH THE US POST OFFICE BY NOT UPHOLDING AND DEFENDING THE US CONSTUTION. THE POST OFFICE EMPLOYEES ARE ALL LIARS AND SWORN LIARS.  THE US POST OFFICE  ARE GROSS NELIGENT IN THIS COD SYSTEM AND OTHER PLACES.  THEY BLAME DONALD L. JONES  FOR THIS PROBLEM AND WILL NOT PAY HIM THE $284.00 SINCE 13 DECEMBER  AND NOW IS MAY 2007.

DONALD L. JONES IS CLAIMING DAMAGES NOW OF $100.00 A DAY  SINCE 13 DECEMBER 2006 UNTIL NOW OR WHEN HE IS PAID AND IT IS NOW MAY 2007 WHICH WOULD BE ABOUT $13,800.00 AT THE END OF MAY 2007. MR. JONES MAY CLAIM   $1,000.00 A DAY LATER IF HE IS NOT PAID ASAP.

AS FAR AS I KNOW ALL FEDERAL EMPLOYEES AS THE  POST OFFICE HAVE SWORN TO UPHOLD AND DEFEND THE US CONSTUTION HAVE BREACHED THEIR SWORN CONTRACTS.

3

UNITED STATES DISTRICT COURT

MONTGOMERY, ALABAMA

THE AUTHORITY IN THIS CASE IS  THE HOLY BIBLE THAT HAS
GOD AS ITS AUTHOR AND IT IS 100%  WITH ZERO ERRORS. MY
1ST, 1ST, 6TH, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS ARE
THE NEXT HIGHER AUTHORITY AFTER THE HOLY BIBLE  WHICH
ALL US FEDERAL EMPLOYEES HAVE SWORN TO UPHOLD AND
DEFEND  TO WORK WITH THE FEDERAL  SERVICE WHICH THE US
POSTAL EMPLOYEES HAVE BREACHED AND THEN US POSTAL
LAW WHICH  THEY  HAVE BROKEN US POSTAL LAW ALSO.

**I ALLEGE THAT SOME PEOPLE IN THE POST OFFICE CLAIM
DEPARTMENT  ARE SO ALLEGED DEMON CONTROLLED OR
POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE  THAT
THEY HAVE BREACHED  THEIR SWORN CONTRACT WHICH
TERMINATES THEM FROM FEDERAL SERVICES  RETROACT-
IVE BACK TO FEDERAL SERVICE WITH NO AUTHORITY  AT
ALL IN MY CASE AND NO US CONSTUTIONAL AUTHORITY IN
MY CASE.**

YOU HAVE TO BE A CHRISTIAN TO UNDERSTAND  THIS. MY DAD
DIED BEFORE I WAS BORN AND MY MOTHER COULD NOT READ
OR WRITE ,BUT A CHRISTIAN SCHOOLTEACHER WAS THE REAS-
ON THAT I WAS SAVED OR I WOULD  PROBABLY ALREADY BE
BURNING IN HELL.

I WAS ATTACK BY PEOPLE THAT I DID NOT AND BY PEOPLE THAT
I HAD NEVER SEEN AND I WONDERED WHY AND I WONDERED
WHY?  I STARTED READING AND STUDYIG THE HOLY BIBLE AND
HEARING CHRISTIAN BIBLE TEAHING AND PREACHING AND ONE
DAY GOD WHO CREATED ME TOLD ME IT WAS BECAUSE I WAS A
CHRISTIAN AND  SATAN HAD HIS PEOPLE ATTACK ME  BECAUSE
I WAS A CHRISTIAN  AND THEY WERE CONTROLLED BY HIM.

HOW CAN YOU PROVE THAT THERE IS A GOD BY NATURE AND
BY COMMON SENSE BECAUSE MANY PEOPLE SAY THAT THERE
IS NO GOD!                    4

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

YOU CAN KNOW AND PROVE THAT THERE IS A GOD BY NATURE AND BY COMMON SENSE.. **ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NONLIFE OR FROM NOTHING AND THIS IS 100% PROOF THAT THERE IS A GOD BY NATURE AND BY COMMON SENSE.**

AN EXAMPLE THAT THERE IS A GOD BECAUSE ONLY GOD CAN CREATE SOMETHING FROM NOTHING AS THAT YOU CAN SAY : APPEAR STARS, APPEAR SUN, APPEAR PLANETS, APPEAR OCEANS, APPEAR SEAS, APPEAR RIVERS, APPEAR LAKES, APPEAR AIR, APPEAR MAN, APPEAR WOMAN AND THEY WILL NEVER APPEAR BECAUSE ONLY GOD CAN CREATE SOMETHING FROM NOTHING. THIS IS 100% PROOF THAT THERE IS A GOD!

AN EXAMPLE THAT THERE IS A GOD BECAUSE ONLY GOD CAN CREATE LIF FROM NON-LIFE OR FROM NOTHING IS THAT YOU CAN SAY LIVE BABY, LIVE MAN, LIVE WOMAN, LIVE BOY, LIVE GIRL, LIVE FISH, LIVE COWS, LIVE HORSES, LIVE PLEANTS, LIVE INSECTS, LIVE BIRDS AND THEY WILL NEVER LIVE BECAUSE ONLY GOD CAN CREATE LIFE FROM NONLIFE OR FROM NOTHING AND THIS IS 100% PROOF THAT THERE IS A GOD.

GENESIS 1:1 SAYS: IN THE BEGINNING GOD CREATED THE HEAVEN AND THE EARTH. THE BIBLE IS 100% TRUTH WITH ZERO ERRORS AND IT SAYS THAT THERE IS A GOD.

I HAVE HEARD PEOPLE SAY THAT DISEASES, CRIME, AND THE CORRUPT GOVERNMENT WAS WHAT WAS WRONG WITH AMERICA AND THE WORLD TODAY. THE PEOPLE THAT SAY AND BELIEVE THIS ARE 100% WRONG. DISEASES, CRIME, AND THE CORRUPT GOVERNMENT ARE ONLY 3 SYMPTONS OF WHAT IS WRONG WITH AMERICA AND THE WORLD TODAY. ROMANS 3:10 SAYS: AS IT IS WRITTEN, THERE IS NONE RIGHTEOUS, NO NOT ONE. ROMANS 3:23 SAYS: FOR ALL HAVE SINNED AND COME SHORT OF THE GLORY OF GOD!             5

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

SIN IS THE MAIN AND MAJOR  PROBLEM IN AMERICA AND THE
WORLD TODAY! SINS OF THE FLESH AND SINS OF THE SPIRIT
ARE WHAT IS WRONG WITH AMERICA AND THE WORLD TODAY.
WHY DON'T AMERICA AND THE WORLD TREAT THE SIN PROBL-
EM IN AMERICA AND THE WORLD TODAY? SIN IS THE PROBLEM
IN AMERICA TODAY.  THE AUTHORITY OF THE HOLY BIBLE AND
MY OPINION IN THE 1ST AMENDMENT  OF THE US CONSTUTION
SAYS THAT SIN IS WHAT IS WRONG WITH THE US POSTAL SERVI-
CES STEALING $284.00 FROM ME. I AM ALLEGING DEMON CONT-
OL OR POSSESSIONS BY SOME OF THE MEMBERS OF THE POST
OFFICE THAT STOLE $284.00 FROM ME!

 MICAH 6:8 TELLS  WHAT GOD REQUIRES FROM EACH PERSON
THAT HE CREATED. IT SAYS:  **HE HATH SHEWED THEE, O MAN
WHAT IS GOOD; AND WHAT DOTH THE  LORD  REQUIRE OF
THEE, BUT TO DO JUSTLY, AND TO LOVE MERCY, AND TO WA-
LK  HUMBLY WITH THY GOD?**

**I AM ALLEGING THAT  AUTRIA FINLEY , ROSA, ROSIE, STEPH-
ANIE,  AND OTHER ALLEGED CONSPICATORS AT THE CLAIMS
OFFICE I WAS FORCED TO USE  ARE 100%  AGAINST JUSTICE,
100% MERCY, AND 100%  NOT WALKING  HUMBLEY WITH GOD
BY  THE 1ST AMENDMENT OF THE US CONSTUTION AND BY
THE AUTHORITY OF THE HOLY BIBLE! I AM NOT JUDGING, OR
THREATHENING,  OR SLANDERING THEM EITHER. THIS IS MY
OPINION IN THE US CONSTUTION.**  I HAVE NEVER SEEN THESE
ALLEGED CONSPICATORS SO THEY HATE ME BECAUSE I AM A
CHRISTIAN I ALLEGE.

AUTRIA FINLEY, ROSA, ROSIE, STEPHANIE, AND THE OTHER ALL-
EGED CONSPICATORS HATE ME AND STOLE MY MONEY I ALLE-
GE BECAUSE THEY ARE DEMONS CONTROLLED OR POSSESSED
BY THE AUTHORITY OF THE HOLY BIBLE. I AM NOT JUDGING,
**THREATHENING, OR SLANDING THEM EITHER.**

6

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

MARK 5:15 SAYS: AND THEY COME TO JESUS, AND SEE HIM
THAT WAS POSSESSED WITH THE DEVIL, AND HAD THE LEGION,
(OVER 6,000 DEMONS) SITTING AND CLOTHED, AND IN HIS RIGHT
MIND : AND THEY WERE AFRAID. SATAN AND A LEGION OF DE-
MONS POSSESSED A MAN IN THE TOMBS WHO WAS NOT IN HIS
RIGHT MIND! I ALLEGE THAT ANTRIA FINLEY, ROSA, ROSIE, ST-
EPHANIE, AND OTHER ALLEGED CONSPICATORS ARE DEMON
CONTROLLED OR POSSESSED AND NOT IN THEIR RIGHT MIND!

MARK 5:4-5 SAYS: BECAUSE THAT HE HAD BEEN OFTEN BOU-
ND WITH FETTERS AND CHAINS, AND THE CHAINS HAD BEEN
PLUCKED ASUNDER BY HIM, AND FETTERS BROKEN IN PIECES,
NEITHER COULD ANY MAN TAME HIM. AND ALWAYS, NIGHT AND
DAY, HE WAS IN THE MOUNTAINS, AND IN THE TOMBS, CRYING,
AND CUTTING HIMSELF WITH STONES. NO MAN COULD BIND
THE MAN IN THE TOMB WHO WAS DEMON POSSESSED AS I ALL-
EGE ANTRIA, ROSA, ROSIE, STEPHANIE, AND THE OTHER ALLEGE
CONSPICATORYS WERE I ALLEGE.

I DID NOT LOSE THE MONEY. CARMEN MERTAN DID NOT LOSE
THE MONEY, BUT THE POST OFFICE LOST MY MONEY AND THEY
BLAME ME I ALLEGE AND WILL NOT PAY ME FOR THEIR MISTA-
KE. ANTRIA AND THE OTHER CONSPICATORS MADE THE MISTA-
KE AND THEY MADE THE MISTAKE, BUT THEY WILL NOT PAY ME
BECAUSE I AM A CHRISTIAN. THE CLAIMS DEPARTMENT MADE
A LOT OF OTHER ALLEGE CRIMES AND SINS>

REVELATIONS 20:8 SAYS: BUT THE FEARFUL, AND UNBELIEVING
AND THE ABOMINABLE, AND MURDERERS, AND WHOREMONG-
ERS, AND SORCERERS, AND IDOLATORS, AND ____ALL LIARS___
SHALL HAVE THEIR PART IN THE LAKE WHICH BURNETH WITH
FIRE AND BRIMSTONE WHICH IS THE SECOND DEATH. THE CLA-
IMS DEPARTMENT HAS LIED TO ME AND GOD SAYS ALL LIARS
THAT DO NOT GET SAVED WILL BURN IN HELL FOREVER.

7

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

I ALLEGE MANY GROSS NELIGENT BY THE   US POST OFFICE AND MANY ALLEGE  $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE RIGHTS  BECAUSE I AM A CHRISTIAN AND I ALLEGE SOME OF THESE ALLEGED CONSPICATORS ARE DEMON CONTROLLED BY THE AUTHORITY OF THE  HOLY BIBLE AND MY   OPINION UNDER THE 1ST AMENDMENT OF THE US CONSTUTION.

YOU MUST BE A CHRISTIAN TO UNDERSTAND THIS. MY DAD DIED BEFORE I WAS BORN AND MY MOTHER COULD NOT READ OR WRITE, BUT A CHRISTIAN SCHOOLTEACHER  GOT ME SAVED OR I WOULD PROBABLY ALREADY BE BURNING IN HELL.

THE US POST  OFFICE  WOULD NOT LET ME PUT IN A C.O. D. CLAIM UNDER 45 DAYS HAD PASSED WHICH IS GROSS NELIGENT BY THE POST OFFICE AND I HAD TO HAVE A  RECIEPT  OF THE CLAIM  WHICH I DID NOT HAVE  TO HAVE WHEN I INSURED THE PACKAGE WHICH IS GROSS NELIGENT BY THE POST OFFICE. I HAD THE CLAIM, AND PROOF THAT I INSURED THE PACKAGE. THE SOONER YOU PUT IN A CLAIM THE SOONER  THEY WILL BE ABLE TO FIND THE MONEY AND 45 DAYS IS GROSS NELIGENT BY THE POST OFFICE AND MOTION TO AWARD ME $100.00 A DAY SINCE 13 DECEMBER 2006 FOR THIS GROSS NELIGENT.  I MAY GO UP UNTIL $1,000.00 BECAUSE OF THIS GROSS NELIGENT!

**I SHOULD HAVE BEEN ABLE TO PUT IN THE CLAIM OF $284.00 ANYTIME AND THE POST OFFICE COULD WAIT UP TO 45 DAYS TO PAY ME WHICH IS GROSS NELIGENT BY THE POST OFFICE AND IN VIOLATION OF MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES ALL   THE AUTHORITY BY THE CLAIMS DEPARTMENT.  THIS IS DESIGNED BACKWARD, IT IS OBSOLUTE, OUT OF DATE, AND THIS IS GROSS NELIGENT BY THE POST OFFICE AND I WIN BY CASE.** POST OFFICE EMPLOYEES SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION ARE 100% IN BREACH OF IT.

8

## UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

THE US POST OFFICES EMPLOYEES SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION BREACHED MY 1ST,1ST,6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE WHICH TERMINATES THEM FROM FEDERAL SERVICE. RETROACTIVE BACK TO THEIR 1ST DAY OF FEDERAL SERVICE. I ALLEGE DEMON CONTROLL OR DEMON PROSSESSION BY THE AUTHORITY OF THE HOLY BIBLE.

I HAVE TRUCK AND HOUSE INSURANCE . I CAN CALL MY AGENT WHEN I HAVE A PROBLEM. I CAN NOT CALL AN CLAIMS INSURANCE AGENT DIRECTLY WHEN I HAVE A PROBLEM WHICH IS GROSS NELIGENT BY THE US POST OFFICE AND IN VIOLATION OF MY 1ST, 1ST, 6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS ALSO WHICH TERMINATES AUTRIA FINLEY, ROSA, ROSIE, STEPHANIE FROM FEDERAL SERVICE RETROACTIVE TO THEIR 1ST DAY OF FEDERAL SERVICE WITH NO JUDICIAL IMMUNIDITY OR NO AUTHORITY IN MY CASE.

I CALLED THE ___**US POST OFFICE**___ **WITH MY COMPLAINT AND THEY TOOK MY NAME AND SAID THAT THEY WOULD CALLED ME BACK** ___ WHICH IS GROSS NELIGENT AND IN BREACH OF MY 1ST,1ST,6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHT WHICH TERMINATES THEM FROM FEDERAL SERVICE. THE US POST OFFICE CALLS RIGHT WRONG AND WRONG RIGHTS AND ABUSED THEIR POWER, COMMITTED US CONSTUTIONAL PREJURY, CONFLICT OF INTEREST, AND UNETHICAL CONDUCT.

THE POST OFFICE OVERCHARGED CARMEN MERTEN I ALLEGED AND MAY HAVE TAKEN A PERSONAL CHECK 1040 FROM HER FOR $284.00 WHICH THE US POST OFFICE LOST. THEY CHARGED ME $7.90 FOR C.O.D INSURANGE FEE AND $9.49 FOR POSTAGE FOR A LETTER WHICH IS NOT NEARLY AS HEAVY AS JEWERLY. AND THE POST OFFICE LOST THE CHECK AND WILL NOT PAY ME.

9

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

THE POST OFFICE OVERCHARGE CARMEN MERTEN $9.49 FOR POSTAGE WHICH IS THE SAME I PAID FOR A PACKAGE OF JEWERLY WHICH SHOULD BE MUCH LESS FOR POSTAGE FOR HER. THIS IS DIRECT STEALING CARMEN MERTEN MONEY. THIS IS ALSO IN VIOLATION OF MY US 1ST,1ST,6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS. THE CLAIMS DEPARTMENT WILL NOT CALL OR GO SEE CARMEN MERTEN WHICH IS GROSS NELIGENT AGAIN.

THE US POST OFFICE MADE THE MISTAKE. I DID NOT MAKE THE MISTAKE. CARMEN MERTEN DID NOT MAKE THE MISTAKE, BUT THE POST OFFICE BLAMES ME AND WILL NOT GO AFTER AND WILL NOT TRY TO COLLECT THE MONEY FROM CARMEN MERTEN AND BREACHED THEIR INSURANCE CONTRACT WITH ME. I ALLEGE THEY HATE ME BECAUSE I AM A CHRISTIAN.

THE CLAIMS DEPARTMENT BLAMES ME BECAUSE THE $284.00 MAY BE WRITTEN IN A PERSONAL CHECK WHICH IS 1040. **WHY DO NOT THE POST OFFICE TAKES NO PERSONAL CHECK WHICH WOULD SOLVE THIS PROBLEM. THE POST OFFICE IS AGAIN GROSS NELIGENT IN MAYBE TAKING PERSONAL CHECKS AND BREACHING MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICES. I ALLEGED DEMON CONTROLLED OR DEMON POSSESSION AGAIN BY THEM POST OFFICE AGAIN BY THE AUTHORITY OF THE HOLY BIBLE. I AM HATED BY THE CLAIMS DEPARTMENT BECAUSE I AM CHRISTIAN AND PROUD OF IT.**

THE POST OFFICE LOST THE MONEY AND THE POST OFFICE SHOULD HAVE ALREADY PAID ME THE $284.00 AND THIS IS GROSS NELIGENT BY THE POST OFFICE. THE POST OFFICE SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION ARE 100% IN VIOLATION OF IT .

10

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

I CALLED POSTMASTER GENERAL JOHN POTTER ABOUT MY PROBLEM 3 TIMES. I WAS TOLD ALL 3 TIMES THAT HE WAS NOT AVIABLE TO TALK TO ME WHICH IS GROSS NELIGET AND IN BREACH OF MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES HIM FROM FEDERAL SERVICES. ONE TIME I WAS CONNECTED TO ANOTHER PERSON AND THE PERSON WAS NOT IN AND THE POST OFFICE DID NOT CHECK TO SEE IF THAT PERSON WAS AVIABLE WHICH IS GROSS NELIGENT AND IN VIOLATION OF MY 1ST,1ST,6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICE. THIS WAS MY OWN EXPENSE ALSO.

I CALLED POSTMASTER GENERAL JOHN POTTER AGAIN AND I WAS TOLD TO LEAVE MY NUMBER AND THEY WOULD GET BACK TO ME AND I LEFT MY NUMBER, BUT THEY NEVER RETURN MY CALL WHICH IS GROSS NELIGENT AND IN BREACH OF MY 1ST, 1ST, 6TH, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS AGAIN BY THE POST OFFICE.

I CALL GENERAL POTTER AGAIN AND I WAS TOLD THAT I COULD NOT TALK TO HIM BECAUSE HE WAS NOT AVIABLE WHICH IS GROSS NELIGENT AND IN BREACH OF MY 1ST,1ST,6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS AGAIN WHICH TERMINATES THESE POST OFFICE EMPLOYEES FROM FEDERAL SERVICE AGAIN. THESE POST OFFICE EMPLOYEES SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION TO WORK FOR THE FEDERAL SERVICE, BUT THEY ARE SO DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE THAT THEY HAVE BRECHED THEIR SWORN CONTRACT WHICH TERMINATES THEM FROM FEDERAL SERVICE FOREVER. I HAD TO PAY FOR THESE CALLS MYSELF.

I HAD TO CALLED THE TELEPHONE DIRECTORY TO GET GENERAL POTTER NUMBER WHICH IS GROSS NELIGENT AND IN BREACH OF MY US CONSTUTIONAL RIGHTS.

11

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

THE POST OFFICE SHOULD POST MR. POTTER TELEPHONE IN EVERY POST OFFICE WITH A TOLL FREE NUMBER TO CALL WITH COMPLAINTS AND TALK TO MR. POTTER TWO HOURS EVERY OTHER WEEKS AND THIS IS GROSS NELIGENT AND IN VIOLATION OF MY 1ST,1ST,6TH, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS. THE POST OFFICE CALLS EVIL GOOD AND GOOD EVIL! MR. POTTER I ALLEGE AND IN MY OPINION HAS LET THE POST OFFICE GO TO HELL! HE ALLOWS PEOPLE IN THE CLAIMS DEPARTMENT TO WORK THERE BY THE AUTHORITY OF THE HOLY BIBLE WHO IS DEMON CONTROLLED OR POSSESSED AS THE MAN IN MARK 5:15 WHO WAS POSSESSED WITH A LEGION OF DEMONS, IT IS UP TO THE POST OFFICE TO HIRE MORAL AND DECENT PEOPLE THAT WILL NOT LIE, STEAL, AND CHEAT AND BREACH MY US CONSTUTIONAL RIGHTS WHERE I ALLEGE SOME ARE CONTROLLED OR POSSESSED BY THE DEVIL BY THE AUTHORITY OF THE HOLY BIBLE.

**AS FAR AS I KNOW ALL FEDERAL EMPLOYEES HAVE SWORN TO UPHOLD AND DEFEND THE US CONSTUTION BREACH MY 1ST,1ST,6TH, 6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE TO THEIR FIRST DAY OF FEDERAL SERVICE. THE POST OFFICE STOLE FROM ME WHO WAS ONCE A FATHERLESS CHILD.**

EXODUS 22:22-24 SAYS: YE SHALL NOT AFFLICT ANY WIDOW OR **FATHERLESS CHILD (I WAS A FATHERLESS CHILD, BUT A CHRISTIAN SCHOOLTEACHER WAS TH REASON I WAS SAVED OR I WOULD PROBABLY ALREADY BE BURNING IN HELL)** IF THOU THEM IN ANY WISE, AND THEY CRY AL ALL UNTO ME, I WILL SURELY HEAR THEIR CRY: AND MY WRATH SHALL WAX HOT, AND I WILL KILL YOU WITH THE SWORD; AND YOUR WIVES SHALL BE WIDOWS, AND YOUR CHILDREN FATHERLESS. THE POST OFFICE HAS AFFLICTED ME WHO WAS ONCE A FATHERLESS CHILD. THIS IS OLD TESTAMENT LAW!

*12*

## UNITED STATES DISTRICT COURT

### MONTGOMERY, ALABAMA

THIS IS OLD TESTAMENT LAW AND WE LIVE UNDER NEW TESTAMENT LAW TODAY, BUT THE PEOPLE WHO DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL AGAINST SATAN AND HIS DEMONS WILL BE JUDGED BY JESUS CHRIST AT JUDGEMENT DAY AND CAST INTO HELL TO BURN THERE FOREVER SO THE OLD TESTAMENT IS STILL VALID TODAY.

I PETER 5:8 SAYS: BE SOBER, BE VILIGANT BECAUSE YOUR _____ **ADVERSARY THE DEVIL    AS A ROARING LION** WALKETH ABOUT SEEKING WHO HE MAY DEVOUR: SATAN SINNED IN GOD HOLY PRESENCE AND SATAN AND HIS DEMONS HAVE ALREADY BEEN SENTENCED TO BURN IN HELL FOREVER AND THEY CAN NOT BE SAVED. SATAN MISSIONS IS TO GET PEOPLE TO SIN AND NOT TO GET FORGIVENESS FOR THEIR SINS SO THAT THEY WILL BURN IN HELL FOREVER.

**SATAN AND HIS DEMONS MISSION FOR THE ENTIRE HUMAN RACE IS      TO DECIEVE AND DESTROY EVERY HUMAN SOUL IN HELL      TO BURN THERE FOR EVERY WITH HIM AND HIS DEMONS WHO CAN NOT BE SAVED.** THIS IS EVERY HUMAN SOUL THAT HAS BEEN CREATED IN THE PAST HISTORY OF THE ENTIRE WORLD SINCE THE TIME OF ADAM AND EVE WHO WERE THE FIRST HUMAN TO SIN UNTIL THE SECOND COMING OF JESUS CHRIST AT THE END OF THE 7 YEARS OF GREAT TRIBULATION JUST BEFORE SATAN DESTROY THE WORLD. SATAN HATES ALL HUMANS AND IF HE CAN NOT DESTROY YOUR SOUL IN HELL HE WILL TRY TO **DESTROY YOUR WITNESS, TESTIMONY, MORAL LIFE OF YOU AND YOUR FAMILY SO NO ONE WILL BELIEVE YOU AND NO ONE WILL BE SAVED FROM HELL!** EVER PERSON IN THE PAST, PRESENT, AND FUTURE HISTORY OF THE ENTIRE WORLD HAS HAD TO FIGHT THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL. MANY PEOPLE DO NOT BELIEVE IN GOD OR SATAN THEREFORE THEY LOSE THIS SPIRITUAL WAR BY DEFAULT AND BURN IN HELL FOR EVER AND EVER!

13

## UNITED STATES DISTRICT COURT

### MONTGOMERY, ALABAMA

EPHENSIANS 6:12 SAYS:  FOR WE WRESTLE  NOT AGAINST FLESH
AND BLOOD, BUT AGAINST  PRINCIPALITIES, AGAINST POWERS,
 AGAINST THE RULERS OF THE DARKNESS OF THIS WORLD,(AG-
AINST  SATAN AND HIS DEMONS) AGAINST SPIRITUAL WICKNESS
IN HIGH PLACES.  SATAN IS THE RULER OF THIS WORLD AND HE
WILL BE THE RULER UNTIL THE SECOND COMING OF JESUS CHR-
ST  RETURN TO THE EARTH AT THE END OF THE 7 YEARS OF TRI-
BULATION JUST BEFORE SATAN DESTROYS THE EARTH.

JOHN 8:44 SAYS: YE ARE OF YOUR FATHER THE DEVIL AND THE
LUST OF  YOUR FATHER YE WILL DO. HE WAS A MURDERER  FR-
OM  THE BEGINNING AND HE ABODE NOT IN THE TRUTH BECA-
SE THERE IS NOT TRUTH IN HIM. WHEN HE SPEAKETH A LIE, HE
SPEAKETH OF HIS OWN, FOR HE IS A LIAR, AND THE FATHER OF
IT.  SATAN IS THE FATHER OF ALL LIARS AND HE DEEATED ADAM
AND EVE IN GENESIS CHAPTER 3  BY LIEING TO THEM AND TOLD
THEM THAT IF THEY ATE OF THE FORBIDDEN FRUIT THAT THEY
WOULD NOT DIE (WHICH WAS A LIE AND THEY DIED SPIRITUAL
THEN AND PHYSICAL MANY YEARS LATER) SATAN DEFEATED
EVE AND ADAM BY LIEING TO THEM AND TEMPTED THEM TO
FALL UP AND NOT DOWN AND DEFEATED THEM AND THEY WERE
THE 1ST HUMANS TO SIN. ALL HUMANS BORN AFTER ADAM AND
EVE (THIS IS EVERY PERSON IN THE WORLD)  ARE BORN IN SIN
INHERITED FROM ADAM AND EVE. YOU MUST NOT BE DECIEV-
ED BY SATAN'S LIES AND BURN IN HELL FOREVER. UNSAVED SI-
NNERS CAN NEVER BE WINNERS. YOU MUST  GET SAVED AND
WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL
OR BURN IN HELL FOREVER.

REVELATIONS21:8 SAYS: BUT THE FEARFUL AND UNBELIEVING,
AND THE ABOMINABLE, AND MURDERERS,  AND SORCERERS,
AND IDOLATERS, AND ___ **ALL LIARS** ___ SHALL HAVE  HAVE
THEIR PART IN THE LAKE  WHICH BURNETH WITH FIRE AND
BRIMSTONE  WHICH IS THE SECOND DEATH.

14

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

I ALLEGE THAT ROSA, ROSIE, STEPHANIE, AUTRIA FINLEY, AND OTHERS IN THE CLAIM DEPARTMENT HAS LIED AND THE BIBLE SAYS THAT GOD IS GOING TO BURN THEIR SOULS IN HELL IF THEY DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR!

AUTRIA FINLEY AND THE OTHER FEDERAL EMPLOYEES IN MY CASE HAVE SWORN TO UPHOLD AND DEFEND THE US CONSTUTION HAVE BREACHED THEIR SWORN CONTRACTS, COMMITTED US CONSTUTIONAL PREJURY AS SWORN LIARS, COMMITTED CONFLICT OF INTEREST, AND UNETHICAL CONDUCT WHICH ARE ALL CRIMINAL ACTS WHICH TERMINATES THEM FROM FEDERAL SERVICES RETROACTIVE BACK TO THE 1ST DAY OF FEDERAL SERVICE. THESE ALLEGED CONSPICATORS BY THE AUTHORITY OF THE HOLY BIBLE HAVE COMMITTED ENOUGH SINS TO BURN IN HELL FOREVER IF THEY DO NOT GET SAVED! I WANT ALL THESE ALLEGED CONSPICATORS TO BE SAVED SO GOD WILL NOT BURN IN HELL FOREVER AT JUDGEMENT. THIS IS NOT NORMAL HATE AGAINST ME, BUT ALLEGED ABNORMAL SATANIC HATE BY PEOPLE DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS! I AM NOT JUDGING, THREATHENING, OR SLANDERING THEM EITHER. VENGEANTH IS MINE SAYS THE LORD. GOD CREATED THEM AND GOD WILL BURN THEIR SOULS IN HELL IF THEY DO NOT GET SAVED BY THE AUTHORITY OF THE HOLY BIBLE.

I ALLEGED AUTRIA FINLEY AND OTHER CLAIMS CONSPICATORS ARE SO DEMON CONTROLLED OR POSSESSED THAT THEY HATE ME ENOUGH TO STEAL MY $284.00 BECAUSE I AM A CHRISTIAN AND THEY ARE DEMON CONTROLLED BY THE AUTHORITY OF THE HOLY BIBLE. AUTRIA FINLEY WOULD NOT EVEN CALL CARMEN MERTEN, BUT HARASSED ME TO CALL HER AND I HAVE NO AUTHORITY. CARMEN MERTEN DID NOT BREAK THE LAW. I DID NOT BREAK THE LAW, BUT THE POST OFFICE BROKE THE LAW AND WILL NOT PAY ME. I WROTE CARMEN 2 TIMES AND THE LAST LETTER SHE TOLD ME NOT TO WRITE HER ANY MORE, BUT I DID AND SHE WILL NOT ANSWER ME.

15

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

REVELATIONS 20:10 SAYS: AND THE DEVIL THAT DECIEVED TH-
EM WAS CAST INTO THE LAKE OF FIRE AND BRIMESTONE
WHERE THE BEAST AND THE FALSE PROPHET ARE AND SHALL
BE TORNMENT DAY AND NIGHT FOR EVER AND EVER.

AND THE DEVIL THAT DECIEVE THEM(IN MY OPINION IN THE 1ST
AMENDMENT OF THE US CONSTUTION WHO IS THEM : AUTRIA
FINLEY, ROSA, ROSIE, AND OTHER CLAIMS DEPARTMENT ALLE-
GED CONSPICATORS) WAS CAST INTO THE LAKE OF FIRE AND
BRIMESTONE WHERE THE BEAST AND THE FALSE PROPHET ARE
AND SHALL BE TORNMENT DAY AND NIGHT FOR EVER AND EV-
ER. THE BIBLE SAYS THAT ANTRIA FINLEY, ROSA, ROSIE, AND
STEPHANIE WILL BE CAST INTO A LAKE OF FIRE AND BRIMEST-
ONE TO BURN THERE FOR EVER IF THEY DO NOT GET SAVED.

HOW HAS SATAN AND HIS DEMONS DESTROYED ANTRIA FINL-
EY, ROSA, ROSIE, STEPHANIE, AND THE OTHER ALLEGED POST
OFFICE CONSPICATORS BY THE AUTHORITY OF THE HOLY BI-
BLE?ROMANS 10:17 SAYS: SO THEN FAITH COMETH BY HEARING
AND HEARING THE WORD OF GOD! **YOU HAVE TO READ AND
STUDY THE HOLY BIBLE DAILY OR REGULARLY OVER AND
OVER AGAIN TO GET ENOUGH     FAITH     TO BE SAVED AND
TO WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN
SOUL.**

**YOU HAVE TO HEAR CHRISTIAN BIBLE TEACHING AND PRE-
ACHING OVER AND OVER AGAIN TO GET ENOUGH
FAITH     TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL
WAR AGAINST SATAN AND HIS DEMONS FOR YOUR VERY OWN
SOUL. YOU HAVE TO LEARN HOW TO PRAY AND LEARN HOW
TO PRAY IN THE SPIRIT WITHOUT CEASING TO GOD TO DEF-
EAT SATAN AND DEMONS AS THE CHRISTIAN CHURCH DID IN
ACTS CHAPTER 12 AND SAVED THE APOSTLE PETER LIFE OR
HE WOULD HAVE BEEN KILLED BY KING HEROD.**

16

UNITED STATES DISTRICT COURT

MONTGOMERY, ALABAMA

ACTS 4:18 SAYS: AND THEY CALLED THEM, AND **COMMANDED THEM  NOT TO SPEAK AT ALL  NOR TEACH  IN THE NAME OF JESUS.** SATAN AND HIS DEMON HAS DESTROYED ANTRIA FINL-EY, STEPHANIE, ROSA, ROSIE,OTHER CLAIMS DEPARTMENT PE-OPLE, AMERICA AND THE WORLD  BY KEEPING THEM  BY KEEP-ING THEM FROM HEARING CHRISTIAN BIBLE TEACHING AND PREACHING SO THEY CAN NOT GET  GET FAITH TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR THEIR VERY OWN SOULS. I ALLEGE THAT TH-ESE POST OFFICE EMPLOYEES ARE SO DEMON CONTROLLED OR POSSESSED  AND DEMON CONTROLLED THAT THEY DO NOT EVEN KNOW  THAT THERE IS AN UNSEEN  SPIRITUAL FOUGHT BETWEEN THEM AND SATAN FOR THEIR VERY OWN SOUL! **SAT-AN AND HIS DEMONS WANTS AUTERIA  FINLEY, ROSA, ROSIE, STEPHANIE SOULS TO BURN IN HELL FOREVER  WITH HIM AND HIS DEMONS WHO ARE NOT SAVED BY THE AUTHORITY OF THE HOLY BIBLE. THESE ALLEGED PEOPLE PARENTS WE-RE UNFIT  PARENTS BY THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEY DID NOT TEACH TO OBEY  GOD'S LAWS AND GOD'S COMMANDMENT BY DEUTERONOMY 6:7-9 AND DEST-ROYED THEIR SOULS IN HELL IF THEY DO NOT GET SAVED BY THE BLOOD OF JESUS CHRIST.  THEIR PARENTS WERE UNFIT PARENTS BY THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEY DID NOT  BEAT THEM WITH THE ROD BY  PROVERBS 23:13-14 AND DESTROYED THEIR SOULS IN HELL  IF THEY DO NOT GET SAVED BY ADMITTING  TO GOD THAT THEY ARE SINNERS, BY REPENTING OF ALL THEIR SINS, AND BY ASKING THE REAL JESUS CHRIST TO FORGIVE THEM OF ALL THEIR SINS AND TO SAVE THEIR SOULS FROM HELL. THESE ALLEG ED CONSPICATORS I ALLEGE DO NOT KNOW THAT THERE IS AN UNSEEN SPIRITUAL WAR BEEN FOUGHT FOR THEIR VERY OWN SOUL BECAUSE THEY ARE SO ALLEGED DEMON CONTR-OLLED ARE POSSESSED. THE POST OFFICE LOST MY MONEY AND THEY DID NOT TRY TO COLLECT IT, BUT BLAMED ME FOR THEIR ERRORS.**     17

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

DEUTERONOMY 6:7-9 SAYS:AND THOU SHALT TEACH THEM DI-
LIGENTLY UNTO THY CHILDREN, AND SHALT TALK OF THEM
WHEN THOU SITTEST INN THOU HOUSE, AND WHEN THOU
WALKEST BY THE WAY, AND WHEN THOU WALKEST BY THE
WAY, AND WHEN THOU LIEST DOWN, AND WHEN THOU RISEST
UP. AND THOU SHALT BIND THEM FOR A SIGN UPON THINE
HAND, AND THEY SHALL BE AS A FRONTLET BETWEEN THING
EYES. AND THOU SHALL WRITE THEM UPON THE POST OF THY
HOUSE, AND ON THY GATES. THE PARENTS OF THE ALLEGED PO-
ST OFFICE CONSPICATORS PARENTS WERE UNFIT PARENTS BY
THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEY DID NOT
HAVE ENOUGH TIME, OR ETC. TO TEACH THEIR CHILDREN THE
HOLY BIBLE AND DESTROYED THEIR SOULS IN HELL BY THE
AUTHORITY OF THE HOLY BIBLE. I AM NOT JUDGING, THREATH-
ENING THEM, OR SLANDERING THEM BECAUSE THIS IS MY
OPINION IN THE 1ST AMENDMENT OF THE US CONSTUTION WH-
ICH IS THE FINAL AUTHORITY OVER ALL LAW IN AMERICA.

PROVERBS 23:13-14 SAYS:WITHHOLD NOT CORRECTION FROM
THE CHILD:__ **THOU SHALT BEAT HIM WITH THE ROD__**
**__AND SHALT DELIVER HIS SOUL FROM HELL. THE CLAIMS
CONSPICATORS PARENTS I ALLEGE WERE UNFIT PARENTS BY
THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEY DID
NOT BEAT THEIR CHILDREN WITH THE ROD WHEN THEY BR-
OKE GOD'S LAWS AND COMMANDENTS IN THE HOLY BIBLE
AND DESTROYED THEIR SOULS IN HELL!__**

**__FAITH TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR
AGAINST SATAN, HIS DEMONS, AND HIOS PEOPLE COMING
BY READING AND STUDYING THE HOLY BIBLE AND HEARING
CHRISTIAN BIBLE TEACHING AND PREACHING OVER AND
OVER AGAIN SO THEY YOU CAN GET ENOUGH FAITH TO BE
SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR
VERY OWN SOUL. GOD SAVES PEOPLE FROM HELL BY THEM
READING THE BIBLE TO GET ENOUGH FAITH TO BE SAVED.__**

18

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

ROMANS 10:17 SAYS: SO THEN FAITH  COMETH BY HEARING AND
HEARING  BY THE WORD  OF GOD. YOU HAVE TO  READ AND ST-
UDY  AND STUDY  THE HOLY BIBLE  **OVER AND OVER AND OV-
ER  AGAIN TO GET ENOUGH        FAITH     TO SAVED AND WIN
THIS UNSEEN SPIRITUAL WAR  FOR YOUR VERY OWN     SOUL
AGAINST SATAN  DEMONS. THIS IS THE MAIN  WAY THAT GOD
HAS  SAVED MEN AND WEMON  SINCE THE TIME OF JESUS CH-
IRST  UNTIL THE END OF TIME.**

YOU HAVE TO HEAR CHRISTIAN BIBLE TEACHING AND PREACH-
ING OVER AND OVER AND OVER AGAIN  TO GET  ENOUGH _____
FAITH____TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR
FOR YOUR VERY OWN SOUL.  YOU MUST LEARN HOW TO PRAY
AND LEARN HOW TO PRAY IN THE SPIRIT WITHOUT CEASING  TO
GOD  TO DEFEAT  SATAN AND HIS DEMONS 100% OF THE TIME.

SATAN HAS DESTROYED AMERICA, THE WORLD, AUTRIA FINLEY,
ROSA, ROSIE, STEPHANIE, AND THE OTHER CONSPICATORS BY
THE AUTHORITY OF THE HOLY BIBLE BY _____**KEEPING THEM
FROM  READING AND STUDYING  THE HOLY BIBLE AND KEEP-
ING THEM FROM  HEARING  CHRISTIAN BIBLE TEACHING
AND PREACHING  SO  THEY CAN NOT  GET ENOUGH    FAITH
TO BE SAVED ! AUTRIA  FINLEY AND THE OTHER   ALLEGED
CONSPIRATORS  DO NOT BELIEVE THAT GOD WILL BURN
THEIR  SOULS IN HELL IF THEY DO NOT GET SAVED. AUTRIA
FINLEY, ROSA, ROSIE, AND ALL THE OTHER ALLEGED CONS-
PIRACY  DO NOT OBEY GOD WHO CREATED THEM AND  THE
US CONSTUTION AND OUR COD CONTRACT!  THEY OBEY SAT-
AN AND DISOBEYED GOD THE SAME AS ADAM AND EVE SIN-
NED IN GENESIS CHAPTER 3.  ANTRIA FINLEY  BREACH MY
COD CONTRACT  AND WOULD NOT CALL THE COLUMBUS,
GEORGIA OR SEND AN INVESTIGATE TO INVESTIGATE  MY
CASE.  ANTRIA FINLEY AND ALL FEDERAL  EMPLOYEES AS
FAR AS I KNOW  SWORE TO UPHOLD THE US CONSTUTION
BREACH MY 1ST,1ST, 6TH,6TH, 7TH, 8TH, 14TH, AND EJCR.**

*19*

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

GOD SAYS IN THE HOLY BIBLE THAT HE IS GOING TO BURN ANTRIA FINLEY AND THE OTHER ALLEGED CONSPICATORS SOULS IN HELL IF THEY DO NOT GET SAVED.

HEBREWS 9:27: AND AS IT IS APPOINTED UNTO MEN ONCE TO DIE, BUT AFTER THIS THE JUDGEMENT. ANTRIA FINLEY STOLE MY $284.00 BY BREACHING MY COD CONTRACT AND THEY ARE GOING TO BURN IN HELL FOREVER IF THEY DO NOT GET SAVED. I STILL WANT HER AND ALL THESE CONSPIRACY SAVED SO GOD WILL NOT BURN IN HELL FOREVER. ANTRIA FINLEY IS SO AL-LEGED DEMON CONTROLLED OR POSSESSED BY THE AUTHOR-ITY HOLY BIBLE THAT SHE BREACHED MY COD CONTRACT AND MY GUANTEED US 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTI-CE CLAUSE RIGHTS. WHICH TERMINATED HER FROM FEDERAL SERVICE RETROACTIVE BACK TO HER FROM FIRST DAY OF FEDERAL SERVICE AND THEY HAVE NO JUDICIAL IMMUNIDITY AND NO AUTHORITY TO HAVE AN ATTORNEY EITHER.

THE SEVEN YEARS OF TRIBULATION TELL US THAT GOD WILL PUNISH ALL UNSAVED SINNERS AND ALL PEOPLE THAT TAKES THE MARK OF THE BEAST WILL BE TORNMENT IN HELL FOR-EVER IF THEY DO NOT GET SAVED.

REVELATIONS 13:16-18 SAYS: **AND HE CAUSED ALL, BOTH SMALL AND GREAT , RICH AND POOR, FRE AND BOND TO RECEIVE A MARK IN THEIR RIGHT HAND IN THEIR RIGHT HAND, OR THE NAME OR IN THEIR HAND OR THEIR FOR-EHANDS: AND THAT NO MAN MIGHT BUY OR SELL, SAVE HE HAD THE MARK, OR THY NAME OF THE BEAST, OR THE NUMBER OF HIS NAME. HERE IS WISDOM. LET HIM THAT UNDERSTANDING COUNT THE NUMBER OF BEAST, FOR IT IS THE NUMBER OF A MAN: AND THE NUMBER IS SIX HUNDRED THREESCORE AND SIX.**    20

## UNITED STATES DISTRICT COURT

### MONTGOMERY, ALABAMA

GOD TELLS THAT SATAN AND HIS DEMONS  WILL BE GIVEN CONTROL OVER THE WORLD ECONOMY DURING THE SEVEN YEARS OF TRIBULATION. THE PEOPLE THAT WILL NOT TAKE THE  MARK OF THE BEAST WHICH IS 666 WILL BE KILLED BY THE PEOPLE THAT TAKE THE MARK OF THE BEAST WHICH IS 666.

GOD PUNISH THE PEOPLE WHO TAKES THE MARK  OF THE BEAST WHICH  IS 666  AND KILLS THE PEOPLE THAT WILL NOT TAKE THE MARK OF THE BEAST  WHICH IS 666   VERY SEVERELY. LET LOOK AT  TWO OF THE PUNISHMENT OF THE PEOPLE THAT TAK-ES THE MARK OF THE BEAST.

REVELATION 14:9-11 SAYS: AND THE THIRD ANGEL FOLLOWED THEM, SAYING WITH A LOUD VOICE, IF ANY MAN WORSHIP  THE BEAST  AND HIS IMAGE, AND RECEIVE  HIS MARK IN HIS FOREH-EAD OR IN HIS HAND,THE SAME  SHALL DRINK OF THE WINE  OF THE WRATH OF GOD, WHICH IS POURED OUT  WITHOUT MIXTU-RE INTO THE CUP OF HIS  INDIGNATION; AND  HE SHALL BE TO-RNMENTED WITH FIRE AND BRIMESTONE IN THE PRESENCE  OF THE HOLY ANGELS, AND THE PRESENCE OF THE LAMB;  AND THE SMOKE  OF THEIR TORNMENT ASCENDETH UP FOR EVER AND EVER AND THEY HAVE NO REST DAY  NOR  NIGHT  WHO WORSH-IP  THE BEAST AND HIS IMAGE AND WHOSOEVER RECIEVETH THE MARK  OF HIS NAME. THE PEOPLE WHO TAKE THE MARK OF THE BEAST WHICH IS 666 CAN NOT BE SAVED AND WILL BE TOR-NMENT IN HELL FIRE AND BRIMESTONE FOR EVER AND FOREV-ER. LETS LOOK AT OTHER PUNISHMENT FOR THE PEOPLE WHO TAKE THE MARK OF THE BEAST WHICH IS 666.

REVELATIONS 16:2 SAYS: AND THE FIRST WENT, AND POURED OUT HIS VIAL UPON THE EARTH, AND FELL A NOISOME AND GRIEVIOUS SORE  UPON THE  MEN WHICH HAD  THE MARK OF THE  BEAST, AND UPON THEM WHICH WORSHIPPED HIS IMAGE. I ALLEGED THIS NOISOME  AND GRIEVOUS  SORE WILL BE ON THE PEOPLE IN HELL FOREVER. 21

UNITED STATES DISTRICT
MONTGOMERY, ALABAMA

LET LOOK AT ARAMAGADDON IN RECELATION 14:20: AND THE
WINEPRESS WAS TRODDEN WITHOUT THE CITY, AND BLOOD
CAME OUT THE WINEPRESS, EVEN UNTO THE HORSES BRIDLES,
BY THE SPACE OF A THOUSAND AND SIX HUNDRED FURLONG.
THE PEOPLE THAT TAKE THE MARK OF THE BEAST WHICH IS 666
WILL BE PUNISHED BY GOD WHERE THEIR BLOOD WILL BE UP
TO A HORSES BRIDLES FOR 200 MILES ROUND ABOUT JERUSAL-
EM. SO SATAN, HIS DEMONS, AND HIS PEOPLE WILL BE PUNISH-
ED BY GOD BY THEIR BLOOD UP TO A HORSES BRIDLES 200
MILES ROUND ABOUT JERUSALEM. AUTRIA FINLEY, ROSA, ROSI-
IE, SEPHANIE, AND THE OTHER ALLEGED CONSPICATORS WILL
BE PUNISHED BY GOD FOR ALL THEIR SINS IF THEY DO NOT GET
SAVED AND WINNING THIS UNSEEN SPIRITUAL WAR FOR THEIR
VERY OWN SOUL!

GOD BURNT THE RICH MAN IN HELL IN LUKE 16:19-31 BECAUSE
OF HIS LOVE OF MONEY. HE DEGRADED HIMSELF BELOW THE
LEVEL OF A NORMAL HUMAN IN LUKE 16:21 WHEN HE WOULD
NO GIVE LAZARUS THE CRUMBS WHICH FELL FROM HIS TABLE
TO A DEVIL IN A HUMAN BODY. THE RICH MAN IN LUKE 16:21 DE-
GRADED HIMSELF BELOW THE LEVEL OF A NORMAL DOG TO A
DEVIL IN A HUMAN BODY WHEN HE WOULD NOT PUT MEDIEN-
CE ON LAZARUS SORES.

ANTRIA FINLEY LIED AND BREACHED THE COD CONTRACT
WHICH IS MORE WICKED THAN THE RICH MAN IN HELL IN
LUKE 16:1931. ANTRIA FINLEY AND POST OFFICE CONSPICAT-
ORS SWORE TO UPHOLD AND DEFEND BREACHED MY 1ST,1ST,6TH
6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS MANY
TIMES WHICH ARE CRIMINAL ACTS OF US CONSTUTIONAL PRE-
JURY AS SWORN LIARS, ABUSE OF POWER, CONFLICT OF INTER-
EST, AND UNETHICAL CONDUCT WHICH TERMINATES THEM
FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR 1ST
DAY OF FEDERAL SERVICE WITH NO LAWYER AND NO JUDICIAL
IMMUNIDITY EITHER.     22

## UNITED STATES DISTRIC COURT

### MONTGOMERY, ALABAMA

GOD DESTROYED THE RICH MAN IN HELL IN LUKE 16;19-
31BECAUSE HE LOVED MONEY AND DEGRADED HIMSELF
BELOW THE LEVEL OF A NORMAL HUMAN TO A DEVIL IN A
HUMAN BODY WHEN HE WOULD NOT GIVE LAZARUS THE
CRUMBS WHICH FELL FROM HIS TABLE IN LUKE 16:19-31.
THE RICH MAN DEGRADED HIMSELF BELOW THE LEVEL OF A
NORMAL DOG TO A DEVIL IN A HUMAN BODY WHEN HE WOULD
NOT PUT MEDIENCE ON LAZARUS SORES AND THE DOG LICKED
HIS SORES. GOD NEVER MENTIONS THAT THE RICH MAN LIED
OR NOT , BUT MOST ALL PEOPLE LIE!

AUTRIA FINLEY AND THE OTHER ALLEGED CONSPICATORS LOST
CHECK 1040 WHICH WAS INSURED BY ME. THEY LOST THE
CHECK AND WOULD NOT PAY ME AND THEY RICH MAN NEVER
DID THIS SO THEY ARE MORE WICKED THEN THE RICH MAN BY
THE AUTHORITY OF THE HOLY BIBLE.

THE RICH NEVER SWORE TO UPHOLD AND DEFEND THE US CON-
STUTION, BUT AUTRIA FINEY DID AND BREACHED HER SWORN
CONTRACT WHICH IS US CONSTUTIONAL PREJURY AS A SWORN
LIAR, ABUSE OF POWER, UNETHICAL CONDUCT, AND CONFLICT
OF INTEREST AND BREACHED MY 1ST,1ST,6TH,6TH,7TH, 8TH, 14TH, AND
EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES HER FROM
FEDERAL SERVICE BY NOT PAYING ME. THIS IS MUCH MORE EV-
IL THAT THE RICH MAN IN HELL IN LUKE 16:19-31. THESE ARE
CRIMINAL ACT ALSO. THE AUTHORITY OF THE HOLY BIBLE SA-
YS THAT SHE IS MORE WICKED THEN THE RICH MAN IN HELL.
LET HER ARGUE WITH GOD WHO CREATED HER. AUTRIA FIN-
LEY BREACH HER CONTRACT WHICH TERMINATES ALL HER
AUTHORITY AND SHE HAS NO AUTHORITY TO HAVE AN ATTOR-
ITY OR ANY RIGHTS TO SAY A WORD BY THE AUTHORITY OF THE
US CONSTUTION. THIS IS NOT JUST NORMAL HATE BY AUTRIA
FINLEY, BUT ABNORMAL HATE OR SATANIC HATE I ALLEGE BY
A PERSON THAT IS NOT SAVED OR THAT READS THE HOLY BIBLE
AND PRAYS REGULARLY. AUTRIA FINLEY OBEYS SATAN.

23

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

AUTRIA FINLEY DISOBEYS GOD WHO SAYS NOT TO LIE, STEAL, (US CONSTUTIONAL PREJURY IS A SWORN LIAR) KILL AND OBEYS SATN AND NOT GOD. THIS IS NOT JUST NORMAL HATE BY AUTRIA FINLEY, BUT ABNORMAL HATE BY THE AUTHORITY BY HOLY BIBLE BY PEOPLE I ALLEGE WHO ARE DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS. AUTRIA FINLEY I ALLEGED BY THE 1ST AMENDMENT OF THE US CONTUTION OF THE US IS SO DEMON CONTROLLED OR POSSESSED THAT SHE WILL NOT GET SAVED BY ADMITTING TO GOD THAT SHE IS A SINNER, BY REPENTING OF ALL HER SINS, AND BY ASKING THE REAL JESUS CHRIST TO FORGIVE OF ALL HER SINS AND SAVE HER SOUL FROM HELL AND THE BIBLE SHE THAT SHE WILL BURN IN HELL FOREVER IF SHE DOES NOT GET SAVED. AUTRIA FINLEY HAS NO AUTHORITY IN THIS CASE BECAUSE SHE HAS ALREADY BREACHED BY US CONSTUTION RIGHTS AND IS MORE WICKED THAN THE RICH MAN IN HELL IN LUKE 16:19-31.

GOD DESTROYED THE WORLD WITH WATER IN GENESIS 6:13 WHICH SAYS: AND GOD SAID UNTO NOAH, THE END OF ALL FLESH IS COME BEFORE ME: FOR THE EARTH IS FILLED WITH VIOLENCE THROUGH THEM: AND BEHOLD I WILL DESTROY THEM WITH THE EARTH. GOD DESTROYED THE WORLD BY A FLOOD AND ONLY NOAH AND HIS FAMILY OF 8 PEOPLE WAS SAVED AND ANTRIA FINLEY IS MORE WICKED THAN THESE PEOPLE BY THE AUTRIA FINLEY IS MORE WICKED THAN THESE PEOPLE BY THE AUTHORITY OF THE HOLY BIBLE.

GOD DESTROYED THE PEOPLE OF SODUMN AND GOMORRAH IN HELL IN JUDE 1:7 WHICH SAYS: EVEN AS SODUMN AND GOMORRHA AND THE CITIES ROUND ABOUT THEM IN LIKE MANNER GIVING THEMSELVES OVER TO FORNICATION, AND GOING AFTER STRANGE FLESH( HOMOSEXUALS) ARE SET FORTH FOR AN EXAMPLE, SUFFERING THE VENGEANCE OF ETERNAL FIRE. ANTIA FINLEY HAS STOLEN MY MONEY, LIED, BREACHED MY US CONSTUTIONAL RIGHTS IS MORE WICKED THAN THE (OVER)

24

## UNITED STATES DISTRICT COURT

### MONTGOMERY, ALABAMA

PEOPLE OF SODUMN AND GOROMMAHA WHO HAS BEEN
BURNING IN HELL NOW FOR PROBABLY THOUSAND OF YEARS
FOR THEIR SINS BY THE AUTHORITY OF THE HOLY BIBLE . ANT-
RIA FINLEY IS MORE WICKED THAN THE ICH MAN IN HELL IN
LUKE 16:19-31, THE PEOPLE GOD DESTROYED WITH A FLOOD IN
GENESIS CHAPTERS 6-9. THE PEOPLE IN SODUM AND GOMORR-
HA JUDE 1:7 WHO GOD BURN IN HELL FOR THE SINS OF FORNIC-
ATION AND GOING AFTER STRANGE FLESH AND GOD IS GOING
TO BURN ANTRIA FINLEY, ROSA, ROSIE, STEPHANIE, AND THE
OTHER ALLEGED CONSPICATORS IN HELL IF THEY DO NOT GET
SAVED BY THE PRECIOUS BLOOD OF JESUS. I AM ONLY A SINNER
SAVED BY GRACE AND I WANT ALL THE CLAIMS DEPARTMENT
CONSPICATORS SAVED SO GOD WILL NOT BURN THEIR SOULS IN
HELL AT JUDGEMENT DAY! THIS SHOWS DEMON CONTROL OR
DEMON POSSESSION OVER THE CLAIMS DEPARTMENT CONSPI-
CATORS. IF YOU DO NOT GET SAVED GOD IS GOING TO BURN
YOUR SOUL IN HELL AT JUDGEMENT DAY BY THE AUTHORITY IF
THE HOLY BIBLE. THE RICH MAN, THE PEOPLE LIVING AT THE
TIME OF THE FLOOD, AND THE PEOPLE OF SODUMN AND GOM-
ORRHA WAS DESTROY BY GOD WERE NOT AS EVIL AS THE ALL-
EGED ANTRIA FINLEY AND OTHER ALLEGED CONSPICATORS BY
THE AUTHORITY OF THE HOLY BIBLE.

THE PRESIDENTS AND PRINCES OF BABYLON TRIED TO  KILL
DANIEL  BECAUSE HE BELIEVED IN THE TRUE GOD AS I DO TO-
DAY. THEY TRICKED THE KING  INTO SIGNING A DECREE  THAT
IF ANY MAN  WORSHIP  ANYONE  EXCEPT THE KING  FOR 30 DA-
YS  WOULD BE THROWN INTO A DEN OF LIONS. DANIEL WORSHI-
PPED THE TRUE GOD AND WAS THROWN IN A DEN OF LIONS.GOD
INTERVENED IN THIS CASE AND CLOSED  THE MOUTH OF THE
LIONS AND THEY DID NOT EAT DANIEL.LETS LOOKED WHAT THE
KING AND GOD DONE TO THE PRESIDENTS AND PRINCES  WHO
TRIED TO KILL DANIEL  BECAUSE HE BELIEVED IN THE TRUE
GOD AS I DO TODAY.

25

## UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

THE PRESIDENTS AND PRINCES THAT TRIED TO KILL DANIEL IN DANIEL CHAPTER 6 WERE CONTROLLED BY SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE! THE POST OFFICE CLAIMS DEPARTMENT SOLE MY MONEY AND TRIED TO KILL ME BECAUSE I AM A CHRISTIAN AND THEY STOLE FROM ME WHO WAS ONCE A FATHERLESS CHILD. GOD INTERVENED AND SAVED DANIEL LIFE AND GOD WILL HAVE TO INTERVENE IN MY CASE I ALLEGE TO GET JUSTICE. LETS LOOK AT THE AWFUL AND HORRIBLE PUNISHMENT THAT GOD PNISHMENT THE PEOPLE WHO TRIED TO KILL DANIEL RECEIVED BY GOD! GOD DID NOT KILL ONLY THE PRESIDENTS AND PRINCES OF BABLYON, BUT ALSO THEIR WIVES AND CHILDREN BY HAVING THE LIONS EAT THEM.

DANIEL 6:24 SAYS: AND THE KING COMMANDED, AND THEY BROUGHT THOSE MEN THAT HAD ACCUSED DANIEL, AND **THEY CAST THEM INTO THE DEN OF LIONS, THEM, THEIR CHILDREN, AND THEIR WIVES, AND THE LIONS HAD THE MASTERY OF THEM, AND BRAKE ALL THEIR BONES, IN PIECES OR EVER THEY CAME DOWN AT THE BOTTOM OF THE DEN. GOD HAD THE LIONS KILLED THE PEOPLE WHO TRIED TO KILL DANIEL BECAUSE HE WORSHIPPED THE TRUE GOD AS I DO TODAY. ANTRIA FINLEY, AND THE OTHER ALLEGED CONSPICATORS STOLE MY MONEY AND TRIED TO KILL ME BECAUSE I AM A CHRISTIAN.**

**ANTRIA FINLEY BREACH THEIR CONTRACT WITH ME AND WILL NOT OBEY POSTAL INSURANCE REGULATIONS AND THE BIBLE WHICH SAYS NOT TO LIE, STEAL, OR KILL. THEY OBEY SATANED AND DISOBEYED GOD. THEY BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH IS ABUSE OF POWER, US CONSTUTIONAL PREJURY, CONFLICT OF INTEREST, AND UNETHICAL CONDUCT WHICH TERMINATES THEM FROM FEDERAL SERVICES RETROACTIVE BACK TO THEIR FIRST DAY OF SERVICE.**

26

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

THIS IS NOT JUST NORMAL HATE WHERE A PERSON HATES
EACH OTHER, BUT THIS IS ABNORMAL ALLEGED SATANIC HATE
BY PEOPLE WHO ARE ALLEGED DEMON CONTROLLED OR POSS-
ESSED BY SATAN AND HIS DEMONS BECAUSE THEY WILL NOT
READ AND STUDY THE HOLY BIBLE OVER AND OVER AGAIN TO
GET ENOUGH FAITH TO BE SAVED AND WIN THIS UNSEEN SPIRIT-
UAL WAR FOR THEIR VERY OWN SOUL.

THE NATION OF ISERAL WAS  SLAVES IN EGYPT FOR 430 YEARS
AND GOD DELIVERED THEM OF OF THE HANDS OF THE EGYPT-
IANS AND PROMISED THEM WITH A LAND OF MILK AND HONEY.
THEY WERE GOING INTO THE LAND OF MILK AND HONEY, BUT
THEY DISOBEYED GOD AND SINNED AND THEY WONDERED FOR
40 YEARS IN THE WILDERNESS . THEY HAD SO MUCH EGYPT
AND  SATAN IN THEM  AND SIN SO GOD MADE THEM WANDER IN
THE WILDNERNESS 40 YEARS. GOD HAD TO KILL THOUSANDS OF
THEM BECAUSE THEY WERE TO SATANIC  TO GO INTO THE PRO-
MISE LANDS!

A GIRL WHO TOLD ME THAT HER NAME WAS STEPHANIE  HOO-
KED ME UP TO A PORN LINE AND THIS HAD TO BE DONE DELI-
BERETLY I ALLEGE WHEN SHE  TRANSFERRED UP TO ANOTHER
DEPARTMENT. THEY ARE SUPPOSE TO MONITOR  THESE CALLS,
BUT  I GUESS THEY DO NOT.

I CORINTHIANS 6:18 SAYS: FLEE FORNICATION . EVERY SIN
THAT A MAN DOETH IS WITHOUT THE BODY; BUT HE THAT
COMMITTETH FORNICATION  SINNETH AGAINST HIS OWN BODY.

EPHENSIANS 5:3 SAYS: BUT FORNICATION, AND ALL UNCLEANE-
SS , OR COVETOUSNESS , LET IT NOT BE ONCE NAMED  AMONG
YOU AS BECOMETH SAINTS. THE BIBLE SAYS  THAT ANY FORNI-
ICATION OUTSIDE OF A VALID MARRIAGE IS A SIN.GOD KILLED
24,000 PEOPLE IN NUMBERS 26:1;9 WHO COMMITTED FORNICAT-
ION.                              27

# UNITED STATES  DISTRICT COURT

## MONTGOMERY, ALABAMA

NUMBERS 25:1-9 SAYS: AND ISERAL  ABODE IN SHITTUM, AND
THE PEOPLE BEGAN  TO COMMITT WHOREDOM WITH THE DA-
UGHTERS OF MOAB. AND  THOSE  THAT DIED IN THE  PLAGUE
WERE TWENTY  AND FOUR THOUSAND. GOD KILLED 24,000 PE-
OPLE IN  NUMBERS 25:1-9 FOR THE SINS OF FORNICATION AND
STEPHANIE HOOKED ME UP TO A PORN LINE WHICH  HAD TO
BE DONE DELIBERATELY I ALLEGE.  APPARENTLY STEPHANIE
HAD NOT BE TALKED  TO OBEY GOD AND NOT SATAN.

AS FAR AS I KNOW ALL FEDERAL EMPLOYEES  SWORE TO UPH-
OLD AND DEFEND THE US CONSTUTION BREACH MY 1ST, 1ST,
6TH, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS
WHICH ___TERMINATES____  100%  OF THEIR  AUTHORITY IN MY
CASE. THIS IS NO AUTHORITY, NO RIGHTS, NO FACTS, NO ATTO-
NEYS, NO MOTIONS, AND I WIN MY CASES  100% WITH ALL DA-
MAGES WITH NO APPEAL AND NO MOTION TO DISMISS. AUTRIA
FINLEY, STEPHANIE, ROSA, ROSIE, AND THE OTHER   ALLEGED
ARE SO ALLEGED DEMON CONTROLLED THAT THEY WILL NOT
NOT GO BY  POST OFFICE CONTRACT OR MY 1ST, 1ST, 6TH, 6TH, 7TH,
8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS. THEY OBEY SAT-
AN  AND NOT GOD IN THE HOLY BIBLE AND SATAN AND HIS
DEMONS HAS DESTROYED THEIR SOULS IN HELL IF THEY DO
NOT GET SAVED! IT LOOKS LIKE THE CLAIMS DEPARTMENT ARE
ALL DEMON CONTROLLED  BY SATAN. YOU CAN NOT    TALK
TO THESE CLAIMS DEPARTMENT PERSONNEL  BECAUSE SATAN
AND HIS DEMONS  HAS TURNED THEIR EARS AWAY FROM HE-
ARING THE WORD OF GOD AND CLOSED THEIR MIND FROM HE-
ARING THE WORD OF GOD. I AM HATED BY AUTRIA FINLEY
BECAUSE I ALLEGE SHE IS DEMON CONTROLLED BY SATAN AND
HIS DEMONS AND I AM TRYING  TO SAVE THEIR SOULS FROM
HELL BY THE AUTHORITY  OF THE HOLY BIBLE! THE BIBLE SAYS
THAT IT IS APPOINTED UNTO MAN TO DIE AND THEN THE JUDGE-
MENT.

28

## UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

GOD TELLS AMERICA AND THE WORLD HOW TO HAVE PEACE

II CHRONICLES 17:9-10 SAYS:  ND THEY TAUGHT IN JUDAH , AND HAD THE **BOOK OF THE LAW OF THE LORD  WITH THEM, AND WENT ABOUT THROUGHOUT ALL THE CITIES OF JUDAH,AND TAUGHT  THE PEOPLE, AND THE FEAR OF THE LORD FELL UPON  ALL THE KINGDOMS  OF THE LANDS THAT WERE ROU-ND  ABOUT  JUDAH , SO THEY MADE NO WAR AGAINST JEHO-SHAPHAT.  AMERICA AND THE WORLD COULD HAVE PEACE AND NOT WAR IF THEY WOULD TEACH  THE BIBLE THROUG-HOUT  AMERICA AND THE WORLD.**

**GOD TELLS AMERICA NOT TO BE ALLIES WITH    PAGENS**

II CHRONICLES 19:2 SAYS: AND  JEHU  THE SON  OF HANANI THE SEER  WENT OUT TO MEET HIM,  AND SAID  TO KING JEHOSHAP-HAT, **SHOULDEST  THOU HELP THE UNGODLY , AND LOVE THEM  THAT HATE THE LORD?  THEREFORE IS WRATH UPON THEE  FROM BEFORE THE LORD.  AMERICA IS ALLIES WITH THE  MOST PAGEN NATIONS IN THE WORLD.**

**ISAIAH 10: 1-2 SAYS:** WOE UNTO THEM THAT DECREE UN-RIGHT-OUS DECREES, AND THAT  WRITE  GRIEVEOUSNESS WHICH THEY HAVE PRESCRIBED. TO TURN ASIDE  THE NEEDY FROM JUDGE-MENT  AND TAKE  AWAY THE RIGHT FROM THE POOR OF MY PE-OPLE, THAT WIDOWS MAY BE THEIR PREY , AND THEY THAT ROB THE  FATHERLESS.  ANTRIA  FINLEY CALLS EVIL GOOD AND GOOD EVIL AND  GOD SAYS  WOE INTO THEM.

PSALMS 9:17  SAYS; THE WICKED  SHALL BE TURNED INTO HELL, AND ALL NATIONS THAT FORGET GOD. PSALMS  11:6 SAYS: UPON THE WICKED  HE SHALL  RAIN  SNARES, FIRE, AND BRIMESTONE, AND AN HORRIBLE  TEMPEST : THIS SHALL  BE THE PORTION  OF THEIR CUP.                29

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

REVELATION 96 SAYS: AND IN THOSE DAYS SHALL MEN SEEK
DEATH, AND SHALL NOT FIND IT; AND SHALL DESIRE TO DIE,
AND DEATH SHALL FLEE FROM THEM. REVELATION 18:6 SAYS:
REWARD HER EVEN AS SHE REWARDED YOU; AND DOUBLE
UNTO HER DOUBLE ACCORDING TO HER WORKS, IN THE CUP
WHICH SHE HATH FILLED , FILL TO HER DOUBLE. GOD IS GOING
TO PUNISH AUTRIA FINLEY AND THE OTHER ALLEGED CONSPI-
CTORY IF THEY DO NOT GET SAVED IN HELL TO BURN THERE
FOR EVER AND FOREVER. I STILL WANT ALL THE ALLEGED
CONSPICATORS SAVED SO GOD WILL NOT BURN THEIR SOULS IN
HELL AT JUDGEMENT. ANTRIA FINLEY IS SO ALLEGED DEMON
CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE BIBLE
THAT SHE WOULD NOT EVEN CALL CARMEN MERTEN AND GET
THE MONEY FROM CARMEN MENTEN OR A COPY OF THE CHECK
1040 BACK WHICH THE POST OFFICE SHOULD NOT HAVE TAKEN
ANYWAY.

I ALLEGE THAT HER PARENTS  DID NOT HAVE TIME TO TEACH
HER HOW TO BE SAVED FROM HELL, BUT SATAN AND HIS DEM-
OMS HAD TIME TO DECIEVE HER AND DESTROY HER SOUL IN
HELL IF SHE DOESNOT GET SAVED. AGAIN I AM NOT JUDGING,
THREATHENING, OR SLANDERING HER EITHER. THIS IS MY OPI-
ION OF HER UNDER THE 1ST AMENDMENT OF THE US CONSTUT-
ION WHICH SHE BREACHED.  SATAN AND HIS DEMONS DECIEV-
ED HER AND DESTRYED HER SOUL IN HELL IF SHE DOES NOT
GET SAVED AND IS GOING TO REWARD HER BY CAUSING HER
TO BURN IN HELL FOREVER IF SHE DOES NOT GET SAVED. AUT-
RIA LOVED MONEY AND POWER OR ETC. MORE THAN GOD BY
THE AUTHORITY OF THE HOLY BIBLE.

**<u>AUTRIA FINLEY HATES ABNORMAL HATE BY THE AUTHOR-
ITY OF THE HOLY BIBLE BECAUSE SHE WILL NOT READ AND
STUDY THE HOLY BIBLE OVER AND OVER AGAIN UNTIL SHE
GETS ENOUGH FAITH TO BE SAVED AND WIN THIS UNSEEN
SPIRITUAL WAR FOR HER VERY OWN SOUL.</u>**



# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

MY MISSION FOR AUTRIA FINLEY, ROSA, ROSIE, STEPHENIE, AND THE OTHER ALLEGED CONSPICATORS IS GOD WHO CREATED THEM WILL SAVED THEIR SOULS FROM HELL. MY MISSION OF ALL AUTRIA FINLEY AND ALL UNSAVED PEOPLE IN THE WORLD IS MATTHEW 28:18-20!

IT SAYS: AND JESUS CAME AND SPAKE UNTO THEM SAYING, ALL POWER IS GIVEN ME IN HEAVEN AND IN EARTH. GO YE THEREF-ORE, AND TEACH ALL NATIONS, BAPTIZING THEM IN THE NAME OF THE FATHER, SON, AND OF THE HOLY GHOST: TEACHING THEM TO OBSERVE ALL THINGS WHATSO EVER I HAVE YOU; AND LO I AM WITH YOU ALWAYS EVEN TO THE END OF THE WO-RLD.

ALL THESE ALLEGED CONSPICATORS CAN BE SAVED FROM HELL BY **ADMITTING TO GOD THAT THEY ARE SINNERS, BY REPEN-TING OF ALL THEIR SINS, AND BY ASKING THE REAL JESUS CHRIST TO FORGIVE THEM OF AL THEIR SINS AND SAVED TH-EIR SOULS FROM HELL. THIS IS ALL THAT YOU HAVE TO DO TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR AGAIN-ST SATAN AND HIS DEMONS FOR YOUR VERY OWN SOUL!**

AFTER YOU GET SAVED YOU SHOULD BE BAPTIZED BY WATER IMMERSION IN PUBLIC IN THE NAME OF GOD THE FATHER, SON, AND THE HOLY GHOST! THIS IS ALL THAT YOU HAVE TO DO TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR ERY OWN SOUL! AUTRIA FINLEY, ROSA, ROSIE, STEPHANIE AND THE OTHER CONSPICATORS THAT DO NOT GET SAVED AND DO NOT WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL WILL BE PUNISHED BY GOD AT JUDGEMENT DAY BY GOD BURNING THEIR SOULS IN HELL, BUT BY ALSO RECEIVING THE GREATER DAMNATION OF HELL. THE BIBLE SAYS THAT ALL HAVE SINNED AND COME SHORT OF THE GLORY OF GOD!

31

UNITED STATES DISTRICT COURT

MONTGOMERY, ALABAMA

I CHRONICLES 10:13-14 SAYS; SO SAUL DIED FOR HIS TRANGRE-SSIONS WHICH HE COMMITTED AGAINST THE LORD,**EVEN AG-AINST THE LORD, EVEN AGAINST THE WORD OF THE LORD WHICH HE KEPT NOT, AND ALSO FOR ASKING COUNSEL OF ONE THAT HAD A FAMILIAR SPIRIT (DEMONIC SPIRIT) TO ENQUIRE OF IT. AND ENQUIRED NOT OF THE LORD THERE FORE HE SLEW HIM, AND TURNED THE KINGDOM UNTO DAVID THE SON OF JESSE.**

GOD KILLED KING SAUL THE FIRST KING OF ISERAL BECAUSE HE     **DID NOT KEEP THE WORD OF GOD   (WHICH AUTT-RIA FINLEY, ROSA, ROSIE, STEPHANIE AND THE OTHER ALL-ED CONSPICATORS DID NOT DO) AND FOR ASKING COUNSEL OF ONE THAT HAD A FAMILIAR SPIRIT (DEMONIC SPIRIT) SO GOD KILLED KING SAUL FOR NOT KEEPING THE WORD OF GOD WHICH I ALLEGE ALL ALLEGED CONSPICATORS DID NOT DO.** AUTRIA FINLEY BREACH MY INSURANCE CONTRACT, DELAYED MY CASE, STOLE MY MONEY, AND BREACHED MY 1ST, 1ST, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS AND HATES ME BECAUSE I AM A CHRISTIAN AND SHE BY THE AUTHORITY OF THE BIBLE IS DEMON CONTROLLED BY SATAN. AUTRIA FINLEY BREACHES MY INSURANCE CONTRACT AND MY US CONSTUTI-ON RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR FIRST DAY OF FEDERAL SERVICE. THIS IS US CONSTUTIONAL PREJURY AS A SWORN LIAR, ABUSE OF POWER, UNETHICAL CONDUCT, AND CONFLICT OF INTERE-ST.

MATTHEW 10:22 SAYS: AND YE SHALL BE HATED OF ALL MEN FOR MY NAMES SAKE; BUT HE THAT ENDURETH TO THE END SHALL BE SAVED. I AM HATED BY THE POST OFFICE CLAIMS DEPARTMENT BECAUSE I AM A CHRISTIAN AND AUTRIA FIN-LEY AND THE OTHER ALLEGED CONSPICATORS ARE DEMON CONTROLLED BY SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE!        32

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

### POST BRIEF MOTIONS

MOTION THAT THE US POSTAL CLAIMS SERVICE AUTRIA FINLEY, ROSA, ROSIE, STEPHANIE, AND OTHER ALLEGED CONSPICATORS PAY ME BACK $284.00 FOR BREACHING MY INSURANCE COD CL-AIM OF $284.00 WHERE I PAID A COD FEE OF $7.90 AND $9.49 FOR POSTAGE FEE. THIS IS EXHIBIT NUMBER 1. CARMEN MERTEN SE-NT THE $284.00 1040 CHECK WHICH MAY BE A PERSONAL CHE-CK. THE POST OFFICE I ALLEGE OVERCHARGE CARMEN MERT-EN BY CHARGING HER $9.49 FOR RETURN POSTAGE AND STOLE MONEY FROM CARMEN MERTEN WHICH IS A CRIMINAL ACTS.

**THIS PROBLEM WOULD HAVE NEVER HAPPEN IF THE POST OFFICE WAS NOT SO GROSS NELIGENT THAT THEY WOULD NOT TAKE PERSONAL CHECKS FOR COD RETURNS. THIS IS 100% THE POST OFFICE PROBLEMS AND NOT MIND, BUT TH-EY (POST OFFICE) BLAMES ME BECAUSE I AM A CHRISTIAN. I ALLEGE THAT THEY ARE DEMON CONTROLLED OR POSS-ESSED BY THE AUTHROTITY OF THE BIBLE!I ALLEGE THE PEOPLE I USED ARE LIARS, SWORNS LIARS AND THEIR SYST-EM IS 100% UNCONSTUTION, BACKWARD, OBSOLUTE, OUT OF OUT OF DATE. THEY ARE SO ALLEGED DEMON CONTRO-**LLED OR POSSESSED THEY ALSO BREACHED MY 1ST,1ST,6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH AL-SO TERMINATES THEM FROM FEDERAL SERVICE.

MOTION THAT THE DISTRICT COURT ORDERS THE US POSTAL SERVICE PAY ME $100.00 FROM 13 DECEMBER 2006 UNTIL THIS CASE IS SETTLE. TODAY IS 29 MAY 2007.

MOTION TO PROSECUTED AUTRIA FINLEY, ROSA, ROSIE,STEP-HANIE, AND THE OTHER ALLEGED CONSPICATORS FOOR ST-EALING MY MONEY, LIEING, BREACHING MY 1ST,1ST, 6TH,6TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS MANY TIMES, BREA-CHING MY INSURANCE CLAIMS, NOT SETTLEING MY CLAIMS.

33

# UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

MOTION THAT THE US DISTRICT COURT FIRES, REMOVES, AND
IMPEACHES POSTMASTER GENERAL JOHN POTTER BECAUSE
HE HIRED ALLEGED DEMON CONTROLLED OR POSSESSED
PEOPLE THAT THE PARENTS ____ I ALLEGE DID NOT BEAT THEM
WITH THE ROD____ WHEN THEY BROKE GOD'S COMMANDME-
TS IN THE HOLY BIBLE AND DESTROYED THEIR SOULS IN HELL
BY THE AUTHORITY OF THE HOLY BIBLE. IN MY OPINIONS IT
LOOK LIKE ONE OF SATAN'S PEOPLE DESIGNED THIS  POST OFF-
ICE  COD UNCONSTUTIONAL SYSTEM WHO WAS NOT IN THEIR
RIGHT MIND AS THE MAN IN THE TOMBS WAS NOT IN HIS RIGHT
WHEN HE WAS POSSESSED WITH A LEGION OF DEMONS WAS NOT
IN HIS RIGHT MIND.

MOTION THAT THE DISTRICT COURT JUDGE ORDERS THAT NO US
ATTORNEY OR ANY ATTORNEY  CAN REPRESENT THE CLAIMS
DEPARTMENT  BECAUSE  THEY BREACHED THEIR SWORN CON-
TRACTS WHICH TERMINATES ALL AUTHORITY FOR THEM AND
THAT THEY HAVE 100% NO AUTHORITY IN MY CASE EVER. I WILL
NOT BE LIABLE FOR ANY FEES EXEPT COURT COST AND EXPEN-
SES AND THAT THE US POST OFFICE CAN NOT APPEAL MY REQU-
EST OF $100.00 A DAY OR MORE BECAUSE THEY  BREACHED MY
US CONSTUTIONAL RIGHTS!

MOTION TO BE PAID $10,000.00 FOR ATTORNEY FEES FOR MYSE-
LF  AND COURT COSTS, BUT IF I APPEAL IT WILL BE MORE. I ALL-
EGE THAT YOU YOU SWEAR TO UPHOLD AND DEFEND THE US
CONSTUTION AND BREACHED IT YOU SHOULD BE FIRED FOR
US CONSTUTIONAL PREJURY AS A SWORN LIAR, ABUSE OF PO-
WER, CONFLICT OF INTEREST, AND UNETHICAL CONDUCT.  IF
YOU WILL NOT GO BY THE US CONSTUTION THEN IN MY OPINI-
ON  YOU SHOULD NOT LIVE IN AMERICAN. MY AUTHORITY FOR
ALL MY MOTIONS ARE MY US CONSTUTIONAL RIGHTS WHICH IS
OVER ALL AUTHORITY IN AMERICA. I WANT  ALL ALLEGED
CONSPICATORS TO BE SAVED. I AM A SINNER SAVED BY GRACE.

35

## UNITED STATES DISTRICT COURT

## MONTGOMERY, ALABAMA

MOTION I HAVE AN ORAL HEARING IN ALL MY CASES IN DISTRICT COURT AND TO DISMISS ALL MOTIONS FOR THE CLAIMS DEPARTMENT BECAUSE THEY BREACHED MY US 1ST,1ST,6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS MANY TIMES WHICH TERMINATE THEM AND THEIR AUTHORITY IN MY CASE.

MOTION THAT I TAKE FLOMAX, AVODART, AND TERAZOSINNOW FOR OVERACTIVE BLADDER AND THAT I MAY HAVE TO HAVE A SHORT RECESS . YOU CAN CALL DOCTOR TOMPKINS AT LUVERNUE , ALABAMA, TO CHECK ON THIS.

MOTION THAT THIS CASE BE HEARD ASPA AND MY AUTHORITY IS MY GUANTEED US CONSTUTION RIGHTS. THIS IS A CRIMINAL CASE, AN EXCEPTION CASE, AN FRIVILIOUS CASE, AND AN RELIOUS WHERE I AM HATED I ALLEGE BECAUSE THE POST OFFICE CLAIMS DEPARTMENT ARE ALLEGED DEMON CONTROLLED OR POST BY THE AUTHORITY OF THE HOLY BIBLE.

MOTION TO BE AWARDED ALL THESE DAMAGES AND PUNIH THE US POST OFFICE SEVERELY FOR BREACHING MY 1ST, 1ST, 6TH, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS.

MOTION THAT GOD INTERVES IN THIS CASE AND PUNISH ALL ALLEGED RESPONSIBLE PEOPLE IN THIS CASE. SATAN HAS DESTROYED MUCH OF AMERICA AND THE WORLD BECAUSE THEY WILL NOT READ AND STUDY THE HOLY BIBLE OVER AND OVER AGAIN TO GET ENOUGH FAITH TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY ON SOUL.

EXHIBIT 1 DECEMBER 13 2006 WHERE I INSURED JEWERLY.
EXHIBIT 2 WHERE MAYBE PERSONAL CHECK WAS SENT BACK TO ME 1040 WHICH POST OFFICE LOST~
LETTER FROM POSTMASTER DEBORAH A. LASSENIGNE TO COLUMBUS, GEORGIA POST OFFICE DATED JANUARY 03, 2007.
I AM NOT COMPLAINING ABOUT DEBBIE!

EXHIBIT 1



EXHIBIT 2

COD

Copy 5 - Addressee

U.S. INSTITUTE
BRANTLEY, AL 36009
DEC 3 06
$9.49
00087 (100)
AMOUNT

31901

0000

UNITED STATES
POSTAL SERVICE

*M4108592 8*

DELIVERY EMPLOYEE - Remove Copies 1 & 2 at Time of Delivery

hnk You for Using COD Service

**If Your Package Arrives Damaged:**
You must immediately file a claim for damage or damage with your local post office. Failure to do so may void a claim. Claim for damage must be accompanied by: (1) original mailing receipt (if available); (2) parcel wrapper; (3) box and packing; (4) evidence of value, and; (5) damaged contents.

PS Form **3816**, December 1994

1. DO NOT allow the recipient (addressee or agent) to examine the contents before payment.
2. DO NOT deliver this article until payment is collected.

3. If payment is by check, enter check number above.

UNITED STATES
POSTAL SERVICE™

Date Returned

2nd NOTICE

**Lasseigne, Deborah A - Brantley, AL**

| | |
|---|---|
| **From:** | Brinson, Stacy D - Columbus, GA |
| **Sent:** | Wednesday, January 03, 2007 2:14 PM |
| **To:** | Lasseigne, Deborah A - Brantley, AL; ~31901 Columbus, GA - Downtown Station |
| **Subject:** | RE: COD |

I have the 3822 where it was signed by the clerk as being received 12/15/06.  The 3816 was initialed by the carrier and the check number is 1040.  Payment was sent to mailer on 12/15/06.

Stacy Brinson
Manager Customer Service
Columbus - Downtown Station
706/317-0007

-----Original Message-----
**From:** Lasseigne, Deborah A - Brantley, AL
**Sent:** Wednesday, January 03, 2007 2:30 PM
**To:** ~31901 Columbus, GA - Downtown Station
**Subject:** COD

I'm still trying to find out what happen to a COD # M411085928 mailed to a Carmen Merten @ 1606 17th Ave on Dec 13.  She said she received the COD on Dec 15 and sent a check for it.  Nothing is showing up in the system that the COD was delivered, nor anything on how the customer paid for it, with a clearance scan.  She told my customer she paided the postman on Dec. 15 for the merchandise.  Will you please check to see if you have any information on this item.
Thank you!

Deborah A. Lasseigne
Postmaster
Brantley, Al.  36009-9998
334-527-3578

I HAD TO WAIT 45
DAYS TO FILE A CLAIM.
BREACH OF 1ST, 1ST, 6T,
6TH, 7TH, 8TTH, 14TH, 1TH
EQUAL CLAUSE RIGHTS

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here

Name (Please Print Clearly) (To be completed by mailer)
JOHN POTTER POSTMASTER General
Street, Apt. No.; or PO Box No.
475 L ENFANT PLAZA
City, State, ZIP+4
WASHINGTON D.C. 20260-0004

PS Form 3800, July 1999        See Reverse for Instructions

I WROTE General POTTER, but he
Never answer my Letter. I Guess
He also breaks my U.S. 1st, 1st, 6TH,
6TH, 7TH, 8TH, 14TH, AND EQUAL Justice
RIGHTS AND BREACH THEIR Insurance contract.
DON'T He THINKS GOD IS GOING TO
BURN HIS Soul IN Hell IF he does
NOT GET Saved.

DONALD L. JONES
P.0. BOX 92
BRANTLEY, ALABAMA
19 MARCH 2007

DEAR CARMEN MERTEN:

CARMEN I AM SENDING  YOU A LETTER FORM THE POST OFFICE
WHEN THEY DENIED MY INSURED CLAIM  FOR $284.00 BECAUSE
IT WAS WRITTEN  BY PERSONAL CHECK OR MONEY.ORDER.

CARMEN THE POST OFFICE LOST THE CHECK, BUT THEY WILL
NOT PAY ME. IF THIS CHECK 1040 WAS A PERSONAL CHECK TH-
EN CANCEL THE CHECK AND SEND ME ANOTHER  MONEY ORD-
ER  FOR $284.00.  YOU CAN CALL ME AT (334-527-3035) I WILL
CAUSE YOU PROBABLY BEFORE YOU GET THIS LETTER.

_____          _____
        NAME                               DATE

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES POSTMASTER
JOHN POTTER
475 L'ENFANT PLAZA
WASHINGTON, D.C.
20260-0004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Name)     C. Date of

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)

7099 3220 0003 0736 2492

PS Form 3811, February 2004     Domestic Return Receipt     102595-c

ACCOUNTING SERVICE CENTER


**UNITED STATES**
**POSTAL SERVICE**

March 13, 2007

I.II..II.II...II..I.I.II..II..I.I...I.I..III
DONALD L JONES
PO BOX 92
BRANTLEY AL 36009-0092

Parcel Ident Code: M411085928
Claim ID: 669719
Date Mailed: December 13, 2006

We have completed our review of the postal insurance claim for the article referenced above. As indicated below, our records indicate this COD article was delivered and the amount due sender was paid by a personal check or money order from the customer. Therefore, we have no alternative but to deny your claim.

If payment was made by check, please contact the addressee for a photocopy of the cancelled check. If not available, request the addressee issue a replacement check. If there are 'stop pay' charges incurred for 'stopping' the original check, and they are deducted from the amount of the replacement check, the United States Postal Service will refund this amount upon receipt of supporting documentation.

If a postal money order was used as payment and you have not received this money order you should contact your local post office immediately for processing a PS Form 6401.

For all other money orders used as payment, please contact the issuing agency.

Appeals to this decision must be submitted in writing within 60 days from the date of this letter. To file an appeal, return a copy of this letter along with any additional information you have to support your appeal, to the address shown below:

COD Clearance ID: 1040
COD Payment Amount: $284.00 on 12/15/06
The addressee for the article referenced is:

CARMEN MERTEN
1606 17TH AVE
COLUMBUS, GA 319012049

CCRS

*Autria Finley*

Autria Finley, Supervisor
Claims and Inquiry Section
Accounting Service Center
PO Box 80141
Saint Louis, MO 63180-0141
1-866-974-2733

CCRS