AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__middle__ District of __Alabama__

Donald L. Jones
P.O. Box 92
Brantley, Alabama
36009
1-334-527-3035

v.

Deborah Lasseigne

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07CV713-MEF

TO: (Name and address of Defendant)

Leura G. Canary, U.S. Attorney
P.O. Box 197
Montgomery, AL 36107

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald L. Jones
P.O. Box 92
Brantley, Alabama
36009

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8-8-07

CLERK                                                DATE

_Charlene Campbell_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__middle__ District of __Alabama__

Donald L. Jones, PLAINTIFF
P.O. BOX 92
Brantley, Alabama 36009
(334-527-3035)

v.

Deborah Lasseigne

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV713-MEF

TO: (Name and address of Defendant)

POSTMASTER DEBORAH A. LASSEIGNE, DEFENDANT
17 MONROE STREET
BRANTLEY, ALABAMA 36009

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FORCED PRO SE
Donald L. Jones
P.O. BOX 92
Brantley, Alabama
36009

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8-8-07
CLERK                                               DATE

_Charlene Campbell_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__middle__ District of __Alabama__

Donald L. Jones
P.O. Box 92
Brantley Alabama
1-334-527-3035

V.

Deborah Lasseigne

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV713 - MEF

TO: (Name and address of Defendant)

**Attorney General of the United States
Alberto Gonzales
Department of Justice, Room 511
Washington, DC 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald L. Jenks
P.O. Box 92
Brantley, Alabama
36009
1-334-527-3035

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                             8-8-07

CLERK                                          DATE
*Charlene Campbell*
(By) DEPUTY CLERK