| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Deborah Lasseyne*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  8-9-07 |
| 1. Article Addressed to:<br>POSTMASTER 07CV713<br>DEBORAH A LASSEGNE<br>17 MONROE STREET<br>BRANTLEY ALABAMA<br>36009 | D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0003 4280 4658 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |