IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN  DIVISION

RECEIVED

2001 SEP 11  A 9: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DONALD L. JONES, PLAINTIFF  VS  DEBORAH A. LASSEIGNER
POSTMASTER

CASE NUMBER: 2:07 CV 713- MER

MOTION FOR  HONORABLE JUDGE MARK FULLER  TO RECONSI-
DER HIS ORDER  AND CANCEL HIS  ORDER FOR UNITED STATES
MAGISTRATE  JUDGE  TERRY F. MOORER  TO HJEAR MY CASE.
A FEDERAL MAGISTRATE JUDGE DOES NOT HAVE AUTHORITY
ON US CONSTUTIONAL VIOLATION WHICH IS IN BREACH OF MY
1ST, 1ST, 6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS
AND HE HAS ____NO JURISDICTION IN MY CASE.

MOTION THAT JUDGE MARK FULLER ORDER BE CANCEL   AND
RESCINDED BECAUSE  A FEDERAL MAGISTRATE HAS NO JURIS-
DICTION IN MY CASE.

MOTION THAT JUDGE MARK FULLER ORDER BE CANCEL BECA-
USED HE REFERANCE 28 U.S.C S 636(b) (1) WHICH HAS 100% NOT-
ING TO DO WITH MY  MY CASE BECAUSE ____MY CASE IS AN
EXCEPTIONAL CASE WITH  MANY EXCEPTIONS.  A DISTRICT
JUDGE  DID THIS TO ME ONCE BEFORE WHEN I  SUED THE SSA
FOR CONSTUTIONAL VIOLATIONS. THE SSA  RULED AGAINST ME
2 TIMES BEFORE I WAS EVER NOTIFY  OF THEIR RULING. THIS IS
IN VIOLATION OF MY 1ST,1ST,1ST,6TH, 7TH, 14TH, AND EQUAL JUSTICE
CLAUSE  AND I WIN MY CASE AGAINST SSA.

MOTION THAT JUDGE MARK FULLER CANCEL  HIS RULING
AGAINST ME  BECAUSE MY _____1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND
EQUAL JUSTICE RIGHTS WHERE BREACHED _____ WHEN HE PUT
28 U.S.C S 636b) (1) OVER MY GUANTEED  1ST,1ST, 6TH,6TH,7TH,  8TH,
14TH, AND EQUAL JUSTICE  CLAUSE RIGHTS AND JUDGE MARK
FULLER  BREACHED  MY US CONSTUTION RIGHTS I ALLEGE BE-
CAUSE HE PUT US C. LAW OVER  MY US CONSTUTINAL RIGHTS.

1

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER:2:07 CV 713-MER

MY 1ST,1ST,6TH, 6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE  RIGHTS ARE
THE HIGHEST, CONTROLLING, GREATER, SUPREME, SOLE, AND
THE _____FINAL AUTHORITY_____OVER  28 U.S.C  LAW
AND ALL LAW IN AMERICA AND I WIN MY CASE.

JUDGE MARK FULLER REFERANCES 28 U.S.C. LAW  WHICH HAS
100% NOTHING TO DO WITH MY CRIMINAL CASE OF ABUSE OF
POWER, US CONSTUTIONAL PREJURY AS SWORN LIARS, CONF-
LICT OF INTEREST, AND UNETHICAL CONDUCT  BECAUSE MY
CASE IS AN EXCEPTIONAL CASE WITH MANY EXCEPTIONS  WI-
THIN THE MANY EXCEPTIONS. MY CASE IS A CRIMIONAL CASE,
AN FRIVILIOUS CASE,  AND A RELIGIOUS CASE.

JUDGE MARK FULLER AND ALL FEDERAL EMPLOYEES  AS
FAR AS I KNOW HAVE SWORN TO UPHOLD AND DEFEND THE US
CONSTUTION HAS BREACHED MY 1ST,1ST,6TH, 6TH,7TH, 8TH, 14TH,
AND EQUAL JUSTICE  CLAUSE RIGHTS I ALLEGE. IF YOU WORK
FOR THE FEDERAL GOVERNMENT IT IS CONDITIONAL ON SW-
RARING TO UPHP;D AND DEFEND THE US CONSTUTION WITH
THE US POST OFFICE DID NOT DO. THEIR CLAIMS SYSTEM IS
100% GROSS NELIGENT AND UNCONSTUTIONAL AND THIS IS
WHY I AM REQUESTING 100 TIMES WHAT THE POST OFFICE ST-
OLE FROM ME.

JUDGE MARK FULLER DENIED MY MOTION TO TALK TO HIM
ORALLY AND IN PERSON AND PUT US DISTRICT COURT LAW
OVER MY  1ST,1ST, 6TH, 6TH, 7TH, 8TH, AND 14TH  AND EQUAL JUSTICE
RIGHTS.

MOTION THAT I TALK TO JUDGE MARK FULLER IN PERSON  ASAP
AND MY CONSTUTIONAL RIGHTS   ARE OVER ALL DISTRICT
COURT PROCEDURE LAW.      2

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF   ALABAMA

NORTHERN  DIVISON

MOTION THAT  NO US ATTORNEY HEARS THE CASE FOR THE
US POST OFFICE WHICH WOULD BE  US CONSTUTIONAL
PREJURY AS SWORN LIARS, ABUSE OF POWER, CONFLICT OF
INTEREST, AND UNETHICAL CONDUCT WHICH ARE CRIMINAL
CHARGES I ALLEGE!,   THIS IS IN VIOLATION OF MY 1ST, 1ST,6TH,
6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS.

MPTION TO SEE JUDGE MARK FULLER  ABOUT MY SSA CASE
WHEN I ALLEGE JUDGE MCPERASON AND THE US ATTORNEY
BREACHED MY 1ST,1ST,6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE
RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICE.
JUDGE FULLER SWORE TO UPHOLD AND DEFEND THE US
CONSTUTION AND THIS IS THE HIGHER AUTHORITY.

MOTION TO SEE JUDGE MARK FULLER  ABOUT SEE ALABAMA
ATTORNEY GENERAL TROY KING WHEN 18 PEOPLE THAT
WORK FOR THE ATTORNEY GENERAL OFFICE AND BILL PRYOR
WOULD NOT LET ME SEE HIM WHEN TROY KING  SAID I COULD
AT THE  WESLEY HARRIS MURDER TRIAL IN LUVERNUE AND MR.
DANNY BILLINGLY THREATHEN ME  AND TOLD ME IF U CAME
BACK TO SEE HIM THAT HE WOULD PUT ME IN JAIL OR CRIMIN-
AL TREPASS AND HE IS THE ALLEGED CRIMINAL.  THIS IS WHEN
MY RELATIVES STOLE ABOUT $75,000.00 FROM MY DEAD BROT-
HERS WILL AND HAD RELATIVE WORKING IN THE MOBILE WHO
STOLE MY MONEY AND JOE WAS IN MOBILE FROM ABOUT 1956
UNTIL HE DIED. I AM ALLEGING 112 CONSPICATORY AND MY
MONEY WAS STOLE FROM WITHIN THE BANK BY FLOY WHA-
TKEY. THEY HAD 1956 TO 2000 WHEN HE DIED TO GET HIM TO
PUT THEM ON HIS WILL, BUT HE DIDN/T LIKE THEM AND GAVE
THEM NOTHING. MY AUTHORITY IS MY US CONSTUTION  RIGHTS
WHICH IS OVER ALL LAW IN AMERICA. THEIR WAS DANNY MIMS
WHO WAS MAYOR OF MOBILE WHO SERVED PRISON IN MAXWE-
LL FIELD IN MONTGOMERY, ALABAMA FOR SOMETHING.O

3

IN THE UNITED STATES DISTRICT COURT  FOR

THE MIDDLE DISTRICT  OF ALABAMA

NORTHERN DIVISION

**MOTION THAT JUDGE MARK FULLER  ORDER ME TO RECIE-VE THE ABOUT $2,999.00 BACK FROM WHITNEY BANK FROM JOE'S SAVING ACCOUNT IN 2000. IT WAS ABOUT $5000.00 A FEW YEARS AGO, BUT I DO NOT KNOW WHAT IT IS NOW. MY AUT-HORITY IS MY 1ST, 1ST,6TH,7TH, 8TH, AND 14TH, AND EQUAL JUSTI-CE RIGHTS! I NEED TO SEE HIM.**

**MOTION THAT JUDGE MARK FULLER ORDERS ME TO SEE GOVERNOR BOB RELIEY BECAUSE   THE 112 CONSPICATORS WILL NOT ANSWER MY MAIL TO HIM AND I CAN NOT SEE BIBLL PRYOR.**

**MOTION TO JUDGE MARK FULLER  DISMISS HIS RULING THAT A FEDERAL MAGISTRATE HEARS MY CASE BECAUSE HE BREACHES MY 7TH AMENDMENT RIGHTS OF A TRIAL BY JURY INA CRIMINAL CASE! JUDGES AND ATTORNEYS HAVE ON JUDGES AND ATTORNEYS  HEAR THEIR CASES AND  AS A CHRISTIAN ONLY CHRISTIANS HEARS MY CASES. I HAVE 112 CONSPICATORS  IN THE JONES CASES!**

**MOTION THAT JUDGES FULLER RULING BE REVERSE  BECA-USE  MY 1ST,1ST,6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE  RIGHTS ARE BREACHED BY HIM. I HAVE ASKED GOD TO INTERVENE  IN MY CASE AND GIVE ME VICTORY IN JESUS. I SHOULD HAVE NEVER HAD TO CALL OR WRITE THE POST OFFICE.  I HAVE SEEN JUDGES TRY TO THROW CASES.**

**MOTION TO SEE CHIEF JUSTICE OF THE ALABAMA SUPREME COURT BECAUSE I ALLEGE CONSPICATORS  FOR THE JONES-ES   THERE  PUT MR. MIMS  RULING FOR THE US SUPREME COURT MEMBERS WHERE I NEED TO TALK TO EACH JUDGE THERE. A  MAGISTRATE JUDGE  WOULD BE A BREACH OF MY 1ST,1ST,6TH, 7TH,8TH, 14TH AND EQUAL JUSTICE CLAUSE RIGHTS.**

4

IN THE UNITED STATES  DISTRICT COURT FOR

THE MIDDLE DISTRICT  OF ALABAMA

NORTHERN  DIVISON

MOTION THAT JUDGE  FULLER REVERSE HIS RULING BECAUSE
THE PRO SE SYSTEM IS UNCONSTUTIONAL  BECAUSE HE SEES
AND HEARS  THE US ATTORNEY DAILY REGULAR IN CASES
BEFORE  HIM AND I DO NOT WHICH IS 100%  UNCONSTUTIONAL
BECAUSE  I NEED TO SEE HIM AND ONLY A TRIAL BY A CHRISTI-
AN  JURY  BY THE 7TH AMENDMENT CAN  HELP OFFSET SET.

MOTION THAT I RECEIVE A TRIAL BY A JURY  BECAUSE THIS IS A
CRIMINAL CASES AND THE US ATTORNEY  LIE AND STEAL FOR
EACH OTHER.

MOTION TO RECEIVE A  TRIAL BY JURY BECAUSE SATAN AND
HIS DEMONS HAVE ALLEGED DEMON CONTROLLED OR POSSE-
SSED  OVER MANY FEDERAL EMPLOYEES BY THE AUTHORITY
OF THE HOLY BIBLE.

MOTION TO HAVE A JURY TRIAL BECAUSE THE POST OFFICE AL-
READY  HAS BREACHED MY US CONSTUTIONAL RIGHTS  WH-
ICH  TERMINATES ALL AUTHORITY FOR THEM.

MOTION THAT JUDGE MARK FULLER ORDERS THE POST OFFICE
TO PAY ME $284.00 PLUS 100 TIMES THAT WITH ALL COURT COST
AND FILING FEES  AND SUMMONS FEES  BECAUSE I ALLEGED
THE US POST OFFICE  THAT HANDLE MY CASE  HATES ME BEC-
AUSE  THEY ARE ALLEGED DEMON CONTROLLED OR POSSESS-
ED BY THE AUTHORITY OF THE HOLY BIBLE AND HATES ME
BECAUSE I AM A CHRISTIAN.

MOTION  THAT JUDGE FULLER  RESCIND  HIS ORDER BECAUSE
I ALLEGED HE PUT  28U.S.C  OVER MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$,
AND EQUAL JUSTICE CLAUSE RIGHTS WHICH  BREACHES HIS
SWORN CONTRACT OF NOT UPHOLDING AND DEFENDING THE
US CONSTUTION.

5

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT  OF ALABAMA

NORTHERN DIVISION

MOTION THAT JUDGE MARK FULLER RECINDS HIS ORDER
BECAUSE I AM FORCED PRO SE AND I WANT A TRIAL BY A
CHRISTIAN JURYM BY THE AUTHORITY OF THE 7TH AMENDMENT
OF THE US CONSTUTION IN CRIMINAL CASES  WHICH STEALING
MY MONEY AND BREACHING MY INSURANCE CONTRACT  AND
US CONSTUTIONAL RIGHTS IS CRIMINAL.  I WANT A JURY NOT A
MASTRIGATE TO HEAR MY CASE AND NOT A MAGISTRATE  WHO
CAN NOT RULE ON US CONSTUTIONAL VIOLATION. **THIS WAS
DONE TO ME BEFORE WHEN JUDGE MCPHERSON A MAGIST-
RATE JUDGE  HEAD MY SSA CASE AND THE US ATTORNEY
REPRESENTED THE SSA. I WROTE YOU ABOUT  THE US CON-
STUTIONAL VIOLATION AND IT WAS IN 2 PARTS  AND IT
LOOKS AS IF SOMEONE  READ ONE PART AND  IF I REMEM-
BER CORRECTLY  YOU SAID THAT YOU COULD DO NOTHING
BECAUSE IT WAS NOT  FILED IN COURT BUT YOU WERE IN
ERROR BECAUSE YOU SWORE TO UPHOLD AND DEFEND THE
US CONSTUTION AND I ALLEGE YOU WERE IN ERROR.**

**THE SSA HAD TWO HEARING BEFORE THEY NOTIFIED ME OF
THE THIRD  ONE WHICH IS IN BREACH OF MY US CONSTUT--
IONAL RIGHTS TWO HEARING AND NOT TRIAL MY JURY.  YOU
DID NOT HEAR THE FIRST CASE I THINK, BUT JUDGE MCPHE-
RSON DID AND  HER AND THE US ATTORNEY DID AND THEY
STOLE MY SSA BENEFITS BY THE AUTHORITY OF THE US
CONSTUTION.**

**JUDGE MCPHERSON AND THE US ATTORNEY LISTED ALL REF-
ERANCES AND CASES WHICH HAD 100% NOTHING TO DO
WITH MY CASE BECAUSE MY CASE IS AN        EXCEPTION
CASE      WITH MANY EXCEPTION       AND IS JUDGE MCP-
HERASON  IN THEIR RIGHT MIND? IS THE US ATTORNEY,
ANOTHER US ATTORNEY AND JO ANN BARHART SSA   SUPER-**
VISION IN THEIR RIGHT MIND?  6

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE ONLY THING THAT I THINK MY SSA CASE WAS  TRANSFERR-
ED TO  JUDGE MCFERSON IS THAT THIS DISTRICT  JUDGE KNEW
THAT THIS WAS CONSTUTIONAL VIOLATIONS AND THEY COULD
BE IMPEACHED I ALLEGED.

MARK 5:15 SAYS:AND THEY COME TO JESUS, AND SEE HIM  THAT
WAS POSSESSED  WITH THE DEVIL, AND HAD THE LEGIONS, SITT-
ING AND CLOTHED ,  _____AND IN HIS RIGHT MIND, AND THEY
WERE AFRAID. THE BIBLE SPEAKS MANY TIMES OF DEMON
CONTROL OR POSSESSION!

MATTHEW 22:37 SAYS: JESUS SAID UNTO HIM, THOU SHALT
LOVE THE LORD THOU GOD WITH ALL THY HEART, AND WITH
ALL THOU SOUL, AND ALL THOU MIND. THIS IS THE FIRST AND
GREAT  COMMANDMENT ; AND THE SECOND IS LIKE UNTO IT:
THOU SHALT LOVE THOU NEIHBOR AS THYSELF: I N AMERICA
WE HAVE A US CONSTUTIONAL LAW GOVERNMENT OF THE
PEOPLE BY THE PEOPLE AND FOR THE PEOPLE WHERE THE US
_____CONSTUTION IS THE FINAL AUTHORIY ___INALL MY CAS-
ES!

MICAH 6:8 SAYS:HE HATH SHEWED THEE, O MAN  WHAT IS GOOD
AND WHAT DOTH  THE LORD REQUIRE OF THEE , BUT TO DO
JUSTLY , AND TO LOVE MERCY, AND TO WALK  HUMBLY WITH
THY GOD. I ALLEGED THAT JUDGE MARK FULLER IN MY CASE IS
100% AGAINST JUSTICE, 100%  SHEWED ME NO MERCY, AND 100%
NOT HUMBLE HIMSELF IN MY ASE BEFORE GOD! I AM NOT JUD-
GING, THREATHENING, OR SLANDING HIM OR ANYONE EITHER.
THIS IS MY OPINION IN THE FIRST AMENDMENT OF THE US CON-
STUTION OF FREEDOM OF RELIGION AND SPEECH. MY MISSION
IS TO GET EVERY PERSON IN THE WORLD SAVED  SO THAT THEY
WILL NOT BURN IN HELL AT JUDGEMENT DAY! I AM ONLY A
SINNER SAVED BY GRACE BY THE BLOOD OF JESUS CHRIST.

7

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

EXODUS 22:22-23: YE SHALL NOT AFFLICT ANY WIDOW , OR
FATHERLESS CHILD, (MY DAD DIED BEFORE I WAS BORN SO I
WAS ONCE A FATHERCHILD, BUT I AM NOT A CHILD NOW.) IF
THOU AFFLICT THEM IN ANY WISE, AND THEY CRY AT ALL UNTO
ME, I WILL SURELY HEAR THEIR CRY:  AND MY WRATH SHALL
WAX HOT,  AND I WILL KILL YOU WITH THE SWORD, AND WIVES
SHALL BE WIDOWS,  AND YOUR CHILDREN FATHERLESS!  JUDGE
FULLER HAS AFFLICT ME I ALLEGE WHO WAS ONCE A FATHERL-
ESS CHILD AND THIS IS EVIL.

ISAIAH 10:1-2 SAYS: WOE UNTO  THEM THAT DECREEE UNRIGH-
TEOUS  DECREES, AND THAT WRITE GRIEVEOUS  WHICH THEY
HAVE PRESCRIBED: TO TURN ASIDE THE NEEDY FROM JUDGEM-
ENT, AND TO TAKE AWAY THE RIGHT OF THE POOR OF MY PEOP-
LE. , THAT THE WIDOWS  MAY BE THEIR PREY, AND THAT ROB
THE FATHERLESS! I AM ALLEGING JUDGE FULLER ORDER OR
DECREE IS AN UNRIGHTEOUS DEGREE  BY THE AUTHORITY OF
THE HOLY BIBLE.

ROMANS 3:10 SAYS: AS IT IS WRITTEN, THERE IS NONE RIGHTEO-
US,  NO, NOT  ONE. ROMAN 3:23 FOR ALL HAVE SINNED AND CO-
ME SHORT OF THE GLORY OF GOD. SINS OF THE FLESH AND SINS
OF THE SPIRIT  IS   THE REASON SATAN HAS DESTROYED AMERI-
CA  AND THE WORLD TODAY.

IST PETER 5:8 SAYS: BE SOBER, BE VILIGANT : BECAUSE YOUR
ADVERSARY THE DEVIL, AS A ROARING LION, WALKETH ABOUT,
SEEKING  WHOM HE MAY DEVOUR!  JOHN 8:44 SAYS: YE ARE THE
FATHER  THE DEVIL, AND THE LUST OF YOUR FATHER  YE WILL
DO . HE WAS A MURDERER FROM THE BEGINNING, AND ABODE
NOT IN THE THUTH BECAUSE THERE IS NO TRUTH IN HIM. WHEN
HE SPEAKETH A LIE , HE SPEAKETH OF HIS OWN; FOR HE IS A
LIAR AND THE FATHER OF IT. REVELATION 21:8 SAYS: BUT THE
FEARFUL, AND UNBLIEVING, AND THE ABOMINABLE,  (NP)



IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALLABAMA

NORTHERN DIVISION

AND MURDERERS, AND THE WHOREMONGERS, AND SORCERE-
RS, AND THE IDOLATORS, **AND ALL LIARS SHALL HAVE THEIR
PART  IN THE LAKE WHICH BURNETH WITH FIRE AND BRIM-
ESTONE WHICH IS THE SECOND DEATH.** THE BIBLE IS TELLI-
NG US HERE THAT ALL LIARS WHO ____DO NOT GET SAVED AND
NOT IN THE EXCEPTION CASES FOR SALVATION WILL BURN IN
HELL FOREVER AND MY MISSION IS TO GET EVERY PERSON
SAVED SO THAT THEY WILL NOT BURN IN HELL AT JUDGEMENT
DAY. I AM ALLEGING THAT ALMOST  ALL PEOPLE  IN MY CASE
ARE LIARS AND SWORN LIARS BY  SWEARING TO UPHOLD AND
DEFEND THE US CONSTUTION AND HAVE NOT DONE SO. **THE
BIBLE TELLS US HERE THAT  THAT IF YOU LIE WHICH IS A
SIN AND   ARE BORN BORN AGAIN AND HAVE A NEW SPIRIT-
UAL BIRTH YOU WILL BURN IN HELL HELL FOREVER. I AM
NOT JUDGING, THREATHENING, OR SLANDERING ANYONE
EITHER! VENGEANETH IS MINE SAYETH THE LORD. GOD
CREATED US ALL AND GOD IS GOING TO BURN THE ONES
THAT DOO NOT GET SAVED IN HELL AT JUDGEMENT DAY.
YOU CAN BELIEVE SATAN AND BURN IN HELL OR BELIEVE
GOD AND LIVE FOREVER IN HEAVEN FOREVER.**

THE BIBLE TELLS US THAT  CHRISTIANS CAN COMMIT  SINS
UNTO DEATH IF THEY KEEP ON SINS OVER AND OVER AGAIN
AND WILL NOT  STOP SINNING. NON-CHRISTIANS  CAN COM-
MIT SINS UNTO DEATH, BUT ALSO HELL IF THEY DO NOT GET
THE FORGIVENESS OF THEIR SINS AND GET SAVED.

I CHRONICLES 10:13-14 SAYS: SO SAUL DIED FOR  HIS TRANG-
RESSION WHICH HE COMMITTED AGAINST THE LORD, EVEN
AGAINST THE _____WORD OF THE LORD WHICH HE KEPT
NOT,  AND ALSO  FOR _____ASKING COUNSEL OF ONE THAT
HAD A FAMILIAR SPIRIT (DEMONIC SPIRIT) TO ENGUIRE OF IT;
AND ENGUIRED  NOT OF THE LORD THEREFORE HE SLEW HIM



IN THE UNITED STATES DISTRICT COURT

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE POST OFFICE HAS NOT KEPT THE WORD OF GOD AND LIED
I ALLEGE BY THE AUTHORITY OF THE HOLY BIBLE AND THIS
WAS GOD KILLED KING SAUL THE 1ST KING OF ISERAL AND HAS
COMMITTED SINS TO DEATH IF THEY DO NOT GET SAVED. THE
POST OFFICE CLAIMS DEPARTMENT SWEARS TO UPHOLD AND
DEFEND THE US CONMSTUTION BREACHED MY 1ST,1ST,6TH,6TH,
7TH, 8TH, 14TH AND EQUAL JUSTICE CLAUSE RIGHTS AND WOULD
NOT EVEN CALL CALLED ABOUT MY CASE WHICH TERMINATES
THEM FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR
1ST DAY OF FEDERAL SERVICE BECAUSE I AM A CHRISTIAN!

MATTHEW 10:18 SAYS: AND YE SHALL BE BROUGHT BEFORE
GOVERNORS AND KINGS FOR MY SAKE , FOR A TESTIMONY____
AGAINST THEM AND THE GENTILES.____! THE BIBLE SAYS THAT
I WILL BE BROUGHT BEFORE GOVERNORS AND KINGS FOR A
TESTIMONY AGAINST THEM. I TRIED TO SEE GOVERNOR BOB
RELIEY AND TROY KING SINCE THIS HAPPEN, BUT THESE ALL-
EGE CONSPICATORY HAS BROKEN THE LAW AND NOT ALLOWED
ME TO DO. ATTORNEY KING TOLD ME THE NIGHT OF THE WESL-
EY HARRIS SENTENCING TRIAL IN LUVERNUE THAT I COULD SEE
HIM, BUT 6 PEOPLE THAT WORK FOR HIM BROKE HIS ORDERS
AND WOULD NOT LET ME SEE HIM AND THIS IS A HORROR CASE.
YOU HAVE TO BE A CHRISTIAN TO UNDERSTAND THIS.

MATTHEW 10:22 SAYS: AND YE SHALL BE HATED OF ALL MEN
FOR MY NAME'S SAKE; BUT HE THAT ENDURED UNTIL THE END
SHALL BE SAVED. I AM HATED BY THE POST OFFICE, VA, BVA, 112
ALLEGED JONES CONSPICATORS, AND OTHER CONSPICATORS
BECAUSE I AM A CHRISTIAN AND SATAN HAS ALLEGED DEMON
CONTROLLED OR POSSESSION OVER ALL THESE ALLEGED CON-
SPICATORS BY THE AUTHORITY OF THE HOLY BIBLE! THEY ALL
OBEY SATAN AND NOT GOD AS THE ADAM AND EVE DIED IN
GENESIS CHAPTER 3 AND WAS DEFEATED BY SATAN.

10

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN  DIVISION

BLESSED  ARE YE, WHEN MEN SHALL REVILE YOU, AND
PERSECUTE YOU, AND SHALL SAY ALL MANNER  OF EVIL
AGAINST YOU FALSELY, FOR MY SAKE, REJOICE AND BE
XCEEDING GLAD, FOR GREAT IS YOUR  REWARD IN HEAVEN;
FOR SO PERSECUTED  THEY THE PROPHETS  WHICH WERE
BEFORE YOU. IM AM PERSECUTED BY THE US POST OFFICE
BECAUSE I AM A CHRISTIAN AND THEY BREACHED THEIR
SWORN OATH, DUTY, AND CONTRACTS  WHICH TERMINATES
THEM FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR
FIRST DAY OF FEDERAL SERVICE.

THE BIBLE TELLS US THAT THE ANTI-CHRIST WHO IS POSSESSED
BY SATAN WILL  HAVE  CONTROL OVER THE WORLD'S ECONO-
MY  DURNING THE SEVEN YEARS OF GREAT TRIBULATION WHI-
CH WILL HAPPEN AT THE _____END OF TIME! DURNING THIS SE-
VEN YEARS OF GREAT TRIBULATION PEOPLE CAN NOT BUY OR
SELL  UNLESS THEY HAVE THE MARK OF THE BEAST  WHICH IS
666 ON THEIR FOREHEAD OR HIGHT HAND.

**REVELATIONS 13:16-18 SAYS: AND HE (ANTI-CHRIST) CAUSE-**
**TH ALL, BOTH SMALL AND GREAT, RICH AND POOR , FREE**
**AND BOND, TO RECEIVE  A MARK  IN THEIR  HAND , OR IN**
**THEIR FOREHEADS, : AND THAT NO MAN MIGHT BUY OR**
**SELL, SAVE HE THAT  HAD THE MARK OF THE BEAST, OR THE**
**NUMBER OF HIS NAME:  HERE IS WISDOM, LET HIM THAT**
**UNDERSTANDING COUNT THE  NUMBER OF  THE BEAST; FOR**
**IT IS THE NUMBER  OF A MAN; AND HIS NUMBER  IS SIX HUN-**
**DRED THREESCORE AND SIX.(666) THE PEOPLE THAT WILL**
**NOT TAKE THE NUMBER 666 WILL BE KILLED  BY THE PEOP-**
**LE  WHO TAKE THE NUMBER 666.  THE PEOPLE WHO TAKE**
**THE MARK OF THE BEAST WHICH IS 666 WILL KILLED THE**
**PEOPLE THAT WILL NOT TAKE THE MARK OF THE BEAST!**

11

IN THE UNITED STATES  DISTRICT COURT

MIDDLE DISTRICT  OF ALABAMA

NORTHERN DIVISION

REVELATION 20:10 SAYS: AND THE DEVIL THAT DECIEVETH TH-
EM WAS CAST  INTO  THE LAKE OF  FIRE AND BRIMESTONE , _____
WHERE THE BEAST AND FALSE PROPHET ARE, AND SHALL  BE
TORNMENTED  DAY AND NIGHT _____ FOR  EVER AND EVER.
THIS HAPPEN  AFTER THE 7 YEARS OF GREAT TRIBULATION JUST
BEFORE THE SECOND COMING  OF JESUS CHRIST RETURN TO
THE EARTH.  SATAN MISSION IS TO DECIEVE AND DESTROY  EV-
ERY HUMAN SOUL IN HELL TO BURN THERE FOREVER AND EV-
ER. THE BEAST  OR ANTI CHRIST AND FALSE PROPHET  WILL BU-
RN IN HELL BEFORE SATAN IS BURNT THERE. THE ANTI-CHRIST
AND FALSE PROPHETS HAVE NOT BEEN MADE KNOW BY GOD
YET, BUT THEY  ARE DECIEVED BY SATAN  AND WILL BE TORN-
MENT IN HELL FOR EVER AND EVER.

LETS GO BACK AND SEE THE AWFUL AND HORRIBLE PUNISHM-
NT  OF ALL THE PEOPLE WHO RECEIVE THE MARK OF THE BEA-
ST  ON THE FOREHEADS AND HANDS WHICH IS 666.

REVELATION 14:9-11 SAYS: AND THE THIRD ANGEL FOLLOWED
THEM, SAYING WITH A LOUD VOICE, IF ANY MAN WORSHIP THE
BEAST AND  HIS IMAGE, AND RECEIVE HIS MARK IN HIS FOREH-
EAD OR IN HIS HAND, THE SAME SHALL DRINK OF THE  WINE OF
THE WRATH OF GOD, WHICH IS POURED WITHOUT MIXTURE IN-
TO THE CUP OF HIS INDIGNATION; AND SHALL BE TORNMENTED
 WITH FIRE AND BRIMESTONE  IN THE PRESCENCE  OF THE HOLY
ANGELS AND THE PRESENCE OF THE LAMB; AND THE SMOKE OF
THEIR TORNMENT ASCENDETH UP FOR EVER  AND EVER AND
THEY HAVE NO REST DAY OR NIGHT WHO WORSHIP  THE BEAST
AND HIS IMAGE, AND WHOSOEVER  RECIEVETH THE MARK OF
HIS NAME. GOD WILL BURN ALL THE PEOPLE THAT TAKETH THE
MARK OF THE BEAST WHICH IS 666 IN HELL FIRE AND BRIMEST-
ONE FOREVER.

12

IN THE UNITED STATES  DISTRICT COURT

MIDDLE DISTRICT    OF ALABAMA

NORTHERN DIVISION

REVELATION 16:2 SAYS: AND THE FIRST WENT  AND POURED
OUT HIS VIAL UPON THE EARTH; AND THERE FELL A NOISOME
AND GRIEVIOUS  SORE  UPON THE MEN WHICH HAD THE MARK
OF THE BEAST, AND UPON THEM  WHICH WORSHIPPED HIS IM-
AGE.  THE PEOPLE WHO TAKE THE MARK OF THE BEAST WHICH
IS 666 DURNING THE 7 YEARS OF GREAT TRIBULATIONS  WILL
RECEIVE  A GRIEVIOUS SORE  EVEN IN HELL I ALLEGED. THIS IS
HORRIBLE PUNISHMENT OF HELL ALSO.

REVELATION 16:9 SAYS: AND THE MEN WERE SORTCHED  WITH
GREAT HEAT, AND BLASPHEMED  THE NAME OF GOD, WHICH
HATH POWER OVER THESE PLAGUES; AND THEY ___REPENTED
NOT _____ TO GIVE HIM GLORY.

REVELATION 16:10-11 SAYS: AND THE FIFTH ANGEL  POURED
OUT  HIS VIAL  UPON THE SEAT OF THE BEAST  AND HIS
KINGDOM WAS FULL  OF DARKNESS; AND THEY GNAWED THEIR
TONGUE FOR PAIN, AND THEY BLASPHEMED  GOD OF  HEAVEN
BECAUSE OF THEIR PAINS; AND REPENTED  NOT OF THEIR
DEEDS.

REVELATION 18:6 SAYS: REWARD HER  EVEN AS SHE HAS REWA-
RDED YOU; AND DOUBLE  UNTO HER  DOUBLE  ACCORDING  TO
HER WORKS  IN THE CUP  WHICH SHE HATH FILLED FILL TO HER
DOUBLE!  THIS IS AWFUL PUNISHMENT TO ALL THE PEOPLE TH-
ATTAKE THE MARK OF THE BEAST WHO KILLED   ALL THE PEOP-
LE WHO WILL NOT TAKE THE MARK OF THE BEAST WHICH IS 666
DURNING THE 7 YEARS OF GREAT TRIBULATIONS. SATAN AND
HIS DEMONS HAS DECIEVED THE US POSTAL OFFICE WHO STOLE
MY MONEY  AND BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND
EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATED THEM FR-
OM FEDERAL SERVICE.

13

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT   OF ALABAMA

NORTHERN DIVISION

REVELATION 14:20 SAYS;AND THE WINEPRESS WAS TRODDEN
WITHOUT THE CITY, AND BLOOD  CAME OUT OF THE WINEPRESS
 EVEN UNTO  THE HORSE BRIDLES, BY THE SPACE  OF A THOUSA-
ND AND SIX HUNDRED  FURLONGS. THIS IS SATAN DAY WHICH
IS ARMAGADDON WHERE BLOOD WILL COME UP TO A  HORSES
BRIDLES  200 MILES ROUND ABOUT JERUSALEM. THIS IS SEVERE
PUNISHMENT  FOR ALL THE PEOPLE WHO TAKE THE MARK OF
THE BEAST  DURNING THE SEVEN YEARS OF TRIBULATIONS JU-
ST BEFORE THE SECOND COMING OF JESUS CHRIST  RETURN TO
THE EARTH AS A CONQUERING SAVIOUR WHO WILL DESTROY
THE ANTI-CHRIST AND HIS PEOPLE!

REVELATION 20:10 SAYS: AND THE DEVIL THAT DECIEVETH TH-
EM  WAS CAST  INTO THE LAKE OF FIRE AND BRIMESTONE , WH-
ERE THE BEAST AND FALSE PROPHET ARE, AND SHALL BE TORN-
MENT  DAY AND NIGHT  FOR EVER AND FOREVER. SATAN, HIS
DEMONS, AND HIS PEOPLE WILL JUSTLY GET WHAT THEY DESE-
RVED WHICH IS TO BURN IN HELL FOR EVER AT JUDGEMENT
DAY.  THE BIBLE ALSO LIST ABOUT 25 OTHER BIBLE VERSES WH-
ICH DESCRIBES THE AWFUL PUNISHMENT OF HELL!  THIS IS THE
GREAT WHITE THRONE JUDGEMENT FOR UNBELIEVERS ONLY!

ALL UNSAVED PEOPLE IN AMERICAN AND THE WORLD  COULD
GET SAVED BY: ADMITTING TO GOD THAT THEY ARE SINNERS;
BY REPENTING OF ALL THE SINS THAT THEY HAVE COMMITTED
IN THEIR LIFETIME; AND BY ASKING THE REAL JESUS CHRIST
WHO IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND
WHO DIED ON THE CROSS AT CALVARY  TO PAY THE PENALTY
FOR ALL PEOPLE WHO ASKS HIM TO SAVE THEM. SALVATION IS
CONDITIONAL AND NOT UNCONDITIONAL. SWEARING TO UPH-
OLD AND DEFEND THE US CONSTUTION IS  THE REQUIREMENT
TO WORK FOR THE FEDERAL GOVERNMENT  WHICH THE POST
OFFICE  AND OTHERS HAVE NOT DONE WHICH TERNIMATES
THEM FROM FEDERAL SERVICE!

/4

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

I WANT TO GO OVER REVELATION 20:10 AND CHANGE IT AND
GIVE MY OPINION OF IT IN THE 1ST AMENDMENT OF THE US
CONSTUTION.  **I AM NOT JUDGING, THREATHENING, OR SL-
ANDERING ANYONE EITHER IN ANY OF MY PAST OR FUTURE
CORRESPONDENCE. THESE  ARE MY OPINIONS UNDER THE
1ST AMENDMENTS  OF FREEDOM OF RELIGION AND PRESS.
THE US ATTORNEY OR FEDERAL JUDGES CAN NOT CLAIM ___
STATUE OF LIMITATION VIOLATIONS___BECAUSE THERE IS
NOT LIMITATION  ON MY US CONSTUTIONAL VIOLATIONS  EI-
THER.**

REVELATION 20:10 SAYS: AND THE DEVIL THAT DECIEVED  WAS
___CAST INTO A LAKE OF FIRE AND BRIMESTONE WHERE THE
BEAST AND FALSE PROPHET ARE, _____AND  SHALL BE TORN-
MENTED  DAY AND NIGHT FOR EVER AND EVER. WHO IS THEM I
ALLEGED IN THE POST OFFICE CASE AND THESE OTHER US GO-
VERNMENT CASES! I ALLEGE THEM IS THE US POST OFFICES
EMPLOYEES INVOLVED IN MY CASES WHO DO NOT GET SAVED.
THERS ARE THE ARMY MEDICAL BOARD IN 1962  WHO BREACH-
ED MY 1ST,1ST, 6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS
AND GAVE ME 10% DISABILITY FOR ACROCYANOSIS WHERE A
GERMAN MEDICAL BOARD SAID THAT I SHOULD GET ABOUT
70% OR 80% DISABILITY, BUT THE ARMY GAVE ME 10% I ALLEGE
AND STOLE ABOUT 70% I ALLEGE. ALL THE ARMY MEDICAL BO-
ARDS, VA, AND BVA BOARDS AFTER THAT  WHO TRIED TO KILL
ME AFTER THAT AND BREACHED MY US CONSTUTIONAL RIG-
HTS.

I WAS FIIRED AT MAXWELL FIELD  ABOUT 1990 BY 3 ALLEGED
DEMON CONTROLLED SUPERVISORS AND VIOLATED MY 1ST,1ST,
6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE RIGHTS.  TWO OF THE
THREE HAD NO SUPERVISOR  OPERATOR EXPERIENCE AND THE
OTHER ONE  WAS EXTREME HEAVY AND FAT AND ABUSED  HIS
POWER WHEN I HAD OVER 20 YEARS EXPERIENCE!



IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

I WAS CALLED AT MAXWELL BY KIM AND CHIEF MC ANDREW A AIR FORCE SERGANT AND TOLD ME THAT IF I DID NOT FIRE CHUCK AND SANDY THAT THEY WOULD FIRE ME AND THIS IS SATANIC I ALLEGE AND THEY SHOWED ME NO MERCY. I TOLD THEM THAT I WOULD ONLY FIRE THEM IF THEY DID SOMETHING WRONG AND THEY DID NOT DO ANYTHING WRONG SO THEY FIRED ME AND WASTED THOUSAND OF TAXPAYERS DOLLARS. I FORGOT WHO THE US ATTORNEY AND THE DISTRICT JUDGE WAS THEN, BUT A JURY TRIAL BY A JUST JURY I COULD HAVE WON MILLIONS OF DOLLARS. THE US ATTORNEY AND DISTRICT JUDGE BREACHED MY 1S,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICE BECAUSE I NEVER RECEIVED MY US CONSTUTIONAL RIGHTS AND I COULD HAVE BEAT KIM, CHIEF MCANDREW, AND LTC. COL. BROWN BY A TRIAL BY A JUST JURY EASY.

I PUT IN FOR SSA BENEFITS WHERE I DID NOT RECEIVE MY 1ST, 1ST, 6TH, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHERE THE SSA WAS REPRESENT ED BY LEURA CARNARY AND ANOTHER US ATTORNEY AND JO ANNE BARNHEART WHO AS FAR AS I KNOW SWORE TO UPHOLD AND DEFEND THE US CONSTUTION, BUT BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICES. I ALLEGED THE ALJ BARKER SSA JUDGE BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES HIM FROM FEDERAL SERVICES RETROACTIVE BACK TO HIS FIRST DAY OF FEDERAL SERVICE AND STOLE MY MONEY AND BENEFITS. ALJ BARKER WAS SO ALLEGED DEMON CONTROLLED OR POSSESSED I ALLEGE THAT HE WAS NOT GOING TO LET ME APPEAL MY CASE. JUDGE MCPHERSON HAD NO JURISDICTION IN MY CASE AND BREACHED MY 1ST,1ST,6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES HER FROM FEDERAL SERVICE.

16

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NOTHERN DIVISION

JUDGE MCHERSON LIED ABOUT THE US CONSTUTION AND
SHE LISTED A LOT OF CASES AND CASES REFERANCES_____
**WHICH HAD 100% NOTHING TO DO WITH MY CASE AND
MY SITUATION      BECAUSE MY CASES WAS AN EXCEPTION
CASE WITH MANY EXCEPTIONS WITH IN THE MANY EXCEPT-
IONS AND SHE BREACHED MY 1ST, 1ST, 6TH, 6TH,7TH,8TH, 14TH, AND
EQUAL JUSTICE CLAUSE WHICH TERMINATES HER FROM
FEDERAL SERVICES BECAUSE SHE  DID NOT UPHOLD AND
DEFEND THE US CONSTUTION. LEURA CARNARY AND THE
OTHER US ATTORNEY  REFERANCES A FEW CASES WHICH
HAD  NOTHING TO DO WITH MY EXCEPTION WHICH TERM-
INATES THEM FROM FEDERAL SERVICES.**

**I HAVE BEEN APPEAL MY  ARMY MEDICIAL BOARD IN 1962 IN
GERMANY WHERE I CAUGHT ACROCYANOSIS FROM BEING
IN THE  COLD WEATHER MUCH  OF THE TIME AND OTHER OF
THE SOLDIERS WAS FROSTBITTEN WHERE THE GERMAN
MEDICAL BOARD  SAID I SHOULD GET 70 OR 80% DISABILITY
, BUT THE ARMY GAVE ME 10% AND STOLE  70% I ALLEGE
FROM ME SINCE 1962 AND BREACHED MY 1ST,1ST,6TH,6TH,7TH,
8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS.  ALL VA,BVA,
SECRETARY PRINCIPAL , AND SECRETARY NICHOLSON
HAVE BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH, AND EQUAL JUSTI-
CE RIGHTS MANY TIMES.  VLJ MULLEN HEARD BY BVA APPE-
AL IN MONTGOMERY, TRAVEL BOARD IN MONTGOMERY AND
WROTE MANY LIES AND  HEARD MY APPEAL IN  WASHINGT-
ON , D.C.  WHICH NO AUTHORITY IN EITHER CASE AND THIS
IS SATANIC TO HAVE THE SAME HEAR  BOTH APPEALS WHI-
CH IS SATANIC I ALLEGE. THIS IS THE  SAME LEVEL I ALLEGE
AS THE HILTER SS TROOPS  AND OTHERS MURDERERING 6
MILLIONS JEWS IN WORLD WAR II. I AM HATED BECAUSE I
AM A CHRISTIAN BY THE US  AND STATE GOVERNMENT.**

17

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

I AM ALSO HATED BY THE STATE AND FEDERAL GOVERNMENT
OF ALLEGED 112 CONSPIRACY. MY BROTHER JUNIRO TOLD
JOE MY OTHER BROTHER TO MOBIBLE IN ABOUT 1956 0T 1858.
I HAD NOTHING TO DO WITH IT. JUNIOR DIED IN 1999 AND JOE
DIED IN APRIL 2000 AND HE LEFT FRANCIS, CRAIG, TONY, AND
JIMMY JONES NOTHING. I GAVE THEM SOMETHING AND THEY
STOLE ABOUT AN ALLEGED $75,000.00 FROM JOE'S WILL. THEY
HAVE RELATIVES IN THE MOBILE POLICE WHO HAS AN ALLEGED
112 CONSPIRACYS WHO STOLE MY MONEY FROM JOE'S LAST
WILL AND TESTAMENT IN 2000 FROM INSIDE WHITNEY BANK
AND THEY BREACHED JOE'S LAST WILL AND TESTAMENT AND
FLOY WHATLEY STOLE MY MONEY AND GAVE THE JONES
MONEY WHICH BECAUSE OF THEIR ATTORNEY DANNY MIMS
I COULD NOT RECOVER IT. DANNY MIMS DAD WAS THE MAYOR
OF MOBILE WHO SERVED PRISON PRIME AT MAXWELL FIELD IN
MONTGOMERY FOR THEFT, OR FRAUD , OR SOMETHING. HE HAD
ALLEGED JUDGE MCFERRIN, JUDGE SPORT, JOHNNY NICHOLSM
ANNE TATE AND MY ATTORNEY CHARLES KETTLER WAS I ALLE-
GE CONSPIRACY IN LUVERNUE. JUDGE STOUT AND THE PROB-
ATE JUDGE OF MOBILE WHO I FORGOT HIS NAME STOLE MY
MONEY IN MOBILE I ALLEGE AND I PUT IN TO IMPEACHED
THEM, BUT CHAINMAN COLE BROKE THE LAW AND COMMITTED
ALLEGED CRIMINAL ACTS. PAT ROBERTS, DANNY BILLINGSLEY,
CHIEF OF SECURITY AND ABOUT 15 OTHERS BROKE THE LAW
AND WOULD NOT LET ME SEE ATTORNEY GENERAL PRYOR AND
TROY KING AND THREATHEN ME. TROY KING TOLD ME AT THE
WESTLEY HARRIS MURDER TRIAL IN LUVERNURE THAT I
COULD SEE HIM, BUT ABOUT 18 PEOPLE WHO WORKED FOR BI-
LL PRYOR WOULD NOT LET ME SEE HIM AND THERE ARE 112
ALLEGED CONSPICATORS HERE. I COULD NOT SEE GOVERNOR
RILEY AND OTHERS EITHER. I COULD PROBABLY PUT MANY OF
THE ALLEGED CONSPICATORS IN JAIL FOR LIFE NOW.

18

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THEY BREACHED ATTORNEY GENERAL DIRECT ORDER AT THE
WESTLY HARRIS SENTENCING TRIAL THAT I COULD SEE HIM
AFTER HE TOLD ONE OF HIS AIDS THAT I COULD SEE HIM, BUT
HIS AID DID NOT TAKE MY NAME AND GIVE ME AN APPOINTME-
NT. A HIGHWAY PATROL  MOVED THE CROWN BACK AND SAID
THAT I COULD NOT SEE HIM. I RAN DOWNSTAIRS AND TOLD HIM
AS HE WAS WALKING OUT THE FRONT  DOOR THAT I COULD NOT
SEE HIM. A HIGHWAY PATROLMAN ESCORTED ME TO THE  SHER-
IFF'S OFFICE  WITH NO AUTHORITY UNTIL TROY KING LEFT.  I
DID NOT GET AN APPOINTMENT AND CALLED UP MONDAY AND
MR. BILLINGSLY  BROKE  TROY KING'S DIRECT ORDER AND
TOLD THAT IF I CAME BACK TO THE STAETE HOUSE HE WOULD
HAVE ME PUT IN JAIL  FOR TRESPASSING  WITH NO AUTHORITY. I
WAS ESCORTED OUT OF THE STAT HOUSE BY TWO HIGHWAY
PATROLS. THIS I ALLEGE IS 100% SATANIC!   WHY DIDN'TROY
KING CALL ME UP WHEN I COULD NOT GET AN APPOINTMENT
WITH HIM? I AM HATED BECAUSE I AM A CHRISTIAN!

THE ANTI-CHRIST HAS CONTROL OVER THE ECONOMY OF THE
WORLD DURING THE SEVEN YEARS  OF GREAT TRIBULATION
AND HE WILL HAVE THE PEOPLE  WHO OBEY HIM TAKE THE
MARK OF THE BEAST WHICH IS 666 KILLED THE PEOPLE   WHO
WILL NOT TAKE THE MARK OF THE BEAST  AND I LISTED SOME
OF THE SEVERE PUNISHMENT  DURNING THE 7 YEARS OF TRIB-
ULATIONS IN  REVELATIONS 14:20, 16:2, 16:10,11 AND REVELATI-
ONS 14:9,10,11.

WHO DO I THINK WILL TAKE THE MARK OF THE BEST IF THEY
ARE LIVING AT THIS TIME?  THE 112 JONES CONSPICATORY, VA,
BVA, ARMY, SSA  CIVIL SERVICE CONSPICATORYS AND THE
BIBLES SAYS THAT THEY WILL BE TORNMENT WORSE THAN THE
RICH MAN IN HELL. I AM NOT JUDGING, THREATHENING, OR
SLANDERING  ANYONE EITHER. THIS IS MY OPINION UNDER HE
1ST AMENDMENT OF THE US CONSTUTION.

*19*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

YOU HAVE TO BE A CHRISTIAN TO UNDERSTAND THIS! MY DAD
DIED BEFORE I WAS BORN AND MY MOTHER COULD NOT READ
OR WRITE, BUT A CHRISTIAN SCHOOLTEACHER WAS THE REA-
SON I WAS SAVED OR I OULD PROBABLY BURNING IN HELL LO-
NG AGO. I WOULD HAVE PEOPLE IN AMERICAN AND OVERSEAS
ATTACKED ME WHO I HAD NEVER SEEN OR NEVER DONE
ANYTHING TO EVER! I WONDERED WHY THIS HAPPEN! AFTER A
FEW YEARS GOD TOLD ME THAT IT WAS BECAUSE I WAS A CH-
RISTIAN AND SATAN AND HIS DEMONS HAD HIS PEOPLE ATTAC
KED ME BECAUSE I WAS A CHRISTIAN! I WAS ATTACKED BY
ANTRIA FINLEY AND OTHERS IN THE POST OFFICE BECAUSE I
AM A CHRISTIAN AND THEY ARE CONTROLLED BY SATAN AND
HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE! ANTRIA
FINLEY IS SO ALLEGED DEMON CONTROLLED OR POSSESSED
THAT SHE STOLE MY MONEY BECAUSE I AM A CHRISTIAN! THIS
SHOWS I ALLEGE THAT SHE SO CONTROLLED BY SATAN THAT
SHE COULD TAKE THE MARK OF TH BEAST WHICH IS 66 AND
KILL THE PEOPLE THAT WILL NOT TAKE IT. I HAVE SEEN CA-
SES THAT THE VA AND THE SSA HAVE KILLED VETERANS FOR
THEIR MONEY AND BENEFITS! VETERANS SHOULD NOT GET A
BLANKET COVERAGE EITHER. YOU ONLY GET WHAT EVER PL-
AN THAT YOU COME UNDER.

DANIEL CHAPTER 6 IS WHERE THE PRESIDENTS AND PRINCES
OF BABYLON OR THE GOVERNMENT OF BABYLON TRIED TO
KILL DANIEL BECAUSE HE BELIEVE IN THE TRUE GOD AS I
BELIEVE JESUS CHRIST IS GOD ALREADY COME TO EARTH IN
HUMAN FLESH AND DIED ON CALVARY FOR ALL MY SINS AND I
WAS BORN AGAIN AND AM SAVED. YOU MAY NEED TO READ
THE WHOLE 6 CHAPTER OF DANIEL FOR YOURSELF.

THE PRESIDENT AND PRINCES OF BABLYON TRICKED THE KING
INTO SIGNING A DECREE THAT IF ANY PERSON ASKED A PET-
ITION OF ANY GOD OR MAN FOR 30 DAYS, SAVE THE KING.

20

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THEY WOULD BE THROWN IN A DEN OF LIONS. THE KING SIGN-
ED THE DECREE AND DANIEL WAS THROWN INTO A DEN OF
LIONS, BUT GOD DELIVERED DANIEL AND HE WAS NOT KILLED.
LETS LOOK WHAT HAPPEN IN DANIEL 6:24 TO THE GOVERNMENT
PRESIDENTS AND PRINCES THAT HAD DANIEL THROW INTO A
DEN OF LIONS.

DANIEL 6:24 SAYS:AND THE KING COMMANDED AND THEY
BROUGHT THOSE MEN WHO HAD ACCUSED DANIEL, AND THEY
CAST THEM INTO THE DEN OF LIONS,_____ **THEM, THEIR CHI-
LDREN, AND THEIR WIVES; AND** HE LIONS HAD THE MASTERY
OF THEM, AND BRAKE ALL THEIR BONES IN PIECES OR EVER
THEY CAME AT THE BOTTOM OF THE DEN. SO GOD KILLED THE
GOVERNMENT OF BABYLON PRESIDENTS AND PRINCES WHO
TRIED TO KILLED DANIEL! THE GOVERNMENT OF AMERICA IS
SO ALLEGED DEMON CONTROLLED OR POSSESSED THEY HAVE
TRIED TO KILL ME BECAUSE I AM SAVED AND WORSHIP THE
REAL JESUS CHRIST WHO IS GOD ALREADY COME TO EARTH
IN HUMAN FLESH AND DIED ON CALVARY TO PAY THE PENALTY
OR ALL MY SINS.

DANIEL WAS HATED BY THE GOVERNMENT OF BABYLON BECA-
USE THE TRUE GOD AND I AM PERSECUTED BY THE AMERICAN
GOVERNMENT BECAUSE I AM A SAVED BORN AGAIN CHRIST-
IAN AND YOU SEE HOW STONG SATAN CONTROLL IS OVER ANT-
RIA FINALY AND THE OTHER ALLEGED CONSPICATORS BECAU-
SE THEY STOLE MY MONEY AND BENEFITS AND BREACHED MY
US CONSTUTIONAL RIGHTS BEING THOUSANDS OF MILES AWAY
FROM THEM.

REVELATION 9:6 SAYS: AND IN THOSE DAYS (7 YEARS OF TRIBU-
LATIONS) SHALL MEN SEEK DEATH, AND SHALL NOT FIND IT;
AND **PRAY TO DIE, AND DEATH SHALL FLEE FROM THEM!**

21

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THERE IS ____NO STATUE OF LIMITATION ____OF THESE MANY
US CONSTUTIONAL VIOLATIONS STARTING BACK IN 1962 BY
THE AUTHORITY OF THE US CONSTUTION AND BY THE ARMY,
ARMY MEDICAL BOARD, MANY VA AND BVA MEDICAL BOARDS,
SSA BOARDS, CIVIL SERVICE BOARDS AND COVA SO THEY CAN
NOT CLAIM STATUE OF LIMITATIONS. ALL THE ARMY MEDICAL
BOARDS, SINCE 1962, VA,BVA BOARDS, SSA BOARDS, CIVIL SER-
VICE BOARDS AND ALLEGED CONSPICATORS SWORE TO UPHO-
LD AND DEFEND THE US CONSTUTION BREACHED MY 1ST,1ST,
6TH, 6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WH-
ICH TERMINATES THEM FROM FEDERAL SERVICES RETROACT-
IVE BACK TO THEIR 1ST DAY OF FEDERAL SERVICE.

JUDAS WAS 1 PERSON WAS WITH JESUS CHRIST FOR THREE AND
ONE HALF YEARS OF SAVING LOST SOULS, BUT HE BETRAYED
JESUS CHRIST FOR 30 PIECES OF SILVER AND WENT OUT AND
HANGED HIMSELF FOR HIS SINS.

ALL THE ALLEGED US FEDERAL AND OTHER CONSPICATORS
WHO SOME HAVE WORKED FOR THE GOVERNMENT FOR MANY
YEARS ARE SO ALLEGED SO DEMON CONTROLED THAT THEY
BREACHED MY 1ST, 1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE
CALLEED RIGHTS MANY TIMES WHICH TERMINATES THEM
FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR 1ST DAY
OF FEDERAL SERVICE WITH NO JUDICIAL IMMUNITY EITHER.

JUDAS BETRAYED JESUS CHRIST WHO IS GOD ALREADY COME
TO EARTH WHICH IS 1 PERSON. THE POST OFFICE AND THE OT-
HER ALLEGED CONSPICATORS BETRAYED NOT ONE PERSON,
BUT AN ESTIMATED 286 MILLION AMERICANS WHICH SHOWS
THAT THEY COULD KILL ALL THE PEOPLE THAT COULD KILL
ALL PEOPLE DURNING THE 7 YEARS OF TRIBULATIONS THAT
WILL NOT TAKE THE MARK OF THE BEAST WHICH IS 666.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISON

IF ALL FEDERAL EMPLOYEES THAT SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION BREACHED MY $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH}$ $8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS MANY TIMES I ALLEGE CAN KILL EVERY PERSON THAT WILL NOT TAKE THE MARK OF THE BEAST WHICH IS (666).

LET GO BACK TO MY SSA CASE WHERE THE SSA PEOPLE THAT WERE INVOLVED WERE LEURA CARNARY, ANOTHER US ATTORNEY THAT HELPED HER. JO ANN BARNART, SSA ALJ BARKER, AND JUDGE MCPHERSON ALL SWORE TO UPHOLD AND DEFEND THE US CONSTUTION BREACHED MY $1^{ST}, 1^{ST},6^{TH},6^{TH},7^{TH},8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE RIGHTS MANY TIMES, STOLE MY MONEY AND BENEFITS ALSO WHICH TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR 1ST DAY OF FEDERAL SERVICES WITH NO JUDICIAL IMMUNIDITY FROM EITHER. I WAS PRO SE THEN AND I ALLOWED THEM TO CHANGE JURISDICTION TO JUDGE MCPHERSON WHEN SHE HAD NO AUTHORITY TO HEAR MY CASE BECAUSE SHE CAN NOT RULE ON US CONSTUTIONAL VIOLATION. NOW JUDGE ORDERS THAT ANOTHER FEDERAL MAGISTRATE RULE ON MY UNITED STATES POST OFFICE CASES IN BREACH OF MY $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH},8^{TH},14^{TH}$, AND EQUALJUSTICE CLAUSE RIGHTS MANY TIMES.

THE ONLY REASON FOR THIS I ALLEGED IS SO THAT THE US DISTRICT JUDGES WILL NOT BREACH THEIR SWORN OATH, SWORN DUTY, AND SWORN CONTRACTS. LET GO BACK TO THE SSA CASE.

MY SSA CASE ALREADY HAD TO HEARING BEFORE I WAS NOTIFIED AND NOT TWO TRIALS BY JURY IN VIOLATION OF MY 1ST, $1^{ST}, 6^{TH},6^{TH},7^{TH},8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS. THIS IS US CONSTUTIONAL PREJURY AS SWORN LIARS, ABUSE OF POWER, CONFLICT OF INTEREST, AND UNETHICAL CONDUCT.

23

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

ALJ BARKER, LEURA CARNEY, ANOTHER US ATTORNEY, JO ANN
BARNHART, AND JUDGE MCPHERSON SWORE TO UPHOLD AND
DEFEND THE US CONSTUTION BREACHED MY US1ST,1ST,6TH,6TH,
7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERM-
INATES THEM FROM FEDERAL SERVICES AND I SHOULD HAVE
WON MY CASE, BUT THEY STOLE MY MONEY AND BENEFITS
AND WITH MY SEVERE MEDICAL PROBLEMS THEY COULD HAVE
KILLED ME BECAUSE I ALLEGED THAT THEY ARE DEMON CON-
TROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BI-
LE. LET THEM ARGUE WITH GOD.THEY SWEAR TO UPHOLD AND
DEFEND THE US CONSTUTION WILL NOT DO SO AND ARE 100%
IN VIOLATION OF IT.

IF I REMEMBER CORRECTLY WITHOUT LOOKING IT UP AND TH-
RE ARE NO STATUE OF LIMITATION ON US CONSTUTIONAL VIOL-
ATIONS THEY BRETRAYED AN ESTIMATED 286 MILLION AMERI-
CANS AND THIS WAS WORSE THAN JUDAS WHO BETRAYED
JESUS. JUDGE MCPHERSON LISTED A LOT OF CASES AND CASES
REFERANCES IF I REMEMBER CORRECTLY WHICH SHOWS SHE
NOT ONLY BROKE MY US CONSTUTIONAL RIGHTS BECAUSE MY
____SSA CASE _____WAS AN EXCEPTIONAL CASE WITH MANY
EXCEPTION WITHIN THE MANY EXEPTIONS_____AND THERE
ARE____ **NO CASES TO REFERANCES FOR IT. IF I REMEMBER**
**CORRECTLY LEURA CARNEY LIST A FEW CASES AND CASES**
**REFERANCES FOR IT WHICH TERMINATES THE US ATTORNEY**
**AND JUDGE MCFERSON FROM FEDERAL SERVICE.  JUDGE**
**MCPHERSON ALSO IF I REMEMBER CORRECTLY      PUT SSA**
**LAW OVER MY 1ST,1ST,6TH,6TH,7TH, 14TH, AND EQUAL JUSTICE CL-**
**AUSE RIGHTS WHICH TERMINATES HER FROM FEDERAL**
**SERVICE WITH NO STATUE OF LIMITATION ON US CONSTU-**
**TIONM RIGHTS! SO DID ALJ BARKER AND THE OTHER US**
**ATTORNEY. NOW THEY ARE TRYING TO DO THIS AGAIN WH-**
**ICH MUST BE DISMISSED WITH NO AUTHORITY!**

24

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DUVUSUON

AS FAR AS I KNOW AND UNDER THE US CONSTUTION ONLY A US DISTRICT, CIRCUIT, AND SUPREME COURT JUDGE HAS AUTHORITY TO RULE ON ALLEGED US CONSTUTIONAL VIOLATION AND NOT JUDGE MCPHERSON. THEY SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION, BUT BECAUSE I AM POOR AND A CHRISTIAN I ALLEGE THEY STEAL MY MONEY AND BENEFITS.

ISERAL WERE SLAVES IN EGYPT FOR 430 YEARS AND GOD DELIVERED THEM FROM HARD BONDAGE AND PROMISED THEM A LAND OF MILK AND HONEY, BUT BECAUSE OF THEIR SIN GOD DELAYED THIS PROMISE FOR 40 YEARS. IT TOOK GOD 49 TO GET EGYPT OR SATAN OUT OF THEM BEFORE THEY WENT TO THE PROSMISE LAND. HOW LONG WOULD IT TAKE GOD TO GET SATAN OUT OF THESE SSA ALLEGED CONSPICATORS. THE SSA BREACHED MY US CONSTUTIONAL RIGHTS 2 TIMES AND BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES THE US ATTORNEY FROM REPRESENTING THE US POST OFFICE IN MY CASE.

THESE SSA CONSPICATORY SWORE TO UPHOLD AND DEFEND THE US CONSTUTION IS 100% IN BREACH OF IT AND THEY SHOULD BE FIRED, IMPEACHED, AND REMOVED.

THE US CONGRESS (HOUSE AND SENATE) SWORE TO UPHOLD AND DEFEND THE US CONSTUTION BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICES. ( THE HOUSE AND SENATE THAT VOTED YES AND ENACTED THIS ARMY MEDICAL BOARD, VA, BVA MEDICAL BOARDS, CIVIL SERVICE AND SSA MEDICAL BOARDS WHICH TERMINATES THEM FROM FEDERAL SERVICES. THERE ARE NO STATUE OF LIMITATION ON US CONSTUTIONAL VIOLATIONS EITHER.

25

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THE US PRESIDENT THAT SIGNED THESE VA,BVA, SSA, MILITARY
BOARDS, AND CIVIL SERVICE BOARDS INTO LAW BREACHED MY
$1^{ST},1^{ST},6^{TH},6^{TH},7^{TH},7^{TH},8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS MANY
TIMES WHICH TERMINATES HIM FROM FEDERAL SERVICE ALSO.
THE FEDERAL GOVERNMENT  HAS STOLE THESE FEDERAL EMP-
OYEES  MONEY AND BENEFITS IN MY CASE FOR ABOUT 48 YEA-
RS NOW. I DO NOT KNOW WHEN THIS BILL WAS ENACTED! THEY
DO NOT EVEN HAVE A PLACE TO CHECK OR RULE ON US CONST-
UTION VIOLATIONS. I ALLEGE THEY HAVE STOLEN  TRILLIONS
OF DOLLARS FROM FEDERAL EMPOYEES IN THE PAST, BUT THEY
WILL HAVE TO BE JUDGED BY GOD AT THE END OF TIME.

HOW HAS SATAN AND HIS DEMONS DESTROYED AMERICAN AND
THE WORLD  SOULS IN HELL THAT DO NOT GET SAVED AND TH-
AT DO NOT  WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY
PWN SOUL BY THE AUTHORITY OF THE HOLY BIBLE.

**ACTS 4:18 SAYS: AND THEY CALLED THEM, AND COMMANDED**
**THEM NOT TO SPEAK  AT ALL OR  NOR TEACH  IN THE NAME**
**OF JESUS.  THE REAL JESUS CHRIST IS THE ONLY JESUS CHR-**
ST THAT DIED ON THE CROSS AT CALVARY  TO SAVE YOUR SOUL
FROM HELL. WE HAVE MANY COUNTERFIET JESUS CHRIST TOD-
AY THAT WILL DESTROY YOUR SOUL IN HELL TODAY.

SATAN AND HIS DEMONS HAS DESTROYED AMERICA AND THE
WORLD TODAY BECAUSE THE PARENTS DID NOT TEACH TNHEIR
CHILDREN TO OBEY GOD'S LAWS AND GODS COMMANDMENT IN
THE BIBLE BY DEUTERONOMY 6:7-9 AND DESTROYED THEIR
SOULS IN HELL. SATAN  AND HIS DEMONS HAS DESTROYED
AMERICA  AND THE WORLD  BECAUSE THEIR PARENTS DID NOT
BEAT THEIR CHILDREN WITH THE ROD BY PROVERBS 23:13-14
AND DESTROYED THEIR SOULS IN HELL. ROMANS 10:17 SAYS:
SO THEN FAITH COMETH BY HEARING AND HEARING THE WORD
OF GOD.                                    26

UNITED STATES  DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

FAITH TO BE SAVED AND WIN THIS  UNSEEN SPIRITUAL WAR FOR
YOUR VERY OWN SOUL _____COMES BY READING AND STUDYI-
NG THE HOLY BIBLE_____OVER AND OVER AND OVER  AGAIN
SO YOU CAN GET ENOUGH FAITH TO BE SAVED  AND LIVE IN
HEAVEN FOR ALL ETERNITY WHEN YOU DIE!

FAITH TO BE SAVED COMES BY HEARING CHRIATIAN BIBLE  TE-
EACHING AND PREACHING OVER AND OVER AND OVER AGAIN
SO YOU CAN GET ENOUGH FAITH TO BE ___SAVED ___AND  WIN
THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SAVED!

YOU MUST ALSO LEARN HOW TO PRAY AND LEARN HOW TO PR-
AY  IN THE SPIRIT WITHOUT CEASING TO GOD TO DEFEAT SATAN
AND HIS DEMONS 100% OF THE TIME.  EXCEPT A FEW EXCEPTI-
ONS  YOU HAVE TO DO THIS TO BE SAVED AND WIN THIS UNSE-
EN SPIRITUAL WAR FOR YOUR VERY OWN SOUL! **ALL THAT SA-
TAN AND HIS DEMONS HAS TO DO IS TO DESTROY AMERICA
AND THE WORLD IS TO KEEP THE PEOPLE IN  AMERICA AND
THE WORLD FROM READING AND STUDYING THE HOLY BIB-
LE FROM READING  AND STUDYING THE HOLY BIBLE SO
THEY CAN NOT GET ENOUGH FAITH TO BE SAVED AND TO
WIN THS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN
SOUL!**

**THE BIBLE SAYS THAT IF YOU DO NOT GET SAVED  AND NOT
IN  THE EXCEPTION CASE FOR SALVATION GOD WILL BURN
YOUR SOUL IN HELL FOREVER TO PUNISH YOU FOR ALL THE
SINS OF THE FLESH AND SPIRIT THAT YOU HAVE COMMITTED
IN YOUR LIFETIME. I WANT EVERY PERSON  IN THE WORLD
EVEN MY ADVERSARIES TO BE SAVED SO GOD WILL NOT BU-
RN  THEIR SOULS IN HELL AT JUDGEMENT DAY.**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

FINAL MOTIONS AND CONCLUSION

MOTION THAT MY RULING WILL BE ORAL OR WRITTEN BECAU-SE OF THE MANY ALLEGED CRIMINAL VIOLATIONS OF OUR ___ DISTRICT AND MAGISTRATE COURTS. MY AUTHORITY IS MY 1ST, 1ST, 6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS.

MOTION TO IMPEACH, FIRE, DISBAR, AND REMOVE JUDGE MC P-HERSON , US ATTORNEYS LEURA CARNARY AND OTHERS,   JO ANN BARNART, ALJ SSA JUDGE BARKER AND ALL CONSPICAT-ORS FOR STEALING MY MONEY AND BENEFITS, TRYING TO KILL ME, BREACHING MY 1ST,1ST,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS MANY TIMES, BEING ALLEGED DEMON CONTR-OLLED OR POSSESSED BY THE AUTHRORITY OF THE HOLY BIB-LE!

MOTION TO SEE IN PERSON AND SPEAK TO HIM IN PERSON DIST-RICT MARK FULLER AND OTHERS.

MOTION TO FIRE AND IMPEACH AND PUT IN A METAL INSTUTI-ON FOR 3 YEARS ANTRIA FINALY AND POSTMASTER GENERAL JOHN POTTER FOR BREACH OF MY INSURANCE CONTRACT AND BREACHING MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS AND OTHERS.

MOTION TO DISMISS ALL AUTHORITY OF THE POST OFFICE AND THAT I BE GIVEN JUDICIAL IMMUNIDITY FORM ANY PERSECUT-ION AND MY AUHORITY IS MY AUTHORITY IS MY US CONSTUT-ION.

MOTION THAT I BE PAID $284.00 FOR BREACH OF MY INSURANCE CONTACT WHICH THEY LOST AND US CONSTUTIONAL VIOLAT-ION.

28

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

MOTION THAT I BE PAID ALSO $284.00 TIMES $284.00 PLUS 350 FOR COURT COST AND $45.00 FOR SUMMONS TO POST OFFICE, ATTORNEY GENERAL AND US ATTORNEY.

MOTION TO CHARGE US POST OFFICE WITH BREACH OF INSUR-ANCE CONTRACT , GROSS NELIGENT, ABUSE OF POWER, US CONSTUTIONAL PREJURY,, CONFLICT OF INTEREST, AND UNETH-ICAL CONDUCT AND PROSECUTE THEM! THEY POST OFFICE ACCEPTED A PERSONAL CHECK AND ARE LIKE THE VA THAT LIES, AND STEALS, AND BREACHES MY US $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE WHICH TERMINATES THEM FROM FEDERAL SERVICES. I WILL HAVE OTHER MOTIONS IN COURT.

JUDGE FULLER PUTS OTHER PEOPLE IN PRISON, BUT WILL NOT PUT ANTRIA FINALY, POSTMASTER GENERAL POTTER, LEURA CARNEY, JO ANN BARNHEART, JUDGE MCPHERSON AND OTHERS IN OTHERS IN PRISON.

_____          _____
NAME                                              DATE

I AM SENDING A COPY OF A BOOK I HAVE WRITTEN. IT HAS A FEW TYPING AND OTHER ERRORS. IN MY OPINION IF YOU READ AND STUDY THIS BOOD YOU CAN BE SAVED! IN MY OPINION YOU SHOULD READ THIS BOOK SO YOU CAN BE SAVED.

I AM SENDING THE US ATTORNEY A COPY OF THIS BOOK YOU ARE BORN INTO A SPIRITUAL WAR AND THIS APPEAL TO THE US ATTORNEY OFFICE.

29

# VICTORY IB JESUS

## YOU ARE BORN INTO AN UNSEE SPIRITUAL WAR

EPHESIANS 6:12 SAYS: **FOR WE WRESTLE NOT AGAINST FLESH AND BLOOD , BUT AGAINST PRINCIPALITIES , AGAINST POWERS, AGAINST THE RULERS OF DARKNESS OF THIS WORLD, AGAINST SPIRITUAL WICKEDNESS IN HIGH PLACES.**

**YOU CAN DETERMINE THE TRUE RELIGION OF GOD FROM THE FALSE RELIGION OF SATAN BY ISAIAH 8:20:**

**YOU CAN DETERMINE THE TRUE PROPHETS OF GOD FROM THE FALSE PROPHETS OF SATAN BY DEUTERONOMY 18:22:**

**YOU CAN DETERMINE THE TRUE SPIRITS OF GOD FROM THE DEMONIC SPIRITS OF SATAN BY 1ST JOHN 4:1-3**

**JESUS CHRIST NEVER SPOKE IN THE UNKNOWN TONGUE NOT EVEN ONE TIME AND NEITHER SHOULD YOU BECAUSE IT CAN DESTROY YOUR SOUL IN HELL.**

**THE PEOPLE THAT SPEAKS IN THE UNKNOWN TONGUE MAKES A FATAL ERROR BY TESTING THE PERSON THAT SPEAKS IN UNKNOWN TONGUE AND NOT THE SPIRIT THAT SPEAKS IN THE UN KNOWN TONGUE IN VIOLATION OF 1ST JOHN 4:1-3.**
**AUTHOR: DONALD L. JONES**

**VICTORY IN JESUS**

VICTORY IN JESUS

## YOU ARE BORN INTO AN UNSEEN SPIRITUAL WAR!
## TABLE OF CONTENTS                                    PAGES

1. INTRODUCTION                                          1-23
2. CATALOG OF THE CULTS                                  24-58
3. COUNTERFIET JESUS CHRISTS OF SATAN                    59-61
4. THE BIBLE DOCTRINE OF HELL                            62-63
5. THE AWFUL AND HORRIBLE PUNISHMENT
   OF BURNING IN HELL                                    64-67
6. THE RICH MAN IN HELL                                  68-69
7. THE 7 YEARS OF TRIBULATION                            70-71
8. SPEAKING IN THE UNKNOWN TONGUE IS
   DONE BY SATAN AND HIS DEMONS OR IT IS
   SELF INDUCED THAT SPEAKS IN TONGUES                   72-86
9. M.M. CATALOG OF THE CULTS                             21-25
10. M.M. HOW TO WITNESS TO A CULTIST                     26-27
11. PROPHENCIES OF THE MESSIAH
    FULFILLED                                            1851-1855
12. US CONSTUTION NOT LIABLE
    STATEMENT                                            A
13. AUTHOR INFORMATION                                   B-C

II

VICTORY IN JESUS

YOU ARE BORN INTO AN UNSEEN SPIRITUAL WAR

INTRODUCTION

AS SOON AS YOU ARE BORN FROM YOUR MOTHER'S WOMB YOU ARE BORN INTO A WAR! THIS WAR IS THE MOST IMPORTANT WAR THAT YOU WILL EVER FIGHT IN YOUR ENTIRE LIFE TIME!

THIS WAR STARTS THE SECOND THAT YOU ARE BORN FROM YO-UR MOTHER'S WOMB AND IT CONTINUES WHEN YOU ARE A BA-BY, CHILD, ADULT, SENIOR ADULT, AND ALL YOUR LIFE UNTIL THE DAY THAT YOU DIE!

EVERY PERSON BORN IN THE PAST, PRESENT, AND FUTURE HIS-TORY OF THE ENTIRE WORLD FROM ADAM AND EVE UNTIL NOW THE PRESENT HAS HAD TO FIGHT THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL!

EVERY PERSON THAT IS BORN NOW IN THE PRESENT HISTORY OF THE ENTIRE WORLD AND EVERY PERSON BORN IN THE FU-TURE HISTORY OF THE ENTIRE WORLD UNTIL THE RETURN OF JESUS CHRIST AT THE END OF THE SEVEN YEARS OF TRIBULAT-ION WILL HAVE TO FIGHT THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL! THIS UNSEEN SPIRITUAL WAR IS A DIR-TY WAR! IT IS A BLOODY WAR! IT IS A NO-HOLES BARRED TYPE WAR WERE ALL LOSERS WHO DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL WILL BE CAST INTO HELL TO BURN FIRE AND BRIMESTONE TO BURN THERE FOR ALL ETERNITY TO PUNISH THEM FOR ALL THE SINS OF THE FLESH AND SINS OF THE SPIRIT THAT THEY HAVE COMM-ITED AGAINST GOD IN THEIR LIFETIME.

THIS WAR THAT YOU ARE FORCED TO FIGHT AND FORCED TO WIN AT ALL COST IS NOT FOUGHT FOR GOLD, SILVER, DIAM-ONDS, LAND OIL, GAS, OR OTHER PRECIOUS MINERALS!

1

## VICTORY IN JESUS

THIS WAR IS NOT FOUGHT WITH OTHER COUNTRIES AS RUSSIA, CHINA, IRAN, OR IRAQ!

THIS WAR THAT YOU ARE FORCED TO FIGHT AND FORCED TO WIN AT ALL COST IS NOT A PHYSICAL WAR WITH YOU FIGHTING YOUR **HUMAN AND SPIRITUAL ADVERSARIES** WITH  GUNS, KNIVES. TANKS, WARPLANES, LASERS, ROCKETS, MISSILES, SP-ACESHIPS, ATOMIC, OR HYDROGEN BOMBS!

THIS WAR THAT YOU ARE FORCED TO FIGHT AND FORCED TO WIN AT ALL COST IS NOT FOUGHT WITH ENEMIES THAT YOU CAN **SEE WITH YOUR EYES, HEAR WHEN THEY ARE NEAR YOU, HARM OR HURT THEM, OR EVEN KILL WHICH MEANS THAT YU HAVE NO POWER OR AUTHORITY OVER THEM.**

**THE UNSEEN SPIRITUAL WAR THAT YOU ARE FORCED TO FIGHT AND FORCED TO WIN AT ALL COST IS FOUGHT BE-TWEEN YOU AND SATAN AND HIS DEMONS AND IT IS FOUGHT FOR YOUR VERY OWN SOUL.**

IF YOU LOSE THIS UNSEEN SPIRITUAL WAR TO SATAN AND HIS DEMONS GOD WHO CREATED YOU WILL BURN YOU SOUL IN HELL WITH THE GREATER DAMANAION OF HELL FOR ALL ET-ERNITY TO PUNISH YOU FOR ALL THE SINS OF THE FLESH AND FOR ALL THE SINS OF THE SPIRIT THAT YOU HAVE COMMITED IN YOUR ENTIRE LIFETIME. YOU MUST GET SAVED AND YOU MUST WIN THIS __UNSEEN SPIRITUAL WAR ___AGAINST SATAN  AND HIS DEMONS FOR YOUR VERY OWN SOUL!

THE BIBLE IS 100% TRUTH WITH ZERO ERRORS. THE BIBLE SAYS THAT MEN AND WEMON HAVE A PHYSICAL BODY, SPIRIT, AND SOUL WHEN GOD CREATED THEM. YOU CAN SEE YOUR PHYSI-CAL HUMAN BODY, BUT YOU CAN NOT SEE YOUR SPIRIT AND SOUL! YOU DO NOT KNOW THAT YOU HAVE A SPIRIT AND SOUL UNLESS YOU READ AND STUDY HOLY BIBLE DAILY OR REGULA-RLY.

2

## VICTORY IN JESUS

YOU HAVE A PHYSICAL HUMAN BODY, SPIRIT , AND SOUL BY
THE AUTHORITY OF THE HOLY BIBLE WHICH IS 100% TRUTH
WITH ZERO ERRORS! 1 X 1 X 1 = 1 OR PHYSICAL BODY X SPIRIT
X SOUL = 1 MAN OR 1 WOMAN! THIS IS VERY IMPORTANT THAT
YOU KNOW THIS! I HAVE STUDIED BINARY MATH, OCTAL MATH,
AND HEXIDECIMAL MATH WHICH HELP VERY MUCH IN THESE
CASES.

GENESIS 1:27 SAYS: SO GOD CREATED MAN IN HIS OWN IMAGE.
IN THE IMAGE OF GOD CREATED HE HIM, MALE AND FEMALE
CREATED HE THEM. MAN HAS A PHYSICAL HUMAN BODY WHICH
YOU CAN SEE WITH YOUR EYES.

MAN HAS A SPIRIT IN ECCLESIASTES 12: 7: THEN SHALL    THE
DUST RETURN TO THE EARTH AS IT WAS: AND THE SPIRIT SHA-
LL RETURN UNTO GOD WHO GAVE! MAN HAS A PHYSICAL HUM-
AN BODY. MAN HAS A SPIRIT! MAN= 1 X  1.

MAN HAS A SOUL WHICH CONSISTS OF BODY X SPIRIT! EZEKI-
EL 18:13 SAYS: BEHOLD ALL SOULS ARE MINE: AS THE SOUL OF
THE FATHER, SO ALSO THE SOUL THE SOUL OF THE SON IS MI-
NE. THE SOUL THAT SINNETH IT SHALL DIE.

MAN = 1 X 1 X 1 = 1. MAN = PHYSICAL BODY X SPIRIT X SOUL = 1
MAN OR 1 WOMAN. YOU HAVE TO FEED YOUR PHYSICAL HUM-
AN BODY WITH FOOD OR WATER OR IT WILL DIE. YOU     ALSO
HAVE A SPIRIT AND SOUL OR IT WILL DIE ALSO. HOW DO YOU
FEED YOUR SPIRIT AND SOUL SO THAT IT WILL NOT DIE TO THE
THINGS OF GOD?

**YOU MUST GET SAVED BY ADMITTING TO GOD THAT YOU A
SINNER. YOU MUST REPENT OF ALL THE SINS THAT YOU HA-
VE COMMITTED IN YOU LIFE TIME, AND YOU MUST ASK THE
REAL JESUS CHRIST WHO IS GOD ALREADY COME TO EAR-
TH IN HUMAN FLESH TO FORGIVE YOU OF ALL YOUR SINS
AND TO SAVE YOU SOUL FROM HELL.**

3

## VICTORY IN JESUS

AFTER YOU ARE SAVED YOU ARE SAVED FOREVER AND YOU CAN NEVER LOSE YOU SALVATION AND YOU WILL NEVER LOSE THIS UNSEEN SPIRITUAL WAR TO SATAN AND HIS DEMONS. THIS IS THE FIRST STEP THAT YOU NEED TO DO TO FEED YOUR SPIRIT AND SOUL.

AFTER YOU ARE SAVED YOU NEED TO BE BAPTISED IN WATER IN PUBLIC IN THE NAME (NOT NAMES) OF GOD THE FATHER, GOD THE SON, AND GOD THE HOLY GHOST! THIS IS ALL THAT **YOU HAVE TO DO TO WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR YOUR VERY OWN SOUL AND TO FEED YOU SPIRIT AND SOUL SO THAT IT WILL NEVER DIE TO THE THINGS OF GOD.**

**YOU SHOULD READ AND STUDY THE HOLY BIBLE DAILY OR REGULARLY TO GET ENOUGH FAITH TO BE SAVED AND TO GROW FROM A BABY CHRISTIAN TO A MATURE CHRISTIAN.**

**YOU SHOULD HEAR CHRISTIAN BIBLE TEACHING AND PREACHING DAILY OR REGULARLY TO GET ENOUGH FAITH TO GROW FROM A MATURE CHRISTIAN TO A SPIRITURAL CHRISTIAN WHICH CAN DEFEAT SATAN, HIS DEMONS, AND HIS PEOPLE 100% OF THE TIME. THIS IS HOW YOU CAN FEED YOU SPIRIT AND SOUL SO IT WILL NOT SPIRITUAL TO THE THINGS OF GOD.**

**YOU MUST LEARN HOW TO PRAY AND YOU MUST LEARN HOW TO PRAYER IN THE SPIRIT WITHOUT TO GOD BY YOU AND YOUR CHRISTIAN CHURCH TO DEFEAT SATAN, HIS DEMONS AND HIS PEOPLE 100% OF THE TIME TO FEED YOUR SPIRIT AND SOUL!**

**EVERY PERSON SINS AFTER THEY ARE SAVED AND THIS BREAKS FELLOWSHIP BETWEEN YOU AND GOD AND YOU LOSE THE ___JOY OF YOUR SALVATION, BUT NOT YOUR SALVATION.**

4

## VICTORY IN JESUS

YOU MUST DO PROVERBS 28:13 AND 1ST JOHN 1:9 TO RESTORE FELLOWSHIP BACK BETWEEN YOU AND GOD AND TO RESTORE THE JOY OF YOUR SALVATION BACK WITH GOD.

PROVERBS 28:13 SAYS: HE THAT COVERETH HIS SINS SHALL NOT PROSPER; BUT WHOSOEVER CONFESSETH AND FORSAKETH TH- EM SHALL HAVE MERCY. YOU MUST ASK GOD TO HELP YOU FORSAKE ALL YOURS SINS THAT YOU HAVE AND HE WILL DO IT.

1ST JOHN 1:9 SAYS: IF WE CONFESS OUR SINS, HE IS FAITHFUL AND JUST TO FORGIVEN US OUR SINS , AND TO CLEANSE US FROM L UNRIGHTEOUSNESS.

EVERYTIME YOU SIN AFTER YOU ARE SAVED YOU BREAK FELL- OWSHIP BETWEEN YOU AND GOD AND YOU LOSE THE JOY OF YOUR SALVATION, BUT NOT YOUR SALVATION!

YOU MUST ADMIT TO GOD THAT YOU ARE A SINNER, YOU MUST REPENT OF YOUR SIN OR SINS, AND YOU MUST ASK JESUS CHRIST TO FORGIVE YOU OF YOUR SIN OR SINS AND TO REST- OE FELLOWSHIP BACK WITH HIM AND HE WILL DO SO. YOU MUST DO THIS EVERY TIME THAT YOU SIN AFTER YOU ARE SAVED TO RESTORE FELLOWSHIP BACK WITH GOD.

WE HAVE SO MANY SAD CHRISTIANS IN THE WORLD TODAY BECAUSE THEY DO NOT DO PROVERBS 28:13 AND 1ST JOHN 1;9 TO RESTORE FELLOWSHIP BACK BETWEEN THEM AND GOD!

YOU MUST READ AND STUDY THE HOLY BIBLE REGULARLY TO GET ENOUGH FAITH TO BE SAVED AND TO GROW FROM A BABY CHRISTIAN TO A MATURE CHRISTIAN. YOU MUST LEARN HOW TO FEED YOUR FAITH AND TO STARVE YOUR DOUBTS.

YOU MUST HEAR CHRISTIAN BIBLE TEACHING AND PREACHING TO BE SAVED AND TO GROW FROM A MATURE CHRISTIAN TO A SPIRITUAL CHRISTIAN THAT CAN DEFEAT SATAN AND HIS DEMO- NS EVERY TIME.

5

## VICTORY IN JESUS

YOU HAVE MANY DOCTORS TO TREAT AND TAKE CARE OF
YOUR PHYSICAL HUMAN BODY WHICH IS ONLY ONE THIRD OF
THE TOTAL YOU. IF YOU DO NOT EAT AND DRINK WATER YOUR
PHYSICAL HUMAN BODY WILL DIE.

IF YOU DO NOT FEED YOUR SPIRIT AND SOUL IT WILL DIE ALSO
TO THE THINGS OF GOD! HOW DO YOU FEED YOUR SPIRIT AND
SOUL SO THAT IT WILL NOT DIE ? YOU HAVE TO EAT FOOD AND
DRINK WATER DAILY OR IT MAY DIE. YOU MUST ALSO FEED
YOUR SPIRIT AND SOUL REGULARLY OR IT MAY DIE ALSO.

YOU FEED YOUR SPIRIT AND SOUL BY READING AND STUDYING
THE HOKY BIBLE REGULARLY TO LEARN WHAT GOD SAYS ABO-
UT THE MEN AND WEMON HE CREATED AND TO GET ENOUGH
FAITH TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR
FOR YOUR VERY OWN SOUL! THE BIBLE SAYS THAT FAITH COM-
ES BY HEARING AND HEARING THE WORD OF GOD! YOU MUST
READ THE BIBLE OVER AND OVER AGAIN TO GET ENOUGH
FAITH TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR
FOR YOUR VERY OWN SOUL TO FEED YOUR SPIRIT AND SOUL!

YOU MUST HEAR CHRISTIAN BIBLE TEACHING AND PREACHING
DAILY OR REGULARLY TO GET ENOUGH FAITH TO BE SAVED
AND TO FEED YOUR SPIRIT AND SOUL!

YOU MUST LEARN HOW TO PRAY AND LEARN HOW TO PRAY IN
THE SPIRIT WITHOUT CEASING TO GOD TO FEED YOUR SPIRIT
AND SOUL!

YOU MUST GET SAVED AND WIN THIS UNSEENN SPIRITUAL WAR
FOR YOUR VERY OWN SOUL AND THE HOLY GHOST WILL TAKE
UP PERNMENT RESIDENCE IN YOUR SPIRIT AND SOUL AND
START TEACHING THE BIBLE DOCTRINES IN THE HOLY BIBLE
TO YOU!

## VICTORY IN JESUS

YOU WILL BE HIT BY ALL THE FIREY DART OF HELL OF THE FALSE DOCTRINE, FALSE RELIGION, FALSE CULTS, FALSE PROPHETS, DEMONIC SPIRITS, DEMONIC SPIRITUAL DEVICES OF SATAN WHICH WILL TRY TO DESTROY YOUR SOUL IN HELL!

YOU HAVE THE HOLY GHOST OR THE HOLY SPIRIT TO TAKE UP PERMENT RESIDENCE IN YOUR SPIRIT AND SOUL TO TEACH YOU THE TRUE DOCTRINE , TRUE RELIGIONS FROM THE FALSE DOCTRINE, FALSE RELIGIONS OF SATAN AND HIS DEMONS.

YOU HAVE THE HOLY GHOST TO TEACH YOU THE TRUE PROPHETS OF GOD FROM THE MANY FALSE PROPHETS OF SATAN. ALL DOCTRINE , ALL RELIGIONS, ALL PROPHETS ARE NOT THE SAME. YOU HAVE THE HOLY SPIRIT TO TEACH YOU THE TRUE SPIRITS OF GOD FROM THE MANY DEMONIC SPIRITS OF SATAN AND YOU WILL NEVER BE DEFEATED BY SATAN AND HIS DEMONS.

THIS IS WHY THAT YOU NEED TO GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOU VERY OWN SOUL SO THAT YOU WILL HAVE THE HOLY SPIRIT HELPING YOU FIGHT THE MANY SPIRITUAL BATTLES IN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS! SALVATION FOR YOUR BODY, SPIRIT, AND SOUL IS A MAJOR STEP YOU TAKE IN FEEDING YOU BODY, SPIRIT, AND SOUL.

YOU MUST FEED YOUR SPIRIT AND SOUL BY BEING A SOUL WINNER FOR JESUS CHRIST BY GETTING OTHER PEOPLE SAVED SO THAT THEY WILL NOT BURN IN HELL AT JUDGEMENT DAY. YOU MUST ATTEND A **CHRISTIAN CHURCH REGULARLY AND SUPPORT IT ALSO TO FEED YOUR SPIRIT AND SOUL. YOU MUST TITHEING WEEKLY OR MONTHLY AND YOUR MUST HAVE** FELLOWSHIP WITH OTHER CHRISTIAN. YOU MUST NOT HAVE ANY FELLOWSHIP WITH PEOPLE IN SATAN'S MANY FALSE RELIGIONS, FALSE CULTS, AND THE OCCULTS WHICH WILL DESTROY YOUR SOUL IN HELL.

7

## VICTORY IN JESUS

YOU MUST FEED YOUR SPIRIT AND SOUL BY HELPING OLD, SI-
CK, DISEASEED PEOPLE, WIDOWS. ORPHANS, HOMELESS PEOP-
LE AND PEOPLE THAT CAN NOT HELP THEMSELVES.

YOU CAN FEED YOUR SPIRIT AND SOUL BY TEACHING IN EVE-
RY PERSON IN AMERICA AND THE WORLD TO READ AND STUDY
THE BIBLE DAILY OR REGULARLY, BY OBEYING GOD LAWS AND
GOD'S COMMANDMENT IN THE HOLY BIBLE! THEN TO PRAY FOR
GOD FOR HELP IN TIME OF TROUBLE AND FOR EVERY PERSON
IN AMERICA TO PRAY AND LEARN HOW TO PRAY IN THE SPIRIT
WITHOUT CEASING TO GOD TO HELP THEM WITH PERSONAL
PROBLEMS AND ANY OTHER PROBLEMS!

SATAN HAS DESTROYED MANY PEOPLE IN AMERICA AND THE
WORLD BY _____ **KEEPING THEM FROM READING AND STUD-
YING THE HOLY BIBLE IN OUR HOMES, SCHOOLS, COLLEGES,
UNIVERSITIES, BUSINESSES, AND GOVERNMENT!**

**YOU HAVE TO READ AND STORY THE HOLY BIBLE OVER AND
OVER AGAIN TO GET ENOUH       FAITH     TO SAVED AND
WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN
SOUL.**

**YOU HAVE TO HEAR CHRISTIAN BIBLE TEACHING AND PREA-
CHING OVER AND OVER AGAIN TO GET ENOUGH FAITH TO
BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YO-
UR VERY OWN SOUL.**

**SATAN HAS KEPT THE HOLY BIBLE OUT OF OUR HOMES, CHU-
RCHES, SCHOOLS, COLLEGES, UNIVERSITIES, AND OUR GOV-
ERNMENT WHICH HAS DESTROYED AMERICA AND THE WO-
RLD IN THE FUTURE I ALLEGE. SATAN AND HIS DEMON HAS
MADE IT AGAINST THE LAW IN AMERICA TO HAVE CHRIST-
IAN BIBLE TEACHING AND TEACHING AND HAS DESTROYED
AMERICA AND THE WORLD!**

8

## VICTORY IN JESUS

SATAN AND HIS DEMONS HAS DESTROYED AMERICA AND THE
WORLD BY THE AUTHORITY OF THE HOLY BIBLE IS BECAUSE
OF UNFIT PARENTS THAT DO NOT REAR THEIR CHILDREN TO
OBEY GOD'S LAWS AND GOD'S COMMANDMENT IN THE HOLY
BIBLE BY DEUTERONOMY 6:7-9.

DEUTERONOMY 6:7-9 SAYS: AND THOU SHALT TEACH THEM DI-
LIGENTLY UNTO THY CHILDREN, AND SHALL TALK OF THEM
WHEN THOU SITTEST IN THINE HOUSE, AND WHEN THOU
WALKEST BY THE WAY, AND WHEN THOU LIEST DOWN, AND
WHEN THOU RISEST UP. AND THOU SHALT BIND THEM FOR A
SIGN UPON THINE HAND, AND THEY SHALL BE AS FRONTLETS
BETWEEN THINE EYES. AND THOU SHALL WRITE THEM UPON
THE POSTS OF THY HOUSE, AND ON THY GATES,

SATAN HAS DESTROYED AMERICA AND THE WORLD BECAUSE
THE UNFIT PARENTS BY THE AUTHORITY OF THE HOLY BIBLE
DO NOT TEACH THEIR CHILDREN TO OBEY GOD'S LAWS AND
GOD'S COMMAND IN THE HOLY BIBLE AND DESTROYS THEIR
CHILDREN IN HELL TO BURN THERE FOR EVER!

PROVERBS 23:13-14 SAYS: WITHHIOLD NOT CORRECTION FROM
THE CHILD; FOR IF THOU BEATEST HIM WITH THE ROD, HE SHA-
LL NOT DIE: THOU SHALT BEAT HIM WITH THE ROD, AND SHA-
LL DELIVER HIS SOUL FROM HELL. THE PARENTS DO NOT REAR
UP THEIR CHILDREN AND DO NOT BEAT THEM WITH THE ROD
WHEN THEY DISOBEY GOD'S LAWS AND GOD'S COMMANDME-
NT IN THE BIBLE DESTROYS THEIR CHILDREN SOULS IN HELL.

ROMANS 10:17 SAYS: SO THEN FAITH COMETH BY HEARING AND
HEARING BY THE WORD OF GOD! YOU HAVE TO READ AND STU-
DY THE HOLY BIBLE ___OVER AND OVER___AGAIN TO GET ENO-
UGH FAITH TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL
WAR FOR YOUR VERY OWN SOUL. YOU HAVE TO HEAR CHRIST-
IAN BIBLE TEACHING AND PREACHING OVER AND OVER TO
GET ENOUGH FAITH TO BE SAVED AND TO WIN THIS UNSEEN SP-
IRITUAL WAR FOR YOUR VERY ON SOUL!

4

## VICTORY IN JESUS

ALL RELIGIONS ARE NOT THE SAME RELIGIONS! YOU HAVE THE PEOPLE IN THE TRUE RELIGIONS OF JESUS CHRIST WHO ARE TRYING TO GET YOU SAVED SO GOD WILL NOT BURN YOUR SOUL IN HELL AT JUDGEMENT DAY!

YOU HAVE THE PEOPLE IN THE FALSE RELIGIONS OF SATAN TRYING TO DECIEVE YOU AND TRYING TO DESTROY YOUR SOUL IN HELL TO BURN THERE FOR EVER! THESE PEOPLE IN THE FALSE RELIGIONS OF SATAN AS THE FALSE PROPHETS, FALSE TEAACHERS, FALSE PREACHERS, AND THE MANY SPIRITUAL DEVICES OF SATAN HAS ALREADY BEEN DECIEVED BY SATAN    AND SATAN AND DESTROYED THEIR SOULS IN HELL TO BURN THERE FOREVER IF THEY DO NOT GET SAVED!

YOU CAN DETERMINE THE TRUE RELIGIONS OF GOD FROM THE MANY FALSE RELIGIONS OF SATAN BY  **ISAIAH 8:20** AND   YOU WILL NEVER BE DEFEATED BY THE  FALSE RELIGIONS OF SATAN!

ALL PROPHETS ARE NOT THE SAME PROPHETS! YOU HAVE THE TRUE PROPHETS OF JESUS CHRIST TRYING TO SAVE YOUR SOUL FROM HELL AND YOU HAVE THE FALSE PROPHETS OF SATAN TRYING TO DESTROY YOUR SOUL IN HELL. YOU CAN DETERMINE THE TRUE PROPHETS OF GOD FROM THE FALSE PROPHETS OF SATAN BY **DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6** AND YOU WILL BE DEFEATED BY THE MANY FALSE PROPHETS OF SATAN.

ALL SPIRITS ARE NOT THE SAME SPIRITS! YOU HAVE THE TRUE SPIRITS OF JESUS CHRIST, HIS ANGELS, AND HIS SAINTS TRYING TO SAVE YOURR SOUL FROM HELL AND YOU HAVE THE DEMONIC SPIRITS OF SATAN, HIS DEMONS, AND HIS PEOPLE TRYING TO DESTROY YOUR SOUL IN HELL! YOU CAN DETERMINE THE TRUE SPIRITS OF JESUS CHRIST FROM THE DEMONIC SPIRITS OF SATAN BY **1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7**   AND YOU WILL NEVER BE DEFEATED BY SATAN AND HIS DEMONS.

10

# VICTORY IN JESUS

MANY PEOPLE IN THE WORLD DO NOT BELIEVE THAT THERE IS A GOD! HOW CAN YOU KNOW AND PROVE THAT THERE IS A GOD BY NATURE AND BY COMMON SENSE! YOU DO NOT HAVE ANY EDUCATION TO PROVE EITHER!

**ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NOTHING OR NON LIFE! THIS REASONS CAN NOT BE REFUTED BY ANY NORMAL PERSON EITHER.**

**AN EXAMPLE OF ONLY GOD CAN CREATE SOMETHING FROM NOTHING IS THAT YOU CAN SAY APPEAR STAR. APPEAR SUN, APPEAR MOON, APPEAR AIR, APPEAR WATER, APPEAR LAND, AND OTHER THINGS AND THEY WILL NEVER APPEAR BECAUSE ONLY GOD CAN CREATE SOMETHING FROM NOTHING!**

**AN EXAMPLE OF ONLY GOD CAN CREATE LIFE FROM NOTHING OR NON-LIFE IS THAT YOU CAN SAY LIVE BABY, LIVE CHILD, LIVE BOY, LIVE GIRL, LIVE MAN, LIVE WOMAN, LIVE FISH, LIVE PLANTS, LIVE ANIMINALS, AND THEY WILL NEVER LIVE BECAUSE ONLY GOD CAN CREATE LIFE FROM NON-LIFE OR FROM NOTHING AND THIS CAN NOT BE REFUTED BY ANY NORMAL PERSON.**

**GENESIS 1:1 SAYS: IN THE BEGINNING GOD CREATED THE HEAVEN AND THE EARTH. THE BIBLE IS 100% TRUTH WITH ZERO ERRORS AND IT HAS GOD AS ITS AUTHOR AND IT SAYS GOD CREATED THE HEAVEN AND THE EARTH!**

YOU CAN PROVE THAT THERE IS A GOD BY THE 7 LOGICAL ARGUMENT FOR GOD EXISTENCE. THEY ARE COSMOLIGICAL ARGUMENT; TELEOLOGICAL ARGUMENT, ONTOLOGICAL ARGUMENT, ANTHROPOLOGICAL ARGUMENT, UNIVERSALITY OF BELIEF OR HISTORICAL ARGUMENT, ARGUMENT FROM CONGRUITY, AND ARGUMENT FROM THE SCRIPTURE. ALL THESE ARGUMENTS TAKEN TOGETHER PROVES THAT THERE IS A GOD!

# VICTORY IN JESUS

GENESIS 1:1 SAYS: IN THE BEGINNING GOD CREATED THE HEAVEN AND THE EARTH. THE BIBLE IS 100% PROOF WITH ZERO ERROS AND THIS DESTROYED THE SATANIC THEORY OF EVOLUTION!

ONLY GOD CAN CREAT SOMETHING FROM NOTHING! ONLY GOD CAN CREATE LIFE FROM NOTHING OR FROM NONE LIFE AND THIS IS 100% PROOF THAT THE SATANIC DOCTRINE OF EVOLUTION IS FALSE. THERE IS A GOD BY NATURE AND BY COMMON SENSE AND THIS NOT REFUTABLE!

EVEN THOURGH THERE ARE A FEW OTHER GOOD BIBLE YOU CAN USE ON THIS BIBLE STUDY ON THE CATALOG OF THE CULTS I RECOMMEND THAT YOU USE ONLY THE KING JAMES STANDAND VERSION BIBLE, THE NEW AMERICAN STANDARD VERSION BIBLE, AND THE NEW INTERNATIONAL STANDARD VERSION BIBLE FOR YOUR AUTHORITY ON THIS BIBLE STUDY OF THE CATALOG OF THE CULTS.

I WILL USE THE HISTORICAL LITERAL METHOD OF BIBLE INTEREPTATION WHEN I INTREPT BIBLES VERSE!

WHEN THERE IS A DISAGREEMENT ON BIBLE VERSES BETWEEN YOU AND ANOTHER PERSON THE HOLY BIBLE WILL THE _____ FINAL AUTHORITY____ON ALL TRUE ABOUT GOD!

A CULT IS AN ORGANIZED HERESY. ITS FALSE VIEW CAPTURE A PERSON AND BECOMES A DISEASE IN HIS INTELLECTURAL AND EMOTIONAL STRUCTURE. RESCUING A CULTIC SLAVE FROM THE DEPTS OF SPIRITUAL SUBVERSION IS A DIFFICULT TASK!

SATAN AND HIS DEMONS HAS CONTROL OVER ALL THE FALSE CULTS, FALSE RELIGIONS, FALSE PROPHETS, AND DEMONIC SPIRITS WHERE THEY OBEY HIM AND NOT GOD. IT IS VERY HARD TO GET A PERSON OUT OF ONE OF SATAN'S FALSE RELIGIONS, FALSE CULTS, OR OCCULT!

12

## VICTORY IN JESUS

THE _____ONLY LIMITATION_____ THAT GOD HAS PUT ON THE MA-
NY SPIRITUAL DEVICES OF SATAN AS SPEAKING IN THE UNKNO-
WN TONGUES, SEANCES, OUIJA BOARDS, AND THE MANY OTH-
ER SPIRITUAL DEVICES OF SATAN IS THAT **THESE DEMONIC
SPIRTS OF SATAN CAN NOT CONFESS ON THE BIBLE DOCTRI-
NE OF JESUS CHRIST IS THAT JESUS IS THE CHRIST AND THAT
HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND
THESE DEMONIC SPIRITS ARE IN VIOLATION OF 1ST JOHN 2:-
22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7!**

THE DEMONIC SPIRITS OF SATAN THAT SPEAK THROUGH THE
MANY SPIRITUAL DEVICES OF SATAN CAN CONFESS THAT JESUS
CHRIST IS THE SON OF GOD AND THAT JESUS CHRIST IS THE SAV-
IOUR OF THE WORLD THE SAME AS I BELIEVE, BUT THE ONLY
LIMITATION THAT GOD HAS PUT ON THESE DEMONIC SPIRITS
OF SATAN IS THAT THEY **CAN NOT CONFESS ON THE BIBLE
DOCTRINE OF JESUS CHRIST IS THAT JESUS IS THE CHRIST
AND THAT HE IS GOD ALREADY COME TO EARTH IN THE FL-
ESH!**

THESE DEMONIC SPIRIT CAN NOT BREAK 1ST JOHN 2:22 WHICH
SAYS: **WHO IS A LIAR BUT HE THAT DENIETH THAT JESUS IS
THE CHRIST ? HE IS THE ANTI-CHRIST, THAT DENIED THE
FATHER AND THE SON!**

1ST JOHN 4:1-3 SAYS: **BELOVED BELIEVE NOT EVER SPIRIT, BUT
TRY THE SPIRITS WHETHER THEY ARE OF GOD: BECAUSE
MANY FALSE PROPHETS ARE GONE OUT INTO THE WORLD,
HEREBY KNOW YE THE SPIRIT OF GOD; EVERY SPIRIT THAT
CONFESSETH NOT THAT JESUS CHRIST IS COME IN THE FL-
ESH IS NOT OF GOD; AND THIS IS THAT SPIRIT OF ANTI-CHR-
IST , WHERE OF YE HAVE HEARD THAT IT SHOULD COME,
AND EVEN NOW ALREADY IS INT IN THE WORLD! THE TRUE
SPIRITS WILL ALWAYS CONFESS THAT JESUS IS THE CHR-
IST GOD ALREADY COME TO EARTH IN THE FLESH.**

13

## VICTORY IN JESUS

2ND JOHN 1:7 SAYS: FOR MANY DECIEVERS ARE ENTERED INTO THE WORLD, **WHO CONFESS NOT THAT JESUS CHRIST IS CO-ME IN THE FLESH, THIS IS A DECEIVER AND AN ANTI-CHRI-ST.** YOU MUST PROVE,TEST, TRY ALL DOCTRINE, ALL RELIGIO-NS, ALL PROPETS, ALL SPIRITS, ALL JESUS CHRIST, ALL PASTO-RS, ALL PREACHERS AND ALL TEACHWERS TO SEE IF THEY ARE OF **GOD OR SATAN!**

IST THESSALONIANS 5:21 SAYS: PROVE ALL THINGS: HOLD FAST THAT WHICH IS GOOD. GOD COMMANDS EVERY PERSON IN THE ENTIRE WORLD TO PROVE ALL SPIRITS, ALL RELIGIONS, ALL PR-OPHETS, ALL DOCTRIRE , ALL JESUS CHRIST TO SEE IF THEY ARE OF GOD OR JESUS CHRIST OR SATAN? YOU MUST DEFEAT SAT-AN, HIS DEMONS, AND HIS PEOPLE AND WIN THIS UNSEEN SPIR-ITUAL WAR FOR YOUR VERY OWN SOUL AND LIVE IN HEAVEN YOU DIE AT JUDGEMENT DAY! ALL RELIGIONS ARE NOT THE SA-ME RELIGIONS!

JESUS CHRIST IS THE SUPREME EXAMPLE FOR ALL CHRISTIANS IN THE ENTIRE WORLD TO FOLLOW AND **JESUS CHRIST NEVER SPOKE OR NEVER INTERPRETED IN THE UNKNOWN TONGUE AND NEITHER SHOULD YOU BECAUSE IT MAY DESTROY YO-UR SOUL IN HELL TO BURN THERE FOR EVER!**

SATAN AND HIS DEMONS CLOSES THE MINDS AND TURNS AWAY THE EARS OF THE PEOPLE THAT SPEAKS AND INTERPRET IN THE UNKNOWN TONGUES TO KEEP THEM FROM GETTING SAVED AND TO KEEP THEM FROM HEARING THE WORD OF GOD AND GET OTHER PEOPLE SAVED! THE PEOPLE THAT SPEAK IN THE UNKNOWN ARE DEMON CONTROLLED OR POSSESSED AND SAT-AN WILL NOT LET THEM TEST THE SPIRITS THAT SPEAK IN THE UNKNOWN TONGUE. THE PEOPLE THAT SPEAK IN THE UNKNO-WN OBEYS SATAN AND HIS DEMONS AND NOT JESUS CHRIST! THE PEOPLE THAT IN THE UNKNOWN TONGUE MAKES A FATAL ERROR BY TESTING THE PERSON THAT SPEAKS IN THE UNKNOW NOT AND **NOT THE SPIRIT THAT SPEAKS IN THE UNKNOWN !**

## VICTORY IN JESUS

THE PEOPLE THAT SPEAK IN THE UNKNOW MAKES ANOTHER
FATAL ERROR BY PUTTTING **THEIR SPIRITUAL EXPERIENCE
OF SPEAKING IN THE UNKNOWN TONGUES  OVER THE AUTH-
ORITY  OF THE HOLY BIBLE  WHICH IS A FATAL ERROR. YOU
MUST PUT  THE            HOLY BIBLE                FIRST OVER
YOUR SPIRITUAL EXPEREIENCE OF SPEALING IN THE UNKN-
OWN TONGUE.**

THE HOLY BIBLE IS 100% TRUTH WITH ZERO ERRORS AND IT HAS
GOD AS ITS AUTHOR. IT IS THE ONLY BOOK WRITTEN THAT  CAN
DEFEAT ALL THE FALSE RELIGIONS, FALSE DOCTRINE, FALSE PR-
OPHETS, DEMONIC SPIRITS, AND COUNTERFIET JESUS CHRIST OF
SATAN!

1ST JOHN 4:1 SAYS: BELOVED  BELIEVE NOT EVERY SPIRITS, BUT
TRY THE SPIRITS  WHETHER  THEY ARE OF GOD: BECAUSE MA-
NY  FALSE PROPHETS  ARE GONE  OUT INTO THE WORLD!  THE
**BIBLE SAYS TRY, TEST THE  SPIRITS THAT SPEAKS IN THE
UNKNOWN TONGUE AND _____NOT THE PERSON THAT SPE-
AKS IN THE UNKNOWN TONGUE!!!**

I ASK MANY PEOPLE THAT SPEAK IN THE UNKNOWN TONGUE
DID THEY CONFESS THAT JESUS IS THE CHRIST  AND THAT HE
IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND THAT
HE DIED ON CALVARY IN THEIR PLACE TO PAY THE PENALTY
FOR ALL THEIR SINS! THEY WOULD ALL ANSWER YES THEY DID
BELIEVE THAT JESUS IS THE CHRIST!

THE BIBLE SAYS **TEST THE SPIRTS THAT SPEAKS IN TONGUES
AND _____NOT THE PERSON THAT SPEAKS IN TONGUES AND
ONLY AFTER THE BIG EMOTIONAL BUILDUP WHICH I CALL-
ED  CASTING A SPELL SO DEMONS CAN ENTER YOU TO SPEAK
IN TONGUES!  YOU MUST REMEMBER THAT AN EXPERIENCE
PERSON  DO NOT HAVE TO GO INTO THIS BIG   EMOTIONAL
BUILDUP TO SPEAK IN TONGUES BECAUSE THEY CAN SPEAK
IN  TONGUES  ANYTIME THEY WANT TO DO SO.**

15

# VICTORY IN JESUS

YOU MUST BEWARE OF THE SPIRITS THAT SPEAK IN THE UNKN-
OW TONGUE BECAUSE THEY ARE 100% OF SATAN. THE SPIRITS
THAT SPEAK IN THE UNKNOWN TONGUES IS 100% DONE BY SA-
TAN AND HIS DEMONS OR THEY ARE SELF INDUCTED BY THE
PERSONS THAT SPEAKS IN TONGUES. YOU MUST NOT BE INVO-
LVED IN THIS SPEAKING IN THE UNKNOWN TONGUES MINSTIRY
UNLESS GOD HAS DIRECTLY CALLED YOU TO DO SO BECAUSE
SATAN AND HIS DEMONS CAN DESTROY YOUR SOUL IN HELL
AND TAKE CONTROL OR POSSESSION OVER YOU AND HAVE YOU
WORK FOR HIM AND HIS DEMONS AGAINST JESUS CHRIST! I WE-
NT TO INDIANA BAPTIST COLLEGE AND YOU HAD TO BE A JUNI-
OR BEFORE YOU COULD TAKE THESE SATAN AND HIS DEMONS
COURSES BECAUSE SATAN COULD USE THEM TO    DESTROY
YOU. I HAD ALREADY RETIRED OUT OF THE ARMY AND SPENT
2 TOURS IN VIETNAM AND KNEW A LOT ABOUT THE BIBLE SO
THEY ALLOWED ME TO TAKE THESE SATAN AND HIS DEMONS
COURSES!

SPEAKING IN THE UNKNOWN TONGUES IS EVIDENCE OF BAPTI-
SM OF THE HOLY SPIRIT AND SLAIN IN THE SPIRIT    IS    ALSO
EVIDENCE OF BAPTISM OF THE HOLY SPIRIT WHICH ARE FALSE
CLAIMS BY THE PEOPLE THAT SPEAK IN THE UNKNOWN TONG-
UES. BAPTISM OF THE HOLY SPIRIT AND SLAIN IN THE SPIRIT IS
WHEN **DEMONIC SPIRITS ENTER A PERSON SO THAT THEY
CAN START SPEAKING IN THE UNKNOWN TONGUE!**

YOU CAN TEST ALL SPIRITS THAT SPEAK IN THE UNKNOWN TO-
NGUE BY 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 AND
YOU CAN DEFEAT ALL THESE DEMONIC SPIRITS OF SATAN AND
HAVE THE PEOPLE THAT SPEAK IN TONGUES WORK FOR JESUS
CHRIST AND NOT FOR SATAN!

THE **ONLY    LIMITATION    THAT GOD HAS PUT ON THE
PEOPLE THAT SPEAK IN THE UNKNOWN TONGUES IS THAT
THEY CAN NOT CONFESS THAT JESUS IS THE CHRIST AND
THAT HE IS GOD ALREADY COME TO EARTH IN THE FLESH.**

16

## VICTORY IN JESUS

THE FALL OF LUCIFER IS IN ISAIAH 14:12-17! **LUCIFER WHO BE-CAME SATAN AFTER HIS FALL FROM HEAVEN WAS THE FIRST SINNER IN THE UNIVERSE AND HE CAN NEVER BE SAVED AND HE WILL BURN IN HELL FOR EVER IN REVELATION 20:10.**

LUCIFER WAS THE FIRST SINNER IN THE UNIVERSE AND HE SIN-NED ON HIS 5 I WILL'S IN GOD HOLY PRESENCE AND HE LED   A REBELLION IN HEAVEN TO KICK GOD OUT OF HEAVEN AND TO BE GOD. LUCIFER WILL NEVER BE GOD OR NEVER BE LIKE GOD AND HE CAN NOT BE SAVED AND HE WILL BURN IN HELL   FOR EVER IN REVELATION 20:10. **LUCIFER WAS THE FIRST SINNER IN THE UNIVERSE OR UNIVERSES AND HIS SINS BROUGHT A CURSE ON ALL MANKIND. LUCIFER OR SATAN IS THE MOST WICKED DEMONS IN THE UNIVERSE. YOU MUST NEVER UND-ERESTIMATE SATAN, HIS DEMONS, AND HIS PEOPLE MISSION TO DECIEVE YOU AND TO DESTROY YOUR SOUL IN HELL!**

LUCIFER SINNED ON HIS 5 I WILL'S WHEN HE LED A REBELLION IN HEAVEN TO KICK GOD OUT OF HEAVEN AND BECOME GOD.

ISAIAH 14:12-17 TELLS US ABOUT THE FALL OF LUCIFER WHO BE-CAME SATAN AND BECAME THE MOST WICKED DEMON OR THI-NG OR ANGEL OR CREATURE THAT WAS EVER CREATED   BY GOD. IT SAYS:HOW ART THOU FALLEN FROM HEAVEN, O LUCIF-ER, SON OF THE MORNING! HOW ART THOU CUT DOWN TO THE GROUND, WHICH DID WEAKEN THE NATIONS! FOR THOU HAST SAID IN THINE HEART; I WILL ASCEND INTO HEAVEN, I   WILL EXALT MY THRONE ABOVE THE STARS OF GOD: I WILL SIT ALSO UPON THE MOUNT OF THE CONGREGATION IN THE SIDES OF THE NORTH; I WILL ASCEND ABOVE THE HIEGHTS OF THE CLO-UDS; I WILL BE LIKE THE MOST HIGH. YET THOU SHALL BE BROUGHT DOWN TO **HELL, TO THE SIDES OF THE PIT.** THEY TH-AT SEE THEE SHALL NARROWLY LOOK UPON THEE, AND CONS-IDER THEE, SAYING , IS THIS THE MAN THAT MADE THE EARTH TO TREMBLE, THAT DID SHAKE KINGDOMS; THAT MADE THE WORLD AS A WILDERNESS, AND DESTROYED THE CITIES (**OVER**)

*17*

## VICTORY IN JESUS

THERE OF; THAT OPENED NOT THE HOUSE OF HIS PRISONERS? **SATAN WAS THE FIRST SINNER IN THE UNIVERSE AND HE SIN-ED IN GOD HOLY PRESENCE AND HE WAS SO SMART    THAT ONE THIRD OF THE HOLY ANGELS OF GOD FOLLOWED HIM AND DESTROYED THEIR SOULS IN HELL TO BURN THERE FOREVER!**

REVELATION 12:4 SAYS:  AND HIS TAIL ( LUCIFER OR SATAN) DR-EW THE THIRD PART OF THE STARS OF HEAVEN, (ANGELS) AND DID CAST THEM TO THE EARTH; AND THE DRAGON STOOD BE-FORE THE WOMAN WHICH WAS READY TO BE DELIVERED, FOR TO DEVOUR HER CHILD AS SOON AS IT WAS BORN. ONE THIRD OF THE ANGELS OF GOD FOLLOWED SATAN AND DESTROYED THEIR SOULS IN HELL TO BURN THERE FOR EVER. SATAN IS  A GREAT DECIEVER AND AN ANTI-CHRIST AND THEY CAN NEVER BE SAVED. SATAN WAS ONE OF THE MOST BEAUTIFUL CHERUB OR ANGEL EVER CREATED AND HE SINNED AND DESTROYED HIS SOUL IN HELL TO BURN THERE FOREVER.

REVELATION 20:10 SAYS; AND THE DEVIL THAT DECIEVED THEM WAS **CAST INTO THE LAKE OF FIRE AND  BRIMESTONE , WH-ERE THE BEAST AND THE FALSE PROPHET ARE, AND SHALL BE TORNMENT DAY AND NIGHT FOR EVER; AND EVER. THE BEAST AND THE FALSE PROPHET ARE ALREADY BURNING IN HELL WHEN SATAN IS CAST INTO HELL!**

I BELIEVE THAT SATAN, HIS DEMONS, AND HIS PEOPLE HAVE AL-READY DESTROYED BILLIONS OF HUMAN SOULS IN HELL IN THE PAST HISTORY OF THE ENTIRE WORLD AND THEY I BELIEVE THAT THEY WILL DESTROY BILLIONS OF MORE HUMAN SOULS IN HELL FROM NOW THE PRESENT HISTORY OF THE ENTIRE WORLD UNTIL THE SECOND COMING OF JESUS CHRIST WHICH WILL HAPPEN AT THE END OF THE SEVEN YEARS OF GREAT TR-IBULATION WHICH WILL TAKE PLACE AT THE END OF TIME OR AT JUDGEMENT DAY!

18

## VICTORY IN JESUS

LUCIFER WHO BECAME SATAN AFTER HIS FALL FROM HEAVEN HAD A JOB IN HEAVEN. WHERE HE WAS A CHERUB WHICH IS AN ANGEL WITH FOUR WINGS.

IN EZEKIEL 28:12-16 IS WHERE GOD IS SPEAKING ABOUT THE KING OF TYRUS WISDOM AND BEAUTY, BUT HE IS SYMBOLIC TAKING ABOUT LUCIFER OR SATAN.

EZEKIEL 28:12-16 SAYS: SON OF MAN, TAKE UP A LAMENTATION UPON THE KING OF TYRUS, AND SAY UNTO HIM, THUS SAITH THE LORD GOD; THOU SEALEST UP THE SUM, FULL OF WISDOM, AND PERFECT IN BEAUTY. THOU HAST BEEN IN EDEN THE GARDEN OF GOD; EVERY PRECIOUS STONE WAS THY COVERING, THE SARDIUS, TOPAZ, AND THE DIAMOND, THE BERYL, THE ONYX, AND THE JASPER, THE SAPPHIRE, THE EMERALD, AND THE CARBUNCLE, AND GOLD; THE WORKMANSHIP OF THY TABRETS AND OF THY PIPES WAS PREPARED IN THEE DAY THAT THOU WAS CREATED THOU ART THE ANOINTED CHERUB THAT COVERETH, AND I HAVE SET THEE SO, THOU WAS UPON THE HOLY MOUNTAIN OF GOD; THOU HAST WALKED UP AND DOWN IN THE MIST OF THE STONES OF FIRE. THOU WAST PERFECT IN THY WAYS FROM THE DAY THAT THOU WAS CREATED, TILL INIQUITY WAS FOUND IN THEE. BY THE MULTITUDE OF THY MERCHANDISE THEY HAVE FILLED THE MIDST OF THE WITH VIOLENCE, AND THOU HAST SINNED ; THEREFORE I WILL CAST THEE AS PROFANE OUT OF THE MOUNTAIN OF GOD: AND I WILL DESTROY THEE O COVERING CHERUB , FROM THE MIDST OF THE STONES OF FIRE!

LUCIFER WAS CREATED BY GOD AND HE WAS ONE OF HE MOST BEAUTIFUL ANGELS GOD HAD EVER CREATED! LUCIFER WAS CREATED PERFECT WHERE MEN AND WEMON ARE BORN IN SIN THE DAY THAT THEY ARE BORN FROM THEIR MOTHER'S WOMB! LUCIFER WAS THE ANOINTED CHERUB WHICH MEANS HE WAS THE HONOR GUARD FOR JESUS CHRIST AND HE SINNED IN GOD'S HOLY PRESENCE AND GOD WILL DESTROY LUCIFER WHO BECAME SATAN.        19

## VICTORY IN JESUS

YOU WILL HAVE MANY SPIRITUAL BATTLES IN THIS UNSEEN SP-
IRITUAL WAR AGAINST SATAN, HIS DEMONS, AND HIS PEOPLE
FOR YOUR VERY OWN SOUL! SATAN FIRST MISSION IS TO DECEI-
VE YOU AND DESTROY YOUR SOUL IN HELL TO BURN THERE
FOR EVER AND EVER!

IF YOU GET SAVED SATAN CAN NEVER DESTROY YOUR SOUL IN
HELL, BUT THEY WILL STILL FIGHT YOU THE REST OF YOUR LIFE
TRYING TO DESTROY YOUR WITNESS, MORAL LIFE, AND TESTI-
MONY OF YOU, YOUR WIFE, YOUR CHILDREN, AND OTHER FAM-
ILY MEMBERS!

WHEN SATAN, HIS DEMONS, AND HIS PEOPLE ATTACK YOU WITH
LIES, ERRORS, FALSE RELIGIONS, FALSE CULT, FALSE PROPHETS,
DEMONIC SPIRITS YOU MUST USE THE WORD OF GOD ON SAT-
AN, HIS DEMONS, AND HIS PEOPLE AS JESUS CHRIST DID WHEN
HE WAS ATTACKED BY SATAN AND DEFEATED HIM EVERY TIME.
YOU MUST GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR
FOR YOUR VERY OWN SOUL AND THE HOLY SPIRIT WILL TAKE
UP RESIDENCE IN YOUR SPIRIT AND SOUL AND TEACH YOU THE
HOLY BIBLE AND HELP YOU IN TIME OF TROUBLE.!

MATTHEW 4:1-11 SAYS: THEN WAS LED UP OF THE SPIRIT INTO
THE WILDERNESS TO BE TEMPTED OF THE DEVIL. AND WHEN
HE HAD FASTED FORTY DAYS AND FORTY NIGHT, HE WAS AFT-
ERWARD AN HUNGRED.

AND WHEN THE TEMPTER CAME TO HIM HE SAID. IF THOU BE
THE SON OF GOD, COMMAND THAT THE STONES BE MADE BRE-
AD, BUT HE ANSWERED AND SAID, **IT IS WRITTEN, MAN SHA-
LL NOT LIVE BY BREAD ALONE, BUT BY EVERY WORD THAT
PROCEEDETH OUT OF THE MOUTH OF GOD.**

THEN THE DEVIL TAKETH HIM UP INTO THE HOLY CITY, AND
SETTETH HIM ON A PINNACLE OF THE TEMPLE, AND SAITH UN-
TO HIM, IF THOU BE THE SON OF GOD, CAST THYSELF DOWN :

20

## VICTORY IN JESUS

FOR IT IS WRITTEN, HE SHALL GIVE HIS ANGELS CHARGE CONCERNING THEE: AND IN THEIR HANDS THEY SHALL BEAR THEE UP; LEST AT ANY TIME THOU DASH THY FOOT AGAINST A STONE.

**JESUS SAID UNTO HIM, IT IS WRITTEN AGAIN, THEN SHALT NOT TEMPT THE LORD THY GOD.**

AGAIN, THE DEVIL TAKETH HIM UP INTO AN EXCEEDING HIGH MOUNTAIN, AND SHEWED HIM ALL THE KINGDOMS ALL THE KINGDOMS OF THE WORLD, AND THE GLORY OF THEM:

AND SAITH UNTO HIM, ALL THESE THING WILL I GIVE THEE, IF THOU WILL FALL DOWN AND WORSHIP ME.

THEN SAITH JESUS SAID UNTO HIM, **GET THEE HENCE , SATAN FOR IT IS WRITTEN , THOU SHALT WORSHIP THE LORD THY GOD AND HIM SHALT THOU SERVE.**

THEN THE DEVIL LEAVETH HIM, AND BEHOLD, ANGELS CAME AND MINISTER INTO HIM.

JESUS CHRIST DEFEATED SATAN THREE TIMES BY USING THE WORD OF GOD ON HIM! YOU CAN DEFEAT SATAN ONLY BY USING THE WORD OF GOD ON HIM! JESUS CHRIST DEFEATED SATAN WHEN HE DIE ON THE CROSS AT CALVARY TO SHED    HIS BLOOD ON THE CROSS AT CALVARY FOR ALL YOUR SINS TO SAVE YOUR SOUL FROM HELL!

ALL FALSE RELIGIONS, FALSE CULT, FALSE PROPHETS, AND EVIL SPIRITS ____REJECT AND DENY___ THAT JESUS IS THE   CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH! THIS IS WHY WE HAVE SO MANY COUNTERFIET JESUS CHIRST WHO IS NOT GOD ALREADY COME TO EARTH IN THE FLESH.

21

## VICTORY IN JESUS

SATAN'S, HIS DEMONS, AND HIS PEOPLE'S MISSION FOR THE HU-
MAN RACE IS TO DECIEVE AND DESTROY EVERY HUMAN SOUL
IN HELL TO BURN THERE FOR EVER WITH HIM AND HIS DEMONS
WHO HAVE ALREADY BEEN SENTENCE TO BURN IN HELL BY JE-
SUS CHRIST, BUT THEIR SENTENCE WILL NOT BE CARRIED   OUT
IN JUST BEFORE THE GREAT WHITE THRONE JUDGEMENT IN RE-
VELATION 20:10!

ACTS 4:18 SAYS:AND THEY CALLED THEM AND   COMMANDED
THEM, **NOT TO SPEAK AT ALL NOR TEACH IN THE NAME OF
JESUS SO THAT THEY COULD DESTROY EVERY HUMAN SOUL
IN HELL TO BURN THERE FOREVER!**

ALL THESE COUNTERFIETS COUNTERFIET JESUS CHRIST OF SAT-
AN AND HIS DEMONS DO NOT CONFESS ON THE BIBLE DOCTRI-
NE OF JESUS CHRIST THAT **JESUS IS THE CHRIST AND   THAT
HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH TO
DIE IN YOUR PLACE FOR YOUR SINS IF YOU ASK HIM TO SAVE
YOUR SOUL FROM HELL!**

SATAN AND HIS DEMONIC SPIRITS CAN CONFESS THAT JESUS IS
THE SON OF GOD AND THAT HE IS SAVIOUR OF THE WORLD, BUT
THE _____ **ONLY LIMITATION THAT GOD HAS PUT ON THEM
IS THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME
TO EARTH IN HUMAN FLESH TO SAVE YOUR SOUL FROM HE-
LL IF YOU ASK HIM TO SAVE YOU.**

IST THESSALONIANS 5:21 SAYS: PROVE ALL THINGS; HOLD FAST
THAT WHICH IS GOD.  YOU ARE COMMANDED BY GOD IN THE
HOLY BIBLE TO TRY, TEST, PROVE, ALL DOCTRINE, ALL RELIGI-
NS, ALL PROPHETS, ALL SPIRITS, AND ALL JESUS CHRIST TO SEE
IF THEY ARE GOD OR SATAN! IF YOU ARE WRONG OF THE BIBLE
DOCTINE OF JESUS CHRIST  YOU WILL LOSE THIS UNSEEN SPIRI-
TURAL WAR TO SATAN AND HIS DEMONS AND GOD WILL BURN
YOUR SOUL IN HELL FOREVER!

22

## VICTORY IN JESUS

YOU MUST TEST THE MORMONS, JEHOVAH'S WITNESSES, THE RELIGION OF ISLAM, DIVINE LIGHT MISSION, CHRISTIAN SCIENCE, AMERICAN ATHENIST CENTER, THE WAY, WORLDWIDE CHURCH OF GOD, AND ALL RELIGION WHERE THEY ARE GOD OR SATAN? YOU MUST BEWARE OF ALL THESE FALSE CULTS OF SATAN THAT WILL DECIEVE YOU AND DESTROY YOUR SOUL IN HELL TO BURN THERE FOREVER!

**YOU MUST TEST EVER CHRISTIAN RELIGIONS BECAUSE THERE ARE MANY PEOPLE IN THEM THAT ARE NOT SAVED AND WILL BURN IN HELL FOR EVER IF THEY DO NOT GET SAVED!**

WHY DO WE HAVE SO MANY FALSE RELIGIONS, FALSE CULTS, FALSE PROPHETS, AND EVIL SPIRITS IN THE WORLD TODAY? IT IS BECAUSE THAT PEOPLE LOVE MONEY, POWER, CONTROL OVER OTHER PEOPLE!

1ST TIMOTHY 6:10 SAYS: FOR THE LOVE OF MONEY IS THE ROOT OF ALL EVIL: WHICH WHILE SOME COVETED AFTER, THEY HAVE ERRED FROM THE FAITH, AND PIERCED THEMSELVES THROUGH WITH MANY SORROWS. THE LOVE OF MONEY IS THE ROOT OF ALL EVIL AND MANY PEOPLE DESTROY THEIR SOULS IN HELL FOR THE LOVE OF MONY, POWER, CONTROL OVER OTHER PEOPLE.

IF YOU HAVE SEEN A COUNTERFIET $100.00 BILL YOU CAN   BE 100% SURE THAT THERE WAS OR IS A REAL $100.00 BILL SOMEWHERE BECAUSE SOMEONE HAD TO COPY OR COUNTERFIET THE COUNTERFIET $100.00 BILL THAT YOU HAVE SEEN FROM A REAL $100.00 BILL!

YOU CAN KNOW THAT THERE IS A REAL JESUS CHRIST BECAUSE OF THE MANY COUNTERFIET JESUS CHRISTS THAT WE HAVE TODAY! SATAN AND HIS DEMONS HAD TO HAVE THE REAL JESUS CHRIST BEFORE HE COULD COPY THE MANY COUNTERFIET JESUS CHRIST THAT WE HAVE TODAY FROM!

23

## VICTORY IN JESUS

## CATALOGUE OF THE CULTS

I HAVE AN OLD MOODY MONTHLY MAGAZINE  JULY-AUGUST 1979 THAT LIST  77 FALSE CULTS LISTED IN THEM. THESE FAL- SE CULTS  ARE FROM PAGES 20 - 25. ON PAGE 26 AND 27 ARE TWO  PAGES HOW TO WITNESS TO A CULTIST!  I AM LISTING THE JEWISH RELIGION  WHICH COMES  A WORLD RELIGION, PAGES  86, REPRINTED  MARCH 1982!  I AM USING ALL REFERAN- CES  WITHOUT PERMISSION AND UNDER THE FIRST AMENDME- NT OF THE US CONSTUTION. THE 1ST AMENDMENT OF THE US CONSTUTION IS THE FINAL AUTHORITY OVER ALL BOOK PUBL- ISHING LAWS IN AMERICA. MY MISSSION AS A  CHRISTIAN IS TO TRY TO GET EVERY PERSON IN THE 77 FALSE CULTS SAVED SO GOD WHO CREATED THEM WILL NOT BURN THEIR SOULS IN HELL AT JUDGEMENT DAY!

GOD SPOKE TO HIS PROPHETS BY DIVINE REVELATION AND TO- LD THEM WHAT TO WRITE IN THE BIBLE WHICH IS 100%  TRUTH WITH ZERO ERRORS!

HEBREWS 1:1-2:  GOD WHO AT  SUNDRY TIMES  AND IN  DIVERS MANNERS SPOKE  IN TIME  PAST  UNTO THE FATHERS BY THE PR- OPHETS, HATH  IN THESE LAST DAYS SPOKEN  UNTO US BY  HIS SON, WHOM HE HATH APPOINTED  HEIR OF ALL THINGS , BY WH- OM  ALSO  HE MADE THE  WORLDS.

I WILL GO OVER SOME OF THE FALSE CULTS OF SATAN AND NOT ALL OF THEM  TO SHOW YOU  HOW TO DETERMINE THE TRUE RELIGIONS OF GOD  FROM THE FALSE CULTS OF  SATAN BY  ISA- IAH  8:20 SO YOU CAN DEFEAT ALL THE FALSE CULTS OF SATAN BY USING THE WORD OF GOD ON SATAN, HIS DEMONS, AND HIS PEOPLE 100% OF THE TIME AND WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR YOUR VERY OWN SOUL AND LIVE IN HEAVEN FOR ALL ETERNITY WHEN YOU DIE!

24

## VICTORY IN JESUS

YOU CAN DETERMINE THE TRUE PROPHETS OF GOD FROM THE FALSE PROPHETS OF SATAN BY DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 AND DEFEAT ALL THE FALSE PROPHETS OF SATAN 100% OF THE TIME!

YOU CAN DETERMINE THE TRUE SPIRITS OF GOD FROM THE DEMONIC SPIRITS OF SATAN BY 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 AND DEFEAT ALL THESE DEMONIC SPIRITS OF SATAN AND HIS DEMONS.

YOU MUST USE THE WORD OF GOD ON SATAN WHEN HE ATTACKS YOU WITH LIES, ERRORS, CONTRODICTIONS, FALSE DOCTRINE, FALSE RELIGIONS, FALSE PROPHETS, AND DEMONIC SPIRITS AND YOU CAN DEFEAT HIM, HIS DEMONS, AND HIS PEOPLE 100% OF THE TIME. YOU MUST REMEMBER THAT THE SOUL THAT YOU GET SAVED WILL BE YOUR VERY OWN SOUL! YOU MUST REMEMBER THAT ____ ONLY YOU CAN SAVE YOUR SOUL FROM HELL AND ONLY CAN DESTROY YOUR SOUL IN HELL ____ BY NOT GETTING SAVED! I WILL USE THE JEWISH RELIGION FIRST!

### THE JEWISH RELIGION

WHOSOEVER REGARDS JESUS AS A HISTORICAL PERSONALITY, EVER SO HIGH MAY BELONG TO US, BUT HE WHO ACKNOWLEDGE JESUS TO BE THE MESSIAH ALREADY COME CAN NOT BELONG TO US.( THE WORLD RELIGIONS, PAGE 86, REPRINTED MARCH 1982)

THE JEWISH RELIGION IS IN VIOLATION OF ISAIAH 8:20 AND THEY SPEAK NOT ACCORDING TO THE LAW AND TESTAMENT OF THE HOLY BIBLE WHEN THEY REJECT AND DENY THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN THE FLESH AND THAT HE DIE ON THE CROSS AT CALVARY TO PAY THE PENALTY FOR ALL THEIR SINS THAT THEY HAVE COMMITED IN THEIR LIFETIME.

25

# VICTORY IN JESUS

## THE JEWISH RELIGION

THE PEOPLE IN THE JEWISH RELIGION WERE LOOKING FOR AND
EXPECTING A CONQUERING SAVIOR  WHO WOULD  DESTROY
THE HATED ROMAN GOVERNMENT AND GIVE THEM THEIR FR-
EEDOM.! THE JEWS RECEIVE AND ACCEPTS A CONGUERING SAV-
IOUR OR THE ANTI-CHRIST DURNING THE SEVEN YEARS OF GRE-
RT  TRIBULATION JUST BEFORE THE SECOND COMING OF JESUS
CHRIST RETURN TO EARTH,

THE JEWS REJECTED AND DENIED  THE SUFFERING SAVIOUR
WHO WOULD DIE ON THE CROSS AT CALVARY IN THEIR PLACE
TO PAY THE PENALTY FOR ALL THE SINS WHICH THEY HAVE
COMMITTED TO SAVE THEIR SOUL FROM HELL! **EVEN TODAY
THE PEOPLE IN THE JEWISH RELIGION ARE STILL EXPECT-
ING  THE CONQUERING SAVIOUR! THE JEWS  WILL ACCEPT
THE  CONQUERING SAVIOR  WHO IS THE ANTI-CHRIST AND
WHO WILL ALMOST DESTROY THE WORLD JUST BEFORE
THE SECOND COMING OF JESUS CHRIST! EVEN TODAY THE
JEWS REJECT THE SUFFERING SAVIOUR WHO DIED ON THE
CROSS IN THEIR PLACE TO PAY THE PENALTY FOR ALL THEIR
SINS TO SAVE THEIR SOUL FROM HELL! EVEN TODAY THE PE-
OPLE IN THE JEWIH RELIGION SAY THAT THE  JESUS CHRIST
THAT DIED ON CALVARY DOES NOT BELONG  TO THEM AND
THERE IS NO SALVATION FOR ANY JEW THAT BELIEVES THE-
SE LIES OF SATAN.  THE JEWS HAVE DENIED ALL THE BIBLE
PROPHENCIES THAT SAID JESUS CHRIST WOULD BE  A SUFF-
ERING SAVIOUR.**

THE JEWISH PROPHETS THAT  PROPHESIED  THAT JESUS WAS
NOT THE CHRIST AND THAT HE WAS NOT GOD ALREADY COME
TO EARTH IN HUMAN FLESH WAS 100% WRONG ON THEIR PRO-
PHENCIES AND NOT 100% RIGHT  IN  VIOLATION OF DEUTERON-
OMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 BECAUSE WHAT
THE PROPHESIED DID NOT FOLLOW TO HAPPEN OR COME TO
PASS WHICH MAKES THE JEWISH PROPHETS ALL FALSE PROPH-
ETS OF SATAN.                    26

# VICTORY IN JESUS

THE SPIRIT OR SPIRTS THAT TOLD THE JEWISH PROPHETS  THAT JESUS CHRIST WAS NOT GOD ALREADY COME TO EARTH IN HUMAN FLESH AND THAT HE DID NOT DIE ON THE CROSS AT CALVARY  FOR THEIR SINS IS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 AND THEY WERE DEMONIC SPIRITS OF SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE! THE JEWS DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN THE HUMAN FLESH  WAS A DEMONIC SPIRIT OF SATAN.

THE JEWISH RELIGION IS IN VIOLATION OF ISAIAH 8:20  ON THE BIBLE DOCTRINE OF JESUS CHRIST AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN. THE JEWISH PROPHETS ARE IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 AND THEY WERE NOT 100% RIGHT ON THEIR PROPHENCIES, BUT 100% WRONG AND WHAT THEY SAID DID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH MAKES THEM FALSE PROPHETS OF SATAN. THE SPIRIT THAT SPOKE TO THE JEWISH FALSE PROPHETS DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN THE  FLESH  WHICH PROVES THAT THEY WERE DEMONIC SPIRITS OF SATAN. THE JEWISH RELIGION IS A FALSE CULT OF SATAN AND THEIR END IS TO BURN IN HELL IF THEYN DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL!

THE HOLY BIBLE SAYS THAT THE PEOPLE  THAT BELIEVE  THE FALSE JEWISH DOCTINE  IS CONTROLLED OR POSSESSED BY SATAN AND THEY WILL BURN IN HELL FOREVER IF THEY DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR THEIR VERY OWN SOUL!

THE PEOPLE IN THE JEWISH RELIGION TODAY OBEY SATAN AND DISOBEYS GOD BECAUSE THEY WOULD NOT READ AND STUDY THE HOLY BIBLE  ENOUGH  TO GET ENOUGH ___FAITH____TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR  AGAINST SATAN AND HIS DEMONS FOR THEIR VERY OWN SOUL!

27

# A CATALOG OF THE CULT

I HAVE A LIST OF 77 FALSE CULTS OF SATAN AND HIS DEMONS IN AN OLD MOODY MONTHLY MAGAZINE DATED JULY/AUGUST 1979 WHICH I WILL PROVE THAT THEY ARE ALL FALSE CULTS OF SATAN BY ISAIAH 8:20, AND THEY ALL HAVE FALSE PROPHETS OF SATAN IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9. AND 1ST SAMUEL 9:6, THESE FALSE CULTS ALL HAVE DEMONIC SPIRITS OF SATAN ACCORDING TO 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7! I WILL GO OVER SOME OF THE FALSE CULTS OF SATAN, BUT NOT ALL OF THEM!

## AHMADIYYA MOVEMENT

FOUNDER: HAZRAT MIRZA: JESUS WAS NOT A PARTNER IN THE GODHEAD, AS WAS NOT JACOB. BOTH OF THEM WERE BELOVED PROPHETS OF GOD.

FOUNDER HAZRAT MIRZA IS IN VIOLATION OF ISAIAH 8:20 AND HE SPEAKS NOT ACCORDING TO THE LAW AND TESTAMENT OF THE HOLY BIBLE WHEN HE LIES AND SAYS THAT JESUS CHRIST WAS NOT A PARTNER IN THE GODHEAD!

JESUS CHRIST WAS A PARTNER IN THE GODHEAD AND HE IS THE SON OF GOD, THE SECOND PERSON OF THE HOLY TRINITY AND THE FOUNDER OF THIS FALSE CULT IS IN VIOLATION OF ISAIAH 8:20 AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN.

THE FOUNDER OF THIS FALSE CULT IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 AND WHAT HE SAYS IS NOT 100% RIGHT, BUT 100% WRONG, AND WHAT HE SAID DID NOT FOLLOW TO HAPPEN NOR COME TO PASS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUESL 9:6 WHICH PROVES THIS IS A FALSE CULT OF SATAN.

THE SPIRIT THAT SPOKE TO FOUNDER HAZRAT MIZRA DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH!

28

## VICTORY IN JESUS

THIS IS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH PROVES THIS IS A DEMONIC SPIRIT OF SATAN WHICH SPOKE TO FOUNDER HAZRAT MIRZA!

SATAN AND HIS DEMONS HAS OUTFOXXED HAZRAT MIRZA AND CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS NOT PART OF THE GODHEAD WHEN HE IS THE SON OF GOD THE SECOND PERSON OF THE HOLY TRINITY TO DE-STORY THIS FALSE CULT IN HELL TO BURN THERE FOREVER!

SATAN AND HIS DEMONS HAS DEFEATED THE FALSE CULT OF AHMADIYYA MOVEMENT BY THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEY DID NOT READ AND STUDY THE HOLY BI-BLE DAILY OR REGULARLY TO GET ENOUGH FAITH TO BE SAV-ED AND WIN THE UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL! SATAN AND HIS DEMONS DEFEATED THIS FALSE CU-LT BY KEEPING THEM FROM HEARING CHRISTIAN BIBLE TEAC-HING TO GET ENOUGH FAITH TO BE SAVED AND WIN THIS UNSE-EM SPIRITUAL WAR FOR THEIR VERY OWN SOUL!

ROMANS 10:17 SAYS: SO THEN FAITH COMETH BY HEARING AND HEARING THE WORD OF GOD! YOU HAVE TO READ AND STUDY THE HOLY BIBLE DAILY OR REGULARLY TO GET ENOU-GH FAITH TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND DEMONS FOR YOUR VERY OWN SOUL!

SATAN HAS DESTROYED AMERICA AND THE WORLD BY KEEP-ING THEM FROM READING AND STUDYING THE HOLY BIBLE SO THA THEY CAN NOT GET ENOUGH FAITH TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL!

YOU MUST READ AND STUDY THE HOLY BIBLE DAILY OR REG-ULARLY TO GET ENOUGH FAITH TO SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL!

29

# AHMADIYYA MOVEMENT

SATAN AND HIS DEMONS HAS ALLEGED DEMON CONTROLL OR DEMON POSSESSION OF THE PEOPLE IN THE AHMADIYYA MOVEMENT BECAUSE THEY DO NOT CONFESS **THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND WHO DIED ON THE CROSS AT CALVARY IN THEIR PLACE TO PAY THE PENALTY FOR ALL THEIR SINS.**

SATAN AND HIS DEMONS HAS **CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST IN THIS FALSE CULT TO SAY THAT HE IS NOT GOD ALREADY COME TO EARTH IN HUMAN FLESH AND THAT HE DID NOT DIE ON THE CROSS AT CALVARY IN THEIR PLACE TO PAY THE PENALTY FOR ALL THEIR SINS. THIS FALSE CULT HAS BEEN DESTROYED BY SATAN AND HIS DEMONS BECAUSE THEY HAVE A COUNTERFIET JESUS CHRIST WHO DID NOT DIE ON THE CROSS FOR ALL THEIR SINS TO SAVE THEIR SOULS FROM HELL. THE ONLY LIMITATION GOD HAS PUT ON THESE FALSE CULTS, FALSE RELIGIONS, FALSE PROPHETS, EVIL SPIRITS OF SATAN AND HIS DEMONS IS THAT THEY CAN NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH!**

SATAN, HIS DEMONS, AND HIS PEOPLE CAN CONFESS THAT JESUS IS THE SON OF GOD AND THAT JESUS CHRIST IS THE SAVIOUR OF THE WORLD, BUT THEY AN NOT CONFESS THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND THAT HE DIED ON THE CROSS AT CALVARY IN YOUR PLACE TO PAY THE PENALTY FOR ALL YOUR SINS IF YOU ADMIT THAT YOU ARE A SINNER, REPENT OF ALL YOUR SINS, AND ASK THE JESUS CHRIST WHO DIED ON THE CROSS AT CALVARY IN YOUR PLACE TO PAY THE PENALTY FOR ALL YOUR SINS. **THIS WILL SAVE YOUR SOUL FROM HELL AND YOUR WILL LIVE IN HEAVEN WHEN YOU HAVE A PHYSICAL BODILY DEATH. YOU MUST BE BORN AGAIN TO ENTER THE KINGDOM OF GOD IN HEAVEN.**

30

# AMERICA ATHENIST CENTER

LEADER:MADALYN MURRAY O 'HAIR: THERE  IS NO GOD, THUS JESUS IS NOT THE SON  OF GOD.

MADALYN MURRAY O'HAIR  IS IN VIOLATION OF ISAIAH 8:20 WHEN SHE SAID THAT THERE IS NO GOD. I WILL PROVE TO YOU BY NATURE AND BY COMMON SENSE THERE THERE IS A GOD!!!! YOU DO NOT HAVE TO BE ABLE TO READ OR WRITE TO KNOW THAT THERE IS A GOD BY NATURE AND  BY COMMON SENSE.

**ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ON-LY GOD CAN CREATE  LIFE FROM NON-LIFE OR LIFE FR-OM  NOTHING AND THESE ARE  TWO REASONS WHICH IS 10-0% PROOF THAT THERE IS A GOD!**

**AN EXAMPLE AND PROOF THAT THERE IS A GOD IS THAT YOU CAN SAY APPEAR STAR, APPEAR SON, APPEAR MOON, APPEAL AIR, APPEAR, LAND, APPEAR WATER , APPEAR  INSECTS, AND THEY WILL NEVER APPEAR AND THIS IS 100% PROOF THAT THERE IS A GOD BY NATURE!**

**AN ANOTHER EXAMPLE OF PROOF  THAT THERE IS A GOD IS THAT ONLY GOD CAN  CREATE LIFE FROM NOTHING OR NON-LIFE! YOU CAN SAY LIVE BABY, LIVE BOY, LIVE GIRL, LIVE MAN, LIVE WOMAN, LIVE PLANTS, LIVE BIRDS, LIVE FISH, AND LIVE OTHER THINGS  AND THEY WILL NEVER LIVE BE-CAUSE ONLY GOD CAN CREATE LIFE FROM NOTHING OR FROM NON-LIFE! THIS DEFEATS THE SATANIC DOCTRINE OF EVOLUTION FOREVER! YOU DO NOT HAVE TO  HAVE AN EDUCATION TO  BELIEVE THAT THERE IS A GOD BY NATURE AND BY COMMON SENSE!  YOU HAVE DEFEATED THE FALSE DOTRINE OF EVOLUTION OF SATAN'S DOCTRINE OF EVOLUT-ION, BUT YOUR MISSION IS TO GET SAVEN AND WIN THIS UNS-EEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL AND THEN GET YOUR WIFE AND CHILDREN AND RELATIVE AND EVERY-ONE IN THE WORLD SAVED SO THAT THEY WILL NOT BURN IN HELL FOREVER AT JUDGEMENT DAY!**

31

## AMERICAN ATHENIST CENTER

THE HOLY BIBLE IS 100% TRUTH WITH ZERO ERRORS! IT SAYS: IN THE BEGINNING GOD CREATED THE HEAVEN AND THE EARTH AND THIS IS 100% PROOF THAT THERE IS A GOD!

WE CAN ALSO PROVE THAT THERE IS A GOD BY THE SEVEN LOG- ICIAL ARGUMENTS FOR GOD EXISTANCE! EACH ARGUMENTS BY ITSELF SHOWS THAT THERE IS A GOD, BUT ALL 7 LOGICIAL ARGUMENT PUT TOGETHER PROVES THAT THERE IS A GOD. I WI- LL ONLY MENTION THEM AND NOT GO OVER EACH ONE SEPER- ATELY!

### SEVEN LOGICIAL ARGUMENTS FOR GOD'S EXISTENCE

1. COSMOLOGICAL ARGUMENT- ARGUMENT FROM CAUSE TO EFFECT.
2. TELEOLOGICAL ARGUMENT- ARGUMENT FROM DESING.
3. ONTOLOGICAL ARGUMENT - ARGUMENT FROM BEING OR EXISTENCE.
4. ANTHROPOLOGICAL ARGUMENT- ARGUMENT FROM MAN- ( MORAL ARGUMENT)
5. UNIVERSALITY OF BELIEF OR HISTORICAL ARGUMENT.
6. ARGUMENT FROM CONGRUITY- THIS IS PUTTING ALL THE LOGICIAL ARGUMENTS TOGETHER.
7. ARGUMENT FROM THE SCRIPTURES- GENSIS 1-1 SAYS: IN THE BEGINNING GOD CREATED THE HEAVENS AND THE EARTH.

YOU CAN PROVE THAT THERE IS A GOD BY THE 7 LOGICIAL ARG- UMENTS FOR GOD'S EXISTENCE! YOU MUST GET SAVED    OR GOD WILL BURN YOUR SOUL IN HELL AT JUDGEMENT DAY  TO PUNISH YOU FOR ALL THE SINS OF THE FLESH AND SINS OF THE **SPIRIT THAT YOU HAVE COMMITTED IN YOUR LIFETIME !**

**YOU** KNOW THAT THERE IS A GOD BY GENESIS 1:1! YOU KNOW THAT THERE IS A GOD BY NATURE AND BY COMMON SENSE BECAUSE GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NOTHING OR NONLIFE.

# AMERICAN ATHENIST CENTER

YOU CAN KNOW AND PROVE THAT THERE IS A GOD BY HE SEVEN RATIONAL ARGUMENTS FOR GOD'S EXISTENE WHICH ARE THE COSMOLOGICAL ARGUMENT, TELEOLIGICAL ARGUMENT, ONTOLOGICAL ARGUMENTS, ANTHROPOLOGICAL ARGUMENT,, UNIVERSALTY OF BELIEF OR HISTORICAL ARGUMENT, ARGUMENT FROM CONGRUITY, AND THE ARGUMENT FROM THE SCRIPTURE!

THE AUTHORITYOF THE HOLY BIBLE WHICH IS 100% TRUTH WITH ZERO ERRORS SAYS THAT ALL THESE FALSE RELIGIONS, FALSE CULTS, EVIL AND DEMONIC SPIRITS, FALSE PROPHETS, FALSE DOCTRINE, AND THE OCCULT ARE DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS. A MAN IN THE TOMBS WAS POSSESSED BY A LEGION OF DEMONS (OVER 6,000 DEMONS) IN MARK 5:15.

MARK5:15 SAYS:AND THEY COME TO JESUS, AND SEE HIM THAT WAS POSSESSED WITH THE DEVIL, AND HAD THE LEGION, SITTING, AND CLOTHED, AND IN **RIGHT MIND;** <u>AND THEY WERE AFRAID. A MAN IN THE TOMBS WAS POSSESSED WITH OVER 6,000 DEMONS AND WAS NOT IN HIS RIGHT MIND!</u>

MARK 5:4-5 TELLS THAT THIS MAN HAD GREAT POWER FROM **SATAN AND HIS DEMONS:** BECAUSE HE HAD BEEN OFTEN BOUND WITH FETTERS AND CHAINS, AND THE CHAINS HAD BEEN PLUCKED ASUNDER BY HIM, AND THE FETTERS BROKEN IN PIECES BY HIM: **NEITHER COULD ANY MAN TAME HIM!** AND ALWAYS, NIGHT AND DAY, HE WAS IN THE MOUNTAINS, AN D IN THE TOMBS, RYING, AND CUTTING HIMSELF WITH STONES. SATAN'S MISSSION IS TO DECIEVE AND DESTROY EVERY HUMAN SOUL IN HELL TO BURN THEE FOR EVER WITH HIM AND HIS DEMONS WHO HAVE ALREADY BEEN SENTENCED TO BURN IN HELL FOR EVER, BUT THEIR SENTENCE WILL NOT BE CARRIED OUT UNTIL JUST BEFORE THE GREAT WHITE THRONE JUDGEMENT IN REVELATION 20:10. ISAIAH 8:20 TELLS YOU THAT YOU CAN DETERMINE THE TRUE RELIGONS OF GOD FROM THE FALSE RELIGIONS BY ISAIAH 8:20 WHICH WILL DEFEAT SATAN ALL THE TIME.



# AMERICAN ATHENIST CENTER

AMERICAN ATHENIST CENTER SAYS THAT THERE IS NO GOD, THUS JESUS CHRIST IS NOT THE SON OF GOD!

I HAVE ALREADY PROVEN THAT THERE IS A GOD BY THE GENES- IS 1:1, ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NON-LIFE OR NOTHING, AND BY THE SEVEN LOGICIAL ARGUMENTS FOR GOD EXISTANCE!

THE AMERICAN ATHENIST CENTER IS IN VIOLATION OF GENES- IS 1:1 WHEN THEY THERE IS NO GOD BECAUSE THEY DO NOT SPEAK ACCORDING TO THE LAW OR THE TESTAMENT OF ISAIAH 8:20 AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN AND IT DOES NOT SPEAK ACCORDING TO THE LAW AND TESTA- MANT OF THE HOLY BIBLE! THE TRUE RELIGION OF GOD WILL ALWAYS SPEAK ACCORDING TO THE LAW AND TESTAMENT OF ISAIAH 8;20. THE AMERICAN ATHENIST CENTER SAYS THAT TH- ERE IS NO GOD AND THAT JESUS CHRIST IS NOT THE SON OF GOD HAS VIOLATED ISAIAH 8:20 AND IS A FALSE RELIGION OF SATAN AND HIS DEMONS!

MADALYN MURRAY O'HAIR PROPHENCIES WERE NOT 100% RI- GHT, BUT 100% WRONG WHEN SHE SAID THAT **THERE IS NOT GOD, THUS JESUS CHRIST IS NOT THE SON OF SON OF GOD IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND I SAMUEL 9:6 AND HER SAYING AND PROPHENCIES DID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH PROVES SHE IS A FALSE PROPHET OF SATAN WHO IS DEMON CONTRO- LLED BY SATAN BY THE AUTHORITY OF THE HOLY BIBLDE!**

THE SPIRIT THAT SPOKE TO MADALN MURRAY O HAIR DID NOT CONFESS THAT JESUS IS CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH IS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH IS 100% PROOF TH- AT THIS WAS A DEMONIC SPIRIT OF SATAN AND HIS DEMONS!TH- IS SPIRIT CHANGED AND REFIDINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS NOT GOD COME TO EARTH!

34

# AMERICAN ATHENIST CENTER

SATAN AND HIS DEMONS HAS_____ **CHANGED AND REDEFIN-ED THE MEANING OF JESUS CHRIST_____TO MEAN AND SAY_____THAT THERE IS NO GOD_____THUS JESUS CHRIST IS NOT THE SON OF GOD TO DESTROY ALL THE PEOPLE IN THE AMERICAN ATHENIST CENTER SOULS IN HELL IF THEY DO NOT GET THE FORGIVENESS OF ALL THEIR SINS AND GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL! THE AMERICAN ATHENIST CENTER HAS A COUNTERFIET JESUS CHRIST THAT DOES NOT CONFESS THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME TO EAR-TH INM HUMAN FLESH AND WHO DIED ON THE CROSS TO SAVE YOUR SOUL FROM HELL IF YOU ASK HIM TO SAVE YOU! SATAN AND HIS DEMONS HAS DESTROYED ALL THE PEOPLE SOULS HELL TO BURN THERE FOREVER IF THEY DO NOT GET SAVED BY THE REAL JESUS CHRIST BECAUSE THIS COU-NTERFIET JESUS CHRIST WILL DECIEVE YOU AND DESTROY YOUR SOUL IN HELL IF YOU DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL! SATAN AND HIS DEMONS HAS DESTROYED AND DEFEATED ALL THESE PEOPLE IN THE AMERICA ATHENIST CENTER TO BURN THERE FOREVER IF THEY DO NOT GET SAVED!** NOW YOU KNOW HOW TO DETERMINE THE TRUE RELIGIONS OF GOD FROM THE FALSE RELIGIONS OF SATAN BY ISAIAH 8:20 AND YOU KNOW HOW TO DEFEAT ALL THE FALSE RELIGIONS OF SATAN AND TO SAVE EVERY PERSON IN THE FALSE RELIGIONS OF SATAN.

YOU KNOW HOW TO DETERMINE THE TRUE PROPHETS OF GOD FROM THE MANY FALSE PROPHETS OF SATAN BY DEUTERONO-MY 18:22, JEREMIAH 28:9, AND I SAMUEL 9:6 AND NOW YOU KNOW HOW TO DEFEAT ALL THE FALSE PROPHETS OF SATAN AND TO SAVE ALL THE FALSE PROPHETS OF SATAN FROM HELL.

YOU KNOW HOW TO DETERMINE THE TRUE SPIRITS OF GOD FROM THE DEMONIC SPIRTIS OF SATAN BY 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 AND DEFEAT SATAN ALL THE TIME!

35

## ANANDA MARGA YOGA

LEADER: SHRII SHRII ANANDAMURTI: JESUS IS CONSIDERED GOD, BUT THERE IS NO TRINITY. BE CONSTANTLY ABSORBED IN THE THOUGHT OF GOD AND YOU WILL BECOME GOD!

ANANDA MARGA YOGA IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THERE IS NO TRINITY AND THEY SPEAK NOT ACCORDING TO THE LAW AND TESTAMENT OF THE HOLY BIBLE ON THE DOCTINE OF GOD AND THERE IS NO LIGHT IN THEM. THEY ARE A FALSE CULT OF SATAN.

THE PROPHET OR PERSON SAID THAT THERE IS NO TRINITY IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 AND WHAT THE PROPHET OR PERSON SAID DID NOT FOLLOW TO HAPPEN NOR COME TO PASS WHICH MAKES THIS A FALSE PROPHET OR PERSON OF SATAN WHO IS CONTROLLED BY SATAN AND HIS DEMONS WHICH WILL DESTROY YOUR SOUL IN HELL IF YOU DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL>

THE SPIRIT THAT TOLD THE ANANDA MARGA YOGA LEADER ARE IN VIOLATION OF 1ST JOHN 2;22, 1ST JOHN 4:1-3 AND 2ND JOHN 1;7 BECAUSE THAT SPIRIT DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH WHICH WAS A DEMONIC SPIRIT OF SATAN AND THIS SPIRIT IS A DEMONIC SPIRIT OF SATAN WHO HAS CONTROLLED BY SATAN AND HIS DEMONS!

SATAN AND HIS DEMONS _____ **HAS A COUNTERFIET JESUS CHRIST THAT DO NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN THE FLESH!** SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS NOT GOD ALREADY COME TO EARTH IN THE FLESH AND DIED ON THE CROSS AT CALVARY TO SAVE YOUR SOUL FROM HELL! THEY SAY THAT THERE IS NO TRINITY AND ARE WRONG ON THE BIBLE DOCTRINE OF GOD!

36

# BLACK MUSLIM

LEADER: WALLACE D. FARD (ALLAH-GOD) AND ELIJAH POOLE (ELIJAH MUHAMMAD - FARD'S PROPHET). ALSO CALLED THE NATION OF ISLAM. ELIJAH MUHAMMAD SAID THAT JESUS WAS ONLY A PROPHET AND WAS NOT THE EQUAL OF MOSES AND MUHAMMAD. AND HIS RELIGION WAS ISALM, NOT THE CHRISTIANITY OF THE POPE OF ROME!

THE BLACK MUSLIM FALSE CULT DOES NOT SPEAK TO THE LAW AND TESTIMONY OF ISAIAH 8:20 WHEN THEY SAY THAT JESUS WAS ONLY A PROPHET NOT THE EQUAL OF MOSES AND MUHAMMAD, AND HIS RELIGION WAS ISLAM, NOT THE CHRISTIANITY AND THE POPE OF ROME! JESUS CHRIST HAS RISEN FROM THE GRAVE WHILE MUHAMMAD BONES ARE PROBABLY STILL IN THE GRAVE IF SOMEONE HAS NOT MOVED THEM! ISLAM DOES NOT SPEAK ACCORDING TO THE LAW AND TESTIMONY OF THE HOLY BIBLE IN VIOLATION OF ISAIAH 8:20 AND MUHAMAD IS A FALSE PROPHET OF SATAN.

MUHAMMED IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:8, AND I SAMUEL 9:6 BECAUSE HIS PROPHENCIES DID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH MAKES HIS HIM A FALS PROPHET OF SATAN AND MUHAMMAD IS DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE!

THE SPIRIT THAT SPOKE TO MUHAMMAD ___ DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH____WHICH MAKES HIM A FALSE PROPHET OF SATAN IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH MAKES THIS SPIRIT A DEMONIC SPIRIT OF SATAN. THE RELIGION OF BLACK MUSLIM HAS A COUNTERFIET JESUS CHRIST WHO IS NOT GOD ALREADY COME TO EARTH IN HUMAN FLESH! SATAN AND HIS DEMONS HAS ___ CHANGED AND REDEFINED____THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS NOT GOD ALREADY COME TO EARTH IN THE FLESH TO DESTROY THE PEOPLE IN THIS FALSE CULTS SOULS IN HELL TO BURN THERE FOREVER!

37

# BUDDHISM

(HINAYANA BUDDHISM AND MAYAYANNA BUDDHISM) ------IN HINAYANA BUDDAHISH, THERE IS NO god AS WE CONCEIVE OF GOD....... THE FOLLOWERS OF MAHAYANA BUDDHISM TENDS TO DEIFY BUDDHA. THEIR IDEA OF GOD , HOWEVER, HAS NO SUCH COMPRENHENSIVE ATTIBUTEES AS HAS THE CHRISTIAN GOD. THIS RULES OUT CHRIST AS A DIETY. (RELGIONS IN A CHANGING WORLD, HOWARD F. VOS ED.) BUDDHISM IS 100% WRONG WHEN THEY SAY THEAT THERE IS NO GOD! ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NON-LIFE OR NOTHING! GENESIS 1:1 SAYS:IN    THE BEGINNING GOD CREATED THE HEAVEN AND THE EARTH SO WE GOD THAT THERE IS A GOD BY NATURE AND THE RELIGION OF BUDDHISM IS 100% OF SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE AND THE PEOPLE IN BUDDHISM THAT BELIEVE THE DOCTRINE OF BUDDHISM ARE NOT IN THEIR RIGHT MIND AND ARE CONTROLLED OR POSSESSED BY SATAN BY THE AUTHORITY OF THE HOLY BIBLE! THERE ARE OTHER TYPES OF BUDDHISM ALSO. BUDDHISM IS INVOLVED IN THE OCCULT OF SATAN AND THEY DEAL WITH BLACK MAGIC ALSO IN VIOLATION OF THE HJOLY BIBLE! NO PERSON IN THEIR RIGHT MIND WOULD BE IN THIS SATANIC RELIGION OF SATAN. BUDDHISM IS SO CONTROLLED BY SATAN THAT THEY __DO NOT EVEN HAVE A COUNTERFIET JESUS CHRIST ____WHO IS NOT GOD COME TO EARTH IN HUMAN FLESH!

BUDDHIS IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THAT THERE IS NO GOD AND TEND TO DEIFY BUDDHA AS GOD. THEY REJECT AND DENY THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH TO SAVE THEIR SOULS FROM HELL IF THEY ASK HIM TO SAVE THEM FROM HELL AND BUDDHISM DOES NOT SPEAK ACCORDING TO THE LAW OR TESTAMENT OF THE HOLY BIBLE AND THERE IS NO LIGHT IN THIS FALSE RELIGION OF SATAN.

THE PERSON OR PROPHET OF BUDDHISM WHICH HAS THAT THERE IS NO GOD IS IN VIOLATION OF DEUTERONOMY 18:22.

38

# BUDDHISM

THE PROPHET OF BUDDHISM THAT SAYS THERE IS NO GOD  IS ALSO IN VIOLATION OF JEREMIAH 28:9, AND I SAMUEL 9:6 BECAUSE WHAT THAT PROPHET OR PERSON SAID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH MAKES THIS A FALSE PROPHET OF SATAN.

THE SPIRIT THAT TOLD  THE PERSON OR OPROPHET OF BUDDHISM  THAT THERE IS NO GOD  **DID NOT CONFESS THAT JESUS IS THE CHRIST, THE SON OF GOD ALREADY COME TO EARTH IN HUMAN FLESH TO SAVE YOUR SOUL FROM HELL IF YOU ASK HIM TO SAVE YOU AND THAT PERSON IS IN VIOLATION OF 1ST, JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN  1:7 WHICH IS PROOF THAT  THIS WAS A DEMONIC SPIRIT OF SATAN.**

SATAN HAS DESTROYED THE PEOPLE SOULS IN HELL TO BURN THERE FOR EVER BY KEEPING THEM FROM READING AND STUDYING THE HOLY REGULARLY AND BY KEEPING THEM FROM HEARING CHRISTIAN BIBLE TEACHING AND PREACHING REGULARLY SO THEY CAN NOT GET ENOUGH  FAITH TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL! YOU MUST ALSO LEARN HOW TO PRAY TO GOD DAILY OR REGULARLY AND LEARN HOW TO PRAYER IN THE SPIRIT WITHOUT CEASING TO GOD WHICH WILL DEFEAT SATAN, HIS DEMONS, AND HIS PEOPLE 100% OF THE TIME.

SATAN, HIS DEMONS , AND HIS PEOPLE HAS _____NO JESUS CHRIST AT ALL ON THE BIBLE DOCTRINE AT ALL AND THEY ARE 100% DEMON CONTROLLED OR POSSESSED _____BY  THE AUTHORITY OF THE HOLY BIBLE.

BUDDHIS DOES NO EVEN HAVE A COUNTERFIET JESUS CHRIST IN THEIR FALSE RELIGION OF SATAN WHICH PROVES THEY ARE 100% CONTROLLED BY SATAN AND HIS DEMONS!IF YOU ARE IN THIS FALSE BUDDHISM RELIGION YOU MUST GET OUT OF IT AND GET SAVED BY THE  BLOOD OF THE REAL JESUS CHRIST WHO DIED ON THE CROSS AT CALVARY  TO SAVE YOUR SOUL FROM HELL  OR BURN IN HELL FOREVER!

39

# CHRISTIAN SCIENTISTS

FOUNDER: MARY BAKER EDDY. JESUS WAS A MERE MAN WHO DEMOSTRATED THE CHRIST ( I.E., A DIVINE IDEA) IT DOESN'T MATTER WHETHER CHRIST EVER EXISTED AND HIS BLOOD DOESN'T CLEANSE FROM SIN.( SCIENCE AND HEALTH WITH KE-YS TO THE SCRIPURES, THE FIRST OF CHRIST SCIENCETIST AND MISCELLANY, BOTH BY MARY BAKER EDDY>

CHRISTIAN SCIENCE IS NEITHER CHRISTIAN NOR SCIENCE, BUT ANOTHER FALSE CULT OF SATAN WHICH WILL DESTOY YOUR SOUL IN HELL TO BURN THERE FOREVER IF YOU DO NOT GET THE FORGIVENESS OF ALL YOUR SINS AND GET SAVED BY THE REAL JESUS CHRIST WHO DID ON THE CROSS TO SAVE YOUR SOUL FROM HELL IF YOU ASK HIM TO SAVE YOU.

CHRISTIAN SCIENCE IS IN VIOLATION OF ISAIAH 8:20 WHEN MARY BAKER EDDY SAYS JESUS IS OR WAS A DIVINE IDEA AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN.

MARY BAKER EDDY IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9 AND I SAMUEL 9:6 WHERE HER PROPHECIES OR SAYING DID NOT FOLLOW TO HAPPEN OR COME TO PASS AND SHE WAS 100% WRONG ON HER PROPHENCIES WHICH MAKES HER A PERSON WHO IS NOT IN HER RIGHT MIND AND IS CONTR-OLLED BY SATAN AND HIS DEMON S BY THE AUTHORITY OF THE HOLY BIBLE!

THE SPIRIT THAT TOLD MARY BAKER EDDY THAT JESUS CHRIST WAS A DIVINE IDEA DID NOT CONFESS THAT **JESUS IS THE CH-RIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH** TO SAVE EVER PERSON IN THE WORLD SOULS FROM HELL IF THEY ASK HIM TO FORGIVE THEM OF HEIR SINS AND SAVE THEIR SOUL FROM HELL! MARY BAKER EDDY WAS NOT IN HER RIGHT MIND AS THE MAN IN MARK 5:15 WAS NOT IN HIS RIGHT MIND WHEN HE WAS CONTROLLED BY A LEGION OF DEMONS! SATAN HAS CHANGED AND REDEFINE THE MEANING OF JESUS CHRIST TO MEAN HE IS NOT GOD COME TO EARTH!

40

# FREEMASONRY

WE TELL THE SINCERE CHRISTIAN THAT JESUS OF NARARETH WAS BUT A MAN LIKE US. ( MORALS AND DOGMAS BY ALBERT PIKE IN HOW TO RESPONDGE TO THE LODGE)

FREEMASONRY IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THAT JESUS CHRIST WAS BUT A MAN LIKE US AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN. JESUS IS THE CHRIST AND HE IS GOD COME TO EARTH IN HUMAN FLESH TO SAVE YOUR SOUL FROM HELL AND FREEMASONRY DOES NOT SPEAK ACCORDING TO THE LAW AND TESTAMENT OF THE HOLY BIBLE ON THE BIBLE DOCTRINE OF JESUS CHRIST .

ALBERT PIKE SAYING THAT JESUS WAS A MAN LIKE US DID NOT FOLLOW TO HAPPEN OR COME TO PASS AND HIS IS 100% WRONG ON THE DOCTRINE OF JESUS CHRIST AND NOT 100% RIGHT WHICH PROVES HE IS DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS AND HE IS NOT IN HIS RIGHT MIND IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 WHICH MAKES HIM A FALSE PROPHET OR PERSON OF SATAN.

THE SPIRIT THAT SPOKE TO ALBERT PIKE **DID NOT CONFESS THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND WHO DIED ON THE CROSS AT CALVARY TO SAVE EVERY PERSON SOUL FROM HELL THAT ASK THEM TO SAVE THEM. THE REAL JESUS CHRIST IS THE ONLY ONE THAT CAN SAVE YOUR SOUL FROM HELL AND** NOT THIS COUNTERFIET JESUS CHRIST OF FREEMASONRY JESUS CHRIST WHO WAS BUT A MERE MAN LIKE US!

SATAN AND HIS DEMON HAS CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST IN FREEMANONRY TO MEAN THAT JESUS CHRIST IS BUT A MERE MAN LIKE US IS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 AND MR. PIKE IS NOT IN HIS RIGHT MIND TO BELIEVE SATAN ACCORDING TO THE BIBLE WHICH IS 100% TRUTH WITH ZERO ERRORS.

41

# HARE KRISHNA

FOUNDER: CHAITANYA MAHAPRABHU. ALSO CALLED INTERN-ATIONAL SOCIETY OF KRISHNA CONSCIOUSNESS (ISKCON) TO THE KRISHNAITE, THE WORLD IS NOT REAL .IT'S ILLUSION. SAL-VATION COMES BY CHANTING THE NAME OF THEIR GOD, HARE KRISHNA, AT LEAST 1, 728 TIMES DAILY . THEY BELIEVE IN THE LITERAL INTERPRETATION OF THE HINDU SCRIPTURES. THEY CONSIDER JESUS AS ONE OF THEIR GURUS.

FOUNDER MAHAPRABHU SPEAKS NOT ACCORDING TO THE LAW AND TESTAMENT OF ISAIAH 8:20 WHEN HE SAYS THAT JESUS CHRIST IS ONE OF THEIR GURUS AND SALVATION COMES BY CHANTING HARE KRISHNA THEIR GOD 1,728 TIMES DAILY WHI-CH PROVES THEIR FOUNDER IS NOT IN HIS RIGHT MAN AS THE MAN IN MARK 5:15 WAS NOT IN HIS RIGHT MIND WHEN HE WAS POSSESSED WITH A LEGION OF DEMONS. (EPHESIANS :8-9 SAYS: FOR BY GRACE ARE YE SAVED THROUGH ____FAITH____; AND THAT NOT OF YOURSELVES; IT IS THE GIFT OF GOD: NOT OF WORKS, LEST ANY MAN SHOULD BOAST>

FOUNDER MAHAPRABHU SAYING DID NOT FOLLOW TO HAPPEN OR COME TO PASS AND WAS NOT 100% RIGHT, BUT 100^ WRONG WHEN HE SAID JESUS CHRIST WAS ONE OF THEIR GURUS AND THAT SALVATION COMES BY CHANTING THE NAME OF THEIR GOD HARE KRISHNA 1,728 TIMES A DAY IN VIOLATION OF DEUT-ERONOMY 18:22, JEREMERIAH 28:9, AND 1ST SAMUEL 9:6 WHICH PROVES THE FOUNDER WAS NOT IN HIS RIGHT MIND AND IS DE-MON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE!

THE SPIRIT THAT TOLD FOUNDER NAHAPRABHU THAT JESUS WAS ONE OF THEIR GURUS AND THAT YOU ARE SAVED BY CHANTING HARE KRISHNA THE NAME OF THEIR GOD 1,728 TIMES DAILY IS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH MAKES THIS A DEMONIC SPIRIT OF SATAN AND HIS DEMONS WHICH WILL DESTROY YOUR SOUL IN HELL IF YOU DO NOT GET SAVED!

# VICTORY IN JESUS

## ISLAM

JESUS WAS A PROPHET OF ALLAH, BUT WAS SUPERSEEDED BY MUHAMMAD'S TEACHING AND AUTHORITY.

ISLAM IS IN VIOLATION OF ISAIAH 8:20 AND THERE IS NO LIGHT IN THIS FALSE RELIGION OF ISLAM! MUHAMMAD SAYS THAT HE SUPERSEDED JESUS ON TEACHING AND AUTHORITY IS 100% INVIOLATION OF ISAIAH 8:20 AND MUHAMMAD'S DOES NOT SPEAK ACCORDING TO THE HOLY BIBLE O THE DOCTINE OF JESUS CHRIST. JESUS CHRIST ROSE FROM THE GRAVE 3 DAYS AFTER HE WAS MURDERED ON THE CROSS BY THE JEWS WHILE MUHAMMAD'S NEVER ROSE FROM THE GRAVE!

MUHAMMAD'S IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9 AND I SAMUEL 9:6 WHEN HE SAYS HE SUPERSEDED JESUS CHRIST ON THEACHING AND AUTHORITY WHICH IS 100% WRONG AND NOT 100% RIGHT AND WHAT HE SAID DID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH IS 100% PROOF THAT HE IS A FALSE PROPHET OF SATAN AND HE WAS NOT IN HIS RIGHT MIND WHEN HE SAID THAT HE SUPERSEDED JESUS CHRIT ON TEACHING AND AUTHORITY. MUHAMMAD WAS DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE AND MUHAMMAD HAS BEEN PROBABLY BURNING IN HELL NOW FOR HUNDRED OF YEARS AND HE WILL RECEIVE THE GREATER DAMNATION OF HELL BECAUSE HE DESTROYED PROBABLY MILLIONS OF HUMAN SOULS IN HELL FOR SATAN AND HIS DEMONS.

THE SPIRIT THAT SPOKE TO MUHAMMAD DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH PROVES MUHAMMAD WAS CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS. ISLAM HAS A COUNTERFIET JESUS CHRIST WHO IS NOT GOD ALREADY COME TO EARTH IN HUMAN FLESH.

43

# JEHOVAH'S WITNESSES

JESUS IS A CREATED BEING, MICHAEL, THE FIRST CREATION OF JEHOVAH AND THE SON OF GOD.

A CREATED BEING CAN NOT BE GOD AND ONLY THE CREATOR CAN BE GOD AND THE JEHOVAH WITNESSES ARE IN VIOLATION OF ISAIAH 8:20 ON THE BIBLE DOCTRINE OF GOD WHEN THEY SAY THAT JESUS IS A CREATED BEING MICHAEL THE FIRST CREATION OF JEHOVAH, AND THE SON OF GOD AND THEY DO NOT SPEAK ACCORDING TO THE LAW AND TESTAMENT OF ISAIAH 8:20 AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN.

THE PERSON OR PROPHET THAT SAID THAT JESUS CHRIST WAS A CREATED BEING MICHAEL THE FIRST CREATION OF JEHOVAH AND THE SON OF GOD SAYING DID NOT FOLLOW TO HAPPEN OR COME TO PASS AND WAS 100% WRONG AND NOT 100%   RIGHT IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 WHICH IS PROOF THAT THESE JEHOVAH'S WITNESSESS ARE FALSE PROPHETS OF SATAN.

THE SPIRIT THAT SPOKE TO THE JEHOVAH'S WITNESSES PROPHETS **DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH   IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH MAKES THESE PROPHETS OR PEOPLE FALSE PROPHETS OF SATAN AND HIS DEMONS NOT IN THEIR RIGHT MIND!**

HEBREWS 1:8 SAYS: BUT UNTO THE SON HE SAITH **THY THRONE, O GOD, IS FOREVER AND EVER: A SCEPTRE OF RIGHTEOUSNESS IS THE SCEPTURE OF THY KINGDOM.** GOD THE FATHER CALLS JESUS CHRIST THE SON GOD WHICH IS 100% PROOF THAT JESUS CHRIST IS NOT A CREATED BEING, NOT MICHAEL, AND NOT THE FIRST CREATION OF JEHOVAH GOD! THIS DESTROYED THE **JEHOVAH WINTESS'S RELIGION FOREVER. THE FALSE RELIGIONS ARE STARTED AND KEPT GOING ON MAINLY FOR THE MONEY AND POWER THEY RECEIVED FROM THEM!!** 44

# VICTORY IN JESUS

## JEHOVAH'S WITNESSES

THE JEHOVAH'S WITNESS DOCTRINE OF JESUS CHRIST SAYS THAT ONLY AT THE TIME WHEN JESUS WAS BAPTIZED DID HE BECOME THE CHRIST OR MESSIAH IN VIOLATION OF ISAIAH 8:20 AND THE JEHOVAH WTNESSES ARE 100% WRONG ON THE DOCTRINE OF JESUS CHRIST AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN AND THEY ARE NOT IN THEIR RIGHT MIND OF THE DOCTRINE OF JESUS CHRIST. LET LOOK AT THE FLIP FLOP OF THE JEHOVAH WITNESSES.

JESUS-THE FIRST OF GOD'S CREATION IS CONSIDERED TO BE MICHAEL THE ARCHANGEL THE FIRST CREATION OF JEHOVAH GOD OR GOD THE FATHER; HE IS ONLY A PERFECT MAN. **THERE IS NO PLACE IN THE BIBLE THAT SAYS THAT JESUS CHRIST IS MICHAEL THE ARCHANGEL AND THE JEHOVAH WITNESS ARE 100% LIARS AGAIN IN VIOLATION OF ISAIAH 8:20, DEUTERONOMY 18:22, JEREMIAH 28:9 AND 1ST JOHN 4:1-3.**

**THE JEHOVAH WITNESS SAY THAT THERE IS NO ETERNAL PUNISHMENT IN HELL IN VIOLATION OF LUKE 16:19-31. ALL PEOPLE IN HELL ARE TORNMENT IN HELL FOREVER WITH THE GREATER DAMNATION OF HELL. THE JEHOVAH'S WITNESSES ARE NOT SAVED AND THEY WILL BURN IN HELL FOR EVER IF THEY DO NOT GET SAVED!**

**THE JEHOVAH WITNESSES DENY THE BODILY RESURRESTION OF JESUS CHRIST IN VIOLATION OF MATTHEW 28:6 WHICH SAYS THAT HE IS NOT HERE FOR HE IS RISEN! THEY SAY THAT JESUS CHRIST WAS RAISED AS A SPIRIT. THESE VERSES DESTROYS THE WHOLE FALSE CULT OF THE JEHOVAH'S WITNESSES FOR EVER WHICH PROVES BY THE BIBLE THAT THEY ARE DEMON CONTROLLED OR POSSESSEES BY SATAN AND HIS DEMONS AND THEY ARE NOT IN THEIR RIGHT MINDS BY THE AUTHORITY OF THE HOLY BIBLE!**

45

# MORMONS

FOUNDER: JOSEPH SMITH; PROPHET BRINGHAM YOUNG; ALSO CALLED THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS. **JESUS IS A PRE-EXISTENT SPIRIT, ALSO THE FATHER, ONE OF MANY GODS, ____JESUS WAS THE CHILD OF ADAM AND MARY___AND NOT THE HOLY SPIRIT AND MARY. THEREFORE CHRIST WAS GOD MAN, AND MEN CAN BE JUST LIKE HIM.( MORMAN DOCTRINE, BRUCE MCCONKIE)**

**MAN WILL NEVER BE GOD BECAUSE GOD HAS RESERVED THIS RIGHT FOR HIMSELF ONLY. GENESIS** CHAPTER 3 IS WHERE SATAN LIED TO ADAM AND EVE AND DECIEVED THEM INTO DISOBEYING GOD BY LIEING TO THEM AND SAID IF THEY WOULD EAT OF THE FORBIDDEN FRUIT THAT THEY WOULD NOT DIE AND THEY DIED SPIRITUAL THEN AND PHYSICAL MANY YEARS LATER AND DEFEATED THEM AND THEY BROUGHT A CURSE ON ALL MANKIND. ALL MEN BORN AFTER ADAM AND EVE ARE BORN IN SINNED INHERITED FROM ADAM AND EVE.

ROMANS 3:10 SAYS: AS IT IS WRITTEN THERE IS NONE RIGHTEOUS NO NOT ONE! ROMANS 3;23 SAYS: FOR ALL HAVE SINNED AND COME SHORT OF THE GLORY OF GOD! ROMANS 6:23 SAYS: FOR THE WAGES OF SIN IS DEATH, BUT THE GIFT OF GOD IS ETERNAL LIFE THROUGH JESUS CHRIST OUR LORD!

**MATTHEW 1:18 SAYS: NOW THE BIRTH OF JESUS CHRIST WAS ON THIS WISE: WHEN AS HIS MOTHER MARY WAS ESPOUSED TO JOSEPH , BEFORE THEY CAME TOGETHER, SHE WAS FOUND WITH CHILD OF THE HOLY GHOST! THE HOLY GHOST IS THE FATHER OF JESUS CHRIST AND NOT ADAM THE FIRST OF THE HUMAN RACE AND THE MORMONS ARE NOT IN THEIR RIGHT MIND WHEN THEY TEACH THAT ADAM AND MARY ARE THE PARENTS OF JESUS CHRIST. THE MORMANS TAUGHT THIS DOCTRINE FOR MANY YEARS, BUT CHANGED IT TO MAKE PEOPLE BELIEVE THIS DOCTRINE OF SATAN.**

46

# MORMONS

THE MORMONS ARE IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THAT JESUS CHRIST'S PARENTS WERE **ADAM AND MARY AND NOT THE HOLY GHOST AND MARY IN VIOLATION OF MATTHEW 1:18 AND THERE IS NO LIGHT IN THIS FALSE CULT OF MORMONS !**

THE MORMON PROPHET OF PERSON THAT SAID THAT JESUS CHRIST'S PARENTS WERE ADAM AND MARY AND NOT THE HOLY GHOST AND MARY WAS NOT 100% RIGHT ON THIS PROPHENCY, BUT 100% WRONG AND WHAT HE SAID DID NOT FOLLOW TO HAPPEN OR COME TO PASS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28;9, AND 1ST SAMUEL 9:6 WHICH MAKES ALL THE MORMAN PROPHETS FALSE PROPHETS OF SATAN BY THE AUTHORITY OF THE HOLY BIBLE.

THE SPIRIT THAT TOLD JOSEPH SMITH THAT JESUS CHRIST PARENTS WERE ADAM AND MARY AND NOT THE HOLY GHOST AND MARY DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH WAS A DEMONIC LIEING SPIRIT OF SATAN IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1;7 WHICH IS 100% THAT THIS IS A DEMONIC SPIRIT OF SATAN AND HIS DEMONS!

LETS LOOK AT OTHER FALSE TEACHING OF THE MORMONS!

GOD WAS ONCE A MAN WHO PROGRESSED UNTIL HE BECAME GOD! THIS IS 100% A LIE BY THE MORMONS. MAN WILL NEVER BE GOD NOT EVEN IN HEAVEN IF THEY ARE SAVED! GOD HAS RESERVED THIS RIGHT FOR HIMSELF ONLY. HE (GOD) HAS A BODY AS TANGIBLE AS MAN'S , THEREFORE HE IS NOT ONMI-PRESENT (ANOTHER LIE) THERE ARE MANY gods. THERE IS ONLY ONE GOD IN THREE PERSON WHO IS FATHER, SON, AND HOLY GHOST.

47

## SCARED MUSHROOM OF THE CROSS-------

LEADER: JOHN ALLEGRO- CHRIST WAS A MUSHROON. (SACRED MUSHROON OF THE CROSS)

THE SCARED MUSHROOM OF THE CROSS IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY JESUS CHRIST WAS A MUSHROON AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN. THIS IS BLASPHEMY BY THIS FALSE CULT. YOU MUST BE AWARE THAT GOD MAY PUNISH JOHN ALLEGRO VERY SEVERELY FOR THIS.

JOHN ALLEGRO SAYING THAT JESUS CHRIST IS OR WAS A MUS-HROOM ROOM DID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH WAS 100% WRONG AND NOT 100% RIGHT IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 WHICH MAKE JOHN ALLEGRO A FALSE PROPHET OF SATAN AND NOT IN HIS RIGHT MIND!

THE SPIRIT THAT TOLD JOHN ALLEGRO THAT JESUS CHRIST WAS A MUSHROOM WAS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH IS 100% PROOF BY THE AUTHORI-TY OF THE HOLY BIBLE THAT THE SACRED MUSHROOM OF THE CROSS IS NOT IN HIS RIGHT MIND AND IS DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE BIBLE!

SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS A MUSHRO-OM AND NOT GOD WHO HAS COME TO EARTH IN HUMAN FLESH.

I ALLEGE THE PARENTS OF JOHN ALLEGRO DID NOT REAR HIM UP TO OBEY GOD'S LAWS AND GOD'S COMMANDMENT IN THE HOLY BIBLE BY DEUTERONOMY 6:7-9 AND DESTROYED HIS SOUL IN HELL TO BURN THERE FOREVER IF HE DOES NOT GET SAVED. HIS PARENTS I ALLEGE DID NOT BEAT JOHN ALLEGRO WITH THE ROD BY PROVERBS 23:13-14 WHEN HE BROKE GOD'S LAWS AND GOD'S COMMANDMENT IF THE HOLY BIBLE AND DESTROYED HIS SOUL IN HELL TO BURN THERE FOREVER IF HE DOES NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR HIS VERY OWN SOUL!     48

# SHINTOISM

DEITY IS SPIRIT, WITHOUT FORM, UNKNOWABLE...CHANGELE-
SS, ETERNAL, EXISTING FROM THE BEGINNING OF HEAVEN
AND EARTH. UP TO THE PRESENT , UNFATHOMABLE,, INFINITE.
(SOURCE OF JAPANESE TRADITION, VOL. 1, ED. WILLIAM
THEODORE DE BARY)

SHINTOISM DOES NOT SPEAK ACCORDING TO THE LAW AND
TESTEMENT OF ISAIAH 8:20 WHEN THEY SAY DIETY IS SPIRIT,
WITHOUT FORM, UNKNOWABLE, CHANGELESS, ETERNAL, EXIS-
TING FROM THE BEGINNING OF HEAVEN AND EARTH AND
THERE IS NO LIGHT IN THIS FALSE RELIGION OF SATAN.

THE PERSON THAT TOLD SHINTOISM THAT GOD IS UNKNOWAB-
LE DID NOW FOLLOW TO HAPPEN OR COME TO PASS AND WAS
100% WRONG AND NOT 100% RIGHT IN VIOLATION OF DEUTERO-
NOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 WHICH MAKES
THE SHINTOISM PROPHETS FALSE PROPHETS OF SATAN  THAT
ARE CONTROLLED BY SATAN AND HIS DEMONS.

THE SPIRIT THAT TOLD THE PERSON OR PROPHET THAT GOD IS
UNKNOWABLE DID NOT CONFESS THAT JESUS IS THE CHRIST
AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN
FLESH TO SAVE ALL THE PEOPLE IN SHINTOISM FROM HELL
IF THEY ASK HIM TO SAVE THEM IN VIOLATION OF 1ST JOHN 2:22,
1ST JOHN 4:1-3, AND 2ND HJOHN 1:7 WHICH PROVES THIS WAS A
DEMONIC SPIRIT OF SATAN OR HIS DEMONS.

SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED  THE
MEANING IN SHINTO TO LEAVE OUT JESUS CHRIST  AND TO
MEAN THAT JESUS IS THE CHRIST AND THAT HE IS GOD
ALREADY COME TO EARTH IN THE FLESH TO DESTROY THEIR
SOULS IN HELL TO BURN THERE FOREVER. SHINTOISM IS SO
100% DECIEVED BY SATAN THAT THEY DO NOT HAVE ANY JESUS
CHRIST AT ALL IN SHINTOISM MUCH LESS THE REAL JESUS
CHRIST WHO IS GOD ALREADY COME TO EARTH IN HUMAN FLE-
SH AND DIED ON THE ROSS AT CALVARY IN THEIR PLACE FOR
ALL THEIR SINS IF THEY GET SAVED BY THE REAL JESUS.

49

# SPIRITUALISTS

JESUS WAS AN OUTSTANDING JEWISH MEDIUM . (KINGDOM OF THE CULTS, WALTER MARTIN)

SPIRITUALISTS IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THAT JESUS CHRIST WAS AN OUTSTANDING JEWISH MEDIUM AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN!

I CHRONCILES 10:13-14 SAYS THAT GOD KILLED KING SAUL THE 1ST KING OF ISERAL FOR SEEKING COUNSEL OF A MEDIUM WHO WAS THE WITCH OF ENDOR! THE BIBLE TELLS US THAT A WITCH SHOULD NOT LIVE. A MEDIUM IS A PERSON MAN OR WOMAN THAT COMMUNICATES TO SATAN AND HIS DEMONS THROUGH THE MANY SPIRITUAL DEVICES OF SATAN AS SEANCES, PLAY-ING OUIJA BOARDS, ASTROLOGY, CRYSTAL BALLS, SPEAKING IN THE UNKNOWN TOGUE WHICH IS **SELF INDUCED BY THE PER-SON THAT SPEAKS IN TONGUES OR IS DONE BY SATAN AND HIS DEMONS TO DECIEVE YOU AND TO DESTROY YOUR SOUL IN HELL! THERE ARE MANY SPIRITUAL DEVICES OF SATAN WHICH I WILL NOT GO AT THIS TIME AND YOU MUST NEVER ATTEND ANY SPIRITUAL DEVICES OF SATAN.**

**II CHRONCILES 10:13-14 THAT SAUL COMMITTED SINS UNTO DEATH BY GOING TO A MEDIUM WHICH WAS THE WITCH OF ENDOR IN I SAMUEL CHAPTER 28 AND GOD KILLED HIM FOR THIS SPIRITUAL SIN.**

I CHRONCILES 10:13-14 SAYS: SO SAUL DIED FOR HIS TRANSG-RESSION WHICH HE COMMITTED AGAINST THE LORD, EVEN __ AGAINST THE WORD OF THE LORD WHICH HE KEPT NOT, AND ALSO FOR **ASKING COUNSEL OF ONE THAT HAD A FAMILIAR (DEMONIC SPIRIT) SPIRIT, TO ENQUIRE OF IT, AND ENQUIR-ED NOT OF THE LORD THEREFORE HE SLEW HIM , AND TU-RNED THE KINGDOM UNTO DAVID THE SON OF JESSE.**

50

# SPIRITUALISTS

GOD KILLED KING SAUL THE 1ST KING OF ISERAL FOR **NOT KE-**
**EPING THE WORD OF GOD AND FOR ASKING COUNSEL OF**
**ONE  THAT HAD A FAMILIAR SPIRIT (DEMONIC SPIRIT )  TO**
**ENQUIRE OF IT.  THIS IS IN I SAMUEL 28  AND HE ONLY WENT**
**ONE TIME  AND HE COMMITTED A SIN UNTO DEATH!  KING**
**SAUL ALSO LOST HIS KINGDOM  AND GOD GAVE IT TO DAVID.**

**THE BIBLE TELLS US THAT CHRISTIAN CAN COMMITT  SIN**
**UNTO DEATH BECAUSE ONCE YOU ARE SAVED YOU ARE SA-**
**VED FOREVER AND THAT YOU CAN NEVER LOSE YOUR SALV-**
**ATION  AND THAT YOU HAVE ETERNAL SECURITY!**

**NONCHRISTIAN  CAN NOT ONLY COMMITT SINS UNTO DEA-**
**TH, BUT ALSO SINS UNTO DEATH AND HELL TO BURN THERE**
**FOREVER IF YOU DO NOT SAVED AND WIN THIS UNSEEN SPIR-**
ITUAL WAR FOR YOUR VERY OWN SOUL!

THE PERSON OR PROPHET  THAT SAID THAT JESUS WAS  AN OUT-
STANDING JEWISH  DID NOT FOLLOW TO HAPPEN OR COME TO
PASS AND WAS NOT 100% RIGHT, BUT 100% WRONG IN VIOLAT-
ION OF DEUTERONOMY 18:22, JEREMERIAH 28:9, AND I SAMUEL
9:6  WHICH MAKES THIS A FALSE PROPHET OF SATAN.

THE SPIRIT THAT SPOKE  TO THE SPIRITUALS  PERSON OR PRO-
PHET  **DID NOT CONFESS THAT JESUS IS THE CHRIST AND**
**THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLE-**
**SH  AND IS IN VIOLATION OF 1ST JOHN 2:22, 1ST   JOHN 4: 1-3,**
**AND 2ND JOHN 1:7 WHICH IS 100% PROOF THAT THIS IS A DE-**
**MONIC SPIRIT OF SATAN.**

SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED THE
MEANING OF JESUS CHRIST TO MEAN THAT HE IS  AN OUTSTAN-
DING JEWISH MEDIUM  WHEN JESUS IS THE CHRIST WHO IS GOD
ALREADY COME TO EARTH IN HUMAN FLESH! SATAN AND HIS
DEMONS CAN CONFESS THAT JESUS IS THE SON OF GOD AND
THAT HE IS SAVIOUR OF THE WORLD!

51

# SPIRITUALISTS

SATAN AND HIS DEMONS _____ CAN NOT CONFESS THAT JESUS IS THE CHRIST___ WHO IS GOD ALREADY COME TO EARTH IN HUMAN FLESH. **THE        ONLY LIMITATION        THAT GOD HAS PUT ON SATAN AND HIS DEMONS IS THAT  THEY CAN NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH!**

**THE DEMONIC SPIRITS THAT SPEAK IN THE UNKNOWN TON-GUE AND THE OTHER SPIRITUAL CAN CONFESS THAT JESUS IS THE SON OF GOD AND SAVIOUR OF THE WORLD, BUT THEY CAN NOT CONFESS THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH TO SAVE YOUR SOUL FROM HELL IF YOU ASK HIM TO SAVE YOU FROM HELL!**

**SALVATION FOR YOUR SOUL IS CONDITIONAL AND NOT  UNC-ONDITIONAL!  YOU MUST DO SOMETHING TO     WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL!**

YOU MUST BE BORN AGAIN  IN THE SPIRIT  TO WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN, HIS DEMONS, AND HIS PEOPLE FOR YOUR VERY OWN SOUL  AND LIVE IN HEAVEN FOR ALL ET-ERNITY WHEN YOU DIE.

**YOU MUST     NEVER     GET INVOLVED IN ALL THESE SPIRI-TUAL  DEVICES OF SATAN  UNLESS GOD HAS CALLED YOU DIRECTLY TO DO SO BECAUSE IT IS SO EVIL  AND WICKED! YOU MUST BE 100% DIRECTLY CALLED BY GOD FOR THIS MINISTRY  AGAINST SATAN BECAUSE EHE WILL ATTACK YOU CONSTANTLY. YOU MUST BE SAVED AND YOU MUST READ AND STUDY THE HOLY BIBLE OFTER AND PRAY THREE OR MORE TIMES DAILY  TO BE IN THIS MINSTRY AGAINST SA-TAN AND HIS DEMONS.  SATAN AND HIS DEMONS CAN NOT BE SAVED BECAUSE THEY HAVE ALREADY BEEN SENTENCED TO BURN IN HELL FOREVER AT JUDGEMENT DAY!**

# STILL POINT INSTITUTE

LEADER: SUJATA: CHRIST IS AN EVOLUTIVE GOD, A COSMIC CHRIST. A HEAVY INFLUENCE OF ZEN BUDDHISM NEGATES A PERSONAL GOD. ( THE STILL POINT, WILLIAM JOHNSON)

STILL POINT INSTITUTE IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY CHRIST IS A EVOLUTIVE GOD, A COSMIC CHRIST AND THERE IS NO LIGHT IN THIS FALSE CULT.

WILLIAM JOHNSON SAYING THAT THAT JESUS CHRIST IS A EVOLUTIVE GOD, A COSMIC CHRIST IS NOT 100% RIGHT, BUT 100% WRONG AND HIS SAYING DID NOT FOLLOW TO HAPPEN OR COME TO PASS IN VIOLATION OF DEUTERONOMY 18:22, JEREM-ERIAH 28:9, AND 1ST SAMUEL 9:6 WHICH IS 100% THAT THIS IS A FALSE CULT OF SATAN.

THE SPIRIT THAT SPOKE TO WILLIAM JOHNSON DID NOT CON-FESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREA-DY COME TO EARTH IN HUMAN FLESH IN VIOLATION OF 1ST JO-HN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH IS 100% PROOF THAT THIS IS A DEMONIC SPIRIT OF SATAN BY THE AUTHORITY OF THE HOLY BIBLE!

SATAN AND HIS DEMONS HAS CHANGED AND REFINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS AN EVOLUTI-VE GOD AND A COSMIS CHRIST TO DESTROY THE PEOPLE IN THIS FALSE CULT SOULS IN HELL IF THEY DO NOT GET SAVED!

IF YOU HAVE OR HAVE SEEN A COUNTERFIET $100.00 BILL YOU CAN BE SURE THAT THERE WAS A REAL $100.00 BILL SOMEWHE-RE BECAUSE SOMEONE HAD TO HAVE A REAL $100.00 TO COPY THE COUNTERFIET $100.00 BILL FROM! THIS IS 100% PROOF TH-AT THERE IS A REAL JESUS CHRIST BECAUSE SATAN AND HIS DEMONS HAD TO USED THE REAL JESUS CHRIST TO COPY OR TO COUNTERFIET ALL THESE COUNTERFIET JESUS CHRIST OF SAT-AN FROM.

53

# THE WAY

FOUNDER/ LEADER : VICTOR PAUL WIERWILLE: A VERY CLOSE COUNTERFIET OF CHRISTIANITY. THEY BELIEVE IN GOD, THE BIBLE, JESUS CHRIST, SALVATION, AND ETERNAL LIFE, BUT NO TRINITY. JESUS IS NOT GOD, AND THE SPIRIT IS A SYNONYM FOR GOD. ( JESUS IS NOT GOD, VICTOR PAUL WIERWILLE)

THE WAY DOES NOT SPEAK ACCORDING TO THE LAW AND TESTAMENT OF THE HOLY BIBLE AND IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THAT JESUS IS NOT GOD AND THERE IS NO LIGHT IN THIS FALSE CULT.

LEADER VICTOR PAUL WIERVILLE SAYING THAT JESUS IS NOT GOD IS 100% WRONG, AND NOT 100% RIGHT AND WHAT HE SAID DID NOT FOLLOW TO HAPPEN OR COME TO PASS WHICH IS IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 WHICH MAKES HIM A FALSE PROPHET THAT IS DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE.

THE SPIRIT THAT SPOKE TO VICTOR PAUL WIERVILLE DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4;1-3, AND 2ND JOHN 1:7 WHICH PROVES THAT THIS IS A DEMONIC SPIRIT OF SATAN.

SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE IS NOT GOD WHEN THE REAL JESUS CHRIST IS GOD ALREADY COME TO EARTH IN HUMAN FLESH TO DIE ON THE CROSS OF CALVARY TO SAVE MY SOUL IN HELL MANY YEARS AGO.

THE WAY HAS A COUNTERFIET JESUS CHRIST WHO IS NOT GOD ALREADY COME TO EARTH IN HUMAN FLESH WHICH WILL DECIEVE YOU AND DESTROY YOUR SOUL IN HELL!

54

## UNITY SCHOOL OF CHRISTIANITY

JESUS WAS A PERFECT MAN INDWELT BY THE CHRIST CONS-
CIOUSNESS PRESENT IN EVERY HUMAN!

UNITY SCHOOL OF CHRISTIANITY IS IN VIOLATION OF ISAIAH
8:20 WHEN THEY SAY THAT JESUS CHRIST CONSCIOUSNESS
IS IN EVERY MAN AND THERE IS NO LIGHT IN THIS FALSE CULT
OF SATAN.

THE PERSON SAYS THAT CHRIST COUNSCIOUNESS IS PRESENT
IN EVERY HUMAN IS NOT 100% RIGHT, BUT 100% WRONG AND
WHAT THEY SAID DID NOT FOLLOW TO HAPPEN OR COME TO
PASS IN VIOLATION OF DEUTERONOMY 18:22, JEREMERIAH 28:9,
AND 1ST SAMUEL 9:6 WHICH PROVES THE PERSON WHO SAID
THIS WAS A FALSE TEACHER OF SATAN BY THE AUTHORITY OF
THE HOLY BIBLE.

THE SPIRIT THAT SAID THAT CHRIST COUNSCIOUSNESS IS PRE-
SENT IN EVERY MAN DID NOT CONFESS THAT JESUS IS THE
CHRIST WHO IS GOD ALREADY COME TO EARTH IN HUMAN
FLESH IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4;1-3, AND 2ND
JOHN 1:7 WHICH PROVES THIS WAS A DEMONIC SPIRIT OF SATAN
BY THE AUTHORITY OF THE HOLY BIBLE.

SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED THE
MEANING OF JESUS CHRIST TO MEAN THAT THE CHRIST CONS-
CIOUSNESS IS PRESENT IN EVERY HUMAN.

THE ____ ONLY LIMITATION THAT GOD HAS PUT ON THE DEM-
ONIC SPIRIT OF SATAN_____ IS THAT THEY CAN NOT CONFESS
THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY CO-
ME TO EARTH IN HUMAN FLESH. THE UNITY SCHOOL OF CHRIST-
IANITY ARE DEMON CONTROLLED OR POSSESSED BY THE AUT-
HORITY OF THE HOLY BIBLE!

55

## WORLDWIDE CHURCH OF GOD

LEADER: HEBERT W. ARMSTRONG: JESUS IS PART OF THE GOD-HEAD (GOD FAMILY) AND MEN CAN BECOME LIKE JESUS AND BE PART OF THE GOD FAMILY---SONS OF GOD. THEY DO NOT BELIEVE IN A CLOSED godhead (TRINITY). THE HOLY SPIRIT IS NOT CONSIDERED A PERSON, BUT THE FATHER AND SON WORK THROUGH IT.

THE WORLDWIDE CHURCH OF GOD IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THAT THE HOLY SPIRIT IS NOT CONSID-ERED A PERSON, BUT THE FATHER AND SON WORK THROUGH IT. THE HOLY SPIRIT IS THE THIRD PERSON OF THE HOLY TRINITY!

HEBERT W. ARMSTRONG SAYING THAT THEY DO NOT BELIEVE IN A CLOSED TRINITY AND THE HOLY SPIRIT IS NOT A PERSON OF THE GODHEAD AND THAT MEN CAN LIKE JESUS AND AND BE PART OF THE GOD FAMILY IN VIOLATION OF DEUTERONOMY 18:22, JEREMERIAH 28:9, AND I1ST SAMUEL 9:6 WHICH IS PROOF THAT HE IS A FALSE PROPHET OF SATAN BY THE AUTHORITY OF THE HOLY BIBLE.

THE SPIRIT THAT TOLD HERBERT W. ARMSTRONG THAT MEN CAN BECOME LIKE JESUS AND BE MEMBERS OF THE GODFAMI-LY IS IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JO-HN 1:7 WHICH IS PROOF THAT HEBERT ARMSTRONG IS DEMON CONTROLLED OR POSSESSED BY SATAN BY THE AUTHORITY OF THE HOLY BIBLE!

SATAN AND HIS DEMON HAS CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST TO MEAN THAT HE CAN BECOME PART OF THE GOD FAMILY. THERE IS NO MAN OR WOMAN THAT WILL EVER BE GOD AS SATAN TOLD EVE IF SHE ATE OF THE FORBIDDEN FRUIT SHE WOULD BE AS GOD AND WOULD NOT DIE. SHE DIED SPIRITUALLY IMMEDIATELY AND SHE DIE PHYSICALLY MANY YEARS LATER. GOD HAS RESERVED THE RIGHT TO BE GOD FOR HIMSELF ONLY.

56

# ZEN BUDDHISM

SINCE ZEN DOES NOT AFFAIRM THE EXISTENCE OF THE LIVING GOD, IT IS NOT ONLY ABSOLUTELY DESTIUTE OF THE SPECIAL REVELATION OF GOD IN HIS WORD, BUT IS WHOLLY ALIEN TO THE GOD OF REVELATION, SAYS LIT SEN-CHANG (THE KINGD-OM OF THE CULTS, WALTER MARTIN)

ZEN BUDDHISM IS IN VIOLATION OF ISAIAH 8:20 WHEN THEY SAY THERE IS NO GOD AND AND THERE IS NO LIGHT IN THIS FALSE CULT OF SATAN. ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NO-THING OR NON LIFE AND THIS IS 100% PROOF THAT THERE IS A GOD BY NATURE AND BY COMMON SENSE. GENESIS 1:1 SAYS: IN THE BEGINNING GOD CREATED THE HEAVEN AND THE EARTH!

THE PERSON OF ZEN BUDDHISM THAT SAYS THAT THERE IS NO GOD SAYING DID NOT FOLLOW TO HAPPEN OR COME TO PASS AND WHAT HE SAID WAS 100% WRONG AND NOT 100% RIGHT WHICH MAKES THIS PERSON A FALSE PROPHET OF SATAN WHO IS ALLEGED DEMON CONTROLLED BY SATAN AND HIS DEMON BY THE AUTHORITY OF THE HOLY BIBLE AND IN VIOLATION OF DEUTERONOMY 18:22, JEREMIAH 28:9, AND 1ST SAMUEL 9:6 WH-ICH PROVES THAT ZEN BUDDHISM IS 100% OF SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE!

THE SPIRIT THAT TOLD THE PERSON OF ZEN BUDDHISM THAT THERE IS NO GOD THUS JESUS CHRIST IS NOT THE SON OF GOD DID NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH IN VIOLATION OF 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 WHICH PROV-ES THESE ARE DEMONIC SPIRITS OF SATAN!

**THE         ONLY LIMITATION         THAT GOD HAS PUT ON TH-ESE EVIL, LIEING, DEMONIC SPIRITS OF SATAN IS THAT THEY CAN CONFESS THAT JESUS IS THE SON OF GOD AND THAT JESUS CHRIST IS THE SAVIOUR OF THE WORLD, BUT THEY CAN NOT CONFESS THAT JESUS IS THE CHRIST!**

57

# VICTORY IN JESUS

## ZEN BUDDHISM

THESE DEMONIC SPIRITS OF SATAN CAN NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY COME TO EARTH IN HUMAN FLESH AND THAT HE DIED ON THE CROSS AT CALVARY TO SAVE EVERY PERSON ON EARTH THAT WILL ASK HIM TO SAVE THEIR SOUL FROM HELL. ZEN BUDDHIS IS 100% IN SATANIC DARKNESS BECAUSE THEY DO NOT EVEN HAVE A JES-US CHRIST AT ALL ON THE BIBLE DOCTINE OF JESU CHRIST NOT EVEN A __COUNTERFIET A JESUS CHRIST! SATAN HAS CLOSED THEIR MINDS AND TURNED THEIR EARS AWAY FROM HEARING THE WORLD OF GOD SO THEY CAN NOT BE SAVED!

SATAN AND HIS DEMONS HAS CHANGED AND REDEFINED THE MEANING OF JESUS CHRIST IN ZEN BUDDHISM TO MEAN TH-AT THERE IS NO GOD TO DESTROY THE PEOPLE IN ZEN BUDDH-ISM SOULS IN HELL TO BURN THERE FOR EVER.

YOU HAVE TO READ AND STUDY THE HOLY BIBLE DAILY OR RE-GULARLY OVER AND OVER AGAIN TO GET ENOUGH__FAITH__ TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL AR FOR YOUR VERY OWN SOUL AND LIVE IN HEAVEN WHEN YOU DIE.

ACTS 4:18 SAYS: **AND THEY CALLED THEM, AND COMMANDED THEM NOT TO SPEAK AT ALL NOR TEACH IN THE NAME OF JESUS. THIS WAS DONE BY THE JEWS TO DESTROY ALL THE JEWS SOUL IN HELL TO BURN THERE FOR EVER!**

**ZEN BUDDHISM IS SO IN TOTAL DARKNESS AND DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE THAT THEY DO NOT HAVE A COUNTERFIET JESUS CHRIST AT ALL ON THE BIBLE DOCTRINE OF JESUS CHRIST AND ZEN BUDDHISM BELIEVERS ARE NOT IN THEIR RIGHT MIND BY THE AUTHORITY OF THE HOLY BIBLE. ZEN BUDDHISM IS INVOLVED IN THE OCCULT OF SATAN.**

## COUNTERFIET JESUS CHRIST'S OF SATAN AND HIS DEMONS

AHMADIYYA MOVEMENT HAS A COUNTERFIET JESUS CHRIST WHO WAS A PARTER IN THE GODHEAD. THIS IS A LIE BY THEM.

AMERICAN ATHENIST CENTER SAYS THAT THERE IS NO GOD, THUS JESUS IS NOT THE SON OF GOD!

BLACK MUSLIM ELIJAH MUHAMMAD SAID THAT JESUS WAS ONLY A PROPHET AND NOT THE EQUAL OF MOSES AND MUHA-MMAD.

BUDDHIS SAYS THAT THERE IS NO GOD AND ANY SANE PERSON KNOWS THAT THERE IS A GOD BECAUSE ONLY GOD CAN CREATE SOMETHING FROM NOTHING AND ONLY GOD CAN CREATE LIFE FROM NONLIFE OR FROM NOTHING.

CHRISTIAN SCIENCE IS NEITHER CHRISTIAN OR SCIENCE SAYS JESUS CHRIST IS A DIVINE IDEA.

FREEMANONRY SAYS THAT JESUS CHRIST WAS BUT A MERE MAN LIKE US.

HARE KRISHNA SAYS JESUS IS ONE OF THEIR GURUS.

ISLAM SAYS THAT CHRIST WAS A PROPHET OF ALLAH, BUT WAS SUPERSEDEDED BY MUHAMMAD'S TEACHING AND AUTHORITY.

JEHOVAH'S WITNESSES SAY THAT JESUS IS A CREATED BEING, MICHAEL THE FIRST CREATION OF JEHOVAH AND THE SON OF GOD AND ONLY THE CREATOR CAN BE GOD>

THE MORMONS SAY THAT JESUS WAS THE CHILD OF ADAM AND MARY AND NOT THE HOLY GHOST AND MARY WHICH MAKES JESUS ONLY A MAN AND NOT GOD ALREADY COME TO EARTH IN HUMAN FLESH!

# VICTORY IN JESUS

## COUNTERFIET JESUS CHRIST OF  SATAN AND HIS  DEMONS

THE SCARED MUSHROOM  OF THE CROSS HAS A COUNTERFIT JESUS CHRIST WHO IS A MUSHROOM.

SHITOISM  HAS A NO JESUS CHRIST AT ALL AND THEY SAY DIETY IS  SPIRIT  WITHOUT FORM AND UNKNOWNABLE!

SPIRITUALISTS HAS A COUNTERFIET  WHO IS AN A OUTSTANDI-NG JEWISH MEDIUM.

THE WAY HAS A COUNTERFIET JESUS CHRIST WHO IS NOT GOD!

UNITY SCHOOL OFCHRISTIANITY  HAS A COUNTERFIET  JESUS CHRIST  WHO WAS A PERFECT MAN  INDWELT  BY THE CHRIST CONSCIOUSNESS PRESENT IN EVERY MAN.

WORLDWIDE CHURCH OF GOD HAS A COUNTERFIET JESUS CHRIST IS PART OF THE GOD FAMILY AND EVERY PERSON CAN BE PART OF THE GOD-FAMILY. GOD HAS RESERVED THIS RIGHT TO HIMSELF.

ZEN BUDDHISM HAS NO JESUS CHRIST AT ALL  ON THEIR DOCT-RINE OF JESUS CHRIST.

THESE 17 FALSE RELIGIONS AND FALSE CULTS OF SATAN ARE ALL DEMON CONTROLLED OR POSSESSED BY HE AUTHORITY OF THE HOLY BIBLE. LET THEM ARGUE WITH GOD IN HELL!

JESUS CHRIST **NEVER SPOKE IN THE UNKNOWN TOGUE NOT EVEN ONE TIME AND NEITHER SHOULD YOU!**

<u>THESE OTHERS HAVE A COUNTERFIETJESUS CHRIST WHO IS NOT GOD ALREADY COME TO EARTH IN</u> HUMAN FLESH AND WHO DID NOT DIE ON THE CROSS AT CALVARY FOR YOUR SINS.

60

COUNTERFIET JESUS CHRIST OF SATAN AND HIS DEMONS

ALL THESE NO JESUS CHRIST ON THE DOCTRINE OF JESUS CH-
RIST AND COUNTERFIET JESUS CHRIST IS 100% PROOF THERE
IS A ____REAL JESUS CHRIST____ WHO IS GOD ALREADY COME
TO EARTH IN HUMAN FLESH AND DIED ON THE CROSS AT CALV-
ARY TO SAVE YOUR SOUL IN HELL IF YOU ASK HIM TO SAVE
YOUR SOUL FROM HELL!

SATAN HAS **CHANGED AND REDEFINE THE MEANING OF
JESUS CHRIST IN THESE OTHER FALSE RELIGONS, FALSE
CULTS, AND THE OCCULT SO THAT YOU WILL BELIEVE TH-
AT ALL JESUS CHRIST ARE THE SAME TO DECIEVE YOUR
SOUL IN HELL TO BURN THERE FOR EVER**

THE ____ONLY LIMITATION____ GOD HAS PUT ON THE PEOPLE IN
THESE FALSE RELIGIONS, FALSE CULT AND THE OCCULT OF
SATAN IS THAT THESE DEMON SPIRITS **CAN NOT CONFESS
THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALREADY
COME TO EARTH IN HUMAN FLESH**

YOU AND I HAVE NO POWER, NO AUTHORITY, AND NO RIGHTS
OVER SATAN AND HIS DEMONS BECAUSE ONLY GOD HAS PO-
WER OVER SATAN AND HIS DEMONS AND HIS PEOPLE! JESUS
CHRIST DEFEATED SATAN AND HIS DEMONS ____ONLY WHEN
HE DIED ON HE CROSS AT CALVARY TO PAY FOR ALL PEOPLE
SINS IN THE WORLD WHO ASK HIM TO SAVE THEM FROM HELL!

YOU AND I AM SINNERS AND UNSAVED SINNERS CAN NEVER
BE WINNERS. AFTER YOU ARE SAVED YOU ARE SAVED FOREVER
AND YOU CAN NEVER LOSE YOUR SALVATION, BUT SATAN AND
HIS DEMONS CAN STILL PUT YOU THROUGH HELL ON EARTH AS
HE DID JOB IN JOB CHAPTER 1 AND 2. EVERY PERSON SINS AFT-
ER THEY ARE SAVED WHICH BREAKS FELLOWSHIP BETWEEN
THEM AND GOD. WHEN YOU SIN AFTER YOU ARE SAVED YOU
DO PROVERBS 28:13 AND 1ST JOHN 1:9 TO RESTORE FELLOWSH-
IP BACK BETWEEN YOU AND GOD AND TO RECEIVE BACK THE
JOY OF YOUR FELLOWSHIP WITH GOD!

61

## THE BIBLE DOCTRINE OF HELL

GOD TELL US IN THE HOLY BIBLE THAT ALL PEOPLE THAT DIE
WITHOUT BEING SAVED BY THE BLOOD OF JESUS CHRIST GO
HELL TO BURN THERE FOREVER UNLESS THEY ARE IN THE EX-
CEPTION CAS E FOR SALVATION.SINNERS DO NOT CEASE TO EX-
IST AND SAINTS DO NOT GO TO SLEEP UNTIL THE RESURRECTI-
ON OF THE JUDGEMENT DAY. AS SOON AS YOU DIE YOU GO TO
HEAVEN IF YOU ARE SAVED TO LIVE THERE FOREVER OR IF YOU
ARE NOT SAVED AND NOT IN THE EXCEPTION CASE FOR SALVA-
TION YOU GO TO HELL TO BURN THERE FOR EVER AND EVER!

YOU DO NOT GO TO SLEEP AND WAIT FOR YOUR JUDGEMENT OF
JESUS CHRIST YOU GO TO HELL TO BURN THERE FOR EVER TO
PUNISH YOU FOR ALL THE SINS OF THE FLESH AND SINS OF THE
SPIRIT THAT YOU HAVE COMMITTED IN YOUR LIFETIME! HELL
WAS CREATED FOR SATAN AND HIS DEMONS WHO CAN NOT BE
SAVED, BUT I BELIEVE THAT BILLIONS OF HUMAN SOULS ARE
ALREADY BURNING THERE IN THE PAST HISTORY OF THE ENTI-
RE WORLD UNTIL NOW. I BELIEVE THAT BILLIONS OF HUMAN
SOULS FROM NOW THE PRESENT HISTORY OF THE ENTIRE WOR-
LD TO THE END OF THE WORLD WILL GO TO HELL AND BURN
THERE FOR EVER AND FOREVER!

JOHN 5:22 SAYS: FOR THE FATHER JUDGETH NO MAN, BUT HATH
COMMITTED ALL JUDGEMENTS UNTO THE SON. JESUS CHRIST IS
THE _____ **FINAL JUDGE** OF ALL HUMAN SOULS WH-
**ERE THERE IS NO APPEAL. I BELIEVE THAT THERE ARE ALR-**
**EADY BILLIONS OF HUMANS SOULS BURNING IN HELL IN THE**
**PAST HISTORY OF THE ENTIRE WORLD AND I BELIEVE THERE**
**WILL BE BILLIONS OF MORE HUMAN SOULS BURNING IN HE-**
**LL FROM NOW TO THE SECONDING COMING OF JESUS CHR-**
**IST AT THE END OF THE SEVEN YEARS OF GREAT TRIBULAT-**
**ION, BUT JESUS CHRIST NEVER SENDS NOT EVEN ONE HUM-**
**AN SOUL TO HELL! ALL PEOPLE COULD HAVE GOT SAVED AS**
**I DID AND WON THIS UNSEEN SPIRITUAL WAR FOR THEIR**
**VERY OWN SOUL THE WAY I DID, BUT THEY WILL NOT DO SO.**

62

JESUS CHRIST NEVER SENDS NOT EVEN ONE HUMAN SOUL TO HELL TO BURN THERE FOREVER. **THE PEOPLE WHO GO TO HELL TO BURN THERE FOR EVER SENDS THEIR OWN SOULS TO HELL BECAUSE GOD HAS MADE A WAY FOR EVERY PERSON IN THE WORLD TO BE SAVED. YOU MUST BE BORN AGAIN AND HAVE A      NEW SPIRITUAL BIRTH      IN THE SPIRITUAL FAMILY OF GOD TO GO TO HEAVEN WHEN YOU DIE!**

**YOU CAN GET SAVED NOW AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL AND LIVE IN HEAVEN WHEN YOU DIE BY: ADMITTING TO GOD THAT YOU ARE A SINNER, BY REPENTING OF ALL THE SINS THAT YOU HAVE COMMITTED IN YOUR ENTIRE LIFETIME, (GOD SAYS THAT IF YOU DO NOT REPENT THAT YOU WILL LIKEWISE PERISH) BY ASKING THE RERAL JESUS CHRIST WHO SHED HIS BLOOD ON CALVARY FOR ALL THE SINS YOU HAVE COMMITTED TO FORGIVE YOU OF ALL YOUR SINS AND SAVE YOUR SOUL FROM HELL!!!! THIS IS ALL THAT YOU HAVE TO DO TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN   SOUL AND LIVE IN HEAVEN FOR ALL ETERNITY WHEN YOU DIE!**

EPHESIANS 2:8-9 SAYS: FOR BY GRACE ARE YOU SAVED  THROUGH _____FAITH_____ ; AND  THAT NOT OF YOURSELVES; IT IS THE GIFT OF GOD NOT OF WORKS LEST ANY MAN SHOULD BOAST.

AFTER YOU GET SAVED YOU ARE SAVED FOR EVER AND YOU CAN NEVER LOSE  YOUR SALVATION, BUT YOU SHOULD BE BAPTISED  BY WATER IMMERSION  IN PUBLIC IN THE  NAME (NOT NAMES HERE SINGULAR AND NOT PLURAL  HERE)  OF THE FATHER, SON, AND HOLY GHOST! THEN IS ALL THAT YOU HAVE TO DO TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL AND LIVE FOREVER IN HEAVEN WHEN YOU DIE. I GOT SAVED BECAUSE I DID NOT WANT GOD **WHO CREATED ME  TO BURN MY SOUL IN HELL AT JUDGEMENT DAY!**  HEBREWS 9:27 SAYS: AND AS IT IS APPOINTED TO MAN  ONCE TO DIE AND THEN THE JUDGEMENT. HELL IS A PLACE CONSCIOUS  TORNMENT AND SUFFERING. TIME CAN NEVER END HELL'S TORNMENT  AND TEARS CAN NEVER QUENCH IT.

63

# THE AWFUL AND HORRIBLE PUNISHMENT OF BURNING IN HELL

JAMES 3:6 SAYS: AND THE TONGUE IS A FIRE A WORLD OF INIQUITY SO IS THE TONGUE AMONG OUR MEMBERS, THAT IT DEFILETH THE WHOLE BODY, AND SETTETH ON FIRE THE COURSE OF NATURE ; AND IT IS SET ON FIRE OF HELL! SATAN AND HIS DEMONS WANTS TO DESTROY YOUR SOUL IN HELL TO BURN THERE FOREVER!

MATTHEW 5:22 SAYS: BUT I SAY UNTO YOU, THAT WHOSOEVER IS ANGRY WITH HIS BROTHER WITHOUT A CAUSE SHALL BE IN DANGER OF THE JUDGEMENT; AND WHOSOEVER SHALL SAY TO HIS BROTHER , RACA SHALL BE IN DANGER OF THE COUNCIL; BUT WHOSOEVER SHALL SAY, THOU FOOL SHALL BE IN DANGER OF HELL FIRE!

MATTHEW 25:46 SAYS: AND THESE SHALL GO AWAY INTO EVERLASTING PUNNISHMENT; BUT THE RIGHTEOUS INTO LIFE ETERNAL.

MATTHEW 25:41 SAYS:THEN SHALT HE SAY ALSO UNTO THEM ON THE LEFT HAND, DEPART FROM ME, YE CURSED INTO EVERYLASTING FIRE PREPARED FOR THE DEVIL AND HIS ANGELS. GOD PREPARED HELL FOR SATAN AND HIS DEMONS AND THEY CAN NOT BE SAVED AND WILL BURN IN HELL FOREVER!

MATTHEW 25:30 SAYS: AND CAST YE THE UNPROFITABLE SERVANT INTO OUTER DARKNESS; THERE SHALL BE WEEPING AND GNASHING OF TEETH. ALL THESE COUNTERFIET JESUS CHRIST OF SATAN WILL CAUSE YOU TO BURN IN HELL FIRE AND BRIMESTONE FOREVER.

MATTHEW 8:12 SAYS: BUT THE CHILDREN OF THE KINGDOM SHALL BE CAST OUT INTO OUTER DARKNESS: THERE SHALL BE WEEPING AND GNASHING OF TEETH.

MARK 3:29 SAYS: BUT HE THAT SHALL BLASPHEME AGAINST THE HOLY GHOST HATH NEVER FORGIVENESS, BUT IS IN DANGER OF ETERNAL DAMNATION.

64

MARK 9:43-49:AND IF THY OFFEND THEE, CUT IT OFF; IT IS BETTER FOR THEE TO ENTER INTO LIFE MAIMED THAN HAVING TWO HANDS TO GO INTO HELL, INTO THE FIRE THAT NEVER SHALL BE QUENCHED:WHERE THE WORM DIETH NOT, AND THE FIRE IS NOT QUENCHED, AND IF THY FOOT OFFEND THEE, CUT IT OFF, IT IS BETTER FOR THEE, TO ENTER HALT INTO LIFE, THAN HAVING TWO FEET TO BE CAST INTO HELL, INTO THE FIRE THAT NEVER CAN BE QUENCHED: WHERE THEIR WORM DIETH NOT AND THE FIRE IS NOT QUENCHED: AND IF THINE EYE OFFEND THEE, PLUCK IT OUT ; IT IS BETTER FOR THEE TO ENTER THE KINGDOM OF GOD WITH ONE EYE, THEN HAVING TWO EYES TO BE CAST INTO HELL FIRE: WHERE THEIR WORM DIETH NOT, AND THE FIRE IS NOT QUENCHED, FOR EVERY ONE SHALL BE SALTED WITH FIRE, AND EVERY SACRIFICE SHALL BE SALTED WITH SALT: ALL THESE COUNTERFIET JESUS CHRIST WILL DESTROYED YOUR SOUL IN HELL TO BURN THERE FOR EVER IF THEY DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITURAL WAR FOR THEIR VERY OWN SOUL!

JOHN 5:29 SAYS:AND SHALL COME FORTH; THEY THAT HAVE DONE GOOD UNTO THE RESURRECTION OF LIFE: AND THEY HAVE DONE EVIL UNTO THE RESURRECTION OF DAMNATION.

JOHN 3:36 SAYS: HE THAT BELIEVETH ON THE SON HATH EVERLASTING LIFE; AND HE THAT BELIEVETH NOT THE SON SHALL NOT SEE LIFE: BUT THE WRATH OF GOD ABIDETH ON HIM.

PSALMS 9:17 THE WICKED SHALL BE TURNED INTO HELL, AND ALL THE NATIONS THAT FORGET GOD.

PSALMS 11:6 SAYS: UPON THE WICKED HE SHALL RAIN SNARES, FIRE, AND BRIMESTONE, AND AN HORRIBLE TEMPEST; THIS SHALL BE A PORTION OF THEIR CUP!

2 THESSALONIANS 1:8-9 SAYS: IN FLAMING FIRE TAKING VENGGEANCE ON THEM THAT KNOW NOT GOD, AND THAT OBEY THE GOSPEL OF OUR LORD JESUS CHRIST: WHO WILL BE PUNISHED WITH EVERLASTING DESTRUCTION FROM THE PRESENCE OF THE LORD, AND FROM THE GLORY OF HIS POWER:

65

JUDE 1:13 SAYS: RAGING WAVES OF THE SEA, FOAMING OUT THEIR OWN SHAME; WONDERING STARS, TO WHOM IS RESERVED THE BLACKNESS AND DARKNESS FOR EVER!

JUDE 1:7 SAYS: EVEN AS SODOM AND GOMORRHA, AND THE CITING ROUND ABOUT THEM IN LIKE MANNER, GIVING THEMSELVES OVER TO FORNICATION, AND GOING AFTER STRANGE FLESH, ARE SET FORTH FOR AN EXAMPLE , SUFFERING THE VENGEANCE OF ETERNAL FIRE.

II PETER 2:4 SAYS: FOR IF GOD SPARED NOT THE ANGELS THAT SINNED, BUT CAST THEM DOWN TO HELL, AND DELIVERED THEM INTO CHAINS OF DARKNESS, TO BE RESERVED UNTO JUDGEMENT;

GALATIANS 3:10 SAYS: FOR AS MANY AS ARE OF THE WORKS OF THE LAW ARE UNDER THE CURSE; FOR IT IS WRITTEN, CURSED IS EVERY ONE THAT CONTINUETH NOT IN ALL THINGS WRITTEN IN THE BOOK OF THE LAW TO DO THEM.

DEUTERONOMY 27:26 SAYS: CURSED BE HE THAT CONFIRMETH NOT TO ALL THE WORDS OF THE LAW TO DO THEM, AND ALL THE PEOPLE SHALL SAY AMEN.

ROMANS 1:18 SAYS;FOR THE WRATH OF GOD IS REVEALED FROM HEAVEN AGAINST ALL UNGODLINESS AND ALL UNRIGHTEOUSNESS OF MEN, WHO HOLD THE TRUTH IN UNRIGHTEOUSNESS.

REVELATION 14:11 SAYS: AND THE SMOKE OF THEIR TORNMENT ASCENDETH UP FOR EVER AND EVER AND THEY HAVE NO REST DAY NOR NIGHT WHO WORHIP THE BEAST AND HIS IMAGE, AND WHOSOEVER RECIEVETH THE MARK OF HIS NAME>

REVELATION 19:20 SAYS: AND THE BEAST WAS TAKEN, AND WITH HIM THE FALSE PROPHET THAT WROUGHT MIRACLES BEFORE HIM, WITH WHICH HE DECIEVED THEM THAT HAD RECIEVED THE MARK OF THE BEAST, AND THEM THAT WORSHIPPED HIS IMAGE. THEY BOTH WERE CAST ALIVE INTO (NEXT PAGE)

66

A LAKE OF FIRE BURNING WITH BRIMESTONE. SATAN AND HIS DEMONS AND HIS PEOPLE WITH FINALLY GET WHAT THEY DESERVE WHICH IS TO BURN IN HELL FOREVER.

REVELATION 20:10 SAYS; **AND THE DEVIL THAT DECIEVED THEM (WHO IS THEM BY THE AUTHORITY OF THE HOLY BIBLE? THE UNSAVED PEOPLE, THE FALSE PROPHETS, THE PEOPLE IN THE FALSE RELIGION, FALSE CULTS, AND THE OCCULT, THE PEOPLE WHO OPERATED ALL THE MANY SPIRITUAL DEVICES OF SATAN, AND ALL UNSAVED PEOPLE) WAS CAST INTO THE LAKE OF FIRE AND BRIMESTONE, WHERE THE BEAST AND FALSE PROPHET ARE AND SHALL BE TORNMENT DAY AND NIGHT FOR EVER: SATAN AND HIS DEMONS CAN NOT BE SAVED AND THEY WILL BURN IN HELL FOREVER.**

REVELATION 20:15 SAYS: AND WHOSOEVER WAS NOT FOUND **WRITTEN IN THE BOOK OF LIFE** WAS CAST INTO THE LAKE OF FIRE.

ROMANS 16:2O: **AND THE GOD OF PEACE SHALL BRUISE SATAN UNDER YOU FEET SHORTLY, THE GRACE OF OUR LORD JESUS CHRIST BE WITH YOU!**

SINNERS DYING IN THEIR SINS HAVE TO DEPART , NOT WITH GOD'S BLESSING , BUT WITH HIS CURSE, AND TO HAVE AS COMPANIONS SATAN, HIS DEMONS, AND HIS PEOPLE THAT WOULD NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOULS! THE COUNTERFIET JESUS CHRIST OF THESE FALSE RELIGIONS ARE DEMON CONTROLLED OR POSSESSED BY THE DEVIL BY THE AUTHORITY OF THE HOLY BIBLE ! LET THEM ARGUE WITH GOD OR JESUS CHRIST WHO DIED ON THE CROSS AT CALVARY TO SAVE THEIR SOULS FROM HELL, BUT THEY REJECTED JESUS CHRIST AND WOULD NOT GET SAVED BY THE PRESCIOUS BLOOD OF JESUS CHRIST! SATAN CLOSED THEIR MINDS AND TURNED AWAY THEIR EARS FROM HEARING THE WORD OF GOD IN THE HOLY BIBLE AND DESTROYED THEIR SOULS IN HELL TO BURN THERE FOREVER.

67

# THE RICH MAN IN HELL IN LUKE 16:19-31

## THE RICH MAN IN HELL IN LUKE 16:19-26

THERE WAS A CERTAIN RICH MAN WHICH WAS CLOTHED    IN PURPLE AND FINE LINEN, AND FARED SUMPTUOUSLY EVERY DAY: AND THERE WAS A CERTAIN BEGGAR NAMED LAZARUS, WHICH WAS LAID AT HIS GATE, FULL OF SORES. AND DESIRING TO BE FED WITH THE CRUMBS WHICH FELL FROM THE RICH MAN'S TABLE: MOREOVER THE DOGS CAME AND LICKED HIS SORES, AND IT CAME TO PASS , THAT THE BEGGAR DIED, AND WAS CARRIED BY ANGELS INTO ABRAHAM'S BOSOM: THE RICH MAN ALSO DIED , AND WAS BURIED. AND IN ___HELL___HE LIFT UP HIS EYES BEING IN TORNMENTS, AND SEETH ABRAHAM AFAR OFF, AND LAZARUS IN HIS BOSOM. AND HE CRIED AND SAID, FATHER ABRAHAM HAVE MERCY ON ME, AND SEND LAZARUS THAT HE MAY DIP THE TIP OF HIS FINGER IN WATER, AND COOL MY TONGUE, FOR I AM TORNMENT IN THIS FLAME, BUT ABRAHAM SAID, SON, REMEMBER THAT THOU IN THY LIFETIME RECIEVEDST THY GOOD THINGS; AND LIKEWISE LAZARUS EVIL THINGS; BUT NOW HE IS COMFORTED, AND THOU ART TORMENTED, AND BESIDE ALL THIS BETWEEN US AND YOU THERE IS A GREAT GULF FIXED; SO THAT THEY WHICH WOULD PASS HENCE TO YOU CANNOT; NEITHER CAN THEY PASS TO US , THAT WOULD COME FROM THENCE:

THE RICH MAN WAS TORNMENT IN THE FLAMES OF HELL AND HE WILL TORNMENT IN HELL FOR ALL ETERNITY WITH THE 24 OR MORE BIBLE VERSES WHICH DESCRIBES THE PUNISHMENT OF HELL. HE LOVE MONEY MORE THAN GOD OR LAZARUS AND HE DEGRADED HIMSELF BELOW THE LEVEL OF A NORMAL HUMAN TO A DEVIL IN A HUMAN BODY WHEN HE WOULD   NOT GIVE LAZARUS THE CRUMBS WHICH FELL FROM HIS TABLE. THE RICH MAN DEGRADED HIMSELF BELOW THE LEVEL OF A NORMAL DOG TO A DEVIL IN A HUMAN BODY WHEN HE WOULD NOT PUT MEDIENCE ON LAZARUS SORES AND THE DOGS LICKED HIS SORES. HELL IS LIKE A ONE WAY MIRROW WHERE THE RICH MAN IN HELL SAW LAZARUS IN ABRAHAM'S BOSOM, BUT LAZARUS NEVER SAW THE RICH MAN IN HELL.

68

HELL IS LIKE A ONE WAY MIRROW WHERE THE RICH MAN IN HELL SAW LAZARUS IN ABRAHAM'S BOSOM, BUT THE BIBLE NEVER SAYS LAZARUS EVER SAW THE RICH MAN IN HELL.

THIS ALSO SHOWS THAT THE RICH MAN WILL SEE LAZARUS FOR ALL ETERNITY WHILE HE IS BURNING IN HELL FOR ALL ETERNITY WHICH IS AN HORRIBLE PUNISHMENT OF HELL FOR THE RICH MAN! THE LOVE OF MONEY IS THE ROOT OF ALL EVIL AND THE RICH MAN LOVE MONEY MORE THAN GOD OR LAZARUS AND IS BURNING IN HELL FOR EVER!

YOU MUST GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL OR GOD WILL BURN YOUR SOUL IN HELL WITH THE RICH MAN IN LUKE 16:19-31 WITH ALL THE 24 OR MORE PUNISHMENT OF HELL!

SATAN AND HIS DEMONS HAS DESTROYED BILLONS OF HUMAN SOULS IN HELL I BELIEVE BECAUSE PEOPLE WILL NOT READ AND STUDY THE HOLY BIBLE REGULARLY TO GET ENOUGH _____ FAITH _____ TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR THEIR VERY OWN SOUL.

SATAN AND HIS DEMONS HAS DESTROYED MANY PEOPLE IN AMERICAN AND THE WORLD BECAUSE THEY WILL NOT READ AND STUDY THE HOLY BIBLE ENOUGH _____FAITH_____-_____ TO GET ENOUGH FAITH TO BE SAVED AND TO WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL! YOU HAVE TO READ AND STUDY THE HOLY BIBLE LOVER AND OVER AND OV-ER AGAIN TO GET ENOUGH ___FAITH TO BE SAVED. THESE CO-UNTERFIET JESUS CHRIST OF SATAN HAS DECIEVE MANY PEO-OLE _____AND HAS DESTROYED THEIR SOULS IN HELL IF THEY DO NOT GET SAVED AND DO NOT WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL! SALVATION FOR YOUR SOUL IS CONDITIONAL AND NOT UNCONDITIONAL! YOU ARE NOT SAVED BY DOING GOOD DEEDS AND GOOD WORKS! YOU ARE SAVED BY GRACE THROUGH FAITH!

69

## THE SEVEN YEARS OF GREAT TRIBULATION

THE BIBLE TELLS AT THE END OF THE SEVEN YEARS OF GREAT TRIBULATION THAT THE SECOND COMING OF JESUS CHRIST 'S RETURN TO THE EARTH JUST BEFORE SATAN'S DESTROYED IT.

REVELATIONS 13:16-18 SAYS: AND HE (ANTI-CHRIST) CAUSETH ALL, BOTH SMALL AND GREAT, RICH AND POOR, FREE AND BOND, TO RECEIVE IN THEIR RIGHT HAND OR FOREHEADS. AND THAT NO MAN MIGHT BUY OR SELL, SAVE HE THAT HAD THE MARK, OR THE NAME OF THE BEAST, OR THE NUMBER OF HIS NAME. HERE IS WISDOM, LET HIM THAT UNDERSTANDING CO-UNT THE NUMBER OF THE BEAST; FOR IT IS THE NUMBER OF A MAN, AND THE NUMBER IS **SIX HUNDRED THREESCORE AND SIX.** SATAN OR THE ANTI-CHRIST WILL TAKE OVER THE ECON-OMY OF THE WORLD DURNING THE SEVEN YEARS OF TRIBULA-ATION THAT NO MAN CAN BUY OR SELL UNLESS THAT HAVE THE MARK OF THE BEAST! THE PEOPLE THAT WILL TAKE NOT THE MARK OF THE BEAST WILL BY KILLED BY THE PEOPLE THAT TA-KE THE MARK OF THE BEAST WHICH IS **666.** LET LOOK AT SOME OF THE HOBBILE AND AWFUL PUNISHMENT OF THE PEOPLE TH-AT TAKE THE MARK OF THE BEAST.

REVELATION 14:9--11 SAYS: **AND THE THIRD ANGEL FOLLOW-ED THEM SAYING WITH A LOUD VOICE, IF ANY MAN WORSHIP THE BEAST OR HIS IMAGE, AND RECEIVE HIS MARK IN HIS FOREHEAD, OR IN HIS HAND;THE SAME SHALL DRINK OF THE WINE OF THE WRATH OF GOD, WHICH IS POURED OUT WITHOUT MIXTURE INTO THE CUP OF HIS INDIGNATION; AND SHALL BE TORNMENTED WITH FIRE AND BRIMESTONE IN THE PRESENCE OF THE HOLY ANGELS AND IN THE PRES-ENCE OF THE HOLY ANGELS , AND IN THE PRESENCE OF THE LAMB. AND THE SMOKE OF THEIR TORNMENT ASCENDETH UP FOR EVER AND FOR EVER AND THEY HAVE NO REST DAY NOR NIGHT WHO WORSHIP THE BEAST AND HIS IMAGE, AND WHOSOEVER RECIEVETH THE MANK OF HIS NAME. GOD IS GOING TO PUNISH THE PEOPLE VERY BAD WHO WORSHIP THE BEAST. THERE IS MORE PUNISHMENT FOR THEM ALSO.**

REVELATIONS 16:2 SAYS: AND THE FIRST WENT, AND POURED OUT HIS VIAL UPON THE EARTH; AND THERE FELL A NOISOME AND GRIEVOUS SORE UPON THE MEN WHICH HAD THE MARK OF THE BEAST, AND UPON THEM WHICH WORSHIPPED HIS IMAGE. THIS IS NOT THE END OF THE 666 PUNISHMENT!

REVELATIONS 9:6 SAYS: AND IN THOSE DAYS SHALL MEN SEEK DEATH AND NOT BE ABLE TO FIND IT, AND SHALL DESIRE TO DIE, AND DEATH SHALL FLEE FROM THEM.

REVELATION 9:20 SAYS: AND THE REST OF THE MEN WHICH WERE NOT KILLED BY THESE PLAGUES, YET REPENTED NOT OF THE WORKS OF THEIR HANDS, AND SHOULD NOT WORSHIP DEVILS, AND IDOLS, OF GOLD, AND SILVER, AND BRASS, AND STONE, AND OF WOOD WHICH NEITHER SEE, NOR HEAR NOR WALK, NOR REPENTED OF THEIR MURDERS, NOR OF THEIR SORCERIES, NOR OF THEIR FORNICATION, NOR OF THEIR THEFTS.

REVELATION 18:6 SAYS: REWARD HER EVEN AS SHE REWARDED YOU; **AND DOUBLE UNTO HER DOUBLE ACCORDING TO HER WORKS ; IN THE CUP WHICH SHE HAS FILLED TO HER DOUBLE.**

**REVELATION 14:20 SAYS: AND THE WINEPRESS WAS TRODDEN WITHOUT THE CITY, AND BLOOD CAME OUT OF THE WINEPRESS, EVEN UNTO THE HORSES BRIDLES, BY THE SPACE OF A THOUSAND AND SIX HUNDRED FULONGS. THIS IS SATAN DAY WHERE MEN KILL EACH OTHER FOR THEIR SINS AND WORSHIPPING SATAN FOR 200 MILES NORTH AND SOUTH OF JERESULEM WHERE BLOOD IS UP TO A HORSES BRIDLES AT ARMAGADDON. SATAN DESTOYS MUCH OF THE HUMAN RACE HERE AS ALL THE PEOPLE IN THE FALSE RELIGIONS, FALSE CULTS, AND THE OCCULT AND THE PEOPLE THAT TAKE THE MARK OF THE BEAST.**

**IF YOU DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL YOU OR YOUR FAMILY MEMBERS COULD BE HERE FOR THIS AWFUL PUNISHMENT , BUT THIS IS PUNISHMENT BEFORE THEY GO TO HELL!**

71

## SPEAKING IN THE UNKNOWN TOGUES IS DONE BY SATAN AND HIS DEMONS OR IT IS SELF INDUCED BY THE PERSON WHO SPEAKS IN THE UNKNOWN TONGUE

II CORINTHIANS 2:11 SAYS; LEST SATAN SHOULD GET AN ADVAN-
TAGE OF US FOR WE ARE NOT IGNORANT OF HIS DEVICES. SAT-
AN HAS MANY SPIRITUAL DEVICES SUCH AS SPEAKING IN THE
UNKNOWN TONGUE, ASTROLOGY, ACUPUNCTURE,CLAIRVOYAN-
CE, DEATH MAGIC, DEMON POSSESSION, HYPNOTISM,LEVITAT-
ION, OUIJA BOARDS, POLTERGEISTS, ROCK MUSIC, SPIRITISM,
TABLE LIFTING, SPIRITIST SOOTHSAYING, ASTRAL TRAVELING,
MATERIALIZATION, TRANSFIGUATION, TRANSLOCATION, APPO-
RTS, DEPORTS, SPIRITIST MIRACLES, SPIRITIST HEALING, YO-
GA, AND MANY MORE SPIRITUAL DEVICES THAT WILL TAKE
CONTROL OR POSSESSION OVER YOU AND HAVE YOU WORK
FOR SATAN AND DESTROY YOUR SOUL IN HELL FOREVER IF YOU
DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR
YOUR VERY OWN SOUL!

THE PEOPLE THAT SPEAK IN THE UNKNOWN TONGUE AND THE
MANY OTHER SPIRITUAL DEVICES OF SATAN **ALWAYS MAKES A
FATAL ERROR      THAT MAY DESTROY THEIR SOULS IN
HELL TO BURN THERE FOREVER BY         PUTTING THEIR
SPIRITUAL EXPERIENCE AS SPEAKING IN THE UNKNOW TON-
GUE OVER THE AUTHORITY OF THE HOLY BIBLE! YOU MUST
PUT THE HOLY BIBLE FIRST AND** THEN YOU SPIRITUAL EXPER-
IECE OF SPEAKING IN THE UNKNOWN TONGUE OR OTHER OF
YOUR SPIRITUAL EXPERIENCE AFTER THE HOLY BIBLE! THE HO-
LY BIBLE HAS GOD AS IT AUTHORITY AND IT IS 100% TRUTH WI-
TH ZERO ERRORS AND YOU MUST JUDGE ALL YOUR SPIRITUAL
EXPERIENCES BY THE CHRISTIAN BIBLES.

YOU MUST TEST ARE SPIRITS, ALL SPIRITUAL DEVICES, ALL
SPIRITUAL EXPERIENCES TO SEE IF THEY ARE OF GOD OR
SATAN BECAUSE THERE ARE MANY FALSE PROPHETS GONE
OUT INTO THE WORLD THAT WILL DECIEVE YOU AND DESTROY
YOUR SOUL IN HELL! YOU MUST NOT BE DECIEVED BY THE MA-
NY FALSE RELIGIONS, FALSE PROPHETS, FALSE CULTS, AND THE
OCCULT OF SATAN THAT WILL DESTROY YOUR SOUL IN HELL!

72

# VICTORY IN JESUS

THE DEMONIC SPIRITS OF SATAN THAT SPEAKS IN THE UNKNO-WN TOGUE AND THE OTHER SPIRITUAL DEVICES OF SATAN CAN CONFESS THAT JESUS IS THE SON OF GOD AND THAT JESUS CHR-IST IS THE SAVIOUR OF THE WORLD THE SAME AS I BELIEVE AS A CHRISTIAN, BUT THESE DEMONIC SPIRITS CAN NOT CONFESS THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME TO EA-RTH IN HUMAN FLESH TO SAVE EVERY PERSON THAT ASK HIM TO SAVE THEIR SOULS FROM HELL.

THE **ONLY LIMITATION** **THAT GOD HAS PUT ON THESE DEMONIC SPIRITS OF SATAN IS THAT THEY CAN NOT CONFESS THAT JESUS IS THE CHRIST AND THAT HE IS GOD ALEADY CAME TO EARTH TO DIE IN YOUR PLACE FOR ALL YOUR SINS TO SAVE YOUR SOUL FROM HELL IF YOU ASK HIM TO SAVE YOUR SOUL FROM HELL.**

**JESUS CHRIST IS THE SUPREME EXAMPLE FOR ALL CHRIST-IANS IN THE WORLD TO FOLLOW AND JESUS CHRIST NEVER SPOKE IN THE UNKNOWN TONGUE NOT EVEN ONE TIME AND NEITHER SHOULD YOU!**

**THE PEOPLE THAT SPEAKS IN THE UNKNOWN TONGUES MA-KES A FATAL ERROR BY TESTING THE PERSON THAT SPEAKS IN THE UNKNOWN TONGUE AND NOT THE SPIRIT THAT SP-EAKS IN UNKNOWN TONGUE AND VIOLATES 1ST JOHN 4 :1 WHICH SAYS: BELIEVE NOT EVERY SPIRIT, BUT TRY THE SP-IRITS WHETHER THEY ARE OF GOD. YOU MUST TRY THE SP-IRITS THAT SPEAKS IN THE UNKNOWN TONGUE AND NOT THE PERSON THAT SPEAKS IN TONGUES ONLY AFTER THE BIG EMOTIONAL BUILD UP WHICH IS CALLED CASTIING A SPELL SO DEMONS CAN ENTER YOU SO YOU CAN SPEAK IN THE UNKNOWN TONGUE !**

I THESALONIANS 5:21 SAYS: PROVE ALL THINGS; HOLD FAST TO THAT WHICH IS GOOD. YOU MUST PROVE ALL SPIRITS, ALL RELI-GIONS AND ALL DOCTINE TO SEE IF IS OF GOD OR SATAN?

73

I CORINTHIANS 13:8-10 SAYS: CHARITY (LOVE) NEVER FAILETH; BUT WHETHER THERE BE **PROPHENCIES,** THEY SHALL FAIL, WHERE THERE BE **TONGUES** THEY SHALL CEASE: WHETHER TH- ERE BE **KNOWLEDGE,** IT SHALL VANISH AWAY, FOR WE KNOW IT PART, AND WE PROPHESY IN PART, BUT WHEN THAT WHICH IS PERFECT IS COME, THEN THAT WHICH IS IN PART SHALL BE DO- NE AWAY!

PROPHENCIES SHALL FAIL WHEN THE HOLY BIBLE IS COMPLE- TED IN ABOUT 96 A.D. . TONGUES SHALL CEASE WHEN THE HO- LY BIBLE IS COMPLETED ABOUT 96 A.D. WHEN THE BOOK OF REVELATION WAS COMPLETED TONGUES CEASED! KNOWLEDGE FOR THE MEN AND PROPHETS OF GOD TO WRITE THE BOOKS OF THE HOLY BIBLE VANISH ABOUT 96 A.D. WHEN THE OLD AND NEW TESTAMENT IS COMPLETEDE IN 96 A.D.. FOR THE PEOPLE KNOW IN PART AND PROPHESY IN PART UNTIL THE BOOK OF REVELATION WAS COMPLETED IN ABOUT 96 A.D.. WHICH WAS ALL THE BIBLE AND NOT PART OF THE BIBLE WHICH WERE WRITTEN IN MANY DIFFERENT PARTS BY MANY DIFFERENT PEOPLE WAS PERFECT AND COMPLETE TONGUES WAS DONE AWAY WITH IN ABOUT 96 A.D. WHEN ALL PARTS OF THE BIBLE WAS COMPLETED AND PERFECT BECAUSE IT IS 100% TRUTH WITH ZERO ERRORS BECAUSE IT HAS GOD AS ITS AUTHOR.

**THERE HAS BEEN NO VALID OF SPEAKING IN THE UNKNOWN TONGUES SINCE ABOUT 96 A.D. WHEN THE BOOK OF REVELA- TIONS WAS COMPLETED. YOU CAN TEST ALL SPIRITS THAT SPEAK IN TONGUES BY 1ST JOHN 2:22, 1ST JOHN 4:1-3, AND 2ND JOHN 1:7 AND ALL THE SPIRITS THAT SPEAK IN THE UNKNO- WN TONGUE      CAN NOT CONFESS THAT JESUS IS THE CH- RIST AND THAT HE IS GOD ALREADY COME TO EARTH    IN HUMAN FLESH TO SAVE YOUR SOUL FROM HELL IF YOU ASK HIM TO SAVE YOU!**

1ST JOHN 2:22 SAYS: WHO IS A LIAR BUT HE THAT DENIED THAT JESUS IS THE CHRIST? HE IS THE ANTI-CHRIST, THAT DENIETH THE FATHER AND THE SON. ALL THE COUNTERFIET JESUS CHRI- ST DENY THAT JESUS IS THE CHRIST WHO IS GOD ALREADY CO- ME TO EARTH IN HUMAN FLESH! 74

1ST JOHN 4:1-3 SAYS: BELOVED, BELIEVE NOT EVERY SPIRIT, BUT TRY THE SPIRITS WHETHER THEY THEY ARE OF GOD: BECAUSE MANY FALSE PROPHETS ARE GONE OUT INTO THE WORLD, **HEREBY KNOW YE THE SPIRIT OF GOD: EVERY SPIRIT THAT CONFESSETH THAT JESUS CHRIST IS COME IN THE FLESH IS OF GOD:** AND EVERY SPIRIT THAT CONFESSETH NOT THAT JESUS CHRIST IS COME IN THE FLESH IS NOT OF GOD; AND THIS IS THAT SPIRIT OF ANTI-CHRIST WHEREOF YE HAVE HEARD THAT IT SHOULD COME; AND EVEN NOW ALREADY ISIT IN THE WORLD! YOU MUST TEST AND TRY AND PROVE ALL RELIGIONS TO SEE IF THEY ARE OF GOD OR SATAN?

2ND JOHN 1:7 SAYS:FOR MANY DECIEVERS ARE ENTERED INTO THE WORLD, WHO CONFESS NOT THAT JESUS CHRIST IS COME IN THE FLESH. THIS IS THE DECIEVER AND THE ANTI-CHRIST.

ALL TRUE SPIRITS OF GOD WILL ALWAYS CONFESS THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME IN THE FLESH! THE DEMONIC SPIRITS OF SATAN CAN NOT CONFESS THAT JESUS IS THE CHRIST WHO IS GOD ALREADY COME TO EARTH IN HUMAN FLESH! **YOU MUST NEVER GET INVOLVED IN THIS MINSTRY AGAINST SATAN AND HIS DEMONS UNLESS GOD HAS CALLED YOU DIRECTLY INTO THIS SATANIC MINISTRY AGAINST SATAN AND HIS DEMONS BECAUSE SATAN WILL TRY TO LEEAD YOU AWAY FROM GOD!**

IST JOHN 4:6 SAYS: WE ARE OF GOD; HE THAT KNOWETH GOD; HEARETH US; HE THAT IS NOT OF GOD HEARETH NOT US: HEREBY KNW WE KNOW THE SPIRIT OF TRUTH, AND THE SPIRIT OF ERROR. GOD IS THE SPIRIT OF TRUTH AND SATAN, HIS DEMONS, HIS PEOPLE ARE THE SPIRIT OF ERROR!

THE COUNTERFIET JESUS CHRIST IS THE FALSE RELIGIONS OF SATAN CAN NOT CONFESS THAT JESUS IS THE CHRIST AND THAT JESUS CHRIST IS GOD ALREADY COME TO EARTH IN THE FLESH AND THAT HE DIED ON THE CROSS AT CALVARY TO SAVE EVERY PERSON'S SOUL IN HELL THAT ASK THEM TO SAVE THEM.

MATTHEW 23:33 SAYS: YE SERPENTS, YE GENERATION OF VIPERS, HOW CAN YE ESCAPE THE DAMNATION OF HELL!

MATTHEW 23:14 SAYS: WOE UNTO YOU, SCRIBES AND PHARISE-ES, HYPROCITES! FOR YE DEVOUR WIDOWS HOUSES, AND FOR A PRETENCE MAKE LONG PRAYER; THEREFORE YE SHALL RECEI-VE THE GREATER DAMNATION. JESUS CHRIST TOLD THE SCRIB-ES AND PHARISEES, HYPROCRITES BACK THEN THAT THERE WERE NO SALVATION FOR THEM THAT THEY WOULD BURN IN HELL FOREVER.

I ALLEGE HE IS TELLING THE COUNTERFIET JESUS CHRIST, THE PEOPLE IN THESE FALSE RELIGIONS, FALSE PROPHETS, THE OC-CULT, AND SPIRITUAL DEVICES OF SATAN THAT THERE IS NO SALVATION FOR THEM AND THAT THEY WILL BURN IN HELL FOR EVER IF THEY DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR OWN SOUL!

JOHN 6:47 SAYS: VERILY, VERILY I SAY UNTO YOU,; HE THAT BELIEVETH ON ME HATH EVERLASTING LIFE. JOHN 8:24 SAY: I SAY THEREFORE UNTO YOU, THAT YE SHALL DIE IN YOUR SINS: FOR IF YOU BELIEVE NOT THAT I AM HE, YE SHALL DIE IN YOUR SINS.

JOHN 10:27-30 SAYS: MY SHEEP HEAR MY VOICE, AND I KNOW THEM, AND THEY FOLLOW ME; AND I GIVE UNTO THEM ETERN-AL LIFE ; AND THEY SHALL NEVER PERISH; NEITHER SHALL ANY MAN PLUCK THEM OUT OF MY HAND, MY FATHER WHICH GAVE THEM ME IS GREATER THAN ALL; AND NO MAN IS ABLE TO PLUCK THEM OUT OF MY FATHER'S HAND. I AND MY FATHER ARE ONE.

JOHN 3:16-18 SAYS: FOR GOD SO LOVED THE WORLD, THAT HE GAVE HIS ONLY BEGOTTON SON, THAT WHOSOEVER BELIEVETH IN HIM SHOULD NOT PERISH, BUT HAVE EVERLASTING LIFE, FOR GOD SENT NOT HIS SON INTO THE WORLD TO CONDEMN THE WORLD, BUT THAT WORLD THROUGH HIM MIGHT BE SAVED; HE THAT BELIEVETH ON HIM IS NOT CONDEMNED, BUT HE TH-AT BELIEVETH NOT IS CONDEMNED ALREADY, BECAUSE(OVER)

76

## VICTORY IN JESUS

HE HATH NOT BELIEVETH IN THE NAME OF THE ONLY BEGOTT-
ON SON OF GOD. **YOU MUST ADMIT THAT YOU ARE A SINNER,
YOU MUST REPENT OF ALL YOURS SINS, AND YOU MUST ASK
THE REAL JESUS CHRIST CHRIST TO FORGIVE YOU OF     ALL
YOUR SINS AND TO SAVE YOUR SOUL FROM HELL.     THIS   IS
ALL THAT YOU HAVE TO DO TO BE SAVED AND TO WIN THIS
UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS    DEMONS
FOR YOUR VERY OWN SOUL!**

**AFTER YOU GET SAVED YOU ARE SAVED FOREVER AND YOU
CAN NEVER LOSE YOUR SALVATION. YOU SHOULD BE BAPTI-
ZED IN PUBLIC BY WATER IMMERSION IN THE NAME (NOT
NAMES HERE SINGULAR AND NOT PLURAL) OF GOD THE FA-
THER, SON, AND HOLY GHOST. THIS IS ALL THAT YOU HAVE
TO DO TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR
FOR YOUR VERY OWN SOUL.**

**EVERY PERSON SINS AFTER THEY ARE SAVED AND THIS BRE-
AKS FELLOWSHIP  BETWEEN YOU AND GOD AND YOU LOSE
THE JOY OF YOUR SALVATION, BUT NOT YOUR SALVATION.**

**WHEN YOU SIN AFTER YOU ARE SAVED YOU MUST DO 1ST
JOHN 1:9 AND PROVERBS TO RESTORE FELLOWSHIP BACK
BETWEEN YOU AND GOD AND GOD WILL RESTORE THE JOY
OF YOUR FELLOWSHIP  BACK WITH HIM.**

YOU MUST REPENT OF ALL YOUR SINS TO GOD THAT YOU HAVE
COMMITTED, YOU MUST ASK GOD TO FORGIVE YOU OF THE
SINS THAT YOU HAVE COMMITTED AND TO RESTORE FELLOW-
SHIP BACK WITH HIM AND IF YOU ARE SINCERE GOD WILL RE-
STORE FELLOWSHIP BACK WITH YOU AND YOU WILL RCIEVE
THE JOY OF YOUR FELLOWSHIP BACK WITH GOD. YOU ARE SA-
VED TO SERVE GOD AND TO GET OTHER PEOPLE SAVED SO THE-
IR SOULS WILL NOT BURN IN HELL FOREVER. YOU MUST REME-
MEMBER THAT ONLY YOU CAN SAVE YOUR SOUL FROM HELL
AND ONLY YOU CAN DESTROY YOUR SOUL!

77

SATAN AND HIS DEMONS HAS ALL THE FALSE RELIGIONS,
FALSE CULTS, FALSE PROPHETS, DEMONIC SPIRITUAL DE-
VICES, FALSE DOCTRINE, AND COUNTERFIET JESUS CHRIST
TO DECIEVE YOU AND TO DESTROY YOUR SOULS IN HELL
TO BURN THERE FOR EVER IF YOU DO NOT GET SAVED AND
WIN THS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL!

SATAN HATES ALL MEN AND WEMON AND HIS MISSION IS TO
DECIEVE AND DESTOYED EVERY MAN AND WOMANS SOUL IN
HELL TO BURN THERE FOREVER WITH HIM AND HIS DEMONS
WHO CANNOT BE SAVED!

IF SATAN AND HIS DEMONS CAN NOT DESTROY YOUR SOUL IN
HELL TO BURN THERE FOREVER WITH HIM AND HIS DEMONS
HE WILL  STILL TRY TO **DESTROY YOUR WITNESS, MORAL LI-
FE, AND TESTIMONY OF YOUR AND YOUR FAMILY MEMBERS
SO NOBODY WILL BE.LIEVE YOU AND NOBODY WILL BE SAV-
ED. THIS UNSEEN SPIRITUAL WAR STARTS WHERE YOU ARE A
BABY AND IT WILL CONTINUE ALL YOUR LIFE WHEN YOU
ARE A CHILD, ADULT, SENIOR ADULT UNTIL THE DAY YOU DIE
AND YOU MUST DEFEAT SATAN, HIS DEMONS, AND HIS PEOP-
PLE AND WIN THIS SPIRITUAL WAR FOR YOUR VERY OWN
SOUL AGAINST SATAN AND HIS DEMONS FOR YOUR VERY
OWN SOUL.**

JOB 1:1 SAYS: THERE WAS A CERTAIN MAN IN THE LAND OF UZ,
WHOSE NAME WAS JOB; AND HE WAS  PERFECT AND UPRIGHT,
AND ONE THAT FEARED GOD, AND ESCHEWED EVIL. GOD  DOES
NOT CALL MANY PEOPLE PERFECT AND UPRIGHT!

JOB  1:7 SAYS: AND THE LORD SAID UNTO SATAN WHENCE
COMEST THOU?  THEN SATAN  ANSWERED  THE LORD AND SAID,
FROM GOING TO AND FRO IN THE EARTH, AND FROM WALKING
UP AND DOWN IN IT.

JOB 1;8 SAYS: AND THE LORD SAID UNTO SATAN, HAST THOU
CONSIDERED  MY SERVENT JOB THAT THERE IS NONE LIKE HIM
IN THE EARTH, A PERFECT AND UPRIGHT MAN, ONE THAT FEAR-
ETH GOD AND ESCHEWED EVIL!  78

# VICTORY IN JESUS

JOB 1;11-12 SAYS: BUT PUT FORTH THINE HAND NOW, AND TOU-
CH ALL THAT HE HATH, AND HE WILL CURSE THEE TO FACE! (
NOT JOB) AND THE LORD SAID UNTO SATAN, BEHOLD ALL THAT
HE HAS IS IN THY POWER; ONLY UPON HIMSELF PUT NOT FOR-
TH THINE HAND, SO SATAN WENT FORTH THE PRESENCE OF THE
LORD.. GOD ALLOWED SATAN TO TAKE EVERYTHING THAT JOB
HAD AND JOB DID NOT SIN.

JOB 1:21-22 SAYS: AND SAID, NAKED I CAME OUT OF MY MOTH-
ER'S WOMB AND NAKED SHALL I RETURN THIRTHER; THE LO-
RD GAVE AND THE LORD HATH TAKEN AWAY, BLESSESSED BE
THE NAME OF THE LORD. IN ALL THIS JOB **SINNED NOT, NOR
CHAARGED GOD GOD FOOLISHLY. JOB DID NOT SIN WHEN
SATAN WAS ALLOWED TO TAKE EVERYTHING HE HAD!** PRAI-
SE THE LORD JESUS!

JOB 2 SATAN SMOTE JOB FROM THE CROWN OF HIS HEAD TO
THE SOLE OF HIS FEET WITH SORE BOILS IN JOB 2:7-13 AND
JOB DID NOT SIN AND DEFEATED SATAN BY HIS ___GREAT FAITH
IN GOD AND DEFEATED SATAN 2 TIMES AND DID NOT SIN IN EI-
THER CASE.

GOD RESTORES JOB IN JOB 42:10 WHICH SAYS: AND THE LORD
TURNED THE CAPATIVITY OF JOB, WHEN HE PRAYED FOR HIS
FRIENDS ; AND THE LORD GAVE JOB TWICE AS MUCH AS HE
HAD BEFORE!

JOB 42;16 SAYS: AFTER ALL THIS LIVED JOB AN HUNDRED AND
FORTY YEARS, AND SAW HIS SONS AND HIS SONS SONS, EVEN
FOUR GENERATIONS.

JOB 42:15 THERE WERE FOUND NO DAUGHTERS AS FAIR AS
JOB'S DAUGHTER. JOB DEFEATED SATAN AND HIS DEMONS AND
HIS PEOPLE BY HAVING A ____GREAT FAITH____IN JOB AND SA-
TAN CAUSED JOB TO HAVE GREAT TRIALS AND TRIBULATIONS!

79

## VICTORY IN JESUS

SATAN AND HIS DEMONS HAS ALREADY DESTROYED MILLIONS OF HUMAN SOULS IN HELL IN MY OPINION BECAUSE OF THE LO-VE OF MONEY, POWER, GLORY, PRIDE, AND THEIR PARENTS DID NOT REAR THEM UP BY DEUTERONOMY 6:7-9 TO OBEY GOD'S LAWS AND GOD'S COMMANDMENTS IN THE HOLY BIBLE AND DESTROYED THEIR CHILDRENS SOULS IN HELL BY THE AUTHO-RITY OF THE HOLY BIBLE. SATAN AND HIS DEMONS HAS DESTR-OYED MILLIONS OF HUMAN SOULS IN HELL BY THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEIR PARENTS DID NOT BEAT THEIR CHILDREN WITH THE ROD BY PROVERBS 23:13-14 WHEN THEY BROKE GOD'S LAW AND GOD'S COMMANDMENT IN THE HOLY BIBLE AND DESTROYED THEIR SOULS IN HELL BY THE AUTHORITY OF THE HOLY BIBLE. I AM NOT JUDGING, THREATH-ING, OR SLANDERING THEM OR ANYONE EITHER. VENGEANETH IS MINE SAYETH THE LORD! GOD CREATED ALL THESE SINNERS AND GOD WILL BURN THEIR SOULS IN HELL IF THEY DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL. I AM ONLY A SINNER SAVED BY GRACE.

SATAN AND HIS DEMONS HAS DESTROYED AMERICA AND THE WORLD TODAY BECAUSE THE PEOPLE IN AMERICA AND THE WORLD **WILL NOT READ AND STUDY THE HOLY BIBLE DAILY OR REGULARLY OR HEAR CHRISTIAN BIBLE PREACHING AND TEACHING DAILY OR REGULARLY OVER AND OVER AGAIN TO GET ENOUGH FAITH TO BE SAVED AND TO WIN TH-IS UNSEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR THEIR VERY OWN SOUL! THE PEOPLE IN AMERICA AND THE WORLD WILL NOT LEARN HOW TO PRAY, BUT ALSO LEARN HOW TO PRAY IN THE SPIRIT WITHOUT CEASING TO GOD TO GET ENOUGH FAITH TO BE SAVED AND WIN THIS UN-SEEN SPIRITUAL WAR AGAINST SATAN AND HIS DEMONS FOR THEIR VERY OWN SOULS! THE BIBLE TELLS US THAT IT IS EASIER FOR A CAMEL TO GO THROUGH THE EYE OF A NEEDLE FOR A RICH MAN TO ENTER THE KINGDOW OF HEA-VEN.**

80

# VICTORY IN JESUS

THE RELIGION OF ISLAM SAYS  CHRIST WAS A PROPHET OF ALL-AH , BUT WAS SUPERSEDED BY MUHAMMAD'S  TEACHING  AND AUTHORITY IN VIOLATION OF ISAIAH 8:20, JEREMERIAH 28:9, AND  1ST JOHN 4:1-3 WHICH MAKES THE RELIGION OF ISLAM  A FALSE RELIGION OF SATAN, WHICH MAKES MUHAMMAD A FA-LSE PROPHET OF SATAN, AND MAKES  THE SPIRIT THAT SPOKE TO MUHAMMED A DEMON SPIRIT OF SATAN WHO MAY BE ALRE-ADY BUNING IN HELL FOR HUNDRED OF YEAR WITH THE GRE-ATER DAMNATION OF HELL TO BURN THERE FOREVER!

THE JEHOVAH'S WITNESSES TEACH THAT JESUS IS A CREATED BEING, MICHAEL , THE FIRST  CREATION OF JEHOVAH  AND THE SON OF GOD!  ACREATED BEING CAN NOT BE GOD ONLY THE CREATOR CAN BE GOD AND THE JEHOVAH'S WITNESSESS ARE IN VIOLATION OF ISAIAH 8:20, JEREMIAH 28:9, AND  I SAMUEL 9:6 AND 1ST JOHN 2:22, 1ST JOHN 4;1-3, AND 2ND JOHN 1:7 WHICH IS 100% PROOF THAT  THE JESHOVAH WITNESS ARE A FALSE CULT OF SATAN AND ARE DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE. I AM NOT JUDGING OR THREATHENING, OR SLANDERING THEM OR ANYONE EITHER. GOD CREATED THEM AND GOD WILL BURN THEIR SOULS IN HELL FOREVER IF THEY DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY OWN SOUL AT JUDGEMENT DAY BY  THE AUTHORITY OF THE HOLY BIBLE.

MORMONS_ JESUS WAS  THE CHILD OF ADAM AND MARY AND NOT THE HOLY SPIRIT AND MARY WHICH MAKES JESUS CHRIST ONLY A MAN AND NOT GOD ALREADY COME TO EARTH IN HUM-AN FLESH AND THE MORMONS ARE DEMON CONTROLLED OR POSSESSED BY SATAN AND HIS DEMONS BY THE AUTHORITY OF GOD'S WORD IN THE HOLY BIBLE.

YOU MUST STAY OUT OF ALL THE FALSE RELIGIONS OF SATAN BECAUSE THEY ARE DEMON CONTROLLED OR POSSESSED AND THEY WILL  DESTROY YOUR SOUL IN HELL IF HYOU DO NOT GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR SOUL.

81

# VICTORY IN JESUS

ACTS 4:18 SAYS: **AND THEY CALLED THEM, AND COMMAND-
ED THEM NOT TO SPEAK AT ALL NOR TEACH IN THE NAME
OF JESUS!** SATAN'S MASTER PLAN IS TO DESTROY EVERY HU-
MAN SOUL IN HELL TO BURN THERE FOREVER IS TO COMMAND
THEM NOT TO SPEAK AT ALL NOR TEACH AT ALL IN THE NAME
OF JESUS TO DECIEVE AND DESTROY EVERY HUMAN SOUL IN
HELL TO BURN THERE FOREVER!

SATAN AND HIS DEMONS HAS DESTROYED AMERICA AND THE
WORLD IN HELL BY KEEPING THEM FROM READING AND STU-
DYING THE HOLY BIBLE OVER AND OVER AGAIN TO KEEP THEM
FROM GETTING ENOUGH _____FAITH_____ TO BE SAVED AND
FROM WINNING THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY
OWN SOUL!

**ALL THAT SATAN AND HIS DEMONS HAS TO DO TO DESTROY
AMERICA AND THE WORLD IS TO KEEP THEM FROM READ-
ING AND STUDYING THE HOLY BIBLE SO THAT THEY CAN
NOT GET ENOUGH FAITH TO BE SAVED!**

**SATAN AND HIS DEMONS HAS DESTROYD AMERICA AND THE
WORLD BY KEEPING THEM FROM HEARING CHRISTIAN BIB-
LE PREACHING AND TEACHING SO THAT THEY CAN GET EN-
OUGH FAITH TO BE SAVED AND TO WIN THIS UNSEEN SPIRIT-
URAL WAR FOR THEIR VERY OWN SOUL.**

**SATAN HAS DESTROYED AMERICA AND THE WORLD BY KEEP-
ING PEOPLE IN AMERICA AND THE WORLD FROM LEARNING
HOW TO PRAY AND LEARNING HOW TO PRAYER IN THE SPIR-
IT WITHOUT CEASING TO GOD TO WIN THIS UNSEEN SPIRIT-
UAL WAR FOR YOUR VERY OWN SOUL! THE ONLY LIMITATI-
ON THAT GOD HAS PUT ON THESE COUNTERFIET JESUS CHR-
IST OF SATAN IS THAT THEY CAN NOT CONFESS THAT JESUS
IS THE CHRIST WHO IS GOD ALREADY COME TO EARTH IN
HUMAN FLESH AND DIED ON THE CROSS FOR THEIR SINS.**

82

# VICTORY IN JESUS

I CORINTHIANS 15:29 SAYS: ELSE WHAT SHALL THEY DO WHICH ARE BAPTIZED FOR THE DEAD, IF THE DEAD RISE NOT AT ALL? WHY ARE THEN BAPTIZED FOR THE DEAD? (I ALLEGE THIS IS TRUE, BUT I HAVE NO DOCUMENTATION ON THIS) MORMON SAY THAT PEOPLE WHO DIE AND ARE NOT SAVED THAT PEOPLE IN THE MORMON CHURCH CAN PRAY FOR THE UNSAVED PERSON AND HE WILL BE SAVED WHICH IS IN VIOLATION OF LUKE 16:19-31 WHEN THE RICH MAN DIED AND WENT IMMEDIATELY TO HELL AND WILL BURN THERE FOR EVER.

II CORINTHIANS 4:4 SAYS: IN WHOM THE god OF THIS WORLD(SA-TAN) HATH BLINDED THE MINDS OF THEM WHICH BELIEVE NOT, LEST THE LIGHT OF THE GLORIOUS GOSPEL OF CHRIST, WHO IS IMAGE OF CHRIST, WHO IS THE IMAGE OF GOD, SHOU-LD SHINE UNTO THEM. SATAN IS THE GOD OF THIS WORLD AND HE WILL BE GOD OF THIS WORLD UNTIL SATAN IS CAST INTO THE BOTTOMLESS PIT FOR 1000 YEARS. I WANT EVERY PERSON IN THE WORLD TO BE SAVED SO THEY WILL NOT BURN IN HELL FOR EVER!

JOHN 14:1-3 SAYS: LET NOT YOUR HEART BE TROUBLED; YE BELIEVE IN GOD, BELIEVE ALSO IN ME. IN MY FATHER'S HOUSE ARE **MANY MANSIONS** ; IF IT WERE NOT SO , I WOULD HAVE TOLD YOU, I GO TO PREPARE A PLACE FOR YOU: AND IF I GO AND PREPARE APLACE FOR YOU, I WILL COME AGAIN, AND RECEIVE YOU UNTO MYSELF, THAT WHERE I AM, THERE YOU MAY BE ALSO. I ALREADY HAVE A MANSION IN HEAVEN JUST WAITING FOR ME WHEN I GET THERE!

HEBREWS 2:5 SAYS: FOR UNTO THE ANGELS HATH HE NOT PUT IN SUBJECTION , THE WORLD TO COME WHEREOF WE SPEAK! I HAVE ANGELS SUBJECT TO ME WHEN I GET TO HEAVEN. SATAN WAS THE 1ST SINNER IN THE UNIVERSE AND NOT ADAM AND EVE. AS A CHRISTIAN I ALREADY HAVE IMMORALITY, EVERLAS-TING, AND ETERNAL LIFE! I WILL RULE AND REIGN WITH JESUS CHRIST FOR 1000 YEARS ON THE EARTH. I WILL NEVER DIE IN HEAVEN!

83

## VICTORY IN JESUS

GOD TELLS AMERICAN AND THE WORLD HOW TO HAVE PEACE IN II CHRONICLES 17:9-10 WHICH SAYS: **AND THEY TAUGHT IN JUDAH; AND HAD THE BOOK OF THE LAW OF THE LORD WITH THEM, AND WENT ABOUT THROUGHTOUT ALL THE CITIES OF JUDAH, AND TAUGHT THE PEOPLE. AND THE FEAR OF THE LORD FELL UPON ALL THE KINGDOMS OF THE LANDS THAT WERE ROUND ABOUT JUDAH, SO THAT THEY MADE NO WAR AGAINST JEHOSHAPHAT. AMERCIA COULD HAVE PEACE IF IT WOULD TEACH THE LAW OF THE WORLD IN AMERICA.**

**GOD TELLS AMERICA NOT TO BE ALLIES WITH PAGEN NATI-ONS, BUT WE DISOBEY GOD AND HELP SATAN NATIONS. II CH-RONCILES 19:2 SAYS: AND JEHU THE SON OF HANANI THE SEER WENT OUT TO MEET HIM, AND SAID TO KING JEHOSH-APHAT , SHOULDEST THOU HELP THE UNGODLY, AND LOVE THEM THAT HATE THE LORD (NO) ? THEREFORE IS WRATH UPON THEE FROM BEFORE THE LORD! AMERICA WILL HELP ALL THESE SATANIC NATIONS AND WILL KILL THE CHRIST-IANS I ALLEGE BECAUSE THEY ARE SO ALLEGE DEMON CO-TROLLED OR POSSESSED.**

**GOD KILLED KING SAUL IN I CHRONCILES 10:13-14 FOR NOT KEEING THE WORD OF GOD AND FOR ASKING COUNSEL OF ONE THAT HAD A FAMILIAR (DEMONIC ) SPIRIT.**

**I CHRONCILES 10:13-14 SAYS:** SO SAUL DIED FOR HIS TRANGRESSION WHICH HE COMMITTED AGAINST THE LORD, EVEN AGAINST THE WORD OF THE LORD, WHICH HE KEPT NOT, AND ALSO FOR ASKING COUNSEL OF ONE THAT HAD A FAMIL-IAR SPIRIT, TO ENQUIRE OF IT: AND ENQUIRED NOT OF THE LORD THEREFORE HE SLEW HIM, AND TURNED THE KINGDOM UNTO DAVID THE SON OF JESSE. GOD KILLED KING SAUL THE 1ST KING OF ISERAL FOR NOT KEEPING THE WORD OF GOD AND FOR ASKING COUNSEL OF ONE THAT HAD A FAMILIAR SPIRIT( WHICH IS A DEMONIC SPIRIT!    84

# VICTORY IN JESUS

GOD SAYS THAT ALL PEOPLE WHO DO NOT GET SAVED AND NOT IN THE EXCEPTION CASE FOR SALVATION WILL BURN IN HELL FOR ALL ETERNITY! LETS LOOK AT HOW LONG ETERNITY IS FOR UNSAVED SINNERS?

ONE DEFINITATION OF ETERNITY IS HOW MUCH TIME HAS PASSED YOU STILL HAVE THE SAME AMOUNT OF TIME TO GO WHEN THAT AMOUNT OF TIME HAS PASSED!

FOR EXAMPLE WHEN PEOPLE HAVE BEEN BURNING IN HELL FOR 999 TRILLION YEARS WHEN THAT 999 TRILLION YEARS HAVE PASSED THEY STILL HAVE THE SAME AMOUNT OF TIME TO GO TO BURN IN HELL. WHEN THAT 999 TRILLION YEARS HAVE PASSED THEY STILL HAVE ANOTHER 999 TRILLIANS YEARS TO GO AND THIS GOES FOREVER.

ANOTHER EXAMPLE FOR ETERNITY IS THAT WHEN THE PEOPLE HAS BEEN BURNING IN HELL FOR 999 TRILLION YEARS (X OR MULTIPY BY ) 999 TRILLION YERS BY 999 TRILLION YEARS X 999 TRILLION YEARS X OR MUPLITY BY 999 YEARS WHICH GOES ON AND ON **FOREVER THEY HAVE MADE ONLY A SMALL STEP IN ETERNITY TO BURN IN HELL FOR EVER.**

YOU MUST GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL OR BURN IN HELL FOREVER BY THE AUTHORITY OF THE HOLY BIBLE!

YOU CAN BE SAVED BY ADMITTING TO **GOD THAT YOU ARE A SINNER, BY REPENTING OF ALL YOUR SINS, AND BY ASKING THE REAL JESUS CHRIST TO FORGIVE OF ALL YOUR SINS AND SAVE YOU SOUL FROM HELL! THIS IS ALL THAT YOU HAVE TO DO TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL!**

**AFTER YOU GET SAVED YOU SHOULD BE BAPTIZED IN PUBLIC BY WATER EMMERSION IN PUBLIC IN THE NAME (NOT NAMES) OF THE GOD THE FATHER, SON, AND HOLY GHOST!**

85

## VICTORY IN JESUS

I BELIEVE THAT SATAN AND HIS DEMONS HAS ALREADY DESTROYED BILLIONS OF HUMAN SOULS IN AMERICA AND THE WORLD BECAUSE THE PARENTS DID NOT TEACH THEIR CHILDREN TO OBEY GOD'S LAWS AND GOD'S COMMANDMENT IN THE HOLY BIBLE BY DEUTERONOMY 6:7-9 AND DESTROYED THEIR SOULS IN HELL TO BURN THERE FOREVER IF THEY DO NOT GET SAVED.

I BELIEVE THAT SATAN AND HIS DEMONS HAS DESTROYED BILLLION OF HUMAN SOULS IN HELL IN THE PAST HISTORY OF THE ENTIRE WORLD BECAUSE THEIR PARENTS DID NOT _____ BEAT THEM WITH THE ROD BY PROVERBS 23:13-14 _____ WHEN THEY BROKE GOD'S LAWS AND GOD'S COMMANDMENT IN THE HOLY BIBLE! I BELIEVE THAT SATAN WILL DESTROY BILLION OF MORE HUMAN SOULS IN HELL FROM NOW THE PRESENT HISTORY OF THE ENTIRE WORLD UNTIL THE SECOND COMING OF JESUS CHRIST RETURN AT THE END OF THE SEVEN YEARS OF GREAT TRIBULATIONS! JESUS CHRIST NEVER COMMITTED ONE SIN IN HIS LIFETIME AND THE JEWS KILLED HIM BECAUSE THEY WERE CONTROL AND PSSESSED BY SATAN AND HIS DEMONS. JESUS CHRIST TOLD THE JEWS THAT THEY WERE A GENERATION OF VIPERS AND THEY WOULD NOT BE SAVED AND THAT THEY WOULD BURN IN HELL FOREVER. YOU MUST GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL OR BURN IN HELL FOREVER AT JUDGEMENT DAY. SATAN HAS DECIEVED ALL THE FALSE RELIGIONS TO WORK FOR HIM, BUT WILL REWARD THEM BY DESTROYING HEIR SOULS IN HELL TO BURN THERE FOREVER.

86

Case 2:07-cv-00713-MEF-TFM    Document 5-4    Filed 09/11/2007    Page 1 of 16

*Jon Jones*



# Moody
## MONTHLY

USING THE BIBLE TO MEET TODAY'S NEEDS

FRRGRUSAGKO   1 EL IL 19468L
18 JUL 81 121
MEL FARRAR
USA GARRISON HONSHU
AITH GARH FE
APL SAN FRANCISCO    CA  90343

# A catalogue of cults

Where they stand on the deity of Christ

# A catalogue of cults

# Where they stand

# on the deity

# of Chris

*Jesus CAN*

*DEStroy All cults!*

Gary L.

## The cults-
view of Ch

(See reprint information, pag

Jesus Christ's deity is what truly separates Christianity from a cult. Is He the Son of God? Or is He something less than God?

The following all claim to be the true way to God, truth, and enlightenment. But look closely at their views of Christ. Though not a complete list, these entries cover most of the known cults active in the U.S. today.

There are many complicated and strange twists of doctrine in nearly every cult, but for a fast reference on what the cults believe about the most important doctrine of our faith—the deity of Jesus Christ—

Former MOODY MONTHLY Associate Editor Gary Wall is Media Director at Greater Europe Mission, Wheaton, IL.

use our "catalogue of cults":

**Ahmadiyya Movement**—Founder: Hazrat Mirza. "Jesus was not a partner in the Godhead, as was not Jacob. Both of them were beloved prophets of God" *(True Christianity and How It Leads to Islam).*

**American Atheist Center**—Leader: Madalyn Murray O'Hair. There is no God, thus Jesus is not the Son of God.

**Ananda Marga Yoga**—Leader: Shrii Shrii Anandamurti. Jesus is considered God, but there is no Trinity. "Be constantly absorbed in the thought of God and you too will become God." *(Baba's Grace—Discourses of Shrii Shrii Ananda-murti).*

**Anthroposophical Society**—Leader: Rudolf Steiner. "Accor to Steiner, Jesus of Nazareth w just an ordinary man until, at tl age of thirty, he received the Christ-Essence during his bapti: the Jordan" (Spiritual Counter Project (Berkeley, CA) Letter, February, 1977). Steiner was a occult medium who interpreted Bible through clairvoyance.

**Arica**—Leader: Oscar Ichazo. point of Arica is enlightenment, man's transcending from the st of ego into what's known as th Void. This is a state of consciousness. . . . It's not God God Consciousness." Aricans t physical exercise and meditatio God is formless, thus Christ ca



**s:**

**d**

**y**

**t**

be *God Awakening Ways to Psycho-Spiritual Growth,* C. William Henderson).

**Assemblies of Yahweh**—"(John 8:79) is sometimes presented as evidence that Yahshua is the Almighty, that He is co-equal with His Father and that He had the power to resurrect Himself. This, of course, is false, trinitarian concept. *The Sacred Name Broadcaster,* Lincoln Frost). "We find the trinitarian doctrine to be foreign to the Inspired Scriptures" (Doctrine #5).

**Bahai**—Baha'i, an independent world religion based on "a unique revelation of God," traces its roots to an early division within Islam. God, called by different names, is

one but unknowable. Christ was a "manifestation" of God and a way to God.

**Bawa Muhaiyaddeen Fellowship**—Leader: Bawa Muhaiyaddeen. "God is a secret and a mystery, but man is also a mystery. Only God can see God. So if man is to see God, he must become God. Man becomes God, and God becomes man. It is no big deal," says Bawa (*Psychology,* April, 1976).

**Black Muslim**—Leader: Wallace D. Fard (Allah-God) and Elijah Poole (Elijah Muhammad—Fard's prophet). Also called: *The Nation of Islam.* Elijah Muhammad said that Jesus was "only a prophet and not the equal of Moses and Muham-

mad, and his religion was Islam, not the Christianity of the Pope of Rome" (Pittsburg *Courier,* 1959).

**Buddhism** (Hinayana Buddhism and Mahayanna Buddhism)—"In Hinayana Buddhism there is no god as we conceive of God. . . . The followers of Mahayana Buddhism tend to deify Buddha. Their idea of God, however, has no such comprehensive attributes as has the Christian God" (*Religions in a Changing World,* Howard F. Vos, Ed.). This rules out Christ as a deity.

**Cabala** (Kabbalah)—Cabala is a system of Jewish mystical thought which originated in southern France and Spain in the twelfth and thirteenth centuries. The Cabala doctrine of deity recognizes only two deities—the hidden god, the infinite great divine Nothing; and the dynamic god of religious experience (Spiritual Counterfeits).

**Center for Spiritual Awareness**—Leader: Roy Eugene Davis. Also called: Christian Spiritual Alliance. Buddha, Sri Krishna, and Jesus were enlightened souls. "The second coming of Jesus is a fanciful hope. The awakening of individuals to the realization of their own Christ-nature is what will liberate man and transform society" (*Darshan: The Vision of Light,* Roy E. Davis). Jesus was a man who reached Christ-consciousness and was on earth to share the truth of this consciousness.

**Children of God**—Leader: David (Moses David) Brandt Berg. Started as a fundamentalist counter-culture ministry, but degenerated into belief in the occult, reincarnation, and sexual permissiveness. The COG believes that Berg is the *only* end-time prophet; that it is the remnant church of the last days; that its authority is absolute; and in the use of blasphemy, profanity, vulgarity, and pornography (MOODY MONTHLY, July/August, 1977).

**Christian Scientists**—Founder: Mary Baker Eddy. Jesus was a mere man who demonstrated the Christ (i.e., a divine idea). It doesn't matter whether Christ ever existed, and His blood doesn't cleanse from sin (*Science and Health with Key to the Scriptures, The First of Christ*

▶

*Scientist and Miscellany,* both by Mary Baker Eddy).

**Church of the Living Word—** Leader: John Robert Stevens. Also called: *The Walk.* "Jesus Christ came to participate in humanity and make the bridge of communication so that God could communicate himself into our very beings. What he is, we become" *(The Word Became Flesh,* a Living Word publication). According to Stevens, this begins with contemporary revelations which make them the Living Word (Christ) to the world. Although some acknowledgment is made of the inspiration and authority of the Scripture, in practice the source of teaching is current revelation, not the Bible. Stevens considers himself God's chief intercessor.

**Church Universal and Triumphant—**Leader: Elizabeth Claire Prophet. Also called *Summit International* or *Summit Lighthouse.* The Church Universal and Triumphant is a mixture of eastern religions, Theosophy, Christianity, and many other things. Elizabeth is recognized as one of the two witnesses in Revelation 11. Her late husband and the founder, Mark, is considered the other. Jesus is considered a man that had the Christ Consciousness within Him. He was one of many who achieved the "God self" witness.

**Dhyana-Mandiram—**Leader: Pandit Usharbudh. "God is essentially formless. . . . God may manifest Himself-Herself-Itself in any form, at any time, at any place, on any planet . . . Jesus may be accepted as one of the many incarnations of God " *(Hinduism: An Introduction,* Pandit Usharbudh and Yorke Crompton).

**Divine Light Mission—**Leader: Guru Maharaj Ji. Guru Ji is the living Perfect Master. Jesus was the Perfect Master of His time, but ...n Ji has replaced Him. Ji claims the world needs the knowledge of Reality, and he claims to be the source of that knowledge and of peace in the world, according to David J. Hesselgrave, Trinity Evangelical Divinity School.

**ECKANKAR—**Leader: Sri Darwin



Gross. ECKANKAR says it is the wellspring and essence of all religions, philosophies, and sacred doctrines. It claims to be the way to God-realization via the "ancient science of soul travel." ECKANKAR makes the biblical God into a demon who as creator is responsible for the evil in the world and defines Christ as "god as all men are god" ("Eck World News," December, 1978, p. 13).

**Findhorn Foundation University of Light—**Leaders: Peter and Eileen Caddy. "The Devic (Deva is a being of light) would emphasize that man has to do one thing to reverse the trend of events on the planet: he has to recognize within himself the Divinity and wholeness of which he is a part" *(The Magic of Findhorn,* Paul Hawken). They separate Jesus and Christ and appear to be pantheistic. The group, a form of spiritism, became famous because the Findhorn community in Scotland has a producing garden near the Arctic Circle which is supposedly taken care of by plant spirits.

**Freemasonry—**". . . . We tell the sincere Christian that Jesus of Nazareth was but a man like us" ("Morals and Dogmas" by Albert Pike in *How to Respond to the Lodge).*

**Hare Krishna—**Founder: Chaitanya Mahaprabhu. Also called:

International Society of Krishna Consciousness (ISKCON). To the Krishnaite, the world is not real; it illusion. Salvation comes by chanting the name of their God, Hare Krishna, at least 1,728 times daily. They believe in the literal interpretation of the Hindu scriptures, but they also accept the Bible as one the scriptures. They consider Jes one of their gurus.

**"I Am" Movement—**Leader: Gu Ballard (Pen name: Godfrey Ray King). Jesus, a man, developed "I Am/God Self" within himself. This Mighty I Am Presence is a pure reservoir of energy statione over the head which can be dra on at will. Jesus is seen as one the many Ascended Masters. Th don't recognize the Trinity. The is an offshoot of the Theosophic Society. Its modern form is calle the Summit Lighthouse or Chur Universal and Triumphant. How ever, the "I Am" Movement stil exists *(The 'I Am' Discourses* Sc *Germain Press).*

**Iglesia Ni Cristo—**Leader: Feli Manalo. "We believe in Jesus Christ, but we do not believe th he is true God. We believe in c one true God, the God of crea Jesus Christ is a great savior ar was commissioned by God to l the savior" ("Research Center Bulletin," Far East Broadcasting

**Inner Peace Movement—**Lead Rev. Francisco Coll, DD. A fon spiritualism and spiritism combi ESP, astro-projection, psychic phenomena, etc., they introduc seven levels of consciousness. Christ consciousness is the high Jesus had reached Christ Consciousness and taught this whil earth. Jesus was a man. They separate Jesus and Christ. God impersonal and spoken of as T All, The Cosmos, and The Uni *(Every Wind of Doctrine,* Hobi Freeman).

**Integral Yoga Institute—**Fou Swami Satchidananda, "There not many gods; there is only C And that One has no name, r form, no place. [Thus Christ i God.] He is everywhere—in actuality, neither he, nor she, it. . . . The two sides are posit and negative, light and shade

also is God," says Swami Satchi-dananda *(The Youth Nappers,* James C. Hefley).

**Islam**—Christ was a prophet of Allah but was superseded by Muhammad's teachings and authority.

**Jainism**—Founder: Mahavira. "Jainism begins by denying the existence of an external Supreme Being, Creator, or Lord, who is the mainstay of the universe. (Thus, no Christ.) For these non-theistic humanists, there is no need to assume a first cause" *(Religions in a Changing World,* Howard F. Vos).

**Jehovah's Witnesses**—Jesus is a created being, Michael, the first creation of Jehovah and the "Son of God."

**Men's Home Missionary Movement**—Leader: Raymond J. Jolly. Similar to the Jehovah's Witnesses, they deny the physical resurrection of Jesus. "John 4:24—God is a Spirit. Luke 24:39—A spirit hath not flesh and bones . . . . In the first place, God directly tells us that Jesus is now a Spirit being" *(Epiphany Studies in the Scriptures).* "Trinitarians have grossly mistranslated and miscapitalized this passage to read their trinitarianism into it, as they have done in other cases. The proper translation shows that Christ is not Jehovah . . . . He is Jehovah's appointed Savior for the world, not Jehovah Himself" *(Epiphany Studies in the Scriptures*—Series 1).

**Liberal Catholic Church**—Leaders: Carles W. Leadbeater and Edward M. Matthews. "Obviously, God is not and cannot be a person. (Thus, no divine Christ.) The Persons of the Holy Trinity are representives or Masks for the one God who is beyond individuality, is united, eminent, and transcendent" *(The One Existence,* E. M. Matthews). The LCC is independent of the Roman Catholic Church and blends elements of theosophy and pantheism *(These Also Believe,* Charles Samuel Braden).

**Megiddo Mission**—Founder: Rev. L. T. Nichols. "Christ, Emmanuel, 'God with us,' is not the eternal God but the Son of God, con- -Mer.

ceived of the Holy Spirit, born of a virgin, but wholly human in his nature—Matt. 1:23, Heb. 2:16,17. . . ." *(History of the Megiddo Mission,* published by Megiddo Mission Church.)

**Mormons**—Founder: Joseph Smith; Prophet: Brigham Young. Also called: The Church of Jesus Christ of Latter Day Saints. Jesus is a pre-existent spirit, also the Father, one of many gods. Jesus was the child of Adam and Mary, not the Holy Spirit and Mary. Therefore, Christ was God-man, and men can be just like him *(Mormon Doctrine,* Bruce McConkie).

**Nichiren Shoshu Soka Gakkai**— Soka Gakkai substitutes Gautama Buddha and Nichiren for the true God and replaces the Bible with the Lotus Sutra, a false scripture. Soka Gakkai means Value Recreation Society ("Views on Christ," John Weldon).

**Peace Mission Movement**— Leader: Father Divine (George Baker). Baker distinguishes between Jesus and Christ. "I say B. J., not B. C. because it was before Jesus yet, in my opinion, it was not before Christ" *(The New Day,* September 1, 1945). "Jesus, he (Baker) seems at times to regard as merely the temporal and physical embodiment of the Christ" *(These Also Believe,* Charles Samuel Braden). Baker has claimed to be God and the Holy Spirit. There are



also references in his material that Jesus is God *(Kingdom of the Cults,* Walter Martin).

**Psychiana**—Leader: Frank B. Robinson. "At no time has God, nor will God, manifest Himself on this earth or anywhere as a person. . . . Jesus was no more than a human life acting out the God-power" *(They Have Found a Faith,* Marcus Bach).

**Radha Soami Society**—Leader: Charan Singh. God is seen as attributeless, formless, and impersonal without personality and name, although they give "him" the qualities of love, grace, wisdom, and power. The Society asserts that there are countless gods and goddesses, lords, rulers, and governors in the universe *(The World of Gurus,* Vishal Mangalwadi); thus Jesus is not Lord of Lords.

**Rajneesh Meditation Centers**— Leader: Bhagwan Shree Rajneesh. "But God (thus, Christ) is not a person. God is the process. . . . Existence is without cause. . . . In the beginning, there is no cause so in the end there can be no purpose" *(Beyond and Beyond,* Acharya Rajneesh).

**Rosicrucianism**—Jesus was a reincarnated man, the highest luminary possible. The Christ spirit in Him was a manifestation of the cosmic Christ ("Rays from the Rose Cross," December, 1978).

**Ruhani Satsang**—Leader: Kirpal Singh. "Jesus Christ was essentially a man of the East, and his teachings are imbued with oriental mysticism. It is even speculated that he spent many of his early years in India and learned from the Yogins and Buddhist monks" *(The Crown of Life,* Kirpal Singh).

**Sacred Mushroom of the Cross**— Leader: John Allegro. Christ was a mushroom *(Sacred Mushroom of the Cross,* John Allegro).

**Sanatana Dharma Foundation**— Leader: Yogeshwar Muni. Also called: Kayavarohan. Jesus is a man who achieved a divine state through meditation. Sanatana Dharma is considered the eternal path to truth leading to fulfillment and divinity. "Thus men, for the first time on Earth, could achieve

the God level not only in concept, but in physical manifestations as well" (Vishvamitra Newsletter).

**Satanism**—The introduction to the Satanic Bible says, "What amuses us most is that you indicate that a mere command to Satan in Jesus' name is sufficient to dismiss him. The Prince of Darkness regards both God and Jesus Christ as insignificant figments of man's more infantile imagination, at least insofar as their supposed power is concerned. God is dead, and Christ was but a man" (Every Wind of Doctrine, Dr. Hobart Freeman).

**Scientology**—Founder: L. Ron Hubbard. Hubbard claims to have found the spiritual technology to dispense the one "true way" to man. It is a process working through levels of self-knowledge and knowledge of past lives to awaken the primordial deity within until a person is able to regain total godhood. Christ is a man who achieved a "state of clear" but not the higher state of "Operating Thetan" ("Certainty" magazine, Vol. 5, No. 10).

**Self Realization Fellowship**—Founder: Paramahansa Yogananda. Also called: Yogoda Satsanga Society. Separates Jesus and Christ. Jesus was indwelt by the Christ Consciousness. "Let the omniscient Christ Consciousness come to Earth a second time and be born in you, even as it was manifested in the mind of Jesus" (Metaphysical Meditations, SRF Publishers).

**Shintoism**—"Deity is spirit, without form, unknowable . . . changeless, eternal, existing from the beginning of Heaven and Earth up to the present, unfathomable, infinite . . ." (Source of Japanese Tradition, Vol. 1, Ed. William Theodore de Bary).

**Shree Guru Dev Siddha Yoga Ashram**—Leader: Swami Muktananda Paramahansa. Also called: Sidha Yoga Dham. This is a self-realization group whose leader claims to be God. "This is the praise of the all-pervasive, formless, unmanifest, Absolute Being who manifests Himself in a thousand forms. . . . Above all, you will receive Divine Grace and finally realize your own divinity." Rejects God manifesting Himself in Christ (Songs of God, Guru, Self, Ed. Kabiraj).

**Sikhism**—Founder: Nanak. Sikhism developed an abstract and mystical monotheism. God is formless, sovereign, unknowable, and absolute. However, a righteous person can call upon the grace of Sat Nam—God. If a person reaches salvation which is by works, he absorbs into God. Rejects the idea of God revealed in a Person (Cults, World Religions, and You, Kenneth Boa).

**Sivananda Yoga Vedenta Centers**—Leader: Swami Sivananda. Also called: International Sivananda Yoga Society and Divine Life Society. God (or Christ) is not a person or spirit, but Consciousness. He is sometimes reborn as a man, other times as an animal, plant, or even an inanimate object. (The World of Gurus, Vishal Mangalwadi).

**Spiritual Advancement of the Individual Foundation**—Leader: Sri Satya Sai Baba. Jesus Christ is seen as an avatar, a deity descended to earth in bodily form. Sai Baba is Jesus Christ who was returned. Man, according to Baba, is Atman—Self or God. Man is under an illusion so he forgets that he is God. Baba also teaches that God is ultimately without attributes (The World of Gurus, Vishal Mangalwadi).

**Spiritual Frontiers Fellowship**—Founder: Arthur Ford and others. "There was no Christ 2,000 years ago. There was a man 2,000 years ago through whom the Anointed One was able to manifest. The man died, Christ lived, and as the Holy Spirit, has been helping. . . . The Divine Mind or the Concept of God has within himself all the faculties or qualities of both the male and female. There can be no creative expression, there can be no life without these two qualities. So God is neither man nor woman." Ford, a former Christian minister, made these comments during a seance March 18, 1965 (Unknown But Known, Arthur Ford).

**Spiritualists**—Jesus was an outstanding Jewish medium (Kingdom of the Cults, Walter Martin).

**Sri Chinmoy Centers**—Leader: Sri Chinmoy. God is seen as Consciousness and Light. Realize the divinity within you. "It is not because of his (Jesus') miracles that

he is worshipped, but because brought down the eternal Consciousness, the infinite Consciousness" (Kundalini: The Mother Power, Sri Chinmoy).

**Still Point Institute**—Leader: Sujata. Christ is an evolutive cosmic Christ. A heavy influence Zen Buddhism negates a person God (The Still Point, William Johnson).

**Subud**—Leader: Muhammad Subuh (Bapak). God is a "Great Life Force that flows through everything and everyone. It is impersonal." (Thus no divine Christ.) God is felt through "latihan" which is an inner vibration. The objective in Subud is to become passive so that you can experience and feel latihan (New Gods in America, Peter Rowley and Religious and Spiritual Groups in Modern America, Robert Ellwood).

**Sufism**—Leader: Pir-O-Murshid Hazrat Inayat Khan. God is an "Abstract Sound" which is the creative life principle in all nature. "The goal of Sufism is union with God in this life." Because of its link with Islamic philosophy, it would not consider Jesus as God (Awakening Ways to Psycho-Spiritual Growth, C. William Henderson).

**Swedenborgism**—Founder: Emanuel Swedenborg. A form of spiritism which also denies the personal Holy Spirit. He is called an efficiency or sanctifying influence. "We ought to have faith in God the Savior Jesus Christ, because that faith in the visible God, Whom the Invisible; and faith in the visible God, Who is at once Man and God, who enters Man . . ." (True Christian Religion, E. Swedenborg).

**Taoism**—Greatest philosopher: Chuang Tzu. "There is no personal Creator-God" (Cults, World Religions and You, Kenneth Boa).

**Tarotology**—The most famous form of cartomancy—divining by cards. It has been linked with . . . numerology, astrology and other cults. For all the language about God, Spirit, and the Truth, God the God and Truth of these are in no way those of Christ. An idolatrous system, according to Dr. David Hesselgrave. Tarot, being

cal Divinity School.

**The Farm**—Leader: Stephen. An eastern mysticism commune in Summertown, TN. Jesus, a teacher, was a good man indwelt with Christ Consciousness. "In the telepathic medium of the Holy Spirit, Christ consciousness, Buddha consciousness, call it what you will, exists all the time. . . . You don't have to call it Jesus or Buddha or Krishna, it's *the consciousness*" *(Hey Beatnik!, 1974).*

**The Foundation Church of the Millennium**—Leader: Father John. Denies the deity of Jesus. It is an offshoot of or front for the Process Church of the Final Judgment (see below) although they deny it. They were both founded in September, 1966; began in Xtul, Mexico; listed their midwest address as 1529 N. Wells Street, Chicago, IL; and have both since moved.

**The Holy Order of MANS**—Leader: Earl Blighton. Holds the occult/eastern view that Jesus was a great teacher, but merely a man who attained an impersonal kind of Christ-Consciousness." They separate Jesus and Christ. They believe all can attain Christ-Consciousness (Spiritual Counterfeits Project, Berkeley, CA).

**The Himalayan International Institute of Yoga Science and Philosophy**—Founder: Swami Rama. "In order to become true members of the Church of Christ, a person must know not who Jesus was, but what Christ is. Christ, Ishvara, is the very personal force pervading this universe that guides and illuminates every aspirant. . . . It is not an embodied person, but rather the force in which all individual beings are divine sparks . . ." *(Meditation in Christianity,* Dr. Pandit Arya). Swami Rama has said, "Jesus Christ was perhaps the greatest of all Yogis."

**The Local Church**—Leader: Witness Lee. Lee teaches that Jesus was neither God nor man, but God-man—a mingling of God with humanity. Through the death and resurrection of Christ, God mingled Himself with man, according to Lee. The implication is that men can be God-men too. He calls the Trinity three "stages of God" rather than three separate persons *(The God-Men,* Spiritual Counterfeits Project, Berkeley, CA).

**The Process Church of the Final Judgment**—Founder: Robert de Grimston. Jesus is a mere man. "The Processeans believe in three gods: Jehovah, Lucifer, and Satan" *(Satan's Devices,* Kurt Koch).

**The 3 HO Foundation**—Leaders: Yogi Bhajan and Guru Ram Dass. The 3 HO means happy, healthy, and holy. "What is God?. . . He is cosmic energy. . . . He is yin-yang; He is positive and negative. He is male, female. . . . When you say cosmic consciousness, you mean God. . . . You are God. . . . God is you. Man has never realized he is God. . . . God is a stick. . . . God is a cup. . . . God is a woman" *(The Teachings of Yogi Bhajan,* Bhajan).

**The Unification Church**—Founder/Leader: Sun Myung Moon. Moon says that God has dual qualities—spirit and energy. God is a personal being with consciousness, intelligence, love, and purpose. Salvation can come only through a Messiah who achieves perfection, marries, and has perfect offspring. Christ, Moon says, was to do this, but he failed because he died before he could marry. Because he was resurrected, Moon says, Jesus did redeem man spiritually. The physical redemption of man will happen through a second Messiah, but not Christ. The implication is that Moon is the second Messiah (MOODY MONTHLY, July/August, 1977).

**The Way**—Founder/Leader: Victor Paul Wierwille. A very close counterfeit of Christianity. They believe in God, the Bible, Jesus Christ, salvation, and eternal life, but no trinity. Jesus is not God, and the Holy Spirit is a synonym for God *(Jesus Christ Is Not God,* Victor Paul Wierwille).

**Theosophists**—Christ took the body of Jesus, a man, to become a teacher. Eventually all men become Christ.

**Transcendental Meditation**—Leader: Maharishi Mahesh Yogi. Also called *Spiritual Generation Movement, Students' International Meditation Society,* or *TM.* Maharishi says the purpose of creation and individual life is the expansion of happiness. This is done by expanding one's consciousness through seven levels of conscious-

ness. Jesus is considered an enlightened one. Leaders have tried to say that TM isn't a religion, but the courts have ruled it is *(Meditations,* Maharishi Mahesh Yogi).

**Unitarians**—Jesus was a man who believed in one God, not the Trinity.

**Unity School of Christianity**—Jesus was a perfect man indwelt by the Christ Consciousness present in every human.

**Vedanta Society** (Ramakrishna Order)—Founder: Swami Vivekananda. "They are human beings with extraordinary, original powers and entrusted with a Divine commission. Being heirs of Divine power and glories, they form a class of their own. To this class belong the incarnations of God, like Christ, Krishna, Buddha, and Chaitanya and their devotees of the highest order" *(Hindu View of Christ,* Swami Akhilananda).

**Witchcraft**—"Down through the centuries, many witches and sorcerers consider God and Satan as merely symbols of power, with no real existence as personalities" *(Kingdom of Darkness,* F. W. Thomas). Some witches may see Jesus as a wizard who was able to master natural and occult forces.

**Worldwide Church of God**—Leader: Herbert W. Armstrong. Jesus is part of the godhead (God family) and men can become like Jesus and part of the God family—Sons of God. They don't believe in a closed godhead (Trinity). The Holy Spirit is not considered a person, but the Father and the Son work through it.

**Zen Buddhism**—"Since Zen does not affirm the existence of the living God, it is not only absolutely destitute of the special revelation of God in His Word, but is wholly alien to the God of revelation," says Lit-Sen-Chang *(The Kingdom of the Cults,* Walter Martin).

**Zoroastrianism**—Founder: Spitoma Zoroaster. This cult doesn't recognize a personal God. Their God Ahura Mazda, is impersonal and has no physical nature *(Cults, World Religions, and You,* Kenneth Boa).

# HOW TO WITNESS TO A CULTIST

Dave Breese

## Give him something better.



**A** mysterious stranger is going to come knocking at your door. Or, you may meet him at a shopping center, or an airport. Perhaps even at the door of your church, or, perish the thought, in your Sunday school class. Wherever it may be, a religious promoter will probably cross your pathway sometime this year.

Dave Breese is president of Christian Destiny, Inc., Wheaton, IL, and author of *His Infernal Majesty* (Moody Press).

He (she) will be warm, personable, communicative. He will compliment you on your appearance and even your spiritual perception. He will talk about "the marvelous potential that you face in life," or "the beautiful fulfillment available to you if you will let me share a remarkable new discovery."

It's time to listen very carefully. Promoters of new and strange religions—the religious cults—are moving upon our society with greater activity than ever before. In all probability they will be well-dressed, carry beautiful literature and spin a beguiling story for anyone willing to listen. Some c the most vocal and earnest witn ing being done today is by repr sentatives of religious cults. Qui obviously, they are often succes

They have gained thousands converts, millions of dollars in contributions, and have distribu tons of literature. On radio and television they have achieved unprecedented visibility. The re More than 3,000 religious cults in excess of 5 million members America alone.

This estimate is conservative considering the religious organi: tions which have moved from Christian to cultic and the all-tc common spiritual defection of many. Still there are millions of troubled spirits now moving int fatal embrace of cults who nee more than ever to hear a witne the truth of Christ.

That's the problem. Concern Christians are asking, "How ca be an effective witness with soi one who is enamored with a ci leader, whose mind is apparen closed to the true gospel of Ch

A CULT IS an organized heresy false views capture a person ai become a disease in his intelle tual and emotional structure. Rescuing a cultic slave from th depths of spiritual subversion i difficult task.

But it is possible. Scripture suggests that God may give a person repentance unto the ac knowledging of the truth. He r recover from the snare of the Spiritual recovery is possible, t not inevitable. There are sever

principles faithful Christian witnesses should keep in mind.

1) *The cultist may be under satanic influence.* Witnessing to him takes great care and a measure of spiritual power. Pray earnestly and carefully weigh every word, asking God to turn it into spiritual dynamite. It is difficult enough to reach a spiritually neutral person. How much more difficult to touch the mind of one captured by the Devil. Prayer is imperative to a good witness to the cultist.

2) *Witness to the cultist will often take the form of spiritual rebuttal.* The apostle Paul tells Christians that they must "reprove, rebuke, exhort with all longsuffering in doctrine" (2 Tim. 4:2). A mind that has been made captive by a satanic lie is not open to "sweet reasonableness." It frequently needs reproof and rebuke. Don't shun sharp and pointed statements.

Christians ask, "How do I start? Where do I open the conversation so that I can talk about Christ to a cultist?" Almost always the cultic promoter will aggressively seize the initiative and attempt to do most of the talking. A perceptive Christian can respond, in kind, often with a sharp word of spiritual correction. We must have a ready knowledge of the Word of God and instant recall to respond immediately to the demands of a spiritual discussion.

3) *Take the initiative when you can.* A loving but gently forceful witness for Christ often surprises a cultist. At airports I often step into a situation where a cultic promoter is attempting to convert a traveler.

"Look," I'll say to the traveler, "this person is a satanic religionist. He is talking about a cult. Don't take this literature and don't give him any money. You're a Christian, and Christians know better than that!" ("You're a Christian" has led to many opportunities to explain what being a Christian really means.)

Cults not only need an active witness, but they also need to be confronted. We Christians are too reticent in our witness for Christ. Assert a word of correction to a cultic promoter.

4) *Stay close to the Word of God.* Many cultists are well-versed in philosophy and most are especially adept at endless discussion. Like the women at the well, they can talk endlessly about where we are supposed to worship and what truth is. Such discussions are usually profitless—notice Christ's answer to the woman's pseudo-spiritual discussion (John 4).

Don't involve yourself in irrelevant religious discussions. Stay close to Scripture. Quote its teaching on sin, righteousness, the person of Christ, the work of the cross, and the nature of salvation. An aspiring Christian witness, without good command of Scripture, is almost certain to end up second best in an animated discussion with a cultist. The rise of the cults and their remarkable (but warped) knowledge of Scripture should lead many of us back to intense personal Bible study.

5) *Give your testimony for Christ.* Many cultists can be deeply moved by an earnest Christian telling what Jesus Christ has done for him. In the depths of his heart the cultist is still seeking reality and can often be reached by the sincere, heartfelt testimony of a true Christian. Cults are good at producing a pseudo experience. Devotees are still looking for the real thing.

*Warnings: First, don't go beyond your depth.* It is unwise to pretend to know. Find a counselor, pastor, theologian, or spiritual advisor. Be candid: "I don't know the answer, but I can certainly find out for you." In addition to your church, contact Christian Destiny, Inc. (P.O. Box 100, Wheaton, IL 60187) or Spiritual Counterfeits Project (P.O. Box 4308, Berkeley, CA 94704).

*Second, don't give the cultist any money.* One mark of a false teacher is his attempt to make merchandise of you. Representatives of some cults raise hundreds of dollars a day from unsuspecting people who buy books or make contributions to "Christian camps," "counseling centers," or "ministries" of one sort or another. The cultist may pretend to be impressed or even swayed by your arguments, provoking sympathy—and then money. Don't do it!

*Third, don't promise to attend meetings.* Cultists recruit for meetings, counseling sessions, even retreats. Thousands of young people have naively responded to such invitations only to find themselves caught without help in a brainwashing situation.

*Finally, don't be overwhelmed by arguments, personalities, or even physical pressure.* If the situation is getting out of hand, get out. Many witnessing situations with cultists simply become impossible. Continued effort or even presence is foolish, and possibly dangerous. You are often dealing with an unstable mind capable of almost any form of aberrative behavior or physical aggression. Be able to spot incipient aggressive behavior and know how to cope with it.

WITNESSING TO A cultist is never easy; sometimes it's impossible. The probability of conversion to faith in Christ is considerably less than with a normal, unsubverted person. People with ministries to these bizarre people know how twisted the human mind can become and how strong Satan is.

You might suspect the one to whom you are speaking isn't even listening, then realize that he is simply waiting for you to finish so that he can continue his argument. Spiritual subversion is terrible and often brings its hapless victim beyond the help of a normal, compassionate Christian witness.

About the aftermath. When you have quoted the Word of God to an individual who has been subverted by Satan, you can confidently pray that God will continue to use His word with that person. No verse of Scripture has ever been quoted without eternal significance. Perhaps you have also had the opportunity to leave a tract or a booklet which, in a moment of rationality, the person may take the time to read.

When it comes to witnessing to the cults, the prelude is prayer and the follow-up is more earnest prayer. God does not promise that the person who is subverted by Satan will recover. Nevertheless, the pointed and compassionate witness brought to the heart of one who is spiritually confused may do its wonderful work. As Tennyson said, "More things are wrought by prayer than this world dreams of."

*BIBLICAL STATISTICS*

# PROPHECIES OF THE MESSIAH FULFILLED
# IN JESUS CHRIST

### PRESENTED HERE IN THEIR ORDER OF FULFILLMENT

| PROPHETIC SCRIPTURE | SUBJECT | FULFILLED |
|---|---|---|
| *Gen. 3:15, p. 11*<br>And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. | seed of a woman | *Gal. 4:4, p. 1718*<br>But when the fullness of time was come, God sent forth his Son, made of a woman, made under the law, |
| *Gen. 12:3, p. 22*<br>And I will bless them that bless thee, and curse him that curseth thee: and in thee shall all families of the earth be blessed. | seed of Abraham | *Mat. 1:1, p. 1405*<br>The book of the generation of Jesus Christ, the son of David, the son of Abraham. |
| *Gen. 17:19, p. 29*<br>And God said, Sarah thy wife shall bear thee a son indeed; and thou shalt call his name Isaac: and I will establish my covenant with him for an everlasting covenant, *and* with his seed after him. | seed of Isaac | *Luke 3:34, p. 1503*<br>Which was *the son* of Jacob, which was *the son* of Isaac, which was *the son* of Abraham, which was *the son* of Terah, which was *the son* of Na'-hor, |
| *Num. 24:17, p. 270*<br>I shall see him, but not now: I shall behold him, but not nigh: there shall come a Star out of Jacob, and a Scepter shall rise out of Israel, and shall smite the corners of Moab, and destroy all the children of Sheth. | seed of Jacob | *Mat. 1:2, p. 1405*<br>Abraham begat Isaac; and Isaac begat Jacob; and Jacob begat Judas and his brethren; |
| *Gen. 49:10, p. 90*<br>The scepter shall not depart from Judah, nor a lawgiver from between his feet, until Shiloh come; and unto him *shall* the gathering of the people *be*. | from the tribe of Judah | *Luke 3:33, p. 1503*<br>Which was *the son* of Am-min'-a-dab, which was *the son* of Ram, which was *the son* of Hezron, which was *the son* of Pharez, which was *the son* of Judah, |
| *Is. 9:7, p. 1040*<br>Of the increase of *his* government and peace *there* shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgment and with justice from henceforth even for ever. The zeal of the LORD of hosts will perform this. | heir to the throne of David | *Luke 1:32, 33, p. 1496*<br>He shall be great, and shall be called the Son of the Highest; and the Lord God shall give unto him the throne of his father David:<br>And he shall reign over the house of Jacob for ever; and of his kingdom there shall be no end. |
| *Mic. 5:2, p. 1363*<br>But thou, Beth-lehem Eph-ra-tah, *though* thou be little among the thousands of Judah, *yet* out of thee shall he come forth unto me *that is* to be ruler in Israel; whose goings forth *have* been from of old, from everlasting. | born in Bethlehem | *Luke 2:4, 5, 7, p. 1499*<br>And Joseph also went up from Galilee, out of the city of Nazareth, into Judea, unto the city of David, which is called Beth-lehem, (because he was of the house and lineage of David,)<br>To be taxed with Mary his espoused wife, being great with child.<br>And she brought forth her first born son, and wrapped him in swaddling clothes, and laid him in a manger; because there was no room for them in the inn. |
| *Dan. 9:25, p. 1320*<br>Know therefore and understand, *that* from the going forth of the commandment to restore and to build Jerusalem unto the Messiah the Prince *shall be* seven weeks, and threescore and two weeks: the street shall be built again, and the wall, even in troublous times. | time for His birth | *Luke 2:1, 2, p. 1498*<br>And it came to pass in those days, that there went out a decree from Caesar Augustus, that all the world should be taxed.<br>(And this taxing was first made when Cy-re'-ni-us was governor of Syria.) |

ΛΡΓΟ Λ

PROPHECIES OF THE MESSIAH

BIBLICAL STATISTICS

| PROPHETIC SCRIPTURE | SUBJECT | FULFILLED |
|---|---|---|
| **Is. 7:14, p. 1038**<br>Therefore the Lord himself shall give you a sign; Behold, a virgin shall conceive, and bear a son, and shall call his name Im-man'-u-el. | to be born of a virgin | **Luke 1:26, 27, 30, 31, p. 1496**<br>And in the sixth month the angel Gabriel was sent from God unto a city of Galilee, named Nazareth,<br>To a virgin espoused to a man whose name was Joseph, of the house of David; and the virgin's name was Mary.<br>And the angel said unto her, Fear not, Mary: for thou hast found favor with God.<br>And behold, thou shalt conceive in thy womb, and bring forth a son, and shalt call his name JESUS. |
| **Jer. 31:15, p. 1163**<br>Thus saith the LORD; A voice was heard in Ra'-mah, lamentation, and bitter weeping; Rachel weeping for her children refused to be comforted for her children, because they were not. | slaughter of the innocents | **Mat. 2:16-18, p. 1407**<br>Then Herod, when he saw that he was mocked of the wise men, was exceeding wroth, and sent forth, and slew all the children that were in Beth-lehem, and in all the coasts thereof, from two years old and under, according to the time which he had diligently inquired of the wise men.<br>Then was fulfilled that which was spoken by Jeremiah the prophet, saying,<br>In Ra'-mah was there a voice heard, lamentation, and weeping, and great mourning, Rachel weeping for her children, and would not be comforted because they are not. |
| **Hos. 11:1, p. 1336**<br>When Israel was a child, then I loved him, and called my son out of Egypt. | flight to Egypt | **Mat. 2:14, 15, p. 1407**<br>When he arose, he took the young child and his mother by night, and departed into Egypt:<br>And was there until the death of Herod: that it might be fulfilled which was spoken of the Lord by the prophet, saying, Out of Egypt have I called my Son. |
| **Mal. 3:1, p. 1399**<br>Behold, I will send my messenger, and he shall prepare the way before me: and the Lord, whom ye seek, shall suddenly come to his temple, even the messenger of the covenant, whom ye delight in: behold, he shall come, saith the LORD of hosts. | preceded by a forerunner | **Luke 7:24, 27, p. 1511**<br>And when the messengers of John were departed, he began to speak unto the people concerning John, What went ye out into the wilderness for to see? A reed shaken with the wind?<br>This is he, of whom it is written, Behold, I send my messenger before thy face, which shall prepare thy way before thee. |
| **Ps. 2:7, p. 866**<br>I will declare the decree: the LORD hath said unto me, Thou art my Son; this day have I begotten thee. | declared the Son of God | **Mat. 3:17, p. 1408**<br>And lo, a voice from heaven, saying, This is my beloved Son, in whom I am well pleased. |
| **Is. 9:1, 2, p. 1040**<br>Nevertheless the dimness shall not be such as was in her vexation, when at the first he lightly afflicted the land of Zeb'-u-lun, and the land of Naph'-ta-li, and afterward did more grievously afflict her by the way of the sea, beyond Jordan, in Galilee of the nations.<br>The people that walked in darkness have seen a great light: they that dwell in the land of the shadow of death, upon them hath the light shined. | Galilean ministry | **Mat. 4:13-16, p. 1409**<br>And leaving Nazareth, he came and dwelt in Ca-per'-na-um, which is upon the sea coast, in the borders of Zeb'-u-lun and Naph'-ta-li:<br>That it might be fulfilled which was spoken by Isaiah the prophet, saying,<br>The land of Zeb'-u-lun, and the land of Naph'-ta-li, by the way of the sea, beyond Jordan, Galilee of the Gentiles;<br>The people which sat in darkness, saw great light; and to them which sat in the region and shadow of death, light is sprung up. |

1852

STATISTICS

p. 1496
gel Gabriel
of Galilee,

whose name
id; and the

, Fear not,
ith God.
ceive in thy
nd shalt call

that he was
eing wroth,
hildren that
coasts were
according to
inquired of

as spoken by

rd, lamenta-
ourning, Ra-
nd would not

ung child and
into Egypt:
h of Herod:
was spoken
ying, Out of

ohn were de-
he people con-
into the wil-
ken with the

en. Behold, I
e, which shall

, saying, This
n well pleased.

e and dwelt in
e sea coast, in
aph'-tali:
h was spoken

d the land of
, beyond Jor-

ess, saw great
ne region and
up.

*BIBLICAL STATISTICS*

*PROPHECIES OF THE MESSIAH*

| PROPHETIC SCRIPTURE | SUBJECT | FULFILLED |
|---|---|---|
| **Deut. 18:15, p. 326**<br>The LORD thy God will raise up unto thee a Prophet from the midst of thee, of thy brethren, like unto me; unto him ye shall hearken. | a prophet | **Acts 3:20, 22, p. 1603**<br>And he shall send Jesus Christ, which before was preached unto you:<br>For Moses truly said unto the fathers, A Prophet shall the Lord your God raise up unto you of your brethren, like unto me, him shall ye hear in all things, whatsoever he shall say unto you. |
| **Is. 61:1, 2, p. 1104**<br>The Spirit of the Lord GOD is upon me; because the LORD hath anointed me to preach good tidings unto the meek; he hath sent me to bind up the brokenhearted, to proclaim liberty to the captives, and the opening of the prison to them that are bound;<br>To proclaim the acceptable year of the LORD and the day of vengeance of our God; to comfort all that mourn; | to heal the brokenhearted | **Luke 4:18, 19, p. 1504**<br>The Spirit of the Lord is upon me, because he hath anointed me to preach the gospel to the poor;<br>he hath sent me to heal the brokenhearted, to preach deliverance to the captives, and recovering of sight to the blind, to set at liberty them that are bruised, to preach the acceptable year of the Lord. |
| **Is. 53:3, p. 1095**<br>He is despised and rejected of men; a man of sorrows, and acquainted with grief: and we hid as it were our faces from him; he was despised, and we esteemed him not. | rejected by his own people, the Jews | **John 1:11, p. 1554**<br>He came unto his own, and his own received him not.<br>**Luke 23:18, p. 1549**<br>And they cried out all at once, saying, Away with this man, and release unto us Bar-ab'-bas: |
| **Ps. 110:4, p. 948**<br>The LORD hath sworn, and will not repent, Thou art a priest for ever after the order of Melchiz'-edek. | priest after order of Melchizedek | **Heb. 5:5, 6, p. 1768**<br>So also Christ glorified not himself to be made a high priest; but he that said unto him, Thou art my Son, today have I begotten thee.<br>As he saith also in another place, Thou art a priest for ever after the order of Melchiz'-edek. |
| **Zech. 9:9, p. 1390**<br>Rejoice greatly, O daughter of Zion; shout, O daughter of Jerusalem: behold, thy King cometh unto thee: he is just, and having salvation; lowly, and riding upon an ass, and upon a colt the foal of an ass. | triumphal entry | **Mark 11:7, 9, 11, p. 1482**<br>And they brought the colt to Jesus, and cast their garments on him; and he sat upon him.<br>And they that went before, and they that followed, cried, saying, Hosanna; Blessed is he that cometh in the name of the Lord:<br>And Jesus entered into Jerusalem, and into the temple: and when he had looked round about upon all things, and now the even-tide was come, he went out unto Bethany, with the twelve. |
| **Ps. 41:9, p. 894**<br>Yea, mine own familiar friend, in whom I trusted, which did eat of my bread, hath lifted up his heel against me. | betrayed by a friend | **Luke 22:47, 48, p. 1547**<br>And while he yet spake, behold a multitude, and he that was called Judas, one of the twelve, went before them, and drew near unto Jesus to kiss him.<br>But Jesus said unto him, Judas, betrayest thou the Son of man with a kiss? |
| **Zech. 11:12, p. 1392**<br>And I said unto them, If ye think good, give me my price; and if not, forbear. So they weighed for my price thirty pieces of silver. | sold for thirty pieces of silver | **Mat. 26:15, p. 1452**<br>And said unto them, What will ye give me, and I will deliver him unto you? And they covenanted with him for thirty pieces of silver. |
| **Ps. 35:11, p. 888**<br>False witnesses did rise up; they laid to my charge things that I knew not. | accused by false witnesses | **Mark 14:57, 58, p. 1490**<br>And there arose certain, and bare false witness against him, saying,<br>We heard him say, I will destroy this temple that is made with hands, and within three days I will build another made without hands. |

*PROPHECIES OF THE MESSIAH*

*BIBLICAL STATISTICS*

| PROPHETIC SCRIPTURE | SUBJECT | FULFILLED |
|---|---|---|
| **Is. 53:7, p. 1095**<br>He was oppressed, and he was afflicted, yet he opened not his mouth: he is brought as a lamb to the slaughter, and as a sheep before her shearers is dumb, so he openeth not his mouth. | silent to accusations | **Mark 15:4, 5, p. 1491**<br>And Pilate asked him again, saying, Answerest thou nothing? behold how many things they witness against thee.<br>But Jesus yet answered nothing; so that Pilate marvelled. |
| **Is. 50:6, p. 1092**<br>I gave my back to the smiters, and my cheeks to them that plucked off the hair: I hid not my face from shame and spitting. | spat upon and smitten | **Matt. 26:67, p. 1454**<br>Then did they spit in his face, and buffeted him; and others smote *him* with the palms of their hands, |
| **Ps. 35:19, p. 888**<br>Let not them that are mine enemies wrongfully rejoice over me: *neither* let them wink with the eye that hate me without a cause. | hated without reason | **John 15:24, 25, p. 1586**<br>If I had not done among them the works which none other man did, they had not had sin: but now have they both seen and hated both me and my Father.<br>But *this cometh to pass*, that the word might be fulfilled that is written in their law, They hated me without a cause. |
| **Is. 53:5, p. 1095**<br>But he *was* wounded for our transgressions, he *was* bruised for our iniquities: the chastisement of our peace *was* upon him; and with his stripes we are healed. | vicarious sacrifice | **Rom. 5:6, 8, p. 1661**<br>For when we were yet without strength, in due time Christ died for the ungodly.<br>But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us. |
| **Is. 53:12, p. 1096**<br>Therefore will I divide him *a portion* with the great, and he shall divide the spoil with the strong; because he hath poured out his soul unto death: and he was numbered with the transgressors; and he bare the sin of many, and made intercession for the transgressors. | crucified with malefactors | **Mark 15:27, 28, p. 1492**<br>And with him they crucify two thieves; the one on his right hand, and the other on his left.<br>And the scripture was fulfilled, which saith, And he was numbered with the transgressors. |
| **Zech. 12:10, p. 1393**<br>And I will pour upon the house of David, and upon the inhabitants of Jerusalem, the spirit of grace and of supplications: and they shall look upon me whom they have pierced, and they shall mourn for him, as one mourneth for *his* only *son*, and shall be in bitterness for him, as one that is in bitterness for *his* firstborn. | pierced through hands and feet | **John 20:27, p. 1595**<br>Then saith he to Thomas, Reach hither thy finger, and behold my hands; and reach hither thy hand, and thrust *it* into my side: and be not faithless, but believing. |
| **Ps. 22:7, 8, p. 897**<br>All they that see me laugh me to scorn: they shoot out the lip, they shake the head, *saying,*<br>He trusted on the LORD *that* he would deliver him: let him deliver him, seeing he delighted in him. | scorned and mocked | **Luke 23:35, p. 1549**<br>And the people stood beholding. And the rulers also with them derided *him* saying, He saved others; let him save himself, if he be Christ, the chosen of God. |
| **Ps. 69:21, p. 913**<br>They gave me also gall for my meat; and in my thirst they gave me vinegar to drink. | given vinegar and gall | **Mat. 27:34, p. 1456**<br>They gave him vinegar to drink, mingled with gall: and when he had *tasted* thereof, he would not drink. |
| **Ps. 109:4, p. 946**<br>For my love they are my adversaries: but I *give myself unto* prayer. | prayer for his enemies | **Luke 23:34, p. 1549**<br>Then said Jesus, Father, forgive them; for they know not what they do. And they parted his raiment, and cast lots. |

1854

## LFILLED

. p. 1491
d him again, saying, An-
:: behold how many things
thee.
..swered nothing; so that

). 1454
t in his face, and buffeted
:ote *him* with the palms of

5, p. 1586
e among them the works
:an did, they had not had
they both seen and hated
:her.
   *pass,* that the word might
:ritten in their law, They
:ause.

). 1661
: yet without strength, in
: for the ungodly.
:eth his love toward us, in
:et sinners, Christ died for

'8, p. 1492
:y crucify two thieves; the
:d, and the other on his

:vas fulfilled, which saith,
:ed with the transgressors.

1595
:homas, Reach hither thy
:y hands; and reach hither
: into my side: and be not
:.

1549
:ood beholding. And the
: derided *him* saying, He
: save himself, if he be
:God.

1456
:egar to drink, mingled
:e had *tasted* thereof, he

1549
:ther, forgive them; for
:ey do. And they parted
:ts.

| PROPHETIC SCRIPTURE | SUBJECT | FULFILLED |
|---|---|---|
| **Ps. 22:17, 18, p. 879**<br>   I may tell all my bones: they look *and* stare upon me.<br>   They part my garments among them, and cast lots upon my vesture. | soldiers gambled for his coat | **Matt. 27:35, 36, p. 1456**<br>   And they crucified him, and parted his garments, casting lots: that it might be fulfilled which was spoken by the prophet, They parted my garments among them, and upon my vesture did they cast lots.<br>   And sitting down, they watched him there; |
| **Ps. 34:20, p. 887**<br>   He keepeth all his bones: not one of them is broken. | no bones broken | **John 19:32, 33, 36, p. 1591**<br>   Then came the soldiers, and brake the legs of the first, and of the other which was crucified with him.<br>   But when they came to Jesus, and saw that he was dead already, they brake not his legs:<br>   For these things were done, that the scripture should be fulfilled, A bone of him shall not be broken. |
| **Zech. 12:10, p. 1393**<br>   And I will pour upon the house of David, and upon the inhabitants of Jerusalem, the spirit of grace and of supplications: and they shall look upon me whom they have pierced, and they shall mourn for him, as one mourneth for *his* only *son,* and shall be in bitterness for him, as one that is in bitterness for *his* firstborn. | his side pierced | **John 19:34, p. 1591**<br>   But one of the soldiers with a spear pierced his side, and forthwith came there out blood and water. |
| **Is. 53:9, p. 1096**<br>   And he made his grave with the wicked, and with the rich in his death; because he had done no violence, neither *was any* deceit in his mouth. | buried with the rich | **Matt. 27:57-60, p. 1457**<br>   When the even was come, there came a rich man of Ar-im-a-the'-a, named Joseph, who also himself was Jesus' disciple:<br>   He went to Pilate, and begged the body of Jesus. Then Pilate commanded the body to be delivered.<br>   And when Joseph had taken the body, he wrapped it in a clean linen cloth,<br>   And laid it in his own new tomb, which he had hewn out in the rock: and he rolled a great stone to the door of the sepulcher, and departed. |
| **Ps. 16:10, p. 873**<br>   For thou wilt not leave my soul in hell; neither wilt thou suffer thine Holy One to see corruption.<br><br>**Ps. 49:15, p. 899**<br>   But God will redeem my soul from the power of the grave: for he shall receive me. Selah. | to be resurrected | **Mark 16:6, 7, p. 1493**<br>   And he saith unto them, Be not affrighted: ye seek Jesus of Nazareth, which was crucified: he is risen; he is not here: behold the place where they laid him.<br><br>   But go your way, tell his disciples and Peter that he goeth before you into Galilee: there shall ye see him, as he said unto you. |
| **Ps. 68:18, p. 911**<br>   Thou hast ascended on high, thou hast led captivity captive: thou hast received gifts for men; yea, *for* the rebellious also, that the LORD God might dwell *among them.* | his ascension to God's right hand | **Mark 16:19, p. 1494**<br>   So then after the Lord had spoken unto them, he was received up into heaven, and sat on the right hand of God.<br>**1 Cor. 15:4, p. 1694**<br>   And that he was buried, and that he rose again the third day according to the scriptures:<br>**Eph. 4:8, p. 1725**<br>   Wherefore he saith, When he ascended up on high, he led captivity captive, and gave gifts unto men. |

1855

## VICTORY IN JESUS

### STATEMENT OF NON-LIABILITY BY DONALD L. JONES

DONALD L. JONES IS NOT LIABLE FOR ANY STATEMENTS HE MADE ABOUT ANY REFERANCES MADE BY HIM ON THE FALSE, RELIGIONS, FALSE CULTS, AND THE OCCULTS OF SATAN IN MOODY MONTHLY MAGAZINE JULY-AUGUST 1979 PAGES 20-25, AND HOW TO WITNESS TO A CULTIST 26-27 AND A WORLD RELIGION BOOK ON THE JEWISH RELIGION UNDER THE 1ST,1ST, 6TH,6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS OF THE US CONSTUTION WHICH IS THE ____FINAL AUTHORITY____ OVER ALL LAW IN AMERICA. MOTION TO DISMISS ANY CASE BY ANYONE AGAINST DONALD L. JONES IN THIS BOOK ON YOU ARE BORN INTO ANY UNSEEN SPIRITUAL WAR!

THIS IS BOOK ~~THREE~~ *Five* BY DONALD L. JONES DATED 9 MAY 2007.

_Donald L. Jones_
NAME

_17 May 2007_
DATE

C

# VICTORY IN JESUS

## YOU ARE BORN INTO AN UNSEEN SPIRITUAL WAR

### AUTHOR: DONALD L. JONES      14 MAY 2007

THIS IS THE FIRST BOOK WRITTEN BY DONALD L. JONES ON YOU ARE BORN INTO AN UNSEEN SPIRITUAL WAR. DONALD L. JONES DIED BEFORE HE WAS BORN AND HIS MOTHER COULD NOT READ OR WRITE AND HE WAS VERY POOR. A CHRISTIAN SCHOOL TEACHER WAS THE REASON DONALD L. JONES WAS SAVED IN ABOUT 1954 OR HE WOULD PROBABLY ALREADY BE BURNING IN HELL. HE RETIRED OUT OF THE ARMY AS AN E-7 IN MAY 31, 1981 WITH 23 YEARS 6 MONTHS AND 28 DAYS OF NATIONAL GUARD AND ACTIVE DUTY.

DONALD L. JONES HAS A BACHLOR OF SCIENCE DEGREE IN CHRISTIAN EDUCATION WITH A MINOR IN HISTORY FROM INDIANA BAPTIST COLLEGE IN MAY 1984 UNDER THE G.I. BILL.

DONALD L. JONES SPENT 2 TOURS IN VIETNAM WHERE HE VOLTUNEER TO GO. HE EXTENDED 6TH MONTH AND WAS HOME ON LEAVE BUT THERE WAS A TRUCE 3 DAYS BEFORE HE WAS SUPPOSE TO RETURN TO VIETNAM , BUT THERE WAS A TRUCE AND HE DID NOT HAVE TO GO BACK.

DONALD L. JONES HAS AN 120 HOURS IN AN COMPUTER SYSTEM ANALYSIS CORRESPONDENCE COURSE. HE HAS ABOUT 84 SEMESTER HOURS IN BUSINESS ADMINSTRATION FROM AMERICAN UNIVERSITY BRANCH AT FT. BENNING, GEORGIA, ST LEO'S COLLEGE, AND PURDUE UNIVERSITY BRANCH AT IU/PUI AT INDIANOPLIS, INDIANA RIGHT ACROSS FROM THE INDIANA STATE FAIR. HE WAS GOING TO CLASS ONE NIGHT AND THERE WAS A **SPIRITUAL SÉANCE AT ANOTHER CLASS.** IT IS SPIRITUAL SIN TO DEATH AND HELL IF YOU DO NOT GET SAVED TO GO TO A SPIRITUAL SÉANCE OF SATAN. YOU MUST REMEMBER THAT ONLY YOU CAN SAVE YOUR SOUL FROM HELL AND ONLY YOU CAN DESTROY YOUR SOUL IN HELL BY NOT GETTING SAVED!

D