IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-713-MEF |
| | ) |
| DEBORAH A. LASSEIGNE, | ) |
| Postmaster, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Reconsideration (Doc. #5) filed on September 11, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 19th day of September, 2007.

　　　　　　　　　　　　　　　　　　　／s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE