UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

25 SEPTEMBER 2007

CASE NUMBER : 2:07-CV-713-MEF
JONES VS LASSEIGNE

RECEIVED

2007 SEP 27  A 9: 39

EDRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEAR CLERK  C. CAMPBELL:

THIS LETTER IS IN RESPONSE TO  THE LETTER I RECEIVED
FROM YOU DATED  24 SEPTEMBER 2007. MY 1ST, 1ST, 6TH, 7TH, 8TH,
14TH, AND EQUAL JUSTICE RIGHTS ARE OVER ALL DISTRICT
CLERK PROCEDURE LAW AND MOTION YOU SEND ME THE
NAMES AND ADDRESS ON WHERE TO IMPEACH, FIRE, REMOVE,
AND DISBAR  US ATTORNEYS AND DISTRICT AND MAGISTRATE
JUDGES. YOU SAY THAT THIS  REQUEST IS  CONSIDERED TO BE
LEGAL ADVICE AND PLEASE SEND ME THE INFORMATION I
REQUESTED BY THE AUTHORITY OF MY 1ST, 1ST, 6TH, 6TH, 7TH, 8TH,
AND 14TH AMENDMENT AND EQUAL JUSTICE CLAUSE RIGHTS.

JUDGE FULLER  LISTED  28 U.S.C. WHICH HAS 100% NOTHING TO
DO WITH MY CASE IS AN EXCEPTION CASE  AND THERE ARE NO
CASES OR CASES REFERANCES FOR IT AND JUDGE FULLER BR-
OKE THE LAW.

AS FAR AS I KNOW ALL FEDERAL EMPLOYEES AS  JUDGE FULL-
ER SWORE TO UPHOLD AND DEFEND THE U.S. CONSTUTION HAS
BREACHED MY 1ST, 1ST, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE
CLAUSE RIGHTS WHICH BREACHES HIM FROM FEDERAL SERV-
ICE  RETROACTIVE BACK TO HIS FIRST DAY OF  FIRST DAY OF
FEDERAL SERVICE.

ROMAN 3:23 SAYS: FOR ALL HAVE SINNED AND COME SHORT OF
THE GLORY OF GOD. ROMANS 6:23 FOR THE WAGES  OF SIN IS
DEATH, BUT THE GIFT OF GOD IS ETERNAL LIFE  THROUGH
JESUS CHRIST OUR LORD.        1

## UNITED STATES DISTRICT COURT

### 25 SEPTEMBER 2007

HEBREW 9:27 SAYS: AND AS IT IS APPOINTED UNTO MEN ONCE TO DIE, BUT AFTER THIS THE JUDGEMENT. GOD WILL JUDGE EVERY PERSON AT JUDGEMENT DAY AND BURN ALL UNSAVED PEOPLE AND ALL PEOPLE NOT IN THE EXCEPTION CASE FOR SALVATION IN HELL AT JUDGEMENT DAY! I AM NOT JUDGING OR THREATHENING OR SLANDERING ANYONE EITHER! MY MISSI-ON IS TO GET EVERYONE SAVED SO THEY WILL NOT BURN IN HELL AT JUDGEMENT DAY!

MOTION TO SEND ME THE INFORMATION ON HOW TO IMPEACH, FIRE, AND REMOVE FEDERAL JUDGES AND MAGISTRATE AND US ATTORNEYS BY THE AUTHORITY OF THE US CONSTUTION.

MOTION THAT I HAVE AN ORAL IN PERSON TRIAL BY JURY BEFORE A JURY I PICK AND NOT A MAGISTRATE JUDGE. MY AUTHORITY IS MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUST-ICE RIGHTS WHICH IS OVER ALL 28 U.S.C. AND ALL PROCEDURE LAW.

YOU CAN CALL ME IF YOU NEED TO AT (334-527-3035) ANYTIME.

_____     _____
            NAME                             DATE

2