**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 10, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:  Donald L. Jones**
**Deborah A. Lasseigne**

**From:   Clerk's Office**s

**Case Style:  Donald L. Jones  v. Deborah A. Lasseigne**
**Case Number:   2:07-cv-713-MEF**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

> **No corporate/conflict disclosure statements have been filed by any party to this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**