# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **DONALD L. JONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.: 2:07-CV-713-MEF** |
| | ) |
| **DEBORAH A. LASSEIGNE,** | ) |
| **Postmaster, Brantley,** | ) |
| **Alabama, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported: None.

Dated this the 10th day of October, 2007.

          LEURA G. CANARY
          United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Donald L. Jones
    P.O. Box 92
    Brantley, AL 36009

          s/R. Randolph Neeley
          Assistant United States Attorney