IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: **2:07cv-713-MEF** |
| | ) |
| DEBORAH A. LASSEIGNE, Postmaster, | ) |
| Brantley, Alabama, et al., | ) |
| | ) |
| Respondents. | ) |

**SECOND MOTION FOR EXTENSION OF TIME**

Comes now the respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a second 30-day extension of time until Monday, December 10, 2007, in which to answer or otherwise respond to the complaint, and as grounds states as follows:

1. The verbose and rambling complaint in this matter appears to allege various grounds of recovery to include claims premised upon <u>Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), which allows for the maintenance of an action against a federal employee in his/her individual capacity.

2. As this Court is aware, the United States Attorney may not undertake the representation of a federal employee in his individual capacity without the approval of the Department of Justice.  To date, the representation requests of various named individual defendants have not been approved.

3. In the interest of judicial economy, the undersigned requests a second extension of thirty days, to and including December 10, 2007, in which to answer or otherwise respond to the

complaint. It is anticipated that during this time all named individuals will be granted representation and that the undersigned will thus have the authority to enter an answer or other response for all defendants at the same time.

Given the petitioner's status, no attempts have been made to determine his position on this request.

Respectfully submitted this 6th day of November, 2007.

                        LEURA G. CANARY
                        United States Attorney

By:   s/R. Randolph Neeley
       Assistant United States Attorney
       Bar Number: #9083-E56R
       Attorney for Defendant
       United States Attorney's Office
       Post Office Box 197
       Montgomery, AL 36101-0197
       Telephone: (334) 223-7280
       Facsimile: (334) 223-7418
       E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Donald L. Jones
>P.O. Box 92
>Brantley, AL 36009

>s/ R. Randolph Neeley
>Assistant United States Attorney