IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CIVIL ACTION NO. 2:07cv713-MEF |
| | ) |
| DEBORAH A. LASSEIGNE, | ) |
| Postmaster, Brantley, Alabama, *et al*. | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendant's *Second Motion for Extension of Time* (Doc. #12, entered November 6, 2007), and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and Defendants' time to file a response to Plaintiff's *Complaint* is extended to and including December 10, 2007.

Done this 6th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE