**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| DONALD L. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv713-MEF |
| | ) |
| DEBORAH A. LASSEIGNE, | ) |
| Postmaster, Brantley, Alabama, *et al.* | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendant's *Motion to Dismiss* and *Memorandum In Support* (Doc. # # 16 and 17, filed on December 10, 2007), it is hereby

**ORDERED** that the **PLAINTIFF file a response by December 26, 2007** to show any cause why the motion should not be granted.

Done this 11th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE