# UNITED STATES DISTRICT COURT

## CASE NUMBER 2:07 CV 713-MEF

## 10 DECEMBER 2007

### MAIN BRIEF OF DONALD L. JONES WHO IS FORCED PRO SE

THIS BRIEF IS IN RESPONSE TO THE __ORDER__ THAT I RECIE-
VED FROM JUDGES MARK FULLER, MYRON THOMPSON, AND
KIETH WATKINS 3 DECEMBER 2007 AND MOTION TO DISMISS
THE ENTIRE LETTER BECAUSE OF ITS MANY US CONSTUTIONAL
VIOLATIONS, LIES ,ERRORS, AND SWORN LIES! I ALLEGE THESE
THREE JUDGES HAVE COMMITTED US CONSTUTIONAL PREJURY
AS SWORN LIARS, ABUSE OF POWER, UNETHICAL CONDUCT,
AND CONFLICT OF INTEREST WHICH __-TERMINATES THEM
FROM FEDERAL SERVICE FOREVER AND I WIN MY CASE AGAI-
NST THE POST OFFICE.

THE COURT SAID THAT THEY SENT ME A LETTER THAT I NEVER
RECEIVED WAS A CONFLICT DISCLOSURE STATEMENT WHICH
AS FORCED PRO SE I NEVER RECEIVED AND IT MUST BE DISMIS-
ED BECAUSE I ____NEVER RECEIVED NOTICES 1 OR 2. AND WHO
SENT IT IS A LIAR I ALLEGE. THIS CONFLICT OF INTEREST LETT-
ER THEY SAY WAS SENT OUT 12 JUNE 2007 WHICH I NEVER RECI-
EVED! WHY DIDN'T JUDGE MARK FULLER HAVE THEM CALL ME
IN JULY, AUGUST, SEPTEMBER, OCTOBER, OR NOVEMBER. THIS
IS PROOF THAT THIS IS A LIE BY WHOEVER DONE THIS. THIS
WAS THE TIME THAT I EVERY SEEN A LETTER LIKE THIS! IF I AM
LYING HERE LET GOD WHO CREATED ME KILL ME IN A PICSEC-
SECOND AND TaKE MY LIFE BECAUSE I WOULD BE UNFIT TO
LIVE.

MOTION TO DISMISS THIS LETTER BECAUSE I DO NOT KNOW
WHAT THIS IS, MARK FULLER IS A LIAR AND SWORN LIAR I
ALLEGE BECAUSE HE BREACHED MY $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH},8^{TH},14^{TH}$,
AND EQUAL JUSTICE CLAUSE RIGHTS WHICH ___TERMINATES__
HIM FROM FEDERAL SERVICE. I ALEGE JUDGE MARK FULLERS
IS AN ALLEGED PAGEN, HEATHEN AND AN ALLEGED SON OF
SATAN BY THE AUTHORITY OF THE HOLY BIBLE!

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07: CV -713- MEF

10 DECEMBER 2007

THIS IS ALSO MY OPINION UNDER THE 1ST OPINION IN THE 1ST AMENDMENT OF THE US CONSTUTION OF FREEDOM OF RELIGION AND SPEECH. I AM NOT JUDGING, THREATHENING, OR SLANDERING HIM OR ANYONE EITHER. VENGEANETH IS MINE SAYETH THE LORD. GOD CREATED HIM AND GOD WILL BURN HIS SOUL IN HELL FOREVER IF HE DOES NOT GET SAVED.

JUDGE FULLER AND THE OTHER 2 JUDGES ARE SO ALLEGED PAGEN, HEATHEN I ALLEGE THAT THAT PUT _____DISTICT COURT LAW AND OTHER LAW THE HIGHER AUTHORITY THAN THE US CONSTUTION____ WHICH IS IN BREACH OF MY 1ST,1ST, 6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES THEM FROM ____FEDERAL SERVICE RETROACTIVE TO THEIR 1ST DAY OF FEDERAL SERVICE WITH NO JUDICAL AUT-HORITY. JUDAS BETRAYED JESUS CHRIST FOR 30 PIECES AND WENT OUT AN HANGED HIMSELF WHICH IS THE WORSE SIN THAT YOU CAN COMMITT BECAUSE JESUS IS GOD.

AS FAR AS I KNOW THESE 3 JUDGES ALL SWORE TO UPHOLD AND DEFEND THE US CONSTUTION BECHED MY 1ST,1ST,6TH, 6TH, 7TH, 8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHERE THEY_____ **BETRAYED       AN ESTIMATED 286 MILLIONS AMERICANS       WHICH IS MUCH WORSE THAN JUDAS WHO BETRAYED JESUS FOR 30 PIECES OF SILVER AND JUDAS HAS BEEN       BURNING IN HELL FOR ABOUT 2000 YEARS NOW.**

JUDGE FULLER REFERANCES FEDERAL RULES OF CIVIL PROCE-DURE 7-1 AND AN MISCELLOUS CASE NUMBER 00--3047 IN BREACH OF MY 1ST,1ST,5TH,5TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES HIM FROM FEDERAL SERVICE. HE IS TRYING TO PULL A SWITCHAROO AGAIN S HE DID ON MY SSA CASE AND STEAL MY MONEY AND BENEFITS. HE LIES AGAIN WHEN HE SAYS THAT I FAILED TO COMPLY WITH NOTICE NUMBER 1. I NEVER RECEIVED **NOTICES 1 OR 2.**

2

UNITED STATES DISTRICT OURT

CASE NUMBER 2:07:713- MEF

10 DECEMBER 2007

JUDGE FULLER  ORDER TERRY MOORE TO HEAR MY CASE IN
BREACH OF THE JURISDICTION  AND MY 1ST,1ST,6TH,6TH,7TH,8TH
14TH, AND EQUAL JUSTICE  CLAUSE RIGHTS WHICH _____
TERMINATES HIM FROM FEDERAL SERVICE BECAUSE HE DID
NOT ___UPHOLD AND DEFEND THE US  CONSTUTION AND DID
NOT GIVE ME MY US CONSTUTIONAL RIGHTS.

ON JUDGE FULLER ORDER HE  REFERANCES FED. APP. P. 26.-1,
FED BANK,P 1007 AND P7.1 AND P12,4 . HIS ORDER CIV MID. NO.
00 2007 ON  HIS ORDER ON PARAGRAPH 1 AND 2.  THIS IS IN
BREACH OF MY  1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE
RIGHTS WHICH ____TERMINATES HIM FROM FEDERAL SERVICE
AGAIN BECAUSE HE BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH,
AND EQUAL JUSTICE CLAUSE RIGHTS AGAIN. MY US CONSTUT-
ION RIGHTS ARE THE _____FINAL AUTHORITY ___OVER ALL LAW
LISTED ABOVE AND JUDGE FULLER AND THESE 2 OTHER JUDGES
AND THEY MUST  BE IMPEACHED AND HIS LIES AND SWORN
LIES MUST BE REVERSE.  JUDGE FULLER LIST THESE REGULAT-
IONS  IN THIS PARAGRAPH  HAS 100% NOTHING TO DO WITH MY
CASE BECAUSE _____MY CASE IS AN EXCEPTION CASE
_____AND THERE ARE NO CASES TO REFERANCE IT BY AND
HE IS A LIAR AND A SWORN LIAR BECAUSE HE BREACHED  MY
1ST,1ST,6TH,6TH,7TH,8TH,14TH,  AND EQUAL JUSTICE RIGHTS AGAIN
WHICH ___TERMINATES HIM FROM FEDERAL SERVICES BACK
TO HIS 1ST DAY OF FEDERAL SERVICES.  I RETIRED OUT OF THE
ARMY AND I AM USED TO JUDGE FULLER ALLEGED SICK AND
WARP MIND THAT CALLS EVIL GOOD AND GOOD EVIL.

JUDGE FULLER AND JUDGE MCPHERSON  IN MY SSA CASE BRE-
ACHED MY  1ST,1ST,6TH,6TH,8TH,14TH, AND EQUAL JUSTICE  CLAUSE
RIGHTS WHICH ALREADY TERMINATED THEM FROM FEDERAL
SERVICE ABOUT 3 YEARS. JUDGE FULLER AND JUDGE MCPHER-
SON BREACHED MY US CONSTUTIONAL RIGHTS ON MY SSA CA-
SE  IN TRYING TO PULL A SWITCHROO LIKE THIS!

3

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-713-MEF

10 DECEMBER 2007

JUDGE FULLER BREACHED MY ___JURISDICTION__AND BRECH-
ED MY 1ST, 1ST, 6TH,7TH,8TH, 14TH,  AND EQUAL JUSTICE CLAUSE
RIGHTS WHICH ____TERMINATES BOTH OF THEM FROM FEDE-
RAL SERVICE WHEN HE ORDERED HER TO HEAR MY SSA CASE
WHEN SHE HAD ____NO AUTHORITY TO RULE ON A US CONDITI-
ONAL CASE BEING A FEDERAL MAGISTRATE JUDGE.

THEY TRICK ME BY CHANGING MY CASE TO  HER AND I SAID IT
WAS OK IF IT DID NOT CHARGE ME ANY MORE MONEY., BUT
THEY BREACHED MY JURISDICTION AND US CONSTUTIONAL
RIGHTS.  AT THE TIME I DID NOT KNOW THAT  JUDGE FULLER
MADE  AN INLEGAL ORDER AND BROKE THE LAW AND  I CAN
NOT  BE INVOLVED IN  HIS INLEGAL ORDER  OF HEARING MY
CASE AND SHE SHOULD NOT ACCEPTED MY WHICH BREACHES
MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE RIGHTS AND
BETRAYED AN ESTIMATED 286 MILLION PEOPLE WHICH IS MORE
WICKED THAN JUDAS WHO BETRAYED JESUS FOR 30  PIECES OF
SILVER.  THE BIBLE SPEAKS A LOT ABOUT PEOPLE BEING DEM-
ON CONTROLLED OR DEMON POSSESSED WHICH I ALLEGE OUR
DISTRICT COURT KNOWS NOTHING ABOUT WHICH MAKES THEM
100% UNCONSTUTIONAL. JUDGE FULLER, JUDGE MCPHERSON,
LEURA CANARY, AND ANOTHER US ATTORNEY BREACHED MY
US CONSTUTIONAL RIGHTS AND STOLE MY SSA BENEFITS AND
THEY SHOULD BE IMPEACHED ASAP.

I WANT TO GO OER SOME BIBLE VERSES HERE AND LOOKED ON
HOW GOD PUNISHED PEOPLE  IN THE OLD TESTAMENT FOR
THEIR SINS AND SEE THAT  HOW HE MAY PUNISH PEOPLE TOD-
AY. THE BIBLE TELLS US THAT ____ALL_____HAVE SINNED AND
COME SHORT OF THE GLORY  OF GOD.  GOD KILL KING  SAUL
THE 1ST KING OF ISERAL IN I CHRONICLES  10:13-14 BECAUSE HE
DID NOT KEEP THE WORD OF GOD AND ASKED COUNSEL OF ONE
THAT HAD A FAMILIAR SPIRIT. (DEMONIC SPIRIT)

4

## UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-713-MEF

10 DECEMBER 2007

JUDGE MARK FULLER I ALLEGE HAS NOT KEPT THE WORD OF GOD BECAUSE HE BREACHED MY US CONSTUTIONAL RIGHTS AND JURIDICTION IN MY SSA AND BETRAYED ____NOT ONLY ME, BUT AN ESTIMATED 286 MILLION AMERICA WHICH IS 100% PROOF THAT ___HE___ DID NOT KEEP THE __WORD OF GOD! HE ALSO BREACHED JURISDICTION AND MY US CONSTUTIONAL RIGHTS ON MY SSA CASE ____WHICH TERMINATES HIM LEURA CANARY, ANOTHER US ATTORNEY, JUDGE MCPHERSON FROM FEDERAL SERVICE IN MY SSA CASE. JUDGE FULLER, JUDGE MC-PHERSON, LEURA CANARY, ANOTHER US ATTORNEY, AND VLJ SSA LAW JUDGE STOLE MY SSA BENEFITS I ALLEGE!

THE SSA BOARD DID NOT NOTIFY ME OF MY SSA CASE UNTIL 2 APPEALS HAD BEEN HEARD____WHICH IS SATANIC AND IN BREACH OF JURISDICTION AND 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS. THE 1ST TIME MY CASE WAS APPEAL I SHOULD HAVE BEEN NOTIFY! THE SECOND TIME MY CASE WAS APPEAL I SHOULD HAVE BEEN NOTIFIED IN BREACH OF MY 1ST,1ST,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE RIGHTS!

I HAD A PERSON I KNEW THAT APPEAL HIS SSA CASE AND IT WAS DENIGNED 2 TIMES AND HE ASKED ME FOR ___FOOD __ BECAUSE SSA DENIED HIS SECOND APPEAL. JUDGE MARK FULLER I ALLEGE ____OBEYS SATAN AND NOT GOD AND HE SHOULD BE IMPEACHED ASAP..

MARK 5:15 SAYS: AND THEY CAME TO JESUS, AND SEE HIM THAT WAS ___POSSESSED____WITH THE DEVIL AND HAD THE LEGION SITTTING AND CLOTHEDAND IN _____HIS RIGHT MIND, AND THEY WERE AFRAID! HERE IS A MAN POSSESSED WITH A LEGION OF DEMONS (OVER 6,000 DEMONS) WHO WAS CAST OUT BY JES-US WAS IN ____HIS RIGHT MIND AFTER JESUS CAST OUT THESE DEMONS. IS JUDGE MARK FULLER IN HIS RIGHT MIND?

5

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-713-MEF

10 DECEMBER 2007

MARK 5:4-5 SAYS:BECAUSE THAT HE BEEN OFTEN BOUND WITH
FETTERS, AND CHAINS AND THE CHAINS HAD BEEN PLUCKED
ASUNDER BY HIM, AND THE FETTERS BROKEN IN PIECES : NEI-
THER COULD ANY MAN TAME HIM, AND ALWAYS NIGHT AND
DAY HE WAS IN THE MOUNTIANS, AND IN THE ___TOMBS_____
CRYING AND CUTTING HIMSELF WITH STONES. THIS MAN WAS
POSSESSED BY A LEGION OF DEMONS WAS NOT IN HIS __RIGHT
MIND AND HE CUT AND HURT HIMSELF. IS JUDGE MARK FULLER
IN HIS RIGHT MIND WHEN HE SWEARS TO UPHOLD AND DEFEND
THE US CONSTION, BUT IS 100% IN BREACH OF IT AND HAS _____
BETRAYED___AN ESTIMATED 286 MULLION AMERICANS? HE
OBEYS SATAN AND DISOBEYS GOD. HAS HE EVER KEEP THE
WORD OF GOD WHEN GOD KILLED KING SAUL FOR ___NOT
KEEPING ___THE WORD OF GOD___ AND ASKING COUNSEL OF
ONE WHO HAD A FAMILIAR SPIRIT WHICH IS A DEMONIC SPIRIT.
HAS JUDGE FULLER EVER HEARD THE WORD OF GOD MUCH
LESS KEEP IT?

MATTHEW 10:22 SAYS: AND YE (ME) SHALL BE HATED OF ALL
MEN FOR MY NAMES'S SAKE,BUT HE THAT ENDURETH UNTO
THE END SHALL BE SAVED. I AM HATED BECAUSE I AM A
CHRISTIAN!I ALLEGED JUDGE FULLER HATES ME BCAUSE I AM
A CHRISTIAN WHICH HE HAS PROVEN IN BREACH OF MY 1ST
AMENDMENT RIGHTS OF FREEDOM OF RELIGION AND SPEECH.

MATTHEW 21:37-39 SAYS: JESUS SAID UNTO HIM: THOU SHALT
LOVE THE LORD THY GOD WITH ALL THY ___HEART__AND
WITH ALL THY SOUL AND WITH ALL THOU MIND. THIS IS THE
FIRST AND GREAT COMMANDMENT : AND THE SECOND IS LIKE
UNTO IT; THOU SHALT LOVE THY NEIGHOR AS THYSELF. MATT-
HEW 24:21 SAYS: AND THEN SHALL BE GREAT TRIBULATION SU-
CH AS WAS NOT SINCE THE BEGINNING OPF THE WORLD TO THIS
TIME , NO,NOR EVER BE!

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-713 MEF

10 DECEMBER 2007

GOD IS GOING TO DESTROY THE WORLD THAT HE CREATED BY
SENDING SEVEN YEARS OF TRUBULATION UPON THE EARTH. HE
IS GOIN TO PUNISH JUDGE FULLER ___ IF HE IS NOT SAVED _____
AND DOES NOT GET SAVED AND ALL UNSAVED PEOPLE AND
ALL PEOPLE THAT TAKE THE MARK OF THE BEAST WHICH IS
666! THE ANTI CHRIST OR SATAN WILL TAKE CONTROL OF THE
WORLD AND KILL EVERY PERSON THAT WILL NOT TAKE THE
MARK OF THE BEAST WHICH IS 666. IF YOU TAKE THE MARK OF
THE BEAST YOU WILL BE TORNMENT IN HELL FOREVER.

REVELATION 13:16-18 SAYS:: AND HE CAUSETH ALL. BOTH SMA-
LL AND GREAT, RICH AND POOR, FREE AND BOND, TO RECEIVE A
MARK IN THEIR RIGHT HAND OR FOREHEADS: AND THAT NO
MAN MIGHT OR SELL SAVE HE THAT HAD THE MARK OR THE
NAME OF THE BEAST, OR THE NUMBER OF HIS NAME. HERE IS
WISDOM. LET HIM THAT HATH UNDERSTANDING COUNT THE
NUMBER OF THE BEAST: FOR IT IS THE NUMBER OF A MAN:
AND THE NUMBER IS SIX HUNDRED THREESCORE AND SIX.
GOD IS GOING TO BURN JUDGE MARK FULLERS SOUL IN HELL
HERE IF HE IS _____ NOT SAVED OR ___ DOES NOT GET SAV-
ED BEFORE THE SEVEN YEARS OF TRIBULATION! IF YOU TAKE
THE MARK OF THE BEAST WHICH IS 666 YOU WILL KILL ALL
PEOPLE THAT TAKES IT. BY THE AUTHORITY OF THE HOLY
BIBLE. ALL THESE PEOPLE THAT DESTROYS AMERICA WILL
FINALLY GET JUSTICE.

REVELATION 14:9-11 GIVES SOME OF THE HORRIBLE PUNISH-
MENT THE PEOPLE THAT TAKES THE MAR OF THE BEAST WHICH
IS 666! IT SAYS: AND THE THIRD ANGEL FOLLOWED THEM SAYI-
NG WITH A LOUD VOICE, IF ANY MAN ___ WORSHIP THE BEAST
OR HIS IMAGE____ AND ___ RECEIVE HIS MARK IN HIS FOREHE-
AD OR IN HIS HAND, THE SAME SHALL DRINK OF THE WRATH
OF GOD, ___ WHICH IS POURED OUT WITHOUT MIXTURE INTO
THE CUP OF HIS INDIGNATION : AND SHALL BE (NEXT PAGE)

7

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-713-MEF

10 DECEMBER 2007

TORMENTED WITH FIRE AND BRIMESTONE IN THE PRESENCE
OF THE HOLY ANGELS AND IN PRESENCE OF THE LAMB: AND
THE SMOKE OF THEIR TORNMENT ASCENDETH UP FOR EVER
AND EVER AND ____THEY HAVE NO REST DAY OR NIGHT _____
WHO WORSHIP THE BEAST AND HIS IMAGE, AND WHOSO EVER
RECEIVE THE MARK OF HIS NAME. GOD IS GOING TO DESTROY
THE WORLD DURNING THE SEVEN YEARS OF GREAT TRIBULAT-
ION WITH ALL THE PEOPLE THAT TAKE THE MARK OF THE BEA-
ST. THIS IS VERY SEVERE JUDGEMENT FOR ALL THESE UNSAVED
SINNERS!

REVELATION 16:2 SAYS:: AND THE FIRST WENT AND POURED
OUT HIS VIALS UPON THE EARTH, AND THERE ____FELL A__
NOISOME AND GRIEVIOUS SORE UPON THE MEN WHICH HAD
THE MARK OF THE BEAST, AND UPON THEM WHICH WORSHIP-
PED HIS IMAGE.

REVELATION 16:10-11 SAYS: AND THE FIFTH ANGEL POURED OUT
HIS VIAL UPON THE _____SEAT OF THE BEAST____AND HIS KIN-
GDOM WAS FULL OF DARKNESS : AND THEY GNAWED THEIR
TONGUES FOR PAIN. AND BLASHPEMED THE GOD OF HEAVEN
BECAUSE OF THEIR PAINS AND THEIR SORES, AND REPENTED
NOT OF THEIR DEEDS.(THIS IS PROOF THAT THERE IS A GOD BE-
CAUSE THEY___BLASPHEME GOD FOR THEIR PAINS..

REVELATION 18:6 SAYS: REWARD HER EVEN AS SHE HAS
REWARDED: AND DOUBLE UNTO HER DOUBLE ACCORDING TO
HER WORKS IN THE CUP WHICH SHE HATH FILLED TO HER
DOUBLE. GOD IS GOING TO REWARD ALL DOUBLE FOR ALL HER
SINS AND CRIMES! THIS IS NOT ALL HER PUNISHMENT EITHER.

REVELATIONS 14: 20 IS ARMAGADDON: AND THE WINEPRESS
WAS TRODDEN WITHOUT THE CITY, AND BLOOD CAME OUT OF
THE WINEPRESS , EVEN UNTO THE HORSE BRIDLES BY THE

8

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07 CV 713 MEF

10 DECEMBER 2007

SPACE OF A THOUSAND AND SIX HUNDRED FURLONG . MY INT-
ERPRETATION OF THIS VERSE IS THAT BLOOD WILL BE UP TO
A HORSES BRIDLE 200 MILES ROUND ABOUT JERESULEM. GOD
FINALLY PUNISHES ALL THESE SINNERS. THEY GET WHAT THEY
DESERVE! JUDGE FULLERS OBEYS SATAN AND DISOBEYS GOD
AND IF HE IS NOT SAVED THE BIBLE SAYS GOD IS GOING TO
BURN IN HELL FOREVER. JUDGE FULLERS SWEARS TO UPHOLD
AND DEFEND THE US CONSTUTION IS 100% IN VIOLATION OF IT
AND IS AN LIER AND A SWORN LIAR AND HE IS NOT IN HIS RIGHT
MIND I ALLEGE BY THE AUTHORITY OF THE HOLY BIBLE. I AM
NOT JUDGING OR THREATHENING HIM OR ANYONE EITHER. VE-
NGEANETH IS MINE SAYETH THE LORD!

REVELATION 9: 6 SAYETH: AND IN THOSE DAYS SHALL MEN
SEEK DEATH, AND SHALL NOT FIND IT; AND DESIRE TO DIE
AND DEATH SHALL FEE FROM THEM. JESUS CHRIST SAID IF
YOU DO NOT REPENT OF YOUR SINS AND HAVE A NEW SP-
IRITUAL BIRTH YOU WILL LIKEWISE PERISH.

LUKE 16:19-26 IS ABOUT THE RICH MAN IN HELL. IT SAYS: THERE
WAS A CERTAIN RICH MAN WHICH WAS CLOTHED IN PURPLE
AND FINE LINEN AND FARED SUMPTUOUSLY EVERY DAY. AND
THERE WAS A CERTAIN BEGGAR NAMED LAZARUS WHICH WAS
LAID AT HIS GATE FULL OF SORES.; AND DESIRING TO BE FED
WITH THE CRUMBS WHICH FELL FROM THE RICH MAN'S TAB-
BLE, MOREOVER THE DOGS CAME AND LICKED HIS SORES. AND
IT CAME TO PASS THAT THE BEGGAR DIED,AND WAS CARRIED
BY THE ANGELS INTO ABRAHAM'S BOSOM. THE RICH MAN DIED
AND WAS BURIED. AND IN __HELL_ ___HE LIFT UP HIS EYES
BEING IN____TORNMENT ____, AND SEEING ABRAHAM AFAR
OFF, AND LAZARUS IN HIS BOSOM. AND HE CRIED AND HE
SAID, FATHER ABRAHAM HAVE MERCY ON ME AND SEND
LAZARUS THAT HE MAY DIP THE TIP OF FINGER IN WATER ,
AND COOL MY TONGUE FOR I AM TORNMENTED IN THIS FLAME .

UNITED STATES DISTRICT COURT

CASE NUMBER 2;07-713-MEF

10 DECEMBER 2007

BUT ABRAHAM SAID, SON REMEMBER THAT THOU IN THY
LIFETIME RECIEVEDST THY GOOD THINGS AND LIKEWISE
LAZARUS EVIL, BUT NOW HE IS COMFORTED, AND THOU ART
TORNMENTED. AND BESIDE ALL THIS, BETWEEN US AND YOU
THERE IS A GREAT GULF FIXED SO THAT THEY WHICH WOULD
PASS FROM HENCE TO YOU CANNOT; NEITHER CAN THEY PA-
SS PASS TO US FROM THENCE. GOD PUNISHES ALL UNSAVED
SINNERS BY BURNING THEIR SOULS IN HELL FOR EVER! IF YOU
GET SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR
VERY OWN SOUL YOU WILL LIVE IN HEAVEN FOR ALL ETERNITY
WHEN YOU DIE, BUT IF YOU DO NOT GET SAVED GOD WILL BU-
RN YOUR SOUL IN HELL FOREVER. GOD PUNISHED THE RICH
MAN BY BURNING HIS SOUL IN HELL FOREVER.

PLEASE NOT THAT THE RICH MAN WAS TORNMENT IN HELL TH-
EN AND WILL BURN THEREFORE FOREVER. THERE IS NO SALVA-
TON FOR HIM. HELL IS LIKE A ONE WAY MIRROW. THE PEOPLE IN
HELL CAN SEE THE PEOPLE THAT THEY HAVE DONE WRONG IN
ABRAHAM'S BOSOM, BUT THE BIBLE NEVER SAYS THAT LAZAR-
US SAW THE RICH MAN IN HELL. ALL THE PEOPLE THAT HAVE
DONE ME WRONG AND DO NOT GET SAVED WILL SEE ME IN HE-
VEAN FOR ALL ETERNITY WHILE THEY WILL BURN IN HELL FOR
ALL ETERNITY.!JUDGE FULLER IF HE IS NOT SAVED AND DOES
NOT GET SAVED WILL SEE ME IN HEAVEN FOR ALL ETERNITY
WHILE HE IS ____BURNING IN HELL FOR ALL ETERNITY!

GOD BURNED THE RICH MAN IN HELL IN LUKE 16:19-31 FOR HIS
SINS OF ___THE LOVE OF MONEY! GOD BURNED THE RICH MAN
IN HELL ALSO BECAUSE HE DEGRADED HIMSELF BELOW THE
LEVEL OF A NORMAL HUMAN TO A DEVIL IN A HUMAN BODY
WHEN HE WOULD NOT GIVE LAZARUS THE CRUMBS WHICH
FELL FROM HIS TABLE! THE RICH MAN DEGRADED HIMSELF
BELOW THE LEVEL OF A NORMAL DOG TO A DEVIL IN A HUMAN
BODY WHEN HE WOULD NOT PUT MEDIENCE ON LAZARUS (NP)

16

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07:-713-MEF

10 DECEMBER 2007

SORES AND THE DOGS LICKED HIS SORES. THE RICH MAN WILL
BURN IN HELL FOREVER FOR HIS SINS. HE AND SATAN CAN NOT
BE SAVED EVER.

I ALLEGE BY THE AUTHORITY OF THE HOLY BIBLE  THAT JUDGE
MARK FULLER HAS DEGRADED HIMSELF  BELOW THE LEVLEL
OF A NORMAL HUMAN, BELOW THE LEVEL OF A NORMAL  DOG
TO A NORMAL DOG WHEN HE SWORE TO UPHOLD AND DEFEND
THE US CONSTUTION BREACHED MY US CONSTUTIONAL RIGHTS
WHICH TERMINATES HIM FROM FEDERAL SERVICE.. HE ALSO
BREACHED JURISDICTION IN MY CASE. HE ALSO PUT  PROCEDU-
CE LAW OVER US CONSTUTION LAW. HE ABUSED HIS POWER,
COMMITTED US CONSTUTIONAL PREJURY AS A SWORN LIAR,
COMMITTED UNETHICAL CONDUCT, AND  CONFLICT OF INEREST
WHICH ARE CRIMINAL CHRARGES. JUDGE MARK FULLER  REFE-
RS  CASES AND CASES REFERANCES _____WHICH  ARE ALL
LIARS BECAUSE MY CASES ARE ____EXCEPTION CASES ___AND
THERE ARE NO ____CASES TO REFERANCE IT BY AND CAN YOU
IMAGINE ANYONE  THIS ALLEGED SATANIC.  JUDGE FULLER PUT
 PROCEDURE LAW OVER THE US CONSTUTION AND  THE US ____
CONSTUTION____IS THE FINAL AUTHORIY IN MY CASE AND HE
IS AN ___ALLEGED DISGRACE TO GOD WHO CREATED HIM AND
ALSO THE HUMAN RACE AND BY AUTHORITY OF THE HOLY
BIBLE HE IS MUCH MORE EVIL THAN THE RICH MAN THAT IS
ALREADY  BURNING IN HELL AND WHO WILL BURN THERE IN
HELL. ALJ BARKER, LEURA CANARY AND ANOTHER US ATTOR-
NEYS  BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EVIL JUST-
ICE CLAUSE RIGHTS  AND STOLE MY SSA MONEY AND BENEFITS
IN MY SSA CASE.! THEY SWEAR TO UPHOLD AND DEFEND THE
US CONSTUTION ARE 100% IN BREACH OF IT. THEY  BETRAYED
AN ESTIMATED 286 MILLION AMERICAN  WHICH IS MORE EVIL
THAN JUDAS OR BENEDICT. THEY ARE SWORN LIARS AND ARE
TRYING TO KILL ME AND STEAL MY MONEY AND BENEFITS ____
BECAUSE I AM A CHRISTIAN!   11

UNITED STATES DISTRICT COURT

CASE NUMBER 02:07-713-MEF

10 DECEMBER 2007

I FILED MY SSA CASE IN DISTRICT COURT AND I THINK IT WAS
JUDGE MARK FULLER WHO TRANSFERRED IT TO JUDGE MAGIS-
TRATE COURT JUDGE MCPHERSON WHICH I AGREE TO AT FIRST
BECAUSE I DID NOT KNOW WHAT A FEDERAL MAGISTRATE CO-
RT  JOB THEN. SOMETOLD TOLD ME THAT THIS COURT WAS FOR
CRIMINAL PROSECUTION. MY  SSA CASE AND POSTAL OFFICE
CASE ARE BOTH US CONSTUTIONAL BREACHES AND  THEN CR-
IMANAL CASES.! AS FAR AS I KNOW ALL FEDERAL EMPLOYEES
HAVE ____SWORN TO UPHOLD AND DEFEND THE US CONSTUTI-
ON _____AS JUDGE MCPHERSON____BREACHED JURISDICTION
AND US CONSTUTIONAL RIGHTS WHICH TERMINATES_____
HER FROM FEDERAL SERVICE.  I AGREED AT FIRST TO DO THIS
BECAUSE  I AM FORCED PRO SE AND DID NOT KNOW THAT ____
I THINK IT WAS JUDGE FULLER AND JUDGE MCPHERSON _____
WOULD BREAK THE LAW BEING BOTH ALLEGED SWORN LIARS.!
WHY WOULD JUDGE FULLER TRANSFER MY CASE TO A _____
FEDERAL MAGISTRATE BECAUSE HE  IS THE ONLY ONE THAT
HAS AUTHORITY AND JURISDICTION ON US CONSTUTIONAL
BREACHES AND NOT JUDGE MCPHERSON  OR JUDGE MOORER.
THIS I ALLEGE IS MORE WICKED I ALLEGE THAN THE RICH MAN
IN HELL BY THE AUTHORITY OF THE BIBLE.! ONE OF THE REA-
SONS THAT I THINK IT WOULD BE IS _____THAT JUDGE FULLER
KNOWS THAT IF HE _____HEARD MY CASE IS THAT HE WOULD
BE IN BREACH OF MY US CONSTUTIONAL RIGHTS. JUDGE FULL-
ER STILL BREACHED ___JURISDICTION AND MY US CONSTUTIO-
NAL RIGHTS  WHEN HE ORDER JUDGE MCPHERSON  TO HEAR
MY CASE _____WITH NO AUTHORITY, NO JURISDICTION, AND
IN BREACHED OF MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND  EQUAL
JUSTICE RIGHTS WHICH TERMINATES HIM FROM FEDERAL
SERVICE ___RETROACTIVE. I NEVER THOUGHT THAT JUDGE FU-
LLER  WOULD BREAK THE LAW BY TRANSFERRING MY CASE___
TO JUDGE MCPHERSON ____WHO HAD NO AUTHORITY OR NO
JURISDICTION IN MY CASE.  JUDGE MCPHERSON ALSO BREACH-
ED MY US CONSTUTIONAL RIGHTS WITH NO AUTHORITY.

/2

UNITED STATES DISTRICT COURT

CASE NUMBER 02-07--713-MEF

10 DECEMBER 2007

LEURA CANARY SWORE TO UPHOLD AND DEFEND THE
_____US CONSTUTION_____ REPRESENT SSA WITH ANOTHER
US BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTI-
CE_____WHICH TERMINEST BOTH ATTORNEYS FROM BEING
ATTORNEYS BECAUSE THEY WOULD NOT UPHOLD AND DEFEND
THE US CONSTUION, BUT ARE SO ALLEGED PAGEN AND HEATH-
ERN THEY BREACHE MY US CONSTUTIONAL RIGHTS WHICH ___
TERMINATED ____THEY FROM FEDERAL SERVICE RETROACTIVE
BACK TO FEDERAL SERVICE WITH NO JUDICAL IMMUNIDITY!
ALJ BARKER SSA JUDGE BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}$,
14TH, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES HIM
FROM FEDERAL SERVICE RETROACTIVE TO FEDERAL SERVICE.
ALJ BARKER WAS NOT __EVEN GOING TO LET ME APPEAL MY
SSA CASE AND THIS IS ALLEGED SATANIC.

I WAS NEVER NOTIFIED BY SSA THAT MY CASE WENT THROUGH
___2 APPEALS BEFORE I WAS NOTIFIED WHICH IS 2 BREACHES
OF 2 DIFFERENT TIMES OF MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQ-
AL JUSTICE CLAUSE WHICH TERMINATES ALL AUTHORITY FOR
SSA AND I WIN MY CASE AND JO ANN BARNHART, LEURA CAN-
ARY, THE OTHER ATTORNEY THAT HELPED HER, ALJ BARKER
STOLE MY MONEY AND BENEFITS AND BREACHED MY US CONS-
TUTIONAL RIGHTS WHICH TERMINATES THEM FROM FEDERAL
SERVICE RETROACTIVE BACK TO THE 1ST DAY OF FEDERAL SER-
VICE !YOU CAN NOT SWEAR TO UPHOLD AND DEFEND THE US
CONSTUTION_____AND REPRESENT THE PEOPLE THAT HAS BRE-
CHED IT WHICH IS A CONFLICT OF INTEREST. THIS IS ALSO US
CONSTUTIONAL PREJURY, ABUSE OF POWER, AND UNETHICAL
CONDUCT WHICH ARE CRIMINAL! THEY ARE MUCH WORSE THAN
JUDAS AND BENEDICT ARNOLD I ALLEGE BECAUSE THEY
BETRAYED AN ESTIMATED 286 MILLION AMERICAN AND OBEY
SATAN AND NOT GOD BY THE AUTHORITY OF THE HOLY BIBLE.
THEY SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION,
BUT ARE 100% IN BREACH OF IT.

13

UNITED STATES DISTRICT COURT

CASE NUMBER 02-07-713-MEF

10 DECEMBER 2007

THE AUTHORITY OF THE BIBLE SAYS THAT THEY ARE MORE
EVIL THAN THE RICH MAN WHO IS BURNING IN HELL IN LUKE
16:19-31 FOR ____THE LOVE OF MONEY AND THEY HAD DEGRA-
DE THEMSELVES BELOW THE LEVEL OF A NORMAL HUMAN TO
A DEVIL IN A HUMAN BODY WHEN HE WOULD NOT GIVE LAZA-
RUS THE CRUMBS WHICH FELL FROM HIS TABLE. THEY DEGRA-
DED THEMSELVES BELOW THE LEVEL A NORMAL DOG WHEN
THE RICH MAN WOULD NOT PUT MEDIENCE ON LAZARUS SORES
AND THE DOGS LICKED HIS SORES TO A DEVIL IN A HUMAN BO-
DY. THE RICH MAN HAS BEEN BURNING IN HELL ABOUT 2,000
YE-ARS NOW IN HELL AND HE WILL BURN THERE FOR EVER.

GOD DESTROYED THE WORLD WITH WATER BY A FLOOD IN GEN-
ESIS CHAPTERS 6-9 BECAUSE OF THEIR WICKEDNESS! GENESIS
7:21 SAYS: AND ALL FLESH DIED THAT MOVED UPON THE EAR-
TH, BOTH FOWL, AND OF CATTLE, AND OF THE BEAST, AND OF
EVERY CREEPING THING THAT CREEPED UPON THE EARTH, AND
EVERY MAN. ALL THE DICTRICT JUDGES, SSA LAW JUDGE, US AT-
TORNEYS, ALJ SSA JUDGE BARKER ARE MUCH MORE EVIL THAN
THE SSA CONSPICATORS BY THE AUTHORITY OF THE HOLY BIB-
LE. THEY ALL GO TO UPHOLD AND DEFEND THE US CONSTUTI-
ONM ARE 100% IN BREACH OF IT WHICH TERMINATES THEN
FROM FEDERAL SERVICE. THEY ALL ATTACK ME BECAUSE I AM
A CHRISTIAN AND PROUD OF IT.!

PSALMS 9:17 SAYS: THE WICKED SHALL BE TURNED INTO HELL
AND ALL_____NATIONS THAT FORGET GOD. SATAN AND HIS
DEMONS HAS DESTROYED AMERICA _____BY THE AUTHORITY
OF THE HOLY BIBLE. PLASMS 11:6 SAYS: UPON THE WICKED HE
SNARES, FIRE, AND BRIMESTONE, AND AN HORRIBLE TEMPEST,:
THIS SHALL BE A PORTION FOR THEIR CUP. I WANT ALL THESE
ALLEGED CONSPICATORS SAVED SO GOD WILL NOT BURN TH-
EM IN HELL AT JUDGEMENT DAY!

/4

UNITED STATES DISTRICT COURT

CASE NUMBER -02-07-713-MEF

10 DECEMBER 2007

JUDE CHAPTER 1 AND JUDGE 1:7 SAYS:EVEN AS SODUMN  AND
GOMORRAHA, AND THE CITIES ROUND ABOUT  IN LIKE MANN-
ER , GIVING THEMSELVES OVER  TO _____FORNICATION  AND
GOING  AFTER STRANGE FLESH (HOMOSEXUAL)_____
ARE SET FORTH  FOR AN ___EXAMPLE, SUFFERING  THE VENGE-
ANCE  OF ETERNAL FIRE.  GOD  BURNED THE RICH MAN IN HELL
IN LUKE 16:19-21 FOR THE LOVE OF MONEY  AND THAT HE DEG-
RADED HIMSELF BELOW THE LEVEL OF A NORMAL HUMAN, BE-
LOW THE LEVEL OF A NORMAL DOG, TO A DEVEL IN A HUMAN
BODY AND HE HAS BEEN _____BURNING IN HELL NOW FOR AB-
OUT 2,000  YEARS. THE AUTHORITY OF THE HOLY BIBLE SAYS
THAT JUDGE  FULLER,  JUDGE MCPHERSON, JUDGE  MOORER,
LEURA CANARY AND THE OTHER US ATTORNEY THAT HELPED
HER ON MY SSA CASE, SSA LAW JUDGE BARKER, SSA SUPERD-
IENT  JO ANN BARNHART HAS DEGRADED THEMSELVES BELOW
THE LECL OF A NORMAL HUMAN, BELOW THE LEVEL OF A NOR-
MAL DOG  TO THE LEVEL OF  A DEVIL IN A HUMAN BODY WHO
HAS BEEN BURNING IN HELL AND WILL BURN THERE FOREVER
IF THEY ARE NOT SAVED AND DO NOT GET SAVED.!

GOD DESTROYED THE WORLD WITH A FLOOD IN GENESIS  CHA-
PHERS 6: THRU 9 WHEN ONLY NOAH AND HIS FAMILY WAS
SAVED AND THESE ALLEGED JUDGES AND CONSPICATORS IN
THE  ABOVE PARAGRAPH  ARE MUCH MORE WICKED  THAN
THE PEOPLE  THAT GOD DESTROYED IN GENESIS CHAPTERS  6_9
BY THE AUTHORIOTY OF THE HOLY BIBLE . ONLY 8 PEOPLE  WAS
SAVED IN THE WHOLE WORLD AND WE SEE SATAN IS IN THE MA-
JORITY ALMOST ALWAYS. I  HAVE THE WHOLE __GOVERNMENT
I HAD TO USE TRYING TO KILL ME SINCE 1962 BECAUSE I AM A
CHRISTIAN I ALLEGE.  I WAS ___BORN A FATHERLESS CHILD___
AND I WAS ATTACK BY PEOPLE I HAD NEVER SEEN BEFORE AND
I WONDER WHY AND AFTER MANY YEARS GOD TOLD ME IT WAS
BECAUSE I WAS A CHRISTIAN  AND SATAN HAD THEM ATTACK
ME.                                        15

UNITED STATES DICTRICT COURT

CASE NUMBER -02-07-713-MEF

10 DECEMBER 2007

GOD RAINED FIRE AND BRIMESTONE IN JUDE 1:7 ON THE PEOP-
LE OF SODUMN AND GOMORRAH FOR THE SINS OF FORNICAT-
ION AND GOING AFTER STRANGE FLESH WHERE THE ALLEGED
US DISTRICT COURT CONSPICATORS ARE MUCH MORE WICKED
THAN THE PEOPLE OF SODUMN AND GOMORRAH WHO HAVE
BEEN BURNING IN HELL MANY YEARS NOW AND WILL BURN
THERE FOREVER. THE PEOPLE OF SODUMN AND GOMORRAH
____NEVER SWORE TO UPHOLD AND DEFEND THE US CONST-
UTION___BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JU-
ICE CLAUSE RIGHTS AND THE BIBLE DOES NOT SAY THAT THEY
ARE LIARS AND SWORN LIARS. THE BIBLE NEVERS THAT THE
PEOPLE OF SODUMN AND GOMORRAH EVER PUT US POSTAL
LAW OVER THE AUTHORITY OF THE US CONSTUTION. THE BIBLE
NEVER SAYS THAT THE PEOPLE OF SODUMN AND GOMORRAH
EVER HAD LISTED MANY ____CASES AND CASE REFERANCES __
WHICH HAD 100% NOTHING TO DO WITH MY CASE BECAUSE IT
IS AN EXCEPTION CASE____AND THAT THERE ARE NO CASES TO
REFERANCES IT BY. THE BIBLE NEVER SAYS THE PEOPLE OF SO-
DUMN AND GORMORRAH WOULD NOT GIVE ME A QUICK AND
SPEEDY TRIAL OR A TRIAL BY JURY AND TREATED ME WITH
CRUEL AND UNUSAL. PUNISHMENT. THE BIBLE NEVERS SAYS
THAT THE PEOPLE WOULD GIVE ME A TRIAL BY JURY, OR ORAL
HEARING, INFORMATION ON HOW TO IMPEACH FIRE AND REMO-
MES ALJ, JUDGES MARK FULLER, MYRON THOMPSON, AND W.
KIETH WILSON AND OTHERS. THE BIBLE NEVERS SAYS THAT TH-
EY OBEY SATAN AND NOT GOD AND BREACHED JURISDICTION
AND US CONSTUTION RIGHTS OR THAT THEY PUT MY CASE IN
FEDERAL MAGISTRATE COURT AND BROKE THE LAW. THE AUT-
HORITY OF THE HOLY BIBLE NEVER SAYS THAT THE PEOPLE OF
SODUMN AND GOMORRAH EVER WERE ALLEGED DEMON CONT-
ROLLED OR POSSESSED EITHER OR ALREADY BREACH MY US
CONSTUTIONAL RIGHTS BEFORE.

16

UNITED STATES DISTRICT COURT

CASE NUMBER -02-07-713-MEF

10 DECEMBER 2007

ISAIAH 10:1-2 SAYS:WOE UNTO THEM THAT____DECREE UNRIG-
HTEOUS DECREES, ( ALLEGED JUDGE FULLER, JUDGE MYRON H.
THOMPSON, JUDGE W. KIETH WATKINS, JUDGE MCPHERSON, JU-
DGE TERRY MOORE, ALJ BARKER, LEURA CANARY AND THE
OTHER ATTORNEY THAT HELPED HER IN MY SSA CASE,SSA
SUPERMENT JOAN ANNE BARTHART AND OTHERS WHO NEVER
HAD ANY AUTHORITY ON MY CASE) AND WRITE GRIEVEOUS-
NESS WHICH THEY HAVE PRESCRIBED TO TURN ASIDE THE
____NEEDY FROM JUDGEMENT AND TO TAKE AWAY THE RIGHT
FROM THE POOR OF MY PEOPLE THAT WIDOWS MAY BE THEIR
PREY, AND THAT THEY MAY ROB THE FATHERLESS. GOD SAYS
WOE UNTO JUDGE FULLER, AND THE OTHER ALLEGED CONSPI-
CTORS WHO DECREE UNRIGHTEOUS DECREES WITH NO
AUTHORITY EVER IN MY SSA CASE.

**JUDGE FULLER YOU HEARD MY SSA CASE BEFORE ALL THE
PEOPLE YOU SENT TO PRISON TRIALS, BUT YOU HAD ALRE-
ADY BREACH MY YOUR SWORN CONTRACT , SWORE OATH,
SWORN DUTY I ALLEGE WHICH TERMINATES YOU FROM
FEDERAL SERVICE AND YOU HAVE NO AUTHORITY TO HEAR
ALL THESE PEOPLE CASES AND SEND THEM TO PRISION AND
THEY SHOULD GET ANOTHER TRIAL. I AM GOING TO CHECK
AND MAKE SURE THAT YOU WERE THE JUDGE IN MY SSA
CASE. YOU PUT ALL THESE PEOPLE IN PRISON I ALLEGE
AND YOU MAY HAVE MADE A      FATAL ERROR      WHICH
TERMINATES YOUR FROM FEDERAL SERVICE IF YOU ARE
THE JUDGE ON MY SSA CASE. I AM GOING TO CHECK ON
THIS. WHY DIDN'T YOU PUT SSA, LEURA CANARY AND THE
OTHER US ATTORNEY, JO ANN BARNHART, SSA LAW JUDGE
IN PRISON BECAUSE THEY BETRAYED AN ALLEGED 286
MILLION AMERICAN IN MY SSA CASE WHICH IS MORE EVIL
I ALLEGE THAN THE PEOPLE YOU SENT TO PRISON. YOU
STEAL FROM THE POOR AND GIVE TO THE RICH I ALLEGE!**

/7

UNITED STATES DISTRICT COURT

CASE NUMBER 02-07 CV-713-MEF

10 DECEMBER 2007

THIS IS IF YOU WERE THE JUDGE THAT TRANSFERRED MY SSS CASE TO JUDGE MCPHERSON AND BREACH JURISDICTION AND MY 1ST, 1ST, 6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE RIGHTS WHICH TERMINATES YOU, JUDGE MCPHERSON, ALJ BARKER SSA LAW JUDGE, JO ANN BARNHEART, LEURA CANARY AND THE OTHER US ATTORNEY THAT HELPED HER. YOU ALL SWORE TO UPHOLD AND DEFEND THE US CONSTUTION, BUT ARE ALL 100% IN BRE-ACH OF IT WHICH TERMINATES YOU FROM FEDERAL SERVICE. ALL CASE THAT YOU TRIED AFTER MINE ARE _____NULL AND VOID___BECAUSE AFTER YOU BREACH MY US CONSTUTIONAL RIGHTS WHICH TERMINATED YOU FROM FEDERAL SERVICE. I ALLEGE JUDGE FULLER HAS BETRAYED AN ESTIMATED 286 MILLION AMERICAN WHICH IS WORSE THAN JUDAS, BENEDICT ARNOLD WHO JUDAS BETRAYED JESUS FOR 30 PIECES AND WE-NT OUT AND HANGED HIMSELF.

DANIEL CHAPTER 6 IS WHERE THE PRESIDENTS AND PRINCES TRICKED THE KING INTO SIGNING A DECREE THAT IF ANY MAN WORSHIP AND GOD EXCEPT THE KING FOR 30 DAYS WOULD BE THROWN IN A DEN OF LIONS. THE KING SIGNED THE DECREE AND DANIEL WAS CAST INTO A DEN OF LIONS, BUT GOD INTER-VENE AND CLOSE THE LIONS MOUTH AND DANIEL WAS NOT EATER. DANIEL CHAPTER 6::24 IS WHAT THE KING DID TO ALL THE PRESIDENT AND PRINCES THAT ACCUSED DANIEL.!

DANIEL 6:24 SAYS: AND THE KING COMMANDED, AND THEY BR-OUGHT THOSE MEN THAT HAD ACCUSED DANIEL, AND THEY CAST THEM INTO THE DEN OF LIONS,___THEM,____THEIR CHILD-REN____AND THEIR WIVES: AND THE LIONS HAD THE MASTE-RY OF THEM, AND BRAKE ALL THEIR BONES IN PIECES OR EVER THEY CAME AT THE BOTTOM OF THE PIT.! GOD KILLED ALL THE PRESIDENT THAT CAME DOWN TO THE PIT AND ALL THEIR WIV-ES, CHILDREN BECAUSE THEY WERE SO DEMON CONTROLLED I ALLEGED.                    18

UNITED STATES DISTRICT COURT

CASE NUMBER 03-07-CV-713-MEF

10 DECEMBER 2007

HOW HAS SATAN AND HIS DEMONS DESTROYED JUDGE MARK
FULLER, JUDGE TERRY MOORER,  JUDGE MCPHERSON. MYRON
H. THOMPSON, W. KIEIT WATKINS,  2 US ATTORNEY, ALJ BARKER
SSA LAW JUDGE, JO ANN BARNHEART, AMERICA AND THE WOR-
LD BY THE AUTHORITY OF THE HOLY BIBLE? I AM NOT JUDGING,
SLANDERING, OR THREATHENING THEM EITHER. GOD CREATED
THEM AND GOD WILL DESTROY THEM AND BURN THEIR SOULS
IN HELL IF THEY ARE NOT SAVED AND DO NOT GET SAVED. I AM
ONLY A SINNER SAVED BY GRACE! I WANT THEM ALL TO BE
SAVED AND WIN THIS UNSEEN SPIRITUAL WAR FOR THEIR VERY
OWN SOUL AGAINST SATAN AND HIS DEMONS!

ACTS 4:18 SAYS: <u>AND THEY</u> **CALLED THEM (THE APOST-
ES OF JESUS) AND COMMANDED THEM  NOT   TO
SPEAK AT ALL NOR  TEACH IN THE NAME OF JESUS!**
**THIS WAS AN INLEGAL** AND SATANIC ORDERED BY THE JEWS !
YOU HAVE TO HEAR THE WORD OF GOD___OVER AND OVER AND
OVER AGAIN TO BE SAVED AND TO ___WIN THIS UNSEEN SPIRI-
UAL WAR FOR YOUR  VERY OWN SOUL! YOU HAVE TO _____
READ AND STUDY THE HOLY BIBLE OVER AND OVER  AND OV-
ER AGAIN ___TO GET ENOUGH FAITH TO BE SAVED AND WIN
THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL. YOU
HAVE TO LEARN HOW TO PRAY AND THEN LEARN HOW TO PRAY
IN THE SPIRIT  WITHOUT CEASING TO GOD TO DEFEAT SATAN
AND DEMONS 100% OF THE TIME AS THE CHRISTIANS AND
CHRISTIAN CHURCH DID IN ACTS CHAPTER 12 WHICH SAVED
THE APOSTLE PETER LIFE OR HE WOULD HAVE BEEN KILLED BY
KING HEROD THE NEXT  DAY. LATER KING HEROD WAS EATEN
OF WORNS AND WAS KILLED. THE ____ONLY THING ___THAT SA-
TAN AND HIS DEMONS FEARS FROM A _____ **CHRISTIAN AND A**
**CHRISTIAN CHURCH  ARE CHRISTIANS THAT KNOW HOW TO**
**PRAY IN THE SPIRIT WITHOUT CEASING TO GOD AS   THE**
**CHURCH DID IN ACTS 12. YOU MUST LEARN ACTS 12.**

*19*

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-CV-713 MEF

10 DECEMBER 2007

GOD TELLS AMERICA AND THE WORLD ____HOW TO HAVE PEA-
CE IN II CHRONCILES 17:9-10 WHICH SAYS:AND THEY _____
TAUGHTIN JUDAH, AND HAD THE ____BOOK OF THE LAW OF
THE LORD____ WITH THEM,__AND WENT ABOUT THROUGHOUT
ALL THE CITIES OF JUDAH AND TAUGHT THE PEOPLE, ___AND
THE ____FEAR OF THE LORD FELL UPON ____ALL THE KINGD-
OMS OF THE LANDS THAT WERE ROUND ABOUT JUDAH, SO TH-
AT THEY MADE _____NO WAR AGAINST JEHOSHAPHAT! IMAGINE
WE COULD HAVE PEACE IF WE TAUGHT THE HOLY BIBLE IN THE
GOVERNMENT AND EVERY HOME IN AMERICA AND WOULD
NOT OWE THRILLION OF DOLLARS IN DEBT.

GOD TELLS AMERICA NOT TO ALLIGN OURSELVES WITH PAGEN
AND HEATHEN NATIONS WHJICH WE ARE 100% IN VIOLATION OF
IN II CHRONCILES 19:2 WHICH SAYS: AND JEHU THE SON OF HA-
NANI THE SEER WENT OUT TO MEET HIM , AND SAID UNTO KING
JEHOSHAPHAT , SHOULDEST THOU HELP THE UNGODLY AND
LOVE THEM THAT HATE THE LORD? THEREFORE IS WRATH
WRATH UPON THEE FROM BEFORE THE LORD! WE HAVE
ALIGNED OURSELVES WITH EVERY PAGEN NATION D TODAY!
AMERICA IS 100% IN BREACH OF GOD LAW IN THE HOLY IN
MOST CASES.

GOD SAYS ALL MURDERS SHALL TO BE PUT TO DEATH IN NUMB-
ERS 35:16-17 WHICH SAYS: AND IF HE SMITE HIM WITH AN ___
INSTRUMENT OF IRON, SO THAT HE DIE, HE IS A MURDERER AND
THE MURDERER SHALL BE PUT TO DEATH.: AND IF HE SMITE
HIM WITH THROWING A STONE, WHEREWITH HE MAY DIE, AND
HE DIE, HE IS A MURDERER , THE MURDERER SHALL SURELY BE
PUT TO DEATH. I HEARD THAT AMERICAN WAS GOING TO BUILD
ANOTHER PRISON WHICH COST MILLIONS OF DOLLARS WHICH
HELPS DESTROY AMERICA. IF WE WOULD KILL THE MURDERERS
WE WOULD NOT DESTROY THE AMERICAN ECONOMY!

20

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-CV-713-MEF

10 DECEMBER 2007

JUDGE FULLER, JUDGE MYRON H. THOMPSON, W KEITH WATKI-
NS, JUDGE MCPHERSON , JJUDGE TERRY MOORER, SSA LAW JU-
DGE BARKER, 2 US ATTORNEYS, JO ANNE BARNHART ,SSA SUP-
ERDIENT, AND OTHER  ALL SWORE TO UPHOLD AND DEFEND
THE US CONSTUTION BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$,
AND EQUAL JUSTICE CLAUSE RIGHTS WHICH ___TERMINATES__
THEM FROM FEDERAL SERVICES RETROACTIVE TO THEIR 1ST
DAY OF FEDERAL SERVICE WITH NO JUDICIAL IMMUNIDITY.

THESE ALLEGEDUS CONSTUTIONAL CONSPICATORS ARE MORE
PAGEN, HEATHEN, AND SATANIC THAN PAGAN ROME I ALLEGED
WHICH GAVE _____EVERY PERSON THE RIGHT ____TO DEFEND
HIMSELF WHEN HE WAS ACCUSED OR HAD A COMPLAINT IN A
COURT OF LAW, BUT NOT ME.

JUDGE FULLER  HAD ORDERED JUDGE TERRY F. MOORE TO HE-
AR MY CASE WHICH IS  A __JURISDICTION VIOLATION__AND IN
BREACH OF MY US CONSTUTIONAL RIGHTS.  IT LOOK LIKE NOW
HE HAS TAKEN BACK OVER MY CASE BUT HE IS NOT IN HIS RIG-
HT MIND IN THIS ORDER.  HE I ALLEGE IS TRYING TO DO A _____
SWITCHROO I GUESS AS HE DID IN THE SSA CASE. I THINK IT
WAS HIM IN THE SSA CASE. THERE IS NO STATUE OF LIMITATION
ON US CONSTUTIONAL VIOLATIONS WHICH THE FEDERAL JUD-
GES I ALLEGE HATE.

MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS ARE
THE HIGHEST, CONTROLLING, GREATER, SUPREME, SOLE AND
THE _____FINAL AUTHORITY ___OVER ALL LAWS LISTED    BY
JUDGE FULLER, JUDGE THOMPSON, JUDGE KIET WALKINS, ALJ
SSA  BARKER, JO ANNE BARNHEART,  2 US ATTORNEYS AND ALL
REFERANCES IN MY CASE. IF I AM IN ERROR OR LYING LET GOD
WHO CREATED ME KILL ME IN A PICSECOND BECAUSE I AM
UNFIT TO LIVE.                    21

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-CV--713-MEF

ı10 DECEMBER 2007

II CORINITHIANS 4:4 SAYS: IN WHOM THE god OF THIS WORLD
(SATAN) HATH BLINDED THE MINDS OF THEM WHICH BELIEVE
NOT, ___LEST THE LIGHT OF THE GLORIOUS GOSPEL OF CHRIST,
WHO IS THE IMAGE OF GOD, SHOULD SHINE THROUGH. ONCE
SATAN HAS CLOSED THE MINDS AND TURNED THE YEARS AWAY
FROM JUDGE FULLERS AND OTHERS ALLEGED THEY CAN NOT
BE SAVED AND WILL BURN IN HELL FOR EVER BY THE AUTHOR-
ITY OF THE HOLY BIBLE.

MATTHEW 25:41 SAYS: THEN SHALL HE (JESUS) SAY ALSO THEM
ON THE LEFT HAND, ___DEPART FROM ME , ___YE CURSED_____
INTO EVERYLASTING FIRE PREPARED FOR THE DEVIL AND HIS
ANGELS: FOR AN HUNGRED AND YE GAVE ME ME NO MEAT, : I
WAS THIRTY, AND YOU GAVE ME NO DRINK. I WAS A STRANGER
AND YE TOOK ME NOT IN, NAKED AND YOU CLOTHED ME NOT:
AND IN PRISON AND YE VISITED ME NOT: THEN SHALL ANSWER
HIM SAYING LORD WHEN SAW WE THEE AN HUNGRED, OR
ATHIRST, ORA STRANGER, OR NAKED, OR SICK, OR IN PRISON,
AND DID NOT MINSTER UNTO THEE? THEN SHALL HE ANSWER
THEM, SAYING VERILY, I SAY UNO YOU, ISMUCHAS YE DID IT
NOT TO ONE OF THE LEAST OF THESE, YE DID IT NOT UNTO ME.
AND THESE SHALL GO AWAY INTO EVERYLASTING PUNISHME-
NT: BUT THE RIGHTEOUS ITO LIFE ETERNAL. WE SEE THAT JUD-
GE FULLER AND THE OTHER ALLEGE CONSPICATORS BECAUSE
THEY SWORE TO UPHOLD AND DEFEND THE US CONSTUTION
BETWAYED AN ESIMATED 286 MILLION AMERICAN WHICH IS
MUCH WORSE THAN AL,L THESE PEOPLE THAT HE CAST INTO
HELL. THEY NEVER PUT POST OFFICE LAW OVER US CONSTUTI-
ON LAW, THEY NEVER WERE LIARS AND SWORN LIARS BY NOT
UPHOLDING AND DEFENDING THE US CONSTUTION AS ANTRIA
FINALY AND JOHN POTTER WAS. THEY ACCEPT A CHECK FROM
CARMEN MERTEN WHICH WAS THE PROBLEM AND LOST IT..
THEY SHOULD NOT ACCEPT CHECKS. OR PERSONAL CHECK.
THE WHOLE INSURANCE SYSTEM IG OBSOLETE AND NELIGENT.

22

UNITED STATES DISTRICT COURT
CASE NUMBER 2:07:-CV-713 MEF
10 DECEMBER 2007

JESUS CHRIST IS GOD ND HE KNEW THE FUTURE. I CAN ONLY
COMPARE HOW GOD PUNISHED PEOPLE IN THE BIBLE AND
ASSUME HE WILL PUNISH THEM TODAY AND AT JUDGEMENT
DAY THE SAME WAY.

MATTHEW 23:33 SAYS: YE SERPENTS, YE GENERATION OF
VIPERS, HOW SHALL YOU ESCAPE THE DAMNATION OF HELL?
MATTHEW 23:14 SAYS: WOE UNTO YOU SCRIBES AND PHARISE-
ES, HYPOCRITES, FOR HE DEVOUR WIDOW HOUSES FOR A
PENTENCE , MAKE LONG PRAYERS: THEREFORE YE SHALL
RECEIVE THE GREATER DAMNATION. JESUS CHRIST TOLD THE
JEWISH LEADERS THAT THEY WERE A GENERATION OF SNAKES
AND THE WOULD BURN IN HELL FOREVER AND RECEIVE THE
GRATR DAMNATION OF HELL. JUDGE FULLER MAY HAVE ALRE-
ADY THE UNPARDONABLE SIN OF BLASPHEY OF THE HOLY
GHOST AND HE MAY NOT CAN BE SAVED. I STILL WANT HIM
AND EVERYONE TO BE SAVED SO THAT THEY WILL NOT BURN IN
HELL AT JUDGEMENT DAY!

REVELATION 20:10 SAYS: AND THE DEVIL THAT DECIEVED THEM
WAS CAST INTO A LAKE OF FIRE AND BRIMESTONE, _____
WHERE THE BEST AND FALSE PROPHET ARE____, AND SHALL BE
TORNMENT DAY AND NIGHT FOR EVER AND FOREVER. IN MY
OPINION WHO IS THEM HERE.(THEM IS JUDGE FULLER, JUDGE
MYRON THOMPSON, W.KIETH WATKINS, JUDGE MCPHERSON,
JUDGE TERRY MOORE, SSA ALJ BARKER, JO ANNE BARNHART,
2 US ATTORNEYS AND OTHER ALLEGED CONSPICATORS.) JUDGE
FULLER IF YOU ARE NOT SAVED AND DO NOT GET SAVED, GOD
IS GOING TO BURN YOU, YOUR UNSAVED WIFE AND CHILDREN
IN HELL FOREVER BY THE AUTHORITY OF THE HOLY BIBLE. I AM
NOT JUDGING, THREATHENING, OR SLANDERING ANYONE EITH-
ER. VENGEANTH IS MINE SAYETH THE LORD. YOU ARE ____NO
MATCH FOR SATAN AND HIS DEMONS.

23

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07:CV713-MEF

10 DECEMBER 2007

JUDGE FULLER WHO IS TRYING TO SAVE YOUR SOUL FROM HE-
LL? IS IT YOUR MOTHER AND FATHER? IS IT YOUR LAWYERS
AND JUDGES! HELL NO! IT IS JESUS CHRIST! IF YOU ARE NOT
SAVED AND DO NOT GET SAVED GOD IS GOING TO BURN YOUR
SOUL IN HELL AT JUDGEMENT DAY? JUST THINK JUDGE YOUR
SONS AND DAUGHTERS  IF YOU HAVE ANY  WILL PROBABLY
BURN IN HELL WITH YOU FOR EVER.

SATAN HAS DESTROYED YOU AND AMERICA BY THE AUTHORITY
OF THE HOLY BIBLE BECAUSE ____YOUR PARENTS DID NOT
____TEACH YOU TO OBEY GOD'S LAWS AND GOD'S COMMAND-
MENT BY DEUTERONOMY 6:7-9 AND DESTROYED YOU SOUL IN
HELL. IF THEY DID TEACH YOU THE BIBLE YOU ARE 100% AGAI-
ST IT.. YOU PARENTS DID NOT ___BEAT YOU WITH THE ____ROD
BY PROVERBS 23:13-14 WHEN YOU BROKE  GOD'S LAWS AND
COMMANDMENT IN THE HOLY BIBLE AND DESTROYED  YOUR
SOUL IN HELL TO BURN THERE FOREVER.

ROMANS10:17 SAYS:SO THEN ___FAITH____COMETH  BY HEAR-
ING AND HEARING BY THE WORD OF GOD. YOU HAVE TO READ
AND STUDY THE HOLY BIBLE OVER AND OVER AND OVER AG-
AIN TO GET ENOUGH ___FAITH TO BE SAVED___AND TO WIN
THIS UNSEEN SPIRITUAL WAR FOR YOUR VERY OWN SOUL!
YOU HAVE TO __HEAR CHROISTIAN BIBLE TEACHING AND
PREACHING ___OVER AND OVER AND OVER AGAIN TO GET
ENOUGH FAITH TO BE SAVED. YOU MUST LEARN HOW TO PRAY
AND LEARN HOW TO PRAY IN THE SPIRIT WITHOUT  CEASING
TO GOD TO LEARN HOW TO DEFEAT SATAN AND HIS DEMONS
100% OF THE TIME. YOU MUST REMEMBER THE  SOUL THAT YOU
SAVED WILL BE YOUR VERY OWN SOUL!

24

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07:CV 713-MEF

10 DECEMBER 2007

POST BRIEF MOTIONS

MOTION TO DISMISS  JUDGE MARK FULLER,MYRON H.THOMP-
SON, AND KIET WALKINS, AND ALL US ATTORNEY AND ALL IN-
FORMATION BY THE US POST OFFICE  AND CONFLICT DISCLO-
SURE ORDER  FILE 11/30/2007BECAUSE THE US POST OFFICE EM-
PLOYEES __SWORE TO UPHOLD AND DEFEND THE US CONSTUT-
ION ____BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL
JUSTICE WHICH WHICH ____TERMINATED THEM FROM FEDERAL
RETROACTIVE BACK TO FEDERAL SERVICE. ANTRIA FINALEY
AND POSTMASTER GENERAL  WILL NOT PAY ME INSURED CLAIM
OF $284.00 THAT WAS INSURED AND BOTH ARE LIARS AND SWO-
RN LIARS. THESE 3 JUDGES ARE LIEING AND SWORN LIARS BE-
CAUSE I NEVER RECEIVED THIS FORM. WHO EVER IS A LIAR
HERE AND A SWORN LIARS HERE LET GOD WHO CREATED US __
STRIKE US DOWN IN A PICSECOND BECAUSE I WOULD BE UNFIT
TO  LIVE.

JUDGE FULLER LISTED  ALL THESE  FED. APPRP. 26 ; AND FED
BANK CASES ,FEDERAL CRIM.P CASES ON HIS  ORDER AND OT-
HER CASES REFERANCES AND IS 100% AN ALLEGED LIAR _____
BECAUSE  MY CASE IS AN EXCEPTIONAL CASE AND THERE ARE
NO CASES TO USE TO REFERANCE IT BY AND THESE 3 JUDGES
ARE ____SWORN LIARS ALSO BY BREACHING MY US 1ST,1ST,6TH,
6TH, 7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS AND
MOTION TO IMPEACH JUDGE MARK FULLER, JUDGE MYRON
THOMPSON, W. KEITH WALKINS, JUDGE TERRY MOORE  AND
OTHER ON THIS CASE. THIS PROVES BY THE AUTHORITY OF THE
HOLY BIBLE THAT HESE JUDGES ARE ___ALLEGED DEMON
CONTROLLED OR POSSESSED AND MOTION TO IMPEACHED
THEM FOR 1ST AND 1ST AMENDMENT  VIOLATIONS BECAUSE
__THEY BREACHED MY US CONSTUTIONAL RIGHTS_____
OF FREEDOM OF RELIGION AND SPEECH.!

25

UNITED STATES DISTRICT COURT

CASE NUMBER =2:07-07-CV- MEF

10 DECEMBER 2007

POST BRIEF MOTION FOR  SUBSTITUIONS
12 DECEMBER 2007

MOTION TO DISMISS  ABOUT 5 LETTERS I RECEIVED  FROM FED-
ERAL COURT TODAY BECAUSE THEY ARE ALL IN __BREACH OF
MY 1ST,1ST,6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RI-
GHTS____WHICH TERMINATES ALL AUTHORITY FOR THIS MO-
TION FOR SUBSTITUTION AND ALL MOTIONS IN MY CASE. THIS
IS 100% PROOF BY THE AUTHORITY OF THE HOLY BIBLE  THAT
R. RANDOLPH NEEDLY AND LEURA CANARY ____ARE ALLEGED
DEMON CONTROL LED OR POSSESSED AND MY OPINON AND
BOTH SHOULD BE IMPEACHED. ASAP. LET GOD WHO _____
CREATED THEM NO MERCY____BECAUSED THEY SHOWED ME
NO MERCY.

LEURA IS A LIAR AND A SWORN LIAR HERE ____ON HER CERT-
IFICATION OF SCOPE OF EMPLOYMENT____WHEN SHE REFER-
CES  28 USC2679 28 U.S.C  28 C.F.R. $ 153 WHICH HAS NOTHING TO
DO WITH MY CASE____ **BECAUSE MY CASES ARE EXCEPTION**
**CASES____AND THERE ARE NO CASES ARE____CASES TO REF-**
**ERNCES THEM BY AND BOTH ARE SWORNS LIARS I ALLEGE**
**____-AND BOTH BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND**
**EQUAL JUSTICE CLAUSE RIGHTS HERE WHICH PROVES THAT**
**THEY ARE BOTH ALLEGED DEMON CONTROLLED OR POSSE-**
**SSED BY THE AUTHORITY OF THE HOLY BIBLE. BOTH BREAC-**
**HED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAU-**
**SE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SER-**
**VICE RETROACTIVE BACK TO THEIR 1ST DAY OF  FEDERAL**
**SERVICE. I ALLEGE LEURA CANARY AND ANOTHER US ATTO-**
**NEY THAT ON MY SSA CASE, JUDGE MARK FULLER, SSA ALJ**
**JUDGE BARKER, SSA JO ANN BARNHART  AND OTHERS HAVE**
**ALREADY BREACHED MY  US CONSTUTIONAL RIGHTS ON MY**
**SSA CASE ABOUT 3 YEARS AGO AND SHE HAS NO AUTHORITY**
**IN THIS CASE.**                    26

## **SAMPLE NOTICE FORMAT**

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT** A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_____ )
                      )
                      )
Plaintiff,            )
                      )
v.                    )    CASE NO. _____
                      )
                      )
_____ )
                      )
Defendants,           )

### **CONFLICT DISCLOSURE STATEMENT**

        COMES NOW _____, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported. or

☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                _____

_____                _____

_____                              _____
Date                                 Signature
                                     Counsel
                                     _____
                                     Counsel for (print names of all parties)
                                     _____
                                     Address, City, State Zip Code
                                     _____
                                     Telephone Number

Also requires a certificate of Service

UNITED STATES DISTRICT COURT

CASE NUMBER 2-07-CV-MEF

10 DECEMBER 2007

POST BRIEF MOTIONS FOR SUBSTUTIONS
RECEIVED 12 DECEMBER 2007

LEURA CANARY  AND  RALPH NEELY  HAS SWORN TO UPHOLD
AND DEFEND THE US CONSTUTION AND  BREACHED MY 1ST,1ST,
6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH
____TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE
BACK TO THEIR 1ST DAY OF FEDERAL SERVICE. LEURA CANARY
AND RANDOLPH ARE ____JUDAS, TRAITORS, AND BENEDICT AR-
NOLDS I ALLEGE BECAUSE THEY BETRAYED ABOUT 286 MILLI-
ONS AMERICA AND THEIR COUNTRY BY ___BREACHING MY US
CONSTUTIONAL RIGHTS. THIS PROVES IN MY OPINION THAT  TH-
EY ARE DEVILS IN HUMAN BODIES! IF I AM LIEING ABOUT LAW
HERE AND US CONSTUTIONAL VIOLATIONS ___LET GOD WHO
CREATED ME IN A PICSECOND.  I AM NOT JUDGING OR THREAT-
HING  OR SLANDERING THEM EITHER. VENGEANETH IS MINETH
SAYETH THE LORD. THE LORD! GOD CREATED  THEM AND GOD
IS GOING TO BURN THEIR SOULS IN HELL IF THEY ARE NOT SAV-
ED OR DO NOT GET SAVED. THEY SHOWED ME NO MERCY LET
GOD SHOW THEM  NO MERCY AT JUDGEMENT DAY.

US ATTORNEY NEELEY ON HIS NOICE OF  SUBSTITUION IS  A
__LIAR AND SWORN LIAR HERE WHEN AND BREACHES MY US
1ST, 1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE CLAUSE RIGHTS
WHEN HE LISTS: F.E.L. R.  AND TORT COMPENSATIONS ACTS OF
1988 $$ 5,6, PUB 1,  28 USC $ 2579___WHICH HAS 100% NOTHING
TO DO WITH MY CASE BECAUSE MY CASE IS  ____AN EXCEPTION
CASE____ AND THERE ARE NO CASES TO REFERANCE IT BY AND
HE IS A LIAR. CAN YOU IMAGINE ANY PEOPLE THIS 100% IN DA-
RKNESS AND THJIS 100% THIS STUPID AND 100 ALLEGED _____
DEMON CONTROLLED____OR POSSESSION__BY THE AUTHORI-
TY OF THE HOLY BIBLE. THEY OBEY SATAN AND DISOBEYS GOD.
THIS PROVES THAT THEY ARE ALLEGED DEVILS IN HUMAN BOD-
IES I ALLEGE.                    27

UNITED STATES DISTRICT COURT

CASE NUMBER 2-07-CV-MEF

10 DECEMBER 2007

POST BRIEF MOTIONS FOR SUBSTITUTIONS
RECEIVED 12 DECEMBER 2007

MY 1ST,1ST,6TH,6TH, 7TH,8TH,14TH,AND EQUAL JUSTICE RIGHTS ARE
THE HIGHEST, CONTROLLING, GREATER, SUPREME, SOLE, AND
_____THE ___FINAL AUTHORITY____OVER 2 28 U.S.C. $$ 1346
ETCA OD 1988 : 28 U.S.C 28 USC AGAIN 28 C.F.R. AGAIN. AND MR.
NEELY IS ALLEGE DEMON CONTROLLED OR POSSESSED. THIS
CASES AND CASES REFERANCES HAS ____100% ___NOTHING TO
DO WITH MY CASE BECAUSE MY CASE IS AN EXCEPTION CASE
AND THERE ARE ___NO CASE TO REFERANCE THEM BY. HE SW-
EARS TO ___UPHOLD AND DEFEND THE US CONSTUTION _____
DOES NOT KNOW THAT MY US CONSTUTIONAL RIGHTS ARE THE
_____FINAL AUTHORITY____IN MY CASES AND HE SHOULD BE
DISBARRED. HAS US ATTORNEY NEELEY AND CANARY _____
ALREADY COMMITTED SINS ____TO DEATH AND HELL___BY THE
AUTHORITY OF THE HOLY BIBLE BY OBEYING SATAN AND
NOT GODBY THE AUTHORITY OF THE HOLY BIBLE. LEURA CANA-
RY IS SO ALLEGED __DEMON CONTROLLED I ALLEGE SHE _____
WOULD NOT SEND ME THE ____INFORMATION ON HOW TO DIS-
BAR WHICH SHOWS DEMON CONTROLLED OR POSSESSION I
ALLEGE. I SENT HER AND JUDGE MARK FULLER A BOOK SO
THEY COULD BE ___BORN AGAIN__AND SAVED___AND LIVE IN
HEAVEN WHEN THEY DIE! THE NAME OF THE ____BOOK WAS
YOU ARE BORN INTO AN UNSEEN SPIRITUAL WAR. THIS BOOKS
TELLS EVEN DEMON CONTROLLED OR DEMON POSSESSED PE-
OPLE HOW TO BE SAVED. I AM TRYING TO GET HER, JUDGE
FULLER, JUDGE THOMSPON, JUDGE W.KIETH WATKINS AND THE
OTHER ALLEGED CONSPICATORS SAVED SO THAT THEY WILL
NOT BURN IN HELL FOREVER.

MY CASE IS WHERE THE ___US POST OFFICE LOST BY _____
JEWERLY IN FT. BENNING , GEORGIA AND LIED AND WOULD NOT
PAY ME MY INSURED DAMAGES OF $284.00 FOR IT.

28

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-CV-MEF

10 DECEMBER 2007

**MOTION TO DISMISS  US ATTORNEY NEELEY ___ MEMORAND-UM IN SUPPORT ___ OF DEFEND MOTION TO DISMISS TO DISMISS ___ AND MOTIONS FOR DAMAGES WHICH PROVES NOTHING, AND IN ___ BREACH OF MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSES AND IN VIOLATION OF MY EXCEPTION CASES  BECAUSE MY CASES IS AN EXCEPTION CASE AND THERE IS ___ NO CASES TO REFERANCE IT ___ BY:**

**MOTION TO DISMISS  MEMORANDUMN IN SUPPORT  MOTION TO DISMISS AND CLAIMS FOR INSURANCE AND OTHER DAMAGES.** LEURA CANARY AND  RANDOLPH  NEELEY AND OTHERS ALLEGED CONSPICATORS HAVE  ALREADY SWORN TO UPHOLD AND DEFEND THE US CONSTUTION  HAVE ALREADY BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS HAS NO AUTHORITY ON  ANY CASE OR THIS MOTION OR NOTICE OF SUBSTUTION MOTION___AND HAS NO AUTHORITY ON THIS MOTION OR ANY MOTION.  LEURA CANARY AND ANOTHER US ATTORNEY  HAVE ALREADY BREACHED  MY US CONSTUTIONAL RIGHTS ON MY SSA CASE  AND SHE HAS NO AUTHORITY ON THIS CASE OR ANY CASE AND  SHE SHOULD BE DISBARRED WITH US ATTORNEY NEELEY! THIS SHOWS THEY ARE ALLEGED DEMON CONTROLL OR POSSESSED BY ___ THE AUTHORITY OF THE HOLY BIBLE. LET THEM ARGUE WITH GOD THEY HAVE BETRAYED AN ESTIMATED 286 MILLION AMERICAN WHICH IS WORSE THAN JUDAS, BENEDICT ARNOLD BECAUSE THEY ARE  ALLEGED DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF THE HOLY BIBLE. THEY HAVE __COMMITTED US CONSTUTION PREJURY AS SWORN LIARS, ABUSED THEIR POWERS, COMMITT-ED UNCONFLICT  CONDUCT, CONFLICT OF INTERST AND ARE LIARS AND SWORN LIARS.  THEY WILL HAVE TO BE JUDGED BY GOD AT  JUDGEMENT DAY!  IF I AM WRONG ON  THE HOLY BIBLE, US CONSTUTION, AND POSTAL LAW  BEING THE AUTHORITY IN MY CASE LET GOD KILL ME IN A PICSECOND.

29

UNITED STATES DISTRICT COURT

CASE NUMBER 2:07-CV-713--MEF

10 DECEMBER 2007

MOTION THAT  THIS MOTION FOR MEMORANDUM  IN SUPPORT
FOR OF DEFENDANT MOTION TO DISMISS _____ **CAN NEVER
BE DISMISS BECAUSE THE POSTAL SERVICE , MR. NE-
ELEY,  LEURA CANARY, JUDGE   FULLER,  HAS _____
BREACHED MY  1ST,1ST,6TH,6TH,77TH, 8TH, 14TH, AND EQU-
AL JUSTICE  CLAUSE  WHICH        TERMINATES _____
THEM FROM FEDERAL SERVICE RETROACTIVE BACK
TO THEIR 1ST DAY OF FEDERAL SERVICE WITH NO JU-
DICIAL FROM EITHER. THIS I ALLEGE IS 100% PROOF
THAT THEY ARE DEMON CONTROLLED OR POSSESS-
ED. THEY I ALLEGE OR LIARS AND SWORN LIARS.**

**HERE IS WHAT GOD IS GOING TO DO TO ALL LIARS
THAT DO NOT GET SAVED ACCORDING TO  REVELAT-
ION 21:8 WHICH SAYS:**BUT THE FEARFUL, AND UNBEL-
IEVERS , AND THE  ABOMINABLE,  AND MURDERS,  AND
WHOREMONGERS, AND SORCERERS, AND IDOLATORS,
AND _____ **ALL LIARS_____** SHALL HAVE THEIR
PART  IN THE LAKE WHICH BURNETH  WITH FIRE AND
BRIMESTONE  WHICH IS THE SECOND DEATH. US ATTOR-
NEY NEELEY, LEURA CANARY, JUDGE FULLER, JUDGE  MYRON,
JUDGE W. KIETH WATKINS, JUDGE MCPHERSON, JUDGE TERRY
MOORE, SSA ALJ BARKER,  SSA JOAN ANNE BARNHART  AND
OTHERS ARE ____SWORN LIARS__AND LIARS  AND THE BIBLE
SAYS THAT ____GOD ____WHO CREATED YOU IS GOING TO
BURN YOUR SOUL IN HELL FORVER IF YOU DO NOT GET SAVED
AND ___WIN THIS UNSEEN SPIRITUAL WAR FOR YOUR  OWN
SOUL! THEY ARE NOT IN THEIR RIGHT MIND AS THE MAN IN
MARK 5:15 WAS NOT IN HIS RIGHT MIND WHEN HE WAS POSS-
ESSED BY A LEGIONS OF DEMOMS!

30

UNITED STATES DISTRICT COURT

CASE NUMBER 2-07-CV-713-MEF

10 DECEMBER 2007

## MOTION THAT MR NEELEY  MOTION TO DISMISS MY MOTIONS FOR DISMISSAL CAN NEVER BE DISMISSED BECAUSE HE IS IN VIOLATION OF MY US CONSTUTIONAL LAW AND US POST OFFICE LAW.

ON PAGES 1-8  US ATTORNEY NEELEY IS IN BREACH OF US POSTAL LAW WHERE IF THEY LOSE A PACKAGE  AND IT IS INSURED THEY WILL PAY ME THE MONEY BACK WHICH THEY DID NOT DO SO  AND HE IS ALLEGED SATANIC. US ATTORNEY NEELEY SWORE TO UPHIOLD AND DEFEND THE US CONSTUTION HAS _____ BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AMENDMENT RIGHTS WHERE HE HAS ALREADY ____TERMINATED ____HIM FROM FEDERAL SERVICE RETROACTIVE BACK TO HIS FIRST DAY OF HIS FEDERAL SERVICE  WITH NO JUDICIAL IMMUNIDITY FROM. IF THIS IS _____UNTRUE  AND IN VIOLATION OF THE LAW_____ LET GOD KILLED ME IN A PICSECOND BECAUSE I AM __UNFIT TO LIVE.  MY CASE CAN NEVER BE DISMISSED !

ON  PAGES 1-8 MUST BE DISMISSED IN ___BREACH OF US POSTAL LAW AND  MY US CONSTUTIONAL RIGHTS.  US ATTORNEY NEELEY ____DOES NOT KNOW THAT MY US CONSTUTIONAL RIGHTS____AND HE IS A LIAR AND A SWORN LIAR AND A SWORN LIAR.  I AM USED TO DEALING WITH ALLEGED DEMON CONTROLLED  AND DEMON POSSESSED MINDS IN THE ARMY AS I ALLEGED MR. NEELEY IS DEMON CONTROLLED. HE MAY HAVE____ BLASPHEME THE HOLY GHOST____WHERE THERE IS NO FORGIVENESS  FOR AS THE RICH MAN IN HELL. I ALLEGED HE IS PAGEN AND HEATHEN MAN ALSO.

ON NUMBER  6 AND 7 IS A LIE BY  THE DEFENDANTS.  THE $284.00 CHECK MAILED BY CARMEN MERTEN WAS ACCEPTED ____BY THE POST OFFICE_____AND THE POST OFFICE LOST IT AND NOT CARMEN MERTEN. I INSURED THE JEWERLY  AND THE US POST OFFICE ___LOST IT. AND NOT ME.

31

UNITED STATES DISTRICT COURT

CASE NUMBER 2_07-CV-713-MEF

10 DECEMBER 2007

I WROTE CARMEN MERTEN A LETTER TELLING HER WHAT AND
TO RETURN MY MONEY AND SHE TOLD ME NOT TO WRITE HER
ANY MORE ABOUT IT. **THE POST OFFICE ACCEPT HER PROB-
ABLY PERSONAL CHECK AND LOST IT IS THE DEFENSE IS A
LIAR. THE COURT HAS A COPY OF THIS LETTER! I FILED A
CLAIM AND THE POST OFFICE TOLD ME I SHOULD GET MY
MONEY MONDAY AND LIED. THE POST OFFICE IS GROSS NE-
LIGENT ON MANY OTHERS INSURANCE CLAIMSALSO.**

THE POST OFFICE LOST THE MONEY. THE POST OFFICE TOOK
THE PROBABLY PERSONAL CHECK AND THE POST OFFICE __
MUST PAY ME THE MONEY ! THIS IS WHY WE HAVE INSURE BE-
CAUSE WHEN THE PAXKAGE IS LOST AND THE POST OFFICE
LOST IT THEN THEY ARE RESPONSIBLE TO PAY IT. THE POST
OFFICE AND MR. NEELEY IS GOING TO ____FACE GOD IN THE
END OF TIME AT JUDGEMENT DAY ___AND GOD IS GOING TO
BURN HIS SOUL IN HELL FOR HIS LIES FOR THIS IF HE IS NOT
__SAVED AND DOES NOT GET SAVED. THIS WILL BE REVERSED
___BY GOD AT JUDGEMENT DAY!

YOU HAVE TO BE A ___CHRISTIAN _____TO UNDERSTAND THIS!
I WAS ATTACKED IN SCHOOL BECAUSE I WAS A CHRISTIAN AND
I WONDERED WHY? I WENT OVERSEAS AND WAS ATTACKED AND
PERSECUTED BY PEOPLE I NEVER SAW AND HAD DONE NOTHI-
NG TO. I WONDERED WHY? MANY YEARS LATER GOD TOLD ME
THAT IT WAS BECAUSE I WAS A ___CHRISTIAN ____AND SATAN
HAD THEM ATTACKED ME BECAUSE I AM A CHRISTIAN! THIS IS
WHY ANTRIA FINLEY AND POSTMASTER GENERAL POTTER WO-
LD NOT PAY ME AND STOLE MY MONEY, BUT THEY MADE A ____
FATAL ERROR_____BY BREACHING MY $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH},8^{TH},14^{TH}$,
AND EQUAL JUSTICE RIGHTS BECAUSE THEY SWORE TO UPHO-
LD AND DEFEND MMY US CONSTUTIONAL RIGHTS, BUT ARE
100% IN BREACH OF THEM___WHICH TERMINATES THEM FROM
FEDERAL SERVICE RETROACTIVE TO THEIR 1S DAY!

32

UNITED STATES DISTRICT COURT

CASE NUMBER 2-07-CV--713--MEF

10 DECEMBER 2007

MOTION THAT MR. NEELEY MOTION TTO DISMISS MY MOTION
FOR DISMISSAL  CAN NEVER BE DISMISSED BECAUSE HE BR-
EACHED US POSTAL INSURANCE LAW MY US CONSTUTIONAL
RIGHTS WHICH TERMINATES HIM FROM FEDERAL SERVICE, IS
A LIAR AND A SWORN LIAR.

US ATTORNEY NEELEY  IS NOT IN HIS RIGHT MIND AND IS ALL-
EGED DEMON CONTROLLED OR POSSESSED  AS THE MAN IN
THE GADRENES IN MARK 5:15  WAS POSSESSED WITH A LEGION
OF DEMONS WAS __ NOT IN HIS RIGHT MIND!

THE POST TOOK CARMEN MERTAN CHECK AND LOST IT AND
THEY ARE SO  NOT IN THEIR RIGHT MINDS  AND SATANIC
THAT THEY THINK I AM LIABLE FOR IT.  THEY LOST IT AND THEY
ARE RESPONSIBLE FOR IT.  THE POST OFFICE OVER CHARGED
CARMEN MERTEN FOR THE POSTAGE WHICH WAS THE SAME
THING THEY CHARGED ME FOR THE JEWERLY.

THE POST OFFICE GREAT NELIGENT WAS_____THAT THEY
SHOULD NOT  TAKE ___PERSONAL CHECKS ___AND THEY ALSO
BREACHED MY US CONSTUTIONAL RIGHTS WHICH TERMINATES
THEM FROM FEDERAL SERVICE. **I DO NOT BLEME DEBORAH
LASSEIGNE  THE POST MASTER AND  SHE SHOULD BE_____
PROMOTED TO THE NEXT HIGHER GRADE ASAP.  I FILED MY
CASE IN FEDERAL COURT WHO DID NOT TAKE  PERSONAL
CHECKS! THE POST OFFICE SHOULD DO THIS AND THESE TY-
PE PROBLEMS  WOULD NEVER HAPPEN AND THEY SHOULD __
FIRE ANTRIA FINLEY AND HER SUPERVISORS AND GENERAL
POTTER FOR BREACH OF MY US CONSTUTIONAL RIGHTS.**

**ONE MORE TIME THE POST OFFICE LOST MY MONEY AND IT
WAS INSURED AND THE POST OFFICE SHOULD PAY ME ALL
THE DAMAGES CLAIMS.  THIS IS POST OFFICE LAW AND US
CONSTUTIONAL LAW.**              33

UNITED STATES DISTRICT COURT

CASE NUMBER: 2-07-CV-713-MEF

10 DECEMBER 2007

MOTION TO DISMISS MR. NEELEY MOTION TO DISMISS MY
MOTION FOR DISMISSAL CAN NEVER BE DISMISSED BY THE
AUTHORITY OF GOD, MY US CONSTUTIONAL RIGHTS, POSTAL
LAW, BECAUSE HE IS A LIAR, AND SWORN LIARS, AND HE MAY
HAVE COMMITED THE UNPARDONABLE SIN OF BLASPHEME
THE HOLY GHOST! THE REASON THAT ANTRIA FINELY AND HER
SUPERVISORS, JOHN POTTER HAS NOT PAID ME IS THAT THEY
ARE ALL ALLEGED ___DEMON CONTROLLED OR POSSESSED
WHICH MAKES HIS A RELIGIOUS CASE IN BREACH OF MY 1ST
AMERICAN RIGHTS OF FREEDOM OF RELIGION AND SPEECH.

I FORGOT SOME THING ON PAGE 1 ON STATEMENT FACTS
WHICH IS 100% A LIE BY MR. NEELEY BECAUSE HE HAS NO
FACTS, NO RIGHTS, AND NO AUTHORITY EVER IN MY CASE! US
ATTORNEY NEELEY EXHIBIT 3,4,5 WHICH IS GENERAL INFORM-
ATION NOT IN QESTIONS.

**THE FACT IS THAT THE POST LOST MY INSURED PACKAGE
AND BROKE OUR      INSURANCE CONTRACT     POST OFFICE
LAW, AND MY US CONSTUTIONAL RIGHTS (CLAIMS DEPART-
MENT ONLY) AND HAS NO AUTHORITY, NO RIGHTS, AND NO
FACTS AND MY CASE CAN NEVER BE DISMISSED.**

**THE DEFENSE LISTS CASES AND CASES REFERANCE** ON
PAGES 4 AS UNITED STATES VS ORLEAN 425 U.S.807,814,96SC C
 HONDA VS CLARK 386 USC AND OTHER REFERANCES DALEH-
ITE,VS UNITED STATES: UNITED STATES VS SHERWOOD AND THE
NEXT PARAGRAPH A TORT CLAIM 28 USC:: UNITED STATES VS
VARIG AIRLINES AND ON PAGE 5 346 U.S. IN BREACH OF MY US
1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS
WHICH TERMINATES ALL AUTHORITY FOR THE POST OFFICE
AND U.S ATTORNEY NEELEY FROM FEDERAL SERVICE AND HE
SHOULD BE DISBARRED.    34

UNITED STATES DISTRICT COURT

CASE NUMBER- 2-07-CV-713- MER

10 DECEMBER 2007

MOTION THAT MR. NEELEY MOTION  TO DISMISS MY MOTIONS
CAN NEVER BE DISMISSED.

ALL THESE CASES AND CASES REFERANCED BY THE DEFENSE
ON PAGES 3 THRU 8  CAN NEVER BE REFERANCED  AND ARE
ALL INVALID IN MY CASES BECAUSE MY CASE IS AN_____
EXCEPTION CASES_____AND THEY ARE CASE REFERANCES FOR
IT. I NEVER THOUGHT THERE WERE ANY ATTORNEY IN THE
WORLD  THIS 100% IN ALLEGED DARKNESS AND 100% ALLEGED
CONTROLLED BY SATAN. ONCE SATAN HAS TAKEN POSSESSION
ON A PERSON AND___HAS CLOSED THEIR MINDS_____AND
TURNED THEIR  EARS AWAY FROM HEREING GOD'S LAWS IN THE
HOLY BIBLE____THEY CAN NOT BE SAVED. I KNOW MORE ABO-
UT THE LAW  HERE THAN ALL US ATTORNEYS AND JUDGES
INVOLVED IN MY CASES. I AM HATED BY THE US ATTORNEYS
BECAUSE I AM A CHRISTIAN AND THIS IS ALLEGED SATANIC
HATE  BY THE DEFENSE.

MOTION TO CHARGE US ATTORNEY NEELEY WITH BEING A LIAR
HERE BECAUSE HE SAID  HE TRANSMITTED  HIS BRIEF TO ME
ELECTRONICALLY WHICH IS A LIE.  **I AM NOT EVEN HOOKED
UP TO THE INTERNET!! IS MR. NEELEY  BY THE AUTHORITY
OF THE HOLY BIBLE COMMITTED SINS_____UNTO DEATH
AND ALSO TO HELL?  I AM NOT JUDGING, THREATHENING,
OR SLANDERING HIM EITHER. VENGEANETH IS MINE SAY-
ETH THE LORD. THE AUTHORITY IN MY CASES HERE IS THE**
HOLY BIBLE, US CONSTUTION, AND POSTL LAW WHICH MR.
NEEDLEY HAS BREACHED AND HE SHOULD BE DISBARRED
FOREVER  AND IS MORE WICKED THAN  JUDAS AND BENDICT
ARNOLD BY THE AUTHORITY OF THE HOLY BIBLE! IS HE A
DEVIL IN A HUMAN BODY? I KNOW MORE ABOUT ALL THESE
DISTRICT JUDGES AND US ATTORNEYS INVOLVED IN MY CASE
THAT THEY DO. I ALLEGE THE DEFENSE IS DEMON CONTROLLED
OR POSSESSED AND NOT IN THEIR RIGHT MINDS!

35

UNHITED STATES DISTRICT COURT

CASE NUMBER  2-07-CV-713- MEF

10 DECEMBER 2007

MOTION THAT THE MR. NEELEY MOTION TO DISMISS MY
MOTION  CAN NEVER BE DISMISSED BY THE AUTHORITY OF MY
1ST,1ST,6TH,6TH,7TH,8TH,14TH,  AND EQUAL JUSTICE RIGHTS AND
NONE OF THE CASES REFERANCE   ARE INVALID BECAUSE
MY CASE IS AN ____EXCEPTION  CASE___AND THERE ARE NO
CASES REFERANCES FOR IT.

THE DEFENSE SAYS MY CLAIMS IS BARRED  BY APPLICABLE
POSTAL REGULATION IS ___100% A LIAR AND A SWORN,  AND IN
BREACH OF MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE
CLAUSE RIGHTS AND  HIS CASES REFERANCES ARE UNCONST-
UTIONAL AND _____DOES NOT COVER MY CASE ___AND MY
SITUATION! US ATTORNEY NEELEY  IS  ALLEGED DEMON  CONT-
ROLLED  OR POSSESSED BY THE AUTHORITY  OF THE HOLY
BIBLE. LET THE DEFENSE ARGUE WITH GOD! HE STOLE FROM
ME WHO   WAS  A ___FATHERLESS CHILD___ AND GOD  HAS A
VERY PUNISHMENT  FOR PEOPLE WHO  AFFLICT FATHERLESS
CHILD AND I WAS ONCE  A FATHERLESS CHILD!

**MOTION TO DISMISS ALL MOTIONS BY THE  US. POST
OFFICEBECAUSE THEY SWORE TO UPHOLD AND DEFEND THE
US CONSTUTION BRECHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND
EQUAL JUSTICE RIGHTS, POSTAL LAWS, REFERANCES CASES
THAT DOES NOT  REFERANCE MY CASE BECAUSE  MY  CASE
IS AN     EXCEPTION CASES     AND THERE ARE NO CASES
TO REFERANCE IT, THE DEFENSE ARE LIARS AND SWORN
LIARS AND ALLEGED DEMON CONTROLLED  OR POSSESSED
BY THE AUTHORITY  OF THE HOLY BIBLE !**

**MOTION TO DISMISS ALL MOTIONS BY THE DEFENSE BECAU-
SE  2 US ATTORNEYS, MR. NEELEY, AND OTHERS SWORE TO
UPHOLD AND DEFEND THE US CONSTION BREACHED MY 1ST,
1ST,  6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE  CLAUSE RIGHTS
WHICH TERMINATES THEM FROM FEDERAL SERVICE !**

36

UNITED STATES DISTRICT COURT

CASE NUMBER  2- 07-CV-713-MEF

10 DECEMBER 2007

MOTION TO DISBAR LEURA CANARY, THE OTHER US ATTORNEY
THAT HELP HER IN MY  SSA CASE FOR US CONSTUTIONAL BRE-
ACHES , REFERANCE INVALID CASES  THAT DOES NOT REFERA-
CANCE MY EXCEPTION CASE, BEING LIARS, AND SWORN LIARS,
COMMITTED U.S. CONSTUTIONAL PREJURY AS SWORN LIARS,
__FOR ABUSE OF POWERS, UNETHICAL CONDUCT  AND CONFL-
ICT OF INTEREST AND VIOLATION  OF US POSTAL LAW. YOU CAN
MOT SWEAR TO UPHOLD AND DEFEND THE  US CONSTUTION __
AND REPRESENT  PEOPLE WHO BREACH  THE US CONSTUTION.

MOTION  TO  DISMISS DEFENANTS MOTION  TO DISMISS PAGES 1
THRU 2 AND ALL THE EXHITS 1-5 BECAUSE THEY BREACH MY
$1^{ST},1^{ST},6^{TH},7^{TH},8^{TH},14^{TH}$  AND EQUAL JUSTICE RIGHTS AND ARE
LIES AND SWORN LIES. MOTION TO DISMISS NOTICE OF SUBSTI-
TUTIONS PAGES  1- 3  AND  LEURA 28 U.S.C. AND C.FR.R  REFER-
ANCES  WHICH __DOES NOT REFERANCE MY ___EXCEPTION
CASES___BECAUSE THERE ARE NO CASES TO REFERANCE IT BY.
AND ALSO CONFLICT OF INTEREST STATEMENT  WHERE  I NEV-
ER RECEIVED  THE 2 FORMS I WAS SENT AND THEY HAVE _____
NO AUTHORITY IN MY CASE ANYWAY.

MOTION TO IMPEACH JUDGE MARK FULLER, MYRON THOMP-
SON , W. KIETH WATKINS, JUDGE MCPHERSON, JUDGE TERY
MOORE, SSA ALJ LAW JUDGE,  SSA SUPERDENTINT JO ANNE
BARNHART! THERE ARE ___ NO STATUE OF LIMITATION ON
US CONSTUTIONAL BREACHES.

MOTION  TO IMPEACH ALL CONSPICATORS IN THE ABOVE  PA-
RAGRAPH  BECAUSE ALL THE US CONGRESS___THAT VOTED
YES ON  THE VA, BVA, MILITARY , CIVIL SERVICE, AND SSA BO-
ARDS_____BREACHED  MY $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH}, 8^{TH}, 14^{TH},$ AND
EQUAL JUSTICE  CLAUSE RIGHTS____WHEN THEY OMITTED,
BREACHED, DISMISS, LEFT OUT ____MY US CONSTUTIONAL
RIGHTS IN BREACH  OF THEIR SWORN CONTRACT.

37

UNITED STATES DISTRICT COURT

CASE NUMBER-2-07-CV-713-MEF

10 DECEMBER 2007

MOTION TO IMPEACH OUR CONGRESS THAT VOTED YES AND
ENACTED THESE SATANIC MILITARY, VA,BVA, SSA, AND CIVIL
SERVICE BOARDS SYSTEM ____THAT CAN NOT RULE HAVE NO
PLACE OR JURISDICTION OR AUTHORITY ____TO RULE ON MY
ALLEGED US CONSTUTIONAL VIOLATIONS___WHICH IIS IN
BREACH OF MY US CONSTUTIONAL RIGHTS WITH NO JUDICIAL
IMMUNIDITY EITHER.

MOTION TO IMPEACH THE US PRESIDENT THAT SIGNED THESE
VA,BVA, SSA, MILITARY BOARDS, AND CIVIL SERVICE BOARDS
INTO LAW WHICH HAS NO PLACE ,JURISDICTION, AND AUTHOR-
ITY TO ___RULE ON MY ALLEGED $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH},8^{TH},14^{TH}$, AND
EQUAL JUSTICE CLAUSE RIGHS____ AND HE BREACHED HIS SW-
ORE OATH, SWORN DUTY AND SWORE CONTRACT. MOTION TH-
AT THEY PAY AT THEIR SALARY AND BENEFITS BACK TO THE US
GOVERNMENT RETROACTIVE BACK TO THEIR FIRST DAY OF
FEDERAL SERVICE WITH NO JUDICIAL AND NO US CONSTUT-
ION RIGHTS. I DO NOT WHEN THESE SATANIC BOARDS SYTEM
WERE ENACTED, BUT I HAVE BEEN FIGHTING THEM SINCE 1962
WHERE THEY STOLE MY MONEY AND BENEFITS AND BREACHED
MY ENLISTMENT CONTRACT. I AM NOT LIABLE FOR ANY DAMA-
GES THAT THEY INCUR EITHER. THE US CONSTUTION IS THE ___
HIGHEST, CONTROLLING, GREATER, SUPREME, SOLE AND THE
_____FINAL AUTHORITY _____OF ALL VA,BVA,SSS,
MILITARY LAW, AND CIVIL SERVICE LAW IN AMERICAN.

MOTION THAT THE DISTRICT COURT ____ORDERS___THE US
POST OFFICE TO REPAY ME $100.00 SINCE DECEMBER 13,2006
FOR STEALING $284.00 ON MY INSURANCE CLAIM, FOR SWEAR-
ING TO UPHOLD AND DEFEND THE US CONSTION AND BREACHI-
NG MY $1^{ST},1^{ST},6^{TH},6^{TH},7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE
RIGHTS, BEING A LIAR AND SWORN LIARS AND GROSS NELIG-
ENT IN MY CLAIMS.

38

UNITED STATES DISTRICT COURT

CASE NUMBER 2 07-CV-713 MEF

10 DECEMBER 2007

MOTION THAT THE DISTRICT COURT ___ORDERS THE US POST OFFICE___TO PAY ME $100.00 A DAY FROM 13,DECEMBER 2006 UNTIL THIS CASE IS SETTLE. I LEFT OUT (ADAY ON LAST PAGE) TAX FREE PLUS COURT COST AND PROCESSING FEES AND A REASONABLE AMOUT OF ATTONEY FEE.

I MENTION THAT I WAS ATTACKED BY PEOPLE THAT I HAD NEVER SEEN BEFORE BECAUSE I WAS A CHRISTIAN AND SATAN MADE THEM ATTACK ME.

THIS WHOLE CASE IS THAT ____ANTRI FINLEY ____AND HER SU-PERVISORS ____AND POSTMASTER GENERAL JOHN POTTER WOULD NOT PAY ME AND BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}$, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR 1ST DAY OF FEDERAL SERVICE ____WITH NO US CONSTUTIONAL RIGHTS BECAUSE THEY ARE ALLLED DEMON CONTROL OR PO-SSESSED ____AND MOTION TO SENTENCE HER AND HER SUPE-RVISORS AND JOHN POTTER TO 3 YEARS IN PRISON FOR THE CRIMINAL AND US CONSTUTIONAL BREACHES! I ORIGIONAL SAID 3 YEARS IN A MENTAL INSTUTION, BUT THEY STOLE MY MONEY AND BETRAYED AND ESTIMATE 286 MILLION AMERICAN AND FOR THEM TO REPAY ALL THEIR SALARIES BACK SINCE 1ST DAY OF FEDERAL SERVICE. THEY I ALLEGE ARE MORE EVIL THAN THE RICH MAN IN HELL IN LUKE 16:19-31, THE PEOPLE THAT GOD DESTROYED WITH A FLOOD IN GENESIS CHAPTERS 6 THRU 9, AND THE PEOPLE OF SODOM AND GOMORRAH WH-ICH GOD DESTROYED WITH FIRE AND BRIMESTON IN JUDE 1: 7 AND THEY MAY HAVE ALREADY BLASPHAME THE HOLY GH-OST WHERE THEY CAN NOT BE SAVED.

MOTION THAT GOD PUT THE DIVINE CURSE OF GOD AND ON RANDOLPH NEELEY FOR HIS SATANIC STATEMENT OF UNDISP-UTED FACTS WHICH IS 100% A LIE AND ALSO HIS FAMILY.

39

UNITED STES DISTRICT COURT

CASE NUMBER -2-07-CV-713 M,EF.

10 DECEMBER 2007

JUDGE FULLER HAS ____WASTED ABOUT $100,000.00 OF THE
AMERICA TAXPAYERS MONEY____I ALLEGE BECAUSE ANTRIA
FINLEY, AND HER SUPERVISOR, AND JOHN POTTER ARE ALL
ALLEGED CONTROLLED BY SATAN AND HIS DEMONS, BUT HE IS
SO ALLEGED DEMON CONTROLLED THAT HE OBEYS SATAN AND
HIS DEMONS AND DISOBEYS GOD, THE US CONSTUTION, AND
US POSTAL LAW.

ANY PERSON OR ANY JUDGE THAT SWEARS TO UPHOLD AND DE-
FEND THE US CONSTUTION AND WILL NOT GIVE ME A TRIAL BY
A JURY HAS ____COMMITTED IN MY OPINION ____SINS TO ____
DEATH AND HELL. EVEN SATANIC ROME WITH AL, THE SATANIC
KINGS AND EMPEOURS GAVE A PERSON THE RIGHTS TO _____
RESPOND TO HIS ACCUSERS AND JUDGE FULLERS HAS BETRAY-
ED AN ESTIMATED 286 MILLIONS AMERICA WHICH IS WORSE
THAN JUDAS AND BENEDITC ARNOLD. I BELIEVE JUDGE FULLER
IS DEMON CONTROLLED OR POSSESSED.

MOTION THAT __GOD___INTERVES IN MY CASES AND ___GIVES
ME_____VICTORY IN JESUS____OVER ALL MY ADVERSARIES. I
ALLEGE JUDGE MARK FULLER ROBS FROM THE POOR AND GIV-
ES TO THE RICH____WHERE SATAN HAS DESTROYED HIM IF HE
IS NOT SAVED OR DOES NOT GET SAVED. HE SENTENCE ALL THE
STATE EMPLOYEES TO LONG TERMS IN PRISON, BUT WILL NOT
PUT LEURA CANARY AND THE OTHER ATTORNEY THAT HELPED
HER, SSA ALJ BARKER, SSA SUPERDIENT JO ANNE BARNHART ,
JUDGE MCPHERSON, JUDGE TERRY MOORE AND OTHERS TO__
PRISON FOR BEING A ALLEGED JUDAS AND TRAITOR FOR ____
BETRAYING AN ESTIMATED ___286MILLIONS AMERICAN
_____WHICH IS MUCH EVIL THAN THESE STATE EMPLOYEES.
LET JUDGE FULLER AND THE US ATTORNEYS KNOW____**GIVE**
**ME JESUS CHRIST OR GIVE ME DEATH!**

_____    _____
**NAME**    **DATE**

40

UNITED STATES DISTRICT COURT

CASE NUMBER 2-07-CV-713-MEF

10 DECEMBER 2007

DEAR DISTRICT CLERK:

 PLEASE SEND THE INFORMATION ON THE ADDRESS AND
TELPEOPNE OF THE PERSON TO WRITE ON HOW TO IMPEACH
FEDERAL JUDGES, DISBAR US ATTORNEY, IMPEACH ALJ JUDGES,
SSA SUPERMENDIENT JO ANNE BARNMANRT , VA, BVA BOARDS
AND VLJ JUDGES. MY AUTHORITY IS MY 1ST, 1ST,6TH,6TH,7TH, 8TH,
AND 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS WHICH IS OVER
ALL DISTRICT COURT OR ANY OTHER LAW. I HAVE WROTE YOU
BEFORE AND YOU BREACH MY US CONSTUTIONAL RIGHTS AND
DID NOT SEND IT. I NEED THE NAME OF THE US ATTORNEY IN
MONTGOMERY. PLESE SEND IT ALSO. I NEED THE NAME AND
ADDRESS OF THE ___US ATTORNEY GENERAL IN WASHINGTON
D.C.!

MY REBUTTAL BRIEF IS IN DIFFERENT PARTS. MY REBUTTAL
BRIEF ON CONFLICT DISCLOSURE STATEMENT WHICH I NEVER
RECEIVED EITHER 1 NOT 2 IS ON PAGES 1 THRU 26 WITH CONFL-
ICT FORMM STATEMENT INCLUDED: MY BRIEF REBUTTAL FOR
SUBSTUTIONS RECEIVED 12 DECEMBER IS NEXT WHICH ARE
PAGES 27 AND 28: US ATTORNEY NEELEY MEMORANDUM IS
PAGES 29,30, MY REBUTTAL BRIEF FOR MY DISSMAL IS PAGES 31
THRU 40 IS ALL OF MY BRIEFS. SOMETHING THE STAPLED FO-
RM COMES APART. PLEASE GIVE TO JUDGE MARK FULLER ASAP.
I WILL SEND A COPY TO LEURA CANARY MY SELF.

IF YOU NEED TO CALL ME CALL ME AT (334-527-3035) PLEASE DO
NOT GET THESE BRIEFS OUT OF SEQUENCE.

_____
NAME

_____
DATE

PAGE A