IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN ALABAMA

RECEIVED

2008 FEB -8  A 9: 23

DONALD L. JONES ,PLAINTIFF VS  BRANLEY POST OFFICE,DEFT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION  NUMBER: 2:07CV 713--MEF DISTRICT COURT

RECEIVED 25 JANUARY 20008

## MOTION TO DISMISS  AND  RECONSIDER   FEDERAL MAGIS-TRATE JUDGE  TERRY MOORER RULING AGAINST ME DATED 012508 WHERE I RECEIVED  26 JANUARY 2008.

AS FAR AS I KNOW ALL FEDERAL EMPLOYEES ___HAVE SWORN TO UPHOLD AND DEFEND THE US CONSTUTION____HAVE BRE-ACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL JUSTICE RIG-HTS AND JUDGE MOORER  IS AN ALLEGED LIAR AND SWORN LIAR_____AND A MAGISTRATE JUDGE HAVE NO  JURISDICTION _ IN A US CONSTUTIONAL BREACHES CASE OR  DISTRICT JUDGES BEING ALLEGED DEMON CONTROLLED OR POSSESSED AND I WIN  MY CASE.  ON PAGES 1THRU 6 IS FULL OF MANY OTHER LIES AND HE, JUDGE MCPHERSON, JUDGE MARK FULLER, JUDGE KIETH WADKINS , MYRON THOMPSON,  LEURA CANARY, AND OTHERS SHOULD BE  IMPEACHED AND DISBARRED!

*************************************************************
THIS IS THE 1ST TIME IN AMERICAN HISTORY AS FAR AS I  KNOW THAT MY MOTIONS TO IMPEACH FEDERAL JUDGES  AND DISBAR US ATTORNEYS BECAUSE THEY ARE DEMON CONTROLL OR POS-ESSED BY THE DEVIL. IF I AM WRONG ON THE ___THE HOLY BIB-LE, THE US CONSTUTIONAL LAW, AND  POST OFFICE REGULATI-ION BEING THE AUTHORITY IN MY CASE LET GOD WHO CREAT-ED ME KILL ME IN A PICSECOND. HOWEVER IF JUDGE  MOORER IS WRONG LET GOD PUNISH HIM AND HIS UNSAVED  FAMILY ME-MBERS AND  GIVE ME VICTORY IN JESUS OVER ALL THESE ALL-EGED CONSTUTIONAL BREACHES AND I WIN MY CASE! **I AM NOT     -JUDGING, THREATHENING , OR SLANDERING THEM OR ANYONE EITHER. VENGEANETH IS MINE SAYETH  THE LORD.**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

GOD CREATED THEM AND GOD IS GOING TO BURN THEIR SOULS
IN HELL  AT JUDGEMENT DAY IF THEY ARE NOT SAVED AND DO
NOT GET SAVED.  I AM ONLY A SINNER SAVED BY GRACE AND I
WANT JUDGE TERRY MOORER, JUDGE MCPHERSON,  JUDGE FUL-
LER, JUDGE KETH WADKINS, JUDGE MYRON THOMPSON, AND
JUDGE TRUMAN HOBBS IN MY AIR FORCE CASE I THINK   WAS
HIS NAME ON MY AIR FORCE CASE TO ____GET SAVED SO GOD
WHO REATED THEM ____WILL NOT BURN THEIR SOULS IN HELL
AT JUDGEMENT DAY!

ROMANS 3:10 SAYS: AS IT IS WRITTEN, THERE IS NONE RIGHTE-
OUS, NO,NOT ONE. ROMANS 3:23 SAYS: FOR ALL HAVE SINNED,
AND COME SHORT OF THE GLORY OF GOD.  THE HOLY BIBLE
SAYS  THAT I HAVE SINNED AND YOU HAVE SINNED AND  COME
SHORT OF THE GLORY OF GOD!  THE PROBLEM WITH JUDGE
TERRY MOORER, JUDGE FULLER, JUDGE MCPHERSON , AND THE
OTHER ALLEGED US CONSTUTIONAL CONSPICATORS IS _____
THAT THEY HAVE SINNED____AND COME SHORT OF THE GLORY
OF GOD! JUDGE TERRY MOORER  AND THE ALLEGED CONSPIC-
ATORS ___MAIN PROBLM IS THAT THEY ARE  SINNERS  AND ____
UNSAVED SINNERS CAN NEVER BE WINNERS. WHO IS BEHIND
JUDGE FULLER AND THE OTHER PEOPLE WHO ARE NOT SAVED?
THE BIBLE SAYS IT IS SATAN AND HIS DEMONS.

JUDGE MARK FULLER, JUDGE KIETH WADKINS, JUDGE  MYRON
THOMPSON IN MY US AIR FORCE CASE HAVE ALL ____SWORN TO
UPHOLD AND DEFEND THE US CONSTUTION____BREACHED MY
$1^{ST}, 1^{ST}, 6^{TH}, 6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE CLAUSE RIGHTS__
WHICH TERMINATES THEM FROM FEDERAL SERVICE AND I WIN
MY CASE AND THEY SHOULD BE ____IMPEACHED, FIRED, DISBA-
RRED BY NOT UPHOLDING AND DEFENDING THE US CONSTUT-
ION AND ARE SWORN LIARS AND COMMITTED U.S. CONSTUTIO-
NAL PREJURY, ABUSE OF POWER, UNETHICAL CONDUCT , AND
CONFLICT OF INTEREST  !      2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

MAIN BRIEF REBUTTAL OF  DONALD L. JONES WHO IS  FORCED

PRO SE

AS FAR AS I KNOW____ALL FEDERAL EMPLOYEES ____HAVE
SWORN TO UPHOLD AND DEFEND THE US CONSTUTION_____
HAVE BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH,14TH, AND EQUAL
JUSTICE CLAUSE IN ALL MY CASES_____WHICH TERMINATES
THEM FROM FEDERAL SERVICE ____RETROACTIVE ____BACK
TO THEIR 1ST DAY OF FEDERAL SERVICE WITH NO IMMUNIDITY,
NO JURISDICTION, AND NO AUTHORITY IN ALL MY CASES AND
THEY MAY HAVE ____COMMITTED THE FATAL ERROR AND THE
UNPARDONABLE SIN  AND UNFORGIVEABLE SIN WHERE THEY
MAY BURN IN HELL FOREVER! I AM NOT JUDGING, SLANDERING,
OR THREATHENING THEM EITHER! VENGEANETH IS MINE SAYE-
TH THE LORD!

MARK 3:29 TALKS ABOUT THE UNFORGIVEABLE SIN  WHICH
SAYS: **BUT  HE (JUDGE FULLER, JUDGE TERRY MOORERR,
THE OTHER ALLEGED CONSPICATORS)** SHALL BLASPHEME
THE HOLY GHOST  HATH NEVER FORGIVENESS, BUT IS IN DAN-
GER OF  ETERNAL DAMNATION. SO JUDGE FULLER AND THE
OTHER ALLEGED CONSPICATORS  MAY HAVE ALREADY COMMIT-
TED AND UNPARDONABLE AND UNFORGIVEABLE SIN AS JUDAS
DID  AND AS BENEDICT ARNOLD DID  IN THE REVOLUTIONARY
WAR OF 1776! JUDAS ___BETRAYED___JESUS CHRIST FOR 30
PIECES  OF SILVER WHEN HE BETRAYED THE  WHOLE NATION OF
ISERAL AND THEN GAVE THE MONEY BACK  TO THE SATANIC JE-
WISH RELIGION PEOPLE AND WENT OUT AND HANGED HIMSELF
AND JUDGE FULLER HAS SINNED MUCH MORE THAN JUDAS BY
BRETAYING AN ____ESTIMATED 286 MILLION AMERICANS_____
WHICH BY THE AUTHORITY OF THE HOLY BIBLE MUCH  WORSE
THAN JUDAS. JUDAS HAS BEEN ___BURNING IN HELL NOW  FOR
ABOUT 2000 YEARS AND HE WILL BURN THERE FOR EVER AND
EVER. JUDGE MARK FULLER  AND OTHERS HAVE DONE WORSE!

3

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDGE MARK FULLER, JUDGE MYRON THOMPSON, JUDGE KIETH
WATKINS, JUDGE TERRY MOORER,  JUDGE MCPHERSON, JUDGE
MCPHERSON, LEURA CANARY, AND OTHERS SWORE TO_____
UPHOLD AND DEFEND THE US CONSTUTION____BREACHED MY
1ST,1ST, 6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE CLAUSE MANY
TIMES_____WHEN TERMINATES THEM FROM FEDERAL SERVICE
___RETROACTIVE BACK TO THEIR 1ST,DAY OF FEDERAL SERVICE
WITH NO IMMUNIDITY EITHER AND HAVE _____BETRAYED_____
AN ESTIMATED 286 MILLION AMERICANS WHICH IS ____MUCH
WO-RSE THAN JUDAS DID BY THE AUTHORITY OF THE HOLY
BIBLE. THEY MAY HAVE  COMMITED  THE UNPARDONABLE AND
UNFORGIVEABLE SIN AS JUDAS HAS DONE AND THEY MAY NOT
CAN BE SAVED. JUDUS BETRAYED JESUS CHRIST  WHICH IS ONE
PERSON OR GOD AND JUDGE MARK FULLER BETRAYED AMERI-
CAN WHICH IS AN ESTIMATED 286 MILLION AMERICAN AND  HE
AND THE OTHERS ALLEGED CONSPICATORS BY THE AUTHORITY
OF THE HOLY BIBLE ____MUCH MORE EVIL ____THAN JUDAS
WHO HAS BEEN BURNING IN HELL FOR ABOUT 2000YEARS.  HE
I ALLEGE STOLE FROM ME WHO WAS ____ONCE A FATHERLESS
CHILD AND GOD HAS A ____VERY SEVERE WARNING AGAINST
PEOPLE WHO ___STEAL FROM FATHERLESS CHILDREN IN EXOD-
US 22:2224.  I AM NOT A FATHERLESS CHILD NOW, BUT I WAS
BORN A FATHERLESS CHILD WITH ABOUT  -015 STRIKES AGAIN-
ST ME WHEN I WAS BORN, BUT GOD HAD A ___CHRISTIAN SCHO-
OLER TO GET ME ___SAVED OR I WOULD BE BURNING IN HELL
NOW! **I GOT SAVED BECAUSE I DID NOT WANT GOD TO BURN
MY SOUL IN HELL TO PUNISH ME FOR ALL MY SINS!**

**EXODUS 22:22-24 IS OLD TESTAMENT LAW, BUT WE LIVE UND-
ER  NEW TESTAMENT LAW TODAY. HOWEVER THE PEOPLE
WHO DO NOT GET SAVED OR BORN AGAIN WILL BE JUDGED
BY OLD TESTAMENT LAW  AND ASE IN HELL TO BURN THERE
FOREVER. I STILL WANT JUDGE MARK FULLER TO GET
SAVED SO GOD WILL NOT BURN HIM AND HIS FAMILY SOULS
IN HELL AT JUDGEMENT DAY!**    4

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BENEDICT ARNOLD BETRAYED AMERICA DURING  THE AMER-
ICAN REVOLUTION WAR IN 1776! THERE ARE ABOUT 200 MILLI-
IONS IN THE WORLD NOW  THAN IN 1776 AND JUDGE FULLER,
JUDGE TERRY MOORER, AND THE OTHER ALLEGED CONSPICA-
TORS HAS OBEYD SATAN AND NOT GOD  AND BETRAYED AN ES-
TIMATED  200  MILLION MORE PEOPLE  AND NATION THAN JU-
DAS AND BENEDICT ARNOLD WHO BETRAYED JESUS CHRIST
AND  AMERICA AND SHOULD BE ____PUNISHED MORE BY GOD
THAN THEM. THEY OBEY SATAN AND NOT GOD  AND ARE ALLE-
GED MORE WICKED AND EVIL THAN JUDAS AND BENDICT ARN-
OLD AND IF THEY ARE NOT SAVED AND DO NOT GET SAVED TH-
EY WILL TAKE THE_____MARK OF THE BEAST____WHICH IS 666
AND KILL ALL THE PEOPLE WHO WILL BE CONTROLLED BY THE
ANTI-CHRIST OR SATAN  IN REVELATION 13:16-18 AND  KILL THE
PEOPLE THAT WILL NOT TAKE THE MARK OF THE BEAST WHICH
IS 666 IF THEY ARE LIVING DURING THE 7 YEARS OF GREAT
TRIBULATION! GOD IS GOING TO BURN JUDGE MARK FULLER,
JUDGE TERRY MOORE, AND THE OTHWER ALLEGED CONSPIC-
ATORS SOULS IN HELL IF THEY ARE NOT SAVED AND DO NOT
GET SAVED. I STILL WANT MARK FULLER AND THE OTHERS
SAVED SO GOD WILL NOT BURN THEIR SOULS IN HELL AT
JUDGE-MENT DAY. THEY  STEAL FROM ME WHO WAS ONCE  A
FATHERLESS CHILD AND ARE LIARS AND SWORN LIARS. THIS
JUDGE ON PEOPLE COURT SAYS THAT SHE WOULD NOT BELIEVE
MANY  PEOPLE THAT APPEAR BEFORE HER ____IF THEIR TONG-
UES CAN NOTORIZED.  YOU CAN NOT BELIEVE JUDGE FULLER
AND THE OTHER ALLEGED CONSPICATORS ____IF THEY TONG-
UES NOTORIZED I ALLEGED AND THEY ARE ____ALLEGED DEM-
ON CONTROLLED OR POSSESSED. BY THE AUTHORITY OF THE
HOLY BIBLE.  GOD IS MUCH BIGGER AND HAS MUCH MORE POW-
ER THAN JUDGE FULLER AND THE OTHER ALLEGED CONSPICAT-
ORS. YOU MUST REMEMBER THE ___UNSAVED SINNERS _____
CAN NEVER BE WINNERS!

5

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDGE TERRY MOORER SATANIC RULING PROVES HE IS DEMON

CONTROLLED OR POSSESSED AND OBEYS SATAN HIS SPIRITU-

AL FATHER THE DEVIL AND DISOBEYS GOD, THE CONSTUTION.

JUDGE TERRY MOORER, JUDGE MCPHERSON, JUDGE MARK FU-
LLER, JUDGE MYRON THOMPSON, JUDGE KEITH WADKINS, AND
JUDGE TRUMAN HOBBS WHO RULED ON MY US AIR FORCE CASE
I THINK IT WAS HIM, LEURA CANARY AND SOME ATTORNEY I
TH-AT HELP HER ON MY SSA CASE____ALL SWORE TO UPHOLD
AND DEFEND THE US CONSTUTION BREACHED MY $1^{ST}, 1^{ST}, 6^{TH}$.
$6^{TH}, 7^{TH}, 8^{TH}, 14^{TH}$, AND EQUAL JUSTICE RIGHTS MANY TIMES I
ALLEGE WHICH _____TERMINATES THEM FROM FEDERAL SERV-
ICE MANY TIMES____AND THEY HAVE NO AUTHORITY AND NO
JURISDICTION IN MY CASE AND I WIN MY CASE. LEURA CAN-
ARY SWORE TO UPHOLD AND DEFEND THE US CONSTUTION _____
BREACHED MY US CONSTUTIONAL RIGHTS WITH THE OTHER
ATTORNEY THAT HELPED HER AND THEY HAVE ___NO AUTHOR-
NITY IN MY CASE EVER AND THIS SHOWS THAT THEY ARE ALL-
EGED DEMON CONTROLLED OR POSSESSED BY GOD AND THE
HOLY BIBLE. THEY HATE ME BECAUSE I AM A CHRISTIAN AND
A POOR PERSON AND THEY ROB FROM THE POOR AS ME AND
STEAL FROM ME AND GIVE TO THE RICH. THEY OBEYS SATAN
AND NOT GOD AND THEY HAVE NO AUTHORITY EVER IN MY
CASE!

JUDGE TERRY MOORER IS DEMON CONTROLLED OR POSSESSED
BECAUSE HE HAS ___NO JURISDICTION IN MY CASE AND IS A
LIAR AND A SWORN LIAR AND HE HATES ME BECAUSE I AM A
CHRISTIAN AND THIS IS A BREACH OF MY 1ST AMENDMENT RIG-
HTS OF FREEDOM OF RELIGION AND SPEECH!

MY US CONSTUTIONAL RIGHTS ARE THE _____FINAL AUTHORI-
TY OVER 28 U.S.C. AND HE BREACHES MY US CONSTUTIONAL
RIGHTS WHICH TERMINATES HIM FROM FEDERAL SERVICE!

$6$

UNITED STAES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDGE TERRY MOORER RULING FROM PAGES 1-6 PROVES HE IS
DEMON CONTROLLED OR POSSESSED BY THE AUTHORITY OF
THE HOLY BIBLE THAT IT IS FULL OF LIES, SWORN LIES, INVALID
CASES AND CASES REFERANCES, CONTRICTIONS, RED TAPE, BR-
EACURCY AND I WIN MY CASES.

**A FEDERAL MAGISTRATE JUDGE DOES NOT HAVE JURISDICT-
ION ON ALLEGED US CONSTUTION BREACHES AND ONLY A
DISTRICT, CIRCUIT, AND SUPREME COURT JUSTICES DOES
AND JUDGE TERRY MOORER MUST BE IMPEACHED FOREVE-
VER RETROACTIVE BACK TO HIS FIRST DAY OF FEDERAL
SER-ICE. JUDGE FULLER, JUDGE MYRON THOMPSON, JUDGE
WADKINS, SSA LAW JUDGE BARKER, SSA JO ANNE BARNHA-
RT, US ATTORNEY LEURA CANARY AND THE ATTORNEY THAT
HELPED HER SWORE TO UPHOLD AND DEFEND THE US
CONSTUTION        BREACHED MY US CONSTUTIONAL RIGHTS
WHICH        TERMINATES THEM FROM FEDERAL SERVICE
AND I WIN MY CASE!**

MY US CONSTUTION RIGHTS ARE THE _____ FINAL AUTHORITY__
OVER ALL LAW AND ALL CASES LISTED MY JUDGE TERRY MOO-
RER____ PAGES 1-6 AND I WIN MY CASE.

JUDGE TERRY MOORE LISTED MY 1$^{ST}$6$^{TH}$, 7TH, 8TH AND 14TH AME-
NDEMENT RIGHTS , BUT BREACHES THEM BECAUSE HE LIES
AND _____ PUT THE FEDERAL TORT CLAIM ACT,MOTION TO DI-
SMISS, WITH MEMORANDUM IN SUPPORT, FED. R. CIV.P AND
USPS OVER MY US CONSTUTION OVER MY US CONSTUTIONAL
RIGHTS AND I WIN MY CASE. HE IS A LIARAND SWORN LIAR
HER. THIS IS NOT A UPS CASE , BUT A POST OFFICE CASE AND
THIS SHOWS HE IS DEMON CONTROL OR POSSESSED BY THE
AUTHORITY OF THE HOLY BIBLE! HE IS NOT IN HIS RIGHT MI-ND
AS THE MAN POSSESSED WITH A LEGION OF DEMON WAS NOT IN
HIS RIGHT MIND IN MARK 5:15 WAS NOT IN HIS RIGHT MIND.

7

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDGE TERRY MOORER LIST MANY CASES AND MANY CASES
REFERANCE AND HE IS 100% A LIAR AND A SWORN LIAR AGAIN
**BECAUSE MY CASES IS AN      EXCEPTION CASE      AND
THERE ARE NO  CASES OR CASES TO REFERANCE IT BY AND
I WIN MY CASE! JUDGE MOORER SWEARS TO UPHOLD AND
DEFEND THE US CONSTUTION BREACHES MY 1ST,1ST,6TH,6TH,
7TH, 8TH, 14TH AMERNMENT RIGHTS WHICH TERMINATES HIM
FOM  FEDERAL SERVICE WITH NO IMMUNIDITY.**

**MY C ASE IS A SIMPLE CASE AND I WIN MY CASE! MY CASE IS
I SENT SOME JEWERLY BACK TO  FT. BENNING , GEORGIA TH-
AT I INSURED!!   THE POST OFFICE LOST THE JEWERLY  AND
NOT    CARMEN MERTEN. THE POST OFFICE LOST THE JEW-
ERLY AND NOT CARMEN MERTEN AND THE POST OFFICE
MUST PAY ME  $284.00 FOR THE JEWERLY  PLUS $100.00 A DAY
FROM 13 DECEMBER 2006 PLUS  ATTORNEY FEES.**

**YOU HAVE TO BE A CHRISTIAN TO UNDERSTAND THIS AND
THESE ALLEGED PAGAN, HEATHEN, AND  SATANIC JUDGES
CAN NOT UNDERSTAND THIS. THIS WAS GROSS NELIGENT BY
THE POST OFFICE.  I WAS ATTACKED BY PEOPLE WHO I HAD
NEVER SEEN OR HAD NEVER DONE ANYTHING TO AND I  WO-
NDERED WHY? FINALLY AFTER PRAYING FOR A FEW YEARS
GOD SPOKE TO MY SPIRIT AND TOLD ME I WAS ATTACKED
BECAUSE I WAS A CHRISTIAN AND SATAN HAD  HIS PEOPLE
ATTACK ME BECAUSE I WAS A CHRISTIAN.  THE POST OFFICE
WAS GOING TO PAY ME, BUT AT THE LAST MINUTE  SHE WO-
ULD NOT DO IT  BECAUSE I AM A CHRISTIAN AND HER, HER
SUPERVISORS, AND POSTMASTER GENERAL  JOHN POTTER
WOULD NOT DO SO BECAUSE I AM A CHRISTIAN! THIS IS MY
CASE! THE POST OFFICE IS GROSS NELIGENT, OVER CHA-
RGE CARMEN MERTEN ON POSTAGE , AND  TOOK PERSONAL
CHECKS AND NOT CASH OR  MONEY AND THIS IS A POST
OFFICE PROBLEM.  *****THE POST OFFICE ARE SO ALLEGED
SATANIC THAT THEY SHOULD NOT TAKE PERSONAL CHECKS.**



UNITED STATES DISTRRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

THIS PROBLEM WAS GROSS NELIGENT BY THE POST OFFICE
BECAUSE THEY ARE SO ALLEGED DEMON CONTROLLED OR
POSSESSED BY THE DEVIL THAT THEY RULED FOR ANTRIA
FINALY TO PROTECT THIS ___ALLEGED DEMON CONTROLLED
___ANTRIA FINALY , HER SUPERVISORS, AND POSTMASTER
JOHN POTTER. THEY __OBEYED SATAN AND NOT GOD AND THE
BIBLE SAYS HE IS GOING TO BURN THEIR SOULS IN HELL IF TH-
EY ARE NOT SAVED AND DO NOT GET SAVED.

THE POST OFFICE SHOULD NOT TAKE PERSONAL CHECKS AS
THE DISTRICT COURT CLERKS DO AND THIS IS THE PROBLEM.
THIS ALLEGED SATANIC AND DEMONIC JUDGE TERRY MOORER
STOLE MY MONEY AND BENEFITS AND GOD SHOULD BURN HIM
IN HELL IF HE IS NOT SAVED OR DOES NOT GET SAVED. I WROTE
FOR CARMAN MERTEN TO SEND ME THE $284.00 BACK, EVEN
THOUGH IT WAS A POST OFFICE PROBLEM, BUT SHE SAID NOT
TO WRITE HER ANY MORE AND I SENT THE LETTER TO DISTRICT
COURT.! JUDGE FULLER STEALS FROM THE POOR AS ME AND
PROTECTS THE POST OFFICE AND GOD IS GOING TO BURN HIM
IN HELL! ON PAGES 1THRU 6 JUDGE TERRY MOORE LIES AND IS
A SWORN LIAR AND _____WILL NOT SAY THAT THE US CONST-
UTION IS THE FINAL AUTHORITY IN MY CASE___AND HE IS AN
ALLEGE JUDAS AND BENEDICT ARNOLD. I ALLEGE THAT HE,
JUDGE FULLER, JUDGE MYRON, JUDGE KIETH WADKINS, JUDGE
MCPHERSON, LEURA CANARY AND OTHER IS DEMON CONTRO-
LLED OR POSSESSED AND I WIN MY CASE.

JUDGE TERRY MOORER IS A LIAR AND A SWORN LIAR AND I AM
TRYING TO GET HIM SAVED SO GOD WILL NOT BURN HIS SOUL
IN HELL AT JUDGEMENT DAY! HE OBEYS SATAN AND NOT GOD
AND GOD WHO CREATED HIM IS GOING TO BURN HIS ALLEGED
SATANIC SOUL IN HELL IF HE DOES NOT GET SAVED. GOD HAS
POWER OVER JUDGE FULLER, JUDGE MOORE, AND THE OTHER
ALLEGED CONSPICATORS!    9

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

I HAVE WRITTEN JUDGE FULLER, DISTRICT COURT CLERK, LEU-RA CANARY, US ATTORNEY ABOUT 12 TIMES TO SEND ME THE NAME AND ADDRESS ON HOW TO _____IMPEACH FEDERAL JU-DGES AND DISBAR US ATTORNEYS AND OTHERS, BUT THEY ARE SO ALLEGED DEMON CONTROLLED OR POSSESSED _____ THEY WOULD NOT SEND ME THE INFORMATION IN BREACH OF NORMAL LAW, MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTI-CE MANY TIMES WHICH __-TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE BACK TO THEIR 1ST DAY OF FEDERAL SERVICE WITH NO IMMUNIDITY.

I WROTE A COURT CLERK ABOUT 3 TIMES AND SHE WAS SO ALL-EGED DEMON CONTROLLED THAT SHE SAID THAT SHE COULD NOT GIVE OUT LEGAL ADVICE IN BREACH OF MY US CONSTUT-IONAL AND I DID NOT THINK ANY ONE WAS THIS STUPID! MY US CONSTUTIONAL RIGHTS IS OVER ALL ____DISTRICT COURT LAW.

JUDGE MARK FULLER HAS JURISDICTION IN US CONSTUTION-AL BREACHES AND HE TRANSFERRED MY CASE WITH NO AUT-HORITY TO MAGISTRATE COURT. THE ONLY REASON HE WOU-LD DO THAT HE KNOW THAT HE IS BREACHING MY US CONSTU-TION WHICH TERMINATES HIM FROM FEDERAL SERVICE. HE SWORE TO UPHOLD AND DEFEND THE US CONSTUTION, BUT IS 100% IN BREACH OF IT! HE BETRAYED A WHOLE NATION OR ABOUT 286 MILLION AMERICA AND IS ABOUT 286 MILLION TIM-ES MORE WICKED JUDAS AND BENEDICT AND THIS PROVES THAT HE IS CONTROLLED BY SATAN AND HIS DEMONS BY THE AUTHORITY OF THE HOLY BIBLE.! JUDGE MARK FULLER HAS DONE THIS BEFORE IN MY ALLEGED SSA CASE ALONE WITH US ATTORNEY LEURA CANARY AND ANOTHER US ATTORNEY WHICH SWORE TO UPHOLD AND DEFEND THE CONSTUTION BREACHED MY US CONSTUTION AND IS A LIAR AND A SW-ORN LIAR WHICH TERMINATES THEM FROM FEDERAL SERVICE.

/ 0

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

GOD TELL US IN THE HOLY BIBLE THAT CHRISTIAN CAN COM-
MIT _____ SINS TO DEATH, BUT NOT TO HELL BECAUSE ONCE
YOU ARE SAVED YOU ARE SAVED FOR EVER AND CAN NEVER
LOSE YOUR SALVATION. NON-CHRISTIAN CAN NOT ONLY COM-
MIT ___ SINS TO DEATH, BUT ALSO TO HELL TO BURN THERE
FOR EVER AND EVER. I AM NOT JUDGING, THREATHENING, OR
SLANDERING ANYONE EITHER. VENGEANETH IS MINE SAYETH
THE LORD. GOD CREATED THESE ALLEGED SONS AND DAUGH-
TERS OF SATAN AND HE WILL BURN THEIR SOULS IN HELL IF
THEY ARE SAVED AND DO NOT GET SAVED BECOFE THEY DIE. I
STILL WANT ALL THESE ALLEGED CONSPICATORS SAVED. I AM
A SINNER SAVED BY GRACE.

ISAIAH 10:1-2 SAYS: WOE UNTO ___ THEM ___ THAT DECREE UN-
RIGHTEOUS DECREES, AND WRITE GRIEVEOUSNESS WHICH
THEY HAVE PRESCRIBED, ( I ALLEGE THAT JUDGE MARK FULL-
ER, JUDGE MYRON THOMPSON, JUDGE KIETH WADKINS, MAGIS-
TRATE JUDGE MCPHERSON AND TERRY MOORE, I THINK JUDGE
TRUMAN HOBBS IN MY AIR FORCE CASE, LEURA CANARY AND
THE ATTORNEY THAT HELPED HER ON MY SSA CASE ARE ALL-
EGED LIARS AND SWORN LIARS ON MY SSA CASE AND OTHERS
CALL EVIL GOOD, AND GOOD EVIL AND THE BIBLE SAYS WOE
UNTO THEM SAYS THE HOLY BIBLE WHICH IS 100% WITH ZERO
ERRORS! TO TURN ASIDE THE NEEDY FROM JUDGEMENT , (THIS
IS ME) AND TO TAKE AWAY THE RIGHT OF THE POOR OF MY PE-
OPLE THAT WIDOWS MAY BE THEIR PREY, AND THEY THAT ROB
THE FATHERLESS! I WAS A FATHERLESS CHILD WHEN I WAS
BORN. ALL FEDERAL EMPLOYEEYS AS FAR AS I KNOW___HAVE
SWORN TO UPHOLD AND DEFEND THE US CONSTUTION AND ___
HAVE BREACHED MY US CONSTUTIONAL RIGHTS WHICH
TERMINATES THEM FROM FEDERAL SERVICE RETROACTIVE
BACK TO THE 1ST DAY OF FEDERAL SERVICE WITH NO JUDICIAL
IMMUNIDITY EITHER. SO I WIN MY CASE AGAINST THE US POST
OFFICE AND ALL DAMAGES I CLAIMED.

//

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**SO IF GOD SAS THAT IF I DON/T WIN MY CASE AGAINST
JUDGE MARK FULLER AND THESE OTHER CONSPICATORS
LET GOD WHO CREATED ME STRIKE ME DOWN IN A PIC-
SECOND  BECAUSE EI AM UNFIT TO LIVE. HOWEVER IF
JUDGE MARK FULLER AND THE OTHER  ALLEGED CONSPIC-
ATORS  ARE WRONG  LET GOD STRIKE THEM DOWN IN A
PICSECOND AND BURN  ALL THESE UNSAVED CONSPICATS
SOUL IN HELL WITH THEIR UNSAVED FAMILY MEMBERS FO-
REVER!**

**GOD BURNED THE RICH MAN IN HELL IN LUKE 16:19-31
BECAUSE HE LOVED MONEY,(**THE BIBLE SAYS THAT IT IS EAS-
IER FOR A  CAMEL TO GO THROUGH THE EYE OF A NEEDLE THAN
FOAR A RICH MAN TO ENTER THE KINGDOM OF GOD.) AND HE
DEGRADED HIM,SELF  BELOW THE LEVEL OF A ___NORMAL HU-
MAN___BLOW THE LEVEL OF A NORMAL DOG TO A DEVIL IN  A
HUMAN BODY WHEN HE WOULD NOT GIVE LAZARUS THE
CRUMB WHICH FELL FROM HIS TABLE!  THE RICH MAN DEGRAD-
ED HIMSELF BELOW  THE LEVEL OF A NORMAL DOG TO A DEVIL
IN A HUMAN BODY WHEN H WOULD ____NOT  PUT MEDIENCE
ON  LAZARUS SORES AND THE DOGS  LICKED HIS SORES. THE
RICH MANHAS BEEN BURNING IN HELL ABOUT 2000 YEARS NOW
AND HE WILL BURN THERE FOREVER. JUDGE  TERRY MOORER
AND JUDGE MARK FULLER   AND THEY OTHER CONSPICATORS
HAVE BETRAYED AN ESTIMATED 286 MILLION AMERICANS BY
BREACHING MY US CONSTUTION RIGHTS, PUT DISTRICT COURT
AND OTHER LAW OVER MY US CONSTUTIONAL RIGHTS, REFER-
ANCES  CASES AND CASE REFERANCES ____THAT HAS 100%
NOTHING TO DO WITH MY CASES BECAUSE MY CASE IS AN
____EXCEPTION CASE AND THEY ARE NO ____CASES AND THEY
ARE LIARS AND SWORN LIARS. THEY HAVE DELAY MY CASE FOR
ABOUT 1 YEAR AND 3 MONTHS, THEY STOLE MY MONEY AND
BENEFITS THEY WOULD NOT LET ME PRESENT MY CASE ORALL-
LY,  TERY MOORER HAS NO AUTHORITY OVER US CONSTUTION
CASES AND NO JURISDICTION.     12

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDGE FULLER AND THE OTHER ALLEGED CONSPICATORS _____
OBEYS SATAN AND DISOBEYS GOD WHICH PROVES THAT THE
ARE DEMON CONTROLLED OR POSSESSED BY SATAN BY THE
AUTHORITY. OF THE HOLY BIBLE! JUDGE TERRY MOORER
**BREACHED MY US CONSTUTION RIGHTS WHEN HE  OBEYED
JUDGE FULLER UNCONSTUTIONAL ORDER.** JUDGE MCPHERS-
SON HEARD MY SSA CASE AND BREACHED MY US CONSTUTION-
AL RIGHTS WHICH TERMINATES ALL JUDGES IN MY CASES.

ON MY SSA CASE  I WAS NOT NOTIFIED BY SSA UNTIL THE 3 HEA-
RING WHICH HAS BREACHED MY  1S,1ST,6TH,6TH,7TH, 8TH, 14TH, 16TH,
AND EQUAL JUSTICE RIGHTS _____WHICH TERMINATES ALL AU-
THJORITY FOR  JUDGE FULLER, JUDGE MCPHERSON, US ATTOR-
NEY AND THE ATTORNEY THAT HELP HER AND JUDGE HAD  NO
AUTHORITY TO  APPOINT  JUDGE TERY MOORER  TO HEAR MY
CASE.

JUDGE MARK FULLER HEARD MY ____SSA CASE BEFORE HE HE-
ARD THE DON SIGLEMAN  AND RICHARD  SCHRUSCY CASES___
AND THE OTHER GOVERNMENT PEOPLE CASES WHICH _____
TERMINATES ____HIS AUTHORITY TO TRY THESE GOVERNMENT
CASE AND THEY SHOULD GET  A NEW TRIAL. MOTION THAT ALL
THESE GOVERNMENT PEOPLE  THAT HE SENT TO PRISION  GET
A NEW TRIAL  BECAUSE HE BRACHED ALL AUTHORITY AS A DIS-
TRICT JUDGE  ON MY CASE. MY AUTHORITY IS MY US CONSTUT-
ION.

I WAS SHOCKED WHEN ____EXCHIEF JUSTICE  ROY MOORE_____
I THINK WAS A JUDGE FOR ABOUT 25 YEARS_____ **DID NOT GO
BACK AND REFER MILITARY CASES, SSA CASES, VA AND BVA
CASES, AND CIVIL SERVICE CASES TO SHOW THAT _____
JUDGE FULLER HAD SWORE TO UPHOLD AND DEFEND THE
US CONSTUTION_____HAD ALREADY BREACHED HIS  1ST,1ST,-
6TH,6TH,7TH,8TH,14TH, AND US CONSTUTIONAL RIGHTS ON THE
SSA, MILITARY, VA AND BVA, AND CIVIL SERVICES CASES!**

13

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THERE ARE NO STATUS OF LIMITATION ON US CONSTUTION
VIOLATIONS. APPARENTLY I KNOW MORE ABOUT THE LAW
THAT CHRISTIAN JUDGE AND ALLEGED SATANIC JUDGES. JU-
DGE MOORE COULD STILL GET HIS JOB BAK AND IMPREACH
JUDGE MARK FULLER AND THE OTHER JUDGES. JUDGE MARK
FULLER WILL BE JUDGED BY GOD AT JUDGEMENT DAY AND BE
CASET INTO HELL IF HE IS NIOT SAVED NOW OR DOES NOT GET
SAVED.

GOD DESTOYED THE WORLD WITH WATER IN GENESIS
CHAPTERS 3 THROUGH 6 BECAUSE THE WORLD WAS SO
WICKED AND ONLY 8 PEOPLE WERE SAVED. JUDGES MARK
FULLER AND THE OTHERS CONSPICATORS ARE MORE WICKED
BY THE AUTHORITY OF THE HOLY BIBLE BECAUSE THEY ARE
LIARS, SWORN LIARS, ABUSED THEIR POWER, COMMITTED US
CONSTUTIONAL PREJURY AS SWORN LIARS, COMMITED UNET-
HICAL CONDUCT, AND CONFLICT OF INTEREST. EVEN ALLEGED
DEMON CONTROLLED OR POSSESSED JUDGES AND ATTORNEYS
KNOW THAT YOU CAN NOT REPRESENT SOMEONE THAT HAS
SWORNED TO UPHOLD AND DEFEND THE US CONSTUTION IF
YOU SWEAR TO UPHOLD AND DEFEND THE US CONSTUTION
WHICH PROVES THAT THEY ARE NOT IN THEIR RIGHT MIND AS
THE MAN POSSESSED BY A LEGION OF DEMONS IN MARK 5:15
WAS NOT IN THEIR SO AGAIN BY THE AUTHORITY OF THE BIBLE
JUDGE MARK FULLER AND HIS ALLEGED CONSPICATORS_____
ARE NOT IN THEIR RIGHTS ___AS THE MAN WAS NOT IN HIS
RIGHT MIND IN MARK 5:15 AND BY THE AUTHORITY.

GOD RAINED ____FIRE AND BRIMESTONE ___ON THE PEOPLE OF
SODOM AND GOMORRAH IN JUDGE 1:7 FOR SINS OF _____
FORNICATION AND GOING AFTER STRANGE FLESH AND JUDGE
FULLER AND THE OTHER ALLEGED CONSPICATORS ARE MORE
WICKED THAN THESE PEOPLE WHO HAVE BEEN BURNING IN
HELL MANY YEARS NOW BY THE AUTHORITY OF THE HOLY BIB-
BLE!                                    14

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

GOD KILLED KING SAUL IN I CHRONCILES 10:13-14 FOR NOT ____KEEPING THE WORD OF GOD AND FOR ____ASKING COUN-SEL OF ONE THAT HAD A FAMILIAR SPIRIT. IT SAYS: SO SAUL DI-ED FOR HIS TRANGRESSION WHICH HE COMMITTED AGAINST THE LORD, EVEN AGAINST THE WORD OF THE LORD WHICH HE KEPT NOT____AND ALSO FOR ASKING COUNSEL OF ONE TH-AT HAD A FAMILIAR SPIRIT, (DEMONIC SPIRIT) TO ENQUIRE OF IT!  AND ENQUIRED NOT OF THE LORD THREREFORE HE SLEW HIM AND TURNED THE KINGDOM UNTO DAVID THE SON OF JESSE. GOD KILLED KING SAUL THE 1ST KING OF ISERAL FOR ___ NOT KEEPING THE WORD OF GOD AND FOR ASKING COUNSEL OF ONE THAT HAD A FAMILIAR SPIRIT! (DEMONIC SPIRIT)  JUDGE FULLER, JUDGE KIETH WADKINS, JUDGE MYRON THOMPSON,JU-DGE MCPHERSON, JUDGE TERRY MOORER, LEURA CANARY, AND THE OTHER ALLEGED CONSPICATORS ____DID NOT KEEP THE WORD OF GOD WHICH WAS A SIN UNTO DEATH. I ALLEGE THAT THEY ARE DEMON CONTROLLED, BUT I DO NOT KNOW IF THE ARE INVOLVED TO THE OCCULT OF SATAN. KING SAUL HAD COMMITTED THE SIN INTO DEATH. THE PEOPLE OF SODU-MN AND GOMORRAH COMMITTED SINS UNTO DEATH AND HELL BY COMMITTING ___FORNICATION AND GOING AFTER STRANGE FLESH WHICH IS BEING A HOMOSEXUAL. THE RICH MAN IN HELL COMMITTED SINS IN DEATH AND HELL BECAUSE HE LOV-ED MONEY, AND DEGRATED HIM SELF BELOW THE LEVEL OF A NORMAL HUMAN TO A DEVIL IN A HUMAN BODY WHEN HE WO-ULD NOT GIVE LAZARUS THAT FELL FROM HIS TABLE. HE WOU-LD NOT PUT MEDIENCE ON LAZARUS SORES AND THE DOGS LICKED LAZARUS SORES! JUDGE FULLER DO NO OVER ME OR THE GOVERNMENT AND BETRAYED AN ESTIMATED 286 MILL-ION WHICH IS WORSE THAN JUDAS AND BENEDICT ARNOLD AND HE IS SO ALLEGED DEMONIC I ALLEGE HE THINKS HE HAS DONE NOTHING WRONG. THE AUTHORITY OF THE HOLY BIBLE SAYS THAT JUDGE MARK FULLER HAS COMMITTED SINS UNTO DEATH, UT ALSO TO HELL TO BURN THERE FOR EVER!

/5

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

I AM NOT JUDGEING, THREATHENING, OR SLANDERING HIM OR
THEM EITHER. VENGEANETH IS MINE SAYETH THE LORD I WILL
REPAY SAYETH THE LORD.! GOD CREATED THEM AND GOD WI-
LL PUNISH THEM SAYETH THE LORD! GOD IS GREATER THAN
JUDGE FULLER, JUDGE KIETH WADKINS, JUDGE MYRON THOM-
SON AND I THINK JUDGE TRUMAN HOBBS I THINK IN MY    AIR
FORCE CASE WHICH ALL SWEAR TO UPHOLD AND DEFEND THE
YUS CONSTUTIONAL WRITE BREACHED MY $1^{st}, 1^{st}, 6^{th}, 6^{th}, 7^{th}, 8^{th}$,
14th, AND EQUAL JUSTICE CLAUSE RIGHTS MANY TIMES WHICH
____TERMINATES THEM FROM FEDERAL SERVICE ____RETROAC-
TIVE TO THEIR FIRST DAY OF FEDERAL SERVICE WITH NO JUDIC-
AL IMMUNIDITY EITHER. IF I AM LYING OR WRONG ON    LAW,
ORDER OR JUSTICE LET GOD WHO CREATED ME TAKE MY LIFE
IN A PICSECOND! HOWEVER IF JUDGE FULLER, JUDGE MYRON
THOMPSON, JUDGE KIETH WADKINS, JUDGE TRUMAN HOBBS I
THINK, LEURA CANARY AND THE OTHERS ALLEGED CONSPIC-
ATORS INTERVENE IN MY CAST AND GIVE ME VICTORY IN
JESUS OVER THEM AND REPAY THEM ASAP FOR THEIR SINS AND
CRIMINAL ACTS BECAUSE I AM A CHRISTIAN. LET LOOK AT JOB
CHAPTERS 1 AND 2 WHERE GOD ALLOWED SATAN TO TAKE
ALMOST EVERYTHING JOB HAD AND SATAN COULD HAVE TOOK
EVERYTHING JOB HAD AND JOB DID NOT SIN NOR CHARGE GOD
FOOLISHLY AFTER GOD PUNISH JOB WITHOUT A CAUSE IN
CHAPTER 1 AND JOB DID NOT SIN. IN JOB CHAPTER 2 SATAN
WAS ALLOWED TO SMOTE JOB FROM THE CROWN OF HIS HEAD
TO THE SOLE OF HIS FEET AND JOB DID NOT SIN. SATAN IS ON A
LEASE AND HE CAN ONLY DO WHAT GOD ALLOWS HIM TO DO. I
WILL NOT GO OVER THE WHOLE CHAPTERS, BUT GO OVER THE
INFORMATION THAT I NEED TO. JOB WAS A PERFECT AND UPRIG-
HT MAN WHO FEAR GOD AND HATED EVIL. I WILL GO ONLY A
FEW VERSES, BUT YOU MAY NEED TO READ JOBS CHAPTERS 1
AND 2.

16

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOB 1:1,7-12 SAYS:THERE WAS A MAN IN THE LAND OF UZ WHOSE
NAME WAS JOB; AND THE MAN WAS _____PERFECT AND UPRIG-
HT, AND ONE THAT FEARETH GOD____AND ESCHEWED EVIL. (
THIS IS VERY HIGH PRAISE BY GOD FOR JOB WHICH HE RARELY
DOES) ( GOD DOES NOT SAY THAT JOB WAS SINLESS EITHER)
VERSE 6 THRU 12 SAYS: NOW THERE WAS A DAY WHEN THE
SONS OF GOD CAME TO PRESENT THEMSELVES BEFORE THE
LORD, AND SATAN CAME ALSO AMONG THEM.(SATAN WAS THE
FIRST ANGEL TO SIN IN THE UNIVERSES AND ADAM AND EVE
WAS THE FIRST HUMANS TO SIN WHEN THEY DISOBEY GOD
AND ATE OF THE FORBIDDEN FRUIT AND BROUGHT A CURSE
ON ALL HUMANS.)

AND THE LORD SAID UNTO SATAN, WHENCE COMEST THOU?
THEN SATAN ANSWERED THE LORD AND SAID,, FROM GOING
TO AND FRO IN THE EAERTH, AND FROM WALKING UP AND
DOWN IN IT. AND THE LORD SAID UNTO SATAN, HAST THOU
CONSIDERED MY SERVANT JOB THAT THERE IS NONE LIKE HIM
IN THE EARTH, A PERFECT AND AND UPRIGHT MAN, ONE THAT
FEARETH GOD, AND ESCHEWETH EVIL? THEN SATAN ANSWER-
ED THE LORDAND SAID, DOTH JOB FEAR GOD FOR NOUGHT?
HAST NOT THOU MADE AN HEDGE ABOUT HIM, AND ABOUT HIS
HOUSE, AND ABOUT ALL THAT HE HATH ON EVERY SIDE? THOU
HAST BLESSED THE WORK OF HIS HANDS, AND HIS SUBSTANCE
IS INCREASED IN THE LAND: BUT PUT FORTH THINE HAND
NOW, _____AND TOUCH ALL THAT HE HATH, AND HE WILL CUR-
SE THEE TO THY FACE: **AND THE LORD SAID UNTO SATAN ,
BEHOLD ALL THAT HE HATH IS IN THY POWER,ONLY UPON
HIMSELF PUT NOT FOTH THINEHAND:. SO SATAN WENT
FORTH FROM THE PRESENCE OF THE LORD:** SATAN IS ON A
LESH AND HE CAN ONLY DO WHAT GOD ALLOWED HIM TO DO.
I ALLEGED THAT JUDGE FULLER AND THE OTHER CONSPICAT-
ORS ARE DEMON CONTROLLED OR POSSESSED BY SATAN
AND THEY OBEY SATAN AND NOT GOD!

17

IN THE UNITED STATES  DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

SATAN WAS ALLOWED TO TAKE ALMOST EVERYTHING JOB HAD
AND JOB DID NOT SIN! SATAN COULD HAVE TAKEN EVERYTHING
JOB HAD HIS WAS DONE TO TEST JOB'S FATH AND JOB DID NOT
SIN AND ____DEFEATED SATAN. SATANWILL SMOTH JOBS FROM
THE SOLES OF HIS FEET  TO THE CROWN OF HIS HEAD AND JOB
DID NOT SIN AND JOB DEFEATED SATAN 2 TIMES AND DEFEATED
SATAN AND JOB DID NOT SIN.  LETS SKIP TO JOB 2.

JOB 2:6 SAYSAND THE LORD SAID UNTO SATAN , BEHOLD HE IS
IN THY HAND:BUT  SAVE HIS LIFE!  SO WENT  SATN  FROTH
FROM THE PRESENCE OF THE LORD, AND SMOTE  JOB____WITH
SORE BOILS  FROM THE ____SOLE  HIS FOOT  UNTO HIS CROWN.
JOB 2:10  LAST SENTENCE SAYS THAT  JOB DID NOT SIN: JOB 2:10
SAYS: IN ALL THIS  DID NOT JOB___SIN____ WITH HIS LIPS. JOB
DID NOT SIN  2 TIMES AND DEFEATED SATAN 2 TIMES BECAUSE
HE HAD A STRONG FAITH IN  GOD !  SATAN AND HIS DEMONS
CAN NOT BE SAVED AND DEFEATED SATAN 2 TIMES AND HAD VI-
CTORY IN JESUS 2 TIMES AS HUMAN LL ARE SINNERS AND WE
HAVE NO POWER OVER SATAN, BUT JESUS CHRISTED DID  AND
HE IS THE ONLY ONE THAT CAN DEFEAT SATAN BECAUSE HE
DIED ON THE CROSS AT CALVARY FOR OUR SINS! I WANT JUDGE
FULLER TO BE SAVED AND WIN THIS UNSEEN SPIRITUAL WAR
FOR HIS VERY OWN SOUL SO HE WILL NOT BURN IN HELL AT
JUDGEMENT DAY! I AM ONLY A SINNER SAVED BY GRACE!

JOB 42:16 SAYS JOBS GREAT REWARD BY GOD. IT SAYS:SO THE
LORD BLESSED  THE LATTER END OF JOB MORE THAN HIS BEG-
INNING FOR HE  HAD FOURTEEN  THOUSAND SHEEP AND SIX
THOUSAND  CAMELS, AND  A THOUSAND YOKE OF OXNS, AND A
THOUSAND SHE ASSES. HE HAD SEVEN SONS AND THREE DAUG-
HTERS, AND HE CALLED  THE NAME OF THE FIRST JEMIMA, THE
NAME OF THE SECOND KEZIA AND THE NAME OF THE THIRD,
KERENHAPPUCH, AND  IN ALL THE LAND  WERE  NO   (NP)

18

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

WEMON FOUND SO FAIR AS THE DAUGHTSOF JOB; AND THEIR FATHER GAVE THEM INHERTIANCE AMONG THEIR BREATHREN. AFTER THIS LIVED JOB_____AN HUNDRED AND FORTY YEARS _____AND SAW HIS SONS AND HIS SONS' EVEN FOUR GENERAT- ION! GOD BLESSED JOB GREATLY AFTER SATAN TOOK ALMOST EVRYTHING HE HAD AND SMOTE HIM WITH SORE BOILS FROM HIS CROWN UNTO THE SOLES OF HIS FEET AND JOB_____ DEFEATED SATAN AND HIS DEMONS BECAUSE HE HAD A GREAT FAITH IN GOD.

I ALLEGE JUDGE MARK FULLER AND THE OTHER ALLEGED CON- SPICATORS ARE BEING CONTROLLED BY SATAN AND HIS DEM- ONS AND THEY ARE NOT IN THEIR RIGHT MIND AS THE MAN IN THE GADRENES IN MARK 5:15 WAS POSSESSED BY A LEGION OF DEMONS WAS NOT IN HIS RIGHT MIND! GOD IS GOINT TO BURN JUDGE MARK FULLER'S AND THE OTHER CONSPICATORYS SOUL IN HELL IF THEY ARE NOT SAVED AT JUDGEMENT DAY. THE POST OFFICE IS 100% WRONG AND 100% BREACH OF MY US CONSTUT- ION AND THEY OBEY SATAN AND NOT GOD AND THEY HATE ME BECAUSE I AM A CHRISTIAN!

SATAN HAD ALMOST DESTRYED ISERAL , BUT GOD SENT ELIJ- AH TO DETERMINE THE TRUE PROPHETS OF GOD FROM THE FALSE PROPHETS OF SATAN OR BAAL BY HAVING A SACRAFICE UNTO GOD AND THE GOD WHICH ANSWERED BY FIRE WOULD BE GOD! LETS LOOK AT HOW DEMON CONTROLLED OR POSSES- SED OF SATAN OR BAAL BELIEVE THAT BAAL WAS THE TRUE GOD AND THEY WERE 100% WRONG AND WAS KILLED. I KINGS 18:28-29 SAYS: **AND THEY CRIED ALOUD AND CUT THEMSELV- ES AFTER THIS MANNER_____WITH KNIVES AND LANCETS TILL THE BLOOD GNASHED OUT UPON THEM._____BAAL DID NOT ANSWER THEM BECAUSE HE IS NOT GOD., BUT SEE HOW 100% THE PROPHETS OF BAAL BELIEVED HE WAS GOD BEC- AUSED THEY BELIE VED BAAL WAS GOD.**

19

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

I KINGS 18:37-38 PROVES THAT BAAL WAS NOT GOD WHEN GOD
ANSWERED ELIJAH PRAYER BY BURNING UP THE EVENING
SACARAFICE WHICH SAYS; HEAR ME O LORD HEAR ME, THAT
THIS PEOPLE MAY KNOW THAT THOU ARE THE LORD GOD, AND
THAT THOU HAST TURNED THEIR HEARTS BACK AGAIN. THE
THE_____FIRE OF THE LORD FELL AND CONSUMED THE BURNT
SACARFICE, AND THE WOOD , AND THE STONES, AND THE DUST,
AND LICKED UP THE WATER THAT WAS IN THE TRENCH. AND
WHEN ALL THE PEOPLE SAW IT, THEY ON THEIR FACES, AND TH-
EY SAID, THE LORD HE IS THE ____GOD THE LORD HE IS THE____
GOD. WHY AM I GIVING THIS EXAMPLE OF WORSHIPPERS OF
BAAL THAT THEY WERE 100% POSSESSED BY BAAL OR SATAN
THAT THEY CUT THEMSELVES WITH KNIVES AND LANCET AND
THE BLOOD GUSHET OUT ON THEM. THIS IS TO SHOW I ALLEGED
THAT JUDGE FULLER, JUDGE MYRON THOMPSON, JUDGE KIETH
WADKINS, JUDGE TRUMAN HOBBS IN MY AIR FORCE CASE I
THINK IT WAS HIM ARE ALLEGED 100% DEMON CONTROLLED
OR POSSESSED BY THE DEVIL AND IN MY OPINION THEY ARE
MORE WICKED AND CONTROLLED BY SATAN THAT THEY WILL
KILL EVER PERSON IN MY OPINION DURING THE SEVEN YEARS
OF TRIBULATIONS IF THEY ARE LIVING AT THIS TIME. THEY
STOLE FROM ME WHO WAS ONCE A FATHERLESS CHILD AND
THEY WILL BURN IN HELL FOREVER IF THEY ARE NOT SAVED
AND DO NOT GET SAVED. THEY OBEY SATAN AND DISOBEY GOD
BY THE AUTHORITY OF THE HOLY BIBLE. THEY PROPHETS OF
BAAL CUT THEMSELVES WITH KNIVES AND LANCETS WHICH
PROVES THAT THEY WERE NOT IN THEIR RIGHT MINDS AND SO-
NS OF SATAN. THEY HAVE ALL ALREADY COMMITTED SINS TO
DEATH, BUT ALSO TO HELL TO BURN THERE FOR EVER BY THE
AUTHORITY OF THE HOLY BIBLE. LET THEM ARGUE WITH GOD
WHO CREATED THEM. I DID NOT CREATE THEM AND I AM NOT
JUDGING THEM. I AM ONLY A SINNER SAVED BY GRACE. I AM
NOT JUDGING, SLANDERING, OR THREATHENING THEM EITHER.
VENGEANETH IS MINE SAYETH THE LORD.

20

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN I KINGS 18:40 ELIJAH SLEW OR KILLED ALL THESE FALSE
PROPHETS OF BAAL IN THE BROOK KISHON BECAUSE THE
BIBLE SAYS THAT BEING A FALSE PROPHET OF SATAN IS DEATH.
THEY BELIEVED SATAN AND HIS DEMONS AND OBEYED SATAN
AND HIS DEMONS AND THE PENTALY FOR FALSE PROPHETS IS
DEATH. JUDGE MARK FULLER OBEYS SATAN AND NOT GOD AND
THE PENALTY FOR THIS IS DEATH FOR FALSE PROPHETS OF
SATAN IN THE OLD TESTAMENT. . THESE FALSE PROPHETS OF
SATAN OBEY SATAN AND EVEN WERE DEMON CONTROLLED OR
POSSESSED THAT THEY CUT THEMSELVES WITH KNIVES AND
LANCETS, BUT BAAL NEVER ANSWERED THEM.

REVELATION 13: 16 -18 IS ABOUT THE 7 YEARS OF TRIBULATION
THAT TAKES PLACE _____JUST BEFORE THE END OF TIME WHICH
IS THE WORSE TIME THAT HAS EVER BEEN IN THE WORLD!    ITS
SAYS: AND HE (ANTI-CHRIST) CAUSETH ALL, BOTH SMALL AND
GREAT, RICH AND POOR, FREE AND BOND, TO RECEIVE A MARK
IN THEIR RIGHT HAND OR IN THEIR FOREHEADS: AND THAT NO
MAN MEY BUY OR SELL, SAVE HE THAT HAD THE MARK, OR
THE NAME OF THE BEAST, OR THE NUMBER OF HIS NAME, HERE
IS WISDOM, LET HIM COUNT THE NUMB OF THE BEAST ; FOR IT
IS THE NUMBER OF MAN AND THE NUMBER IS SIX HUNDRED
THREESCORE AND SIX. SATAN OR THE ANTI-CHRIST WILL TAKE
OVER THE WORLD'S ECOMONY AND NO MAN CAN BUY OR SELL
UNLESS THEY HAVE THE NUMBER 666 IN THEIR FOREHEAD OR
RIGHT HAND OR THE NUMBER OF HIS NAME. IN MY OPINION IF
JUDGE FULLER, JUDGE KIETH WADKINS, JUDGE MYRON THOM-
PSON, JUDGE TRUMAN HOBBS I THINK WAS THE JUDGE IN MY
AIR FORCE CASE, LEURA CANARY AND THE ATTORNEY THAT
HELPED HER IN MY SSA CASE , ALJ BARKER, SSA SUPERDIENT
JO ANNE BARNHART IN MY SSA CASE WILL TAKE THE MARK OF
THE BEAST AND KILL EVERY PERSON THAT WILL NOT TAKE THE
MARK OF THE BEAST WHICH IS (666)!

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

LETS LOOK AT THE ____VERY SEVERE __PUNISHMENT THE
PEOPLE  WHO TAKE THE MARK OF THE BEAST  WHICH IS 666 IS
PUNISHED BY GOD DURNING THE 7 YEARS OF GREAT TRIBULA-
ATIONS. THIS IS ONLY PART OF IT!

REVELATION 14:9-11 SAYS:  AND THE THIRD ANGEL  FOLLOWED
THEM , SAYING WITH A LOUD  VOICE, IF ANY MAN ____WORSHIP
THE BEAST AND HIS IMAGE, AND RECEIVE  HIS MARK  IN HIS
FOREHEAD , OR IN HIS RIGHT HAND, THE SAME SHALL DRINK OF
THE WINE OF THE WRATH OF GOD, WHICH IS POURED OUT WITH-
OUT MIXTURE  INTO THE CUP OF HIS INDIGNATION; AND  HE  SH-
ALL BE ___TORNMENTED  WITH FIRE AND BRIMESTONE  IN THE
PRESENCE  OF THE HOLY ANGELS, AND IN THE PRESENCE OF
THE LAMB!: AND THE SMOKE OF THEIR TORNMENT ASCENETH
UP FOR EVER AND EVER AND ____THEY HAVE NO REST DAY NOR
NIGHT  WHO WORSHIP THE BEAST AND HIS IMAGE, AND WHOSO
EVER RECIEVETH THE MARK OF HIS NAME.

REVELATION  16:2 SAYS: AND THE FIRST WENT  AND POURED
OUT HIS VIAL UPON THE EARTH ; AND THERE  FELLA _____
NOISOME AND  GRIEVEOUS SORE____UPON  THE MEN  WHICH
HAD THE MARK OF THE BEAST ___AND UPON THEM WHICH
WORSHIPPED HIS IMAGE.

REVELATION 16:1011 SAYS: AND THE FIFTH ANGEL POURED OUT
HIS VIAL  UPON THE SEAT OF THE BEAST AND HIS KINGDOM
WAS FULL OF DARKNESS AND THEY GNAWED THEIR TONGUES
FOR PAIN, AND BLASHHEMED THE GOD  OF HEAVEN BECAUSE
OF THEIR PAINS,AND THEIR SORES, AND REPENTED NOT OF
THEIR DEEDS. GOD IS GOING TO PUNISH JUDGE FULER  AND THE
OTHER CONSPICATORS WITH ALL THIS AND MUCH MORE IF
THEY ARE ___NOT SAVED AND DO NOT GET SAVED BEFORE THE
7 YEARS___OF TRIBULATIONS THAT COME ON THE EARTH,

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REVELATION 20:10 SAYS: AND THE DEVIL THAT DECIEVED THEM
(WHO IS THEM IN 1ST AMENDMENT  BREACHES: THEM IS JUDGE
FULLER, JUDGE KIETH WADKINS, JUDGE MYRON THOMPSON,
JUDE TRUMAN HOBBS IN MY US AIR FORCE CASE, JUDGE MCPH-
ERSON, JUDGE TERRY MOORE, LEURA CANARY, AND THE ATTOR-
NEY THAT HELPED HER IN MY SSA CASE, JOANNE BARNHARET,
ALJ BARKER AND OTHERS I ALLEGE) WAS _____ **CAST INTO  THE**
**LAKE OF FIRE AND BRIMESTONE, WHERE THE BEAST AND**
**THE FALSE PROPHET ARE, AND SHALL  BE TORNMENT  DAY**
**AND NIGHT FOR EVERY  FOR EVER AND EVER! I AM ONLY A**
**SINNER SAVED BY GRACE AND I STILL WANT THEM TO BE**
**SAVED AND LIVE FOREVER WITH ME IN HEAVEN  AT JUDGE-**
**MENT DAY! JUDGE FULLER IS GOING TO BE CAST INTO  HELL**
**AT JUDGEMENT DAY IF THE IS NOT SAVED AND DOES N'T GET**
**SAVED BEFORE JUDGEMENT DAY! JUDGE MARK FULLERS  IS**
**DECIEVED BY SATAN AND WORK FOR SATAN AND SATAN IS**
**GOING TO REWARD HIM BY CASTING HIS SOUL IN HELL TO**
**BURN THERE FOREVER IF HE IS NOT SAVED AT JUDGEMENT**
**DAY. I AM ONLY A SINNER SAVED BY GRACE!**

**REVELATION 18:23 SAYS:SATAN IS GOING TO DECIEVE THEM**
**BY HIS SORCERIES. IT SAYS:AND THE LIGHT OF A CANDLE**
**SHALL SHIRE  NO MORE AT ALL IN THEE, AND THE VOICE OF**
**THE BRIDEGROOM AND OF THE BRIDE  SHALL BE NO MORE**
**HEARD  AT ALL IN THEE: FOR THY MERCHANTS  WERE  THE**
**_____ GREAT MEN OF THE EARTH: FOR BY THY SORCERIES ____**
**WERE  ALL NATIONS DECIEVED! JUDGE FULLER AND HIS AL-**
**LEGED  CONSPICATORS WILL DECIEVED BY  THE SORCERIES**
**OF SATAN AND HIS PEOPLE! JUDGE FULLER DOES NOT KNOW**
**ENOUGH  ABOUT LAW AND ORDER AND THE US CONSTUTION**
**AND THE _____ SPIRITUAL DEVICES ____ OF SATAN AND THEY**
**MAY HAVE ALREADY COMMITTED THE SINS TO HELL AND**
**DEATH TO BURN THERE FOR EVER. I AM TRYING TO GET**
**JUDGE FULLER SAVED SO GOD WILL NOT BURN HIS SOUL IN**
**HELL AT  JUDGEMENT DAY.    23**

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

REVELATION 14:20 SAYS: AND THE WINEPRESS WAS TRODDEN WITHOUT THE CITY, **AND BLOOD CAME OUT OF THE WINE PRESS EVEN UNTO THE HORSE BRIDLES BY THE SPACE OF A THOUSAND AND SIX HUNDRED FURLONGS. MY INTREPRET-RATION IS THAT BLOOD WILL BE 200 MILES ROUND ABOUT JERUSALM DURING AMAGADDON DURING THE SEVEN YEARS OF TRIPULATION! JUDGE FULLER AND THE OTHER CONSPI-CATORS MAY HAVE ALREADY BLASPHEME THE HOLY GHOST AND THEY MAY NOT CAN BE SAVED.**

**MARK 3:29 SAYS:** BUT ____HE___ HAT SHALL BLASPHEME THE HOLY GHOST ____HATH NEVER FORGIVENESS, BUT IS IN DANG-ER OF ETERNAL DAMNATION. JUDGE MARK FULLER AND HIS CONSPICATORS MAY HAVE ALREDY COMMITTED THE _____ UNPARDONLE AND UNFORGIVEABLE SIN AND ___THEY MAY NOT CAN BE SAVED AND MAY BURN IN HELL FOREVER.

THE RICH MAN IN LUKE 16:19-31 COMMITTED THE UNPARDON-ABLE SIN WHEN HE ___LOVED MONEY___AND WOULD NOT GIVE LAZARUS THE CRUMBS WHICH FELL FROM HIS TABLE AND DEGRADED HIMSELF BELOW THE LEVEL OF A NORMAL HUMAN TO A DEVIL IN A HUMAN BODY. THE RICH MAN WOULD NOT PUT MEDIENCE IN LUKE 16:19-31 ON LAZARUS SORES AND THE _____ DOGS LICKED HIS SORES___AND HE BETRAYED HIMSELF BEL-OW THE LEVEL OF A NORMAL DOG TO A DEVEL IN A HUMAN BODY AND I ALLEGE JUDGE MARK FULLER IS MUCH MORE ICKED THAN THIS AND HE I ALLEGE DESERVES MUCH MUCH MORE PUNISHMENT THAN THE RICH MAN IN HELL! JUDGE FU-LLER BREACHED THE US CONSTUTION, US POSTAL LAW, AND PROCEDURE LAW, 38 US C LAW, CFR LAW, AND OTHER LAW. HE IS A LIAR AND SWORN LIAR AND REFERACES CASES THAT IS NOT MY CASE BECAUSE MY CASES IS AN EXCEPTION CASES AND THERE ARE ____NO CASES TO REFERANCES IT BY.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

DURNING THE TIME OF THE SEVEN YEARS OF TRIBULATION CL-
OSE TO THE END OF TIME GOD IS GOING TO PUNISH MEN SEVE-
RELY IN REVELATIONS 9:6 WHICH SAYS IF HE IS LIVING AT THAT
TIME. IT SAYS: AND IN THOSE DAYS  MEN SHALL SEEK DEATH, __
AND  SHALL NOT FIND IT: AND SHALL  DESIRE TO DIE, AND DE-
ATH  SHALL FLEE  FROM THEM:

MATTHEW 24:21 SAYS: FOR THEN SHALL BE  GREAT TRIBULAT-
ION, SUCH AS WAS NOT SINCE  THE BEGINNING OF THE WORLD
TO THIS TIME, NO NOR EVER SHALL BE.

MATTHEW 23:14 SAYS: WOE UNTO YOU , SCRIBES AND PHARISE-
ES, HYPROCITES! FOR YE DEVOUR  WIDOWS HOUSES, AND FOR A
PRETENCE MAKE LONG  PRAYERS:   THEREFORE YE SHALL  RE-
CIVE THE GREATER DAMNATION! JUDGE FULLER STOLE MY
MONEY AND BENEFITS AND BREACHED MY US CONSTUTIONAL
RIGHTS AND POSTAL LAW BECAUSE HE IS ALLEGED DEMON CO-
NTROLLED OR POSSESSED.  HE OBEYS  ANTRIA FINELY AND
HER SUPERVISORS  WHO  WOULD NOT PAY ME MY US POSTAL
INSURANCE AND BREACHED POSTAL LAW BECAUSE I AM A
CHRISTIAN AND YOU HAVE TO BE A CHRISTIAN AND THEY ARE
ALLEGED DEMON CONTROLLED OR POSSESSED.

JUDGE MARK FULLER AND SOME OF THE OHER CONSPICATORS
ALL SWORE TO UPHOLD AND DEFEND THE US CONSTUTION____
BREACHED MY 1ST,1ST,6TH,6TH,7TH,8TH, 14TH, AND EQUAL JUSTICE
RIGHTS WHICH ____TERMINATES ____THEM FROM FEDERAL
SERVICE WHICH IS WORSE THAN JUDAS WHO BETRAYED JESUS
CHRIST FOR 30 PIECES WHO IS BURNING IN HELL NOW FOR ABO-
UT 2000 YEARS NOW AND BENEDICT ARNOLD  WHO MAY BE BU-
RNING IN HELL SINCE 1776 AND THIS IS ____SINS TO DEATH AND
HELL ___IN MY OPINION. YOU SEE HOW ALLEGED DEMON CON-
TROLLED  OR POSSESSED JUDGE FULLER AND THESE CONSPIC-
ATORS ARE.                          25

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDGE FULLER HEARD MY SSA TRIAL AND BREACHED MY
1ST,1ST, 6TH,6TH,7TH, 8TH, 14TH, AND EQUAL JUSTICE CLAUSE RIGHTS
MANY TIMES. THIS WAS BEFORE  GOVERNOR SEGILEMAN AND
THE OTHERS TRIAL. HE BREACHED  MY US CONSTUTIONAL
RIGHTS WHICH ___TERMINATES ____ALL AUTHORITY TO HEAR
DON SEGILEMAN AND THE OTHERS PEOPLES TRIAL. THIS SHO-
WS I ALLEGE HE IS DEMON CONTROLLED OR  POSSESSED BY
THE AUTHORITY OF THE HOLY BIBLE.

MOTION THAT DON SEGILEMAN AND THE OTHER PEOPLE  THAT
WAS SENTENCE TO PRISON GETS A NEW TRIAL AND MOTION TO
IMPEACH, FIRE, REMOVE, AND DISBAR LEURA CANARY AND THE
OTHER ALLEGED CONSPICATORS.  THE AUTHORITY IN MY CASE
IS THE HOLY BIBLE, THE US CONSTUTION WHICH JUDGE FULLER
AND OTHER BREACHED, AND POSTAL LAWAND OTHER LAW..
JUD-GE MARK FULLER IS NOT IN HIS RIGHT MIND AS THE MAN
POSSESSED WITH A LEGION OF DEMONS IN MARK 5:15 WAS  NOT
IN HIS RIGHT MIND.

GOD ALLOWED  911 TO HAPPEN AND SATAN HAD THE TERRORI-
ST TO DESTROYED THE TWIN TOWERS AND KILLED  MANY
PEOPLE WHICH IS A SIN. GOD COULD DESTROYED THE FEDERAL
BUILDING  WHERE JUDGE  FULLERS AND THE OTHERS CONSPI-
CATORS ARE FOR THEIR SINS.  GOD ALLOWED TIM MCVEIGHT
TO ___DESTROY TH FEDERAL BUILDING____IN OAKLAHOMA
CITY FOR THEIRS SINS AND IN MY OPINION, GOD CAN DESTR-
OYED JUDGE FULLER AND THE OTHER ALLEGED CONSPICATO-
RS. JOHN 5:22 SAYS: **FOR  THE FATHER( GOD THE FATHER)
JUDETH NO MAN , BUT HAS  COMMITTED  ALL JUDGEMENTS
TO THE SON. JESUS IS THE ____ FINAL APPEAL ____ FOR ALL
MAN! THE AUTHORITY OF THE BIBLE SAYS THAT JESUS CH-
RIST IS THE ____ FINAL APPEAL ____ FOR JUDGE FULLER AND
THE OTHER ALLEGED CONSPICATORS!  GOD IS GOING TO
BURN HIS SOUL IN HELL FOR EVER.** THEY ARE GOING TO PAY
FOR THSE AND ALL SINS THAT THEY HAVE COMMITTED.

26

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

I SENT JUDGE FULLER AND  LEURA  CANARY A BOOK THAT I
WROTE ON HOW TO BE SAVED ____EVEN IF THEY ARE DEMON
ONTROLLED  OR POSSESSED.  APPARNTLY  THEY HATE GOD
AND ME  BECAUSE I AM A CHRISTIAN. THEY ARE PERSECUTING
ME BECAUSE  I AM A CHRISTIAN AND GOD ISGOING TO BURN
THEIR SOULS IN HELL IF THEY DO NOT GET SAVED!

JUDGE FULLER AND THE OTHER ALLEGED CONSPICATORS CAN
BE ___SAVED____AND LIVE IN HEAVEN FOR EVER BY ::ADMITT-
ING TO GOD THAT THEY ARE SINNERS: BY REPENTING  OF ALL
THEIR SINS:  AND BY ASKING JESUS CHRIST TO FORGIVE OF ALL
THEIR SINS  AND TO SAVE THEIR SOULS FROM HELL. THIS IS ALL
THAT YOU HAVE TO DO TO BE SAVED AND _____WIN THIS UNSE-
EN  WAR AGAINST SATAN AND HIS  DEMONS FOR HIS VERY OWN
SOUL!

JOHN 3:36 SAYS: HE THAT BELIEVETH ON THE SON HATH EVER-
LASTING  LIFE, AND HE THAT HATH  BELIEVETH NOT THE SON
SHALL NOT SEE LIFE, BUT THE  WRATH OF GOD ABIDETH   ON
HIM. I ____PRAYED ___AND ASK GOD  WHO CREATED  ME TO
INTERVE  IN MY CAN AND  GIVE ME VICTORY IN JESUS OVER
THESE ALLEGED  SONS AND DAUHTERS. THEY HAVE NO
AUTHORITY, NO RIGHTS, AND NO FACTS AND FEDERAL MAGIST-
RATE HAS BREACHED MY US CONSTUTION RIGHTS., US POSTAL
LAW, AND THE HOLY BIBLE.

SATAN AND HIS DEMONS HAS DESTROYED JUDGE FULLER, AND
ALL  THE OTHER  ALLEGED CONSPICATORS SOULS IN HELL BE-
CAUSE THEIR PARENTS DID NOT ____REAR THEM UP TO OBEY
GOD'S LAW AND GOD'S COMMANDMENT  BY DEUTERONOMY 6:
7-9 AND DESTROYED THEIR SOULS IN HELL.  THEIR PARENTS
DESTROYED THEIR SOULS IN HELL BECAUSE  THEY ____DID NOT
BEAT THEM WITH THE ROD ___BY PROVERBS 23:13-14 AND DEST-
ROYED THEIR SOULS IN HELL  BY THE HOLY BIBLE!

27

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ACTS 4:18 TELLS SATAN MISSION FOR JUDGE FULLER AND AM-
ERICA AND THE WORLD: IT SAYS: AND THEY CALLED THEM ,
AND COMMANDED THEM  NOT TO SPEAK AT ALL NOR TEACH
IN THE NAME OF JESUS! SATAN HAS DESTROYED  JUDGE FULL-
ER AND AMERICA AND THE WORLD SOULS IN HELL BECAUSE
THEY  HAVE  KEPT JESUS CHRIST  OUT OF THE SCHOOLS AND
GOVERNMENT!

MOTION TO IMPEACH JUDGE MARK FULLER, JUDGE   KIETH WA-
DKINS, JUDGE MYRON THOMPSON,  I THINK JUDGE TRUMAN
HOBBS IN MY AIR FORCE CASE, LEURA CANARY SSA ATTORNEY
LEURA CANARY, THE OTHER ATTORNEY THAT HELP HER  AND
OTHERS. LET GOD INTERVENE IN MY CASE AND ____GIVE  ME
VICTORY IN JESUS ___OVER ALL THESE ALLEGED SATANIC JUD-
GES.  **I HOLD EVERY PERSON TO BALME IN MY US POSTAL
CASES. I AM NOT JUDGING, THREATHENING, OR SLANDERING
THEM EITHER. VENGEANCE IS MINE SAYTH THE LORD.**

_____    _____
        NAME                      DATE

( 4 2
y / Alabama
19



U.S. POSTAGE
PAID
BRANTLEY, AL
36009
FEB 06. '08
AMOUNT
$1.65
00049313-04

0000    36101

FIRST CLASS

UNITED STATES DISTRICT Court
OFFICE OF THE CLerk
POST OFFICE BOX 711
MONTGOMERY, ALabama
36101, 0711