UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED 2008 APR -2 A 9:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED 2008 APR -2 A 9:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Donald L. Jones )
 )
Plaintiff, )
 )
vs. )  CIVIL ACTION NO. 2:07cv713-MEF
 )
 )
 )
 )
Defendant. )

U.S. Pat Office

NOTICE OF APPEAL

Notice is hereby given that Donald L. Jones above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgement _____ entered in this action on the 20 day of February 2008, 20__.

_____
Donald L. Jones
Signature

_____
Date of Signature

P.O. Box 92
Brantley, Alabama
Address

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

### CERTIFICATE OF SERVICE

I, _Donald L. Jones_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _mail_ _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _2nd_ day of _April_ 20_08_, to:

    Robert Randolph Neeley
    U.S. Attorney's Office
    PO Box 197
    Montgomery, AL 36101-0197

_2 April 2008_          _Donald L. Jones_
Date                                              Signature