DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004502
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: DONALD L JONES
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: DONALD L JONES
 Case/Party: D-ALM-2-07-CV-000713-001
 Amount:         $455.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 066875
 Amt Tendered:   $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

NOTICE OF APPEAL FILED 4/2/08