Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

June 17, 2008

**Appeal Number: 08-11501-AA**
Case Style: Donald L. Jones v. Deborah A. Lasseigne
District Court Number: 07-00713 CV-F-N

TO:   Debra P. Hackett

CC:   Donald L. Jones

CC:   R. Randolph Neeley

CC:   Administrative File

CC:   Administrative File

## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 17, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-11501-AA**
Case Style: Donald L. Jones v. Deborah A. Lasseigne
District Court Number: 07-00713 CV-F-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on May 14, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

Encl.

DIS-2CIV (4-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                      FILED
              U.S. COURT OF APPEALS
                ELEVENTH CIRCUIT
                   JUN 17 2008
                 THOMAS K. KAHN
                      CLERK
```

No. 08-11501

DONALD L. JONES,

                    Plaintiff-Appellant,

versus

DEBORAH A. LASSEIGNE,
Postmaster,

                    Defendant,

UNITED STATES OF AMERICA,

                    Defendant-Appellee.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

### ENTRY OF DISMISSAL

Pursuant to 11th Cir.R. 42-2c, this appeal is hereby dismissed for want of prosecution because the appellant has failed to file record excerpts within the time fixed by the rules, effective this 17th day of June, 2008.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By Shirley M Brown
Deputy Clerk
Atlanta, Georgia

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

Shirley M. Brown
Deputy Clerk

FOR THE COURT - BY DIRECTION